**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Bay Area Children's Theatre** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **55-0871317** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2055 Center St.** **Berkeley, CA 94704** Number, Street, City, State & ZIP Code | **6114 La Salle Ave., #431** **Oakland, CA 94611** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Alameda** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.bactheatre.org** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☒ Other. Specify:  **Non-profit** |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_7111_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

�■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | _____ | | _____ | |
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**       .        *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

■ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 3 of 632

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 9, 2023**
               MM / DD / YYYY

**X /s/ Christine Clark Bloodgood**              **Christine Clark Bloodgood**
Signature of authorized representative of debtor       Printed name

Title    **President of the Board**

**18. Signature of attorney**

**X /s/ Stephen D. Finestone**            Date    **July 9, 2023**
Signature of attorney for debtor                     MM / DD / YYYY

**Stephen D. Finestone 125675**
Printed name

**Finestone Hayes LLP**
Firm name

**456 Montgomery St., 20th Floor**
**San Francisco, CA 94104**
Number, Street, City, State & ZIP Code

Contact phone    **415 421-2624**       Email address    **sfinestone@fhlawllp.com**

**125675 CA**
Bar number and State

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 9, 2023**     X */s/ Christine Clark Bloodgood*
Signature of individual signing on behalf of debtor

**Christine Clark Bloodgood**
Printed name

**President of the Board**
Position or relationship to debtor

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 6 of 632

**Fill in this information to identify the case:**

Debtor name   **Bay Area Children's Theatre**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................................   $     0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..........................................................................................   $     170,485.00

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................................   $     170,485.00

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     0.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$     793,335.58

4.   Total liabilities ...............................................................................................................................
    Lines 2 + 3a + 3b     $     793,335.58

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **First Republic Bank** <br> **balance is an estimate** <br> **Also account ending in 0727** | checking | 6893 | **$90,000.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$90,000.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1.   **Security deposit for Oakland leased space** | **$25,235.00** |
| --- | --- |
| 7.2.   **Security deposit for Berkeley apartment** | **$5,250.00** |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 8 of 632

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | **$30,485.00** |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Miscellaneous inventory - see attached list | | **$0.00** | | **$0.00** |
| 20. | **Work in progress** various unfinished projects - see attached list | | **$0.00** | | **$0.00** |
| 21. | **Finished goods, including goods held for resale** various finished inventory for theater productions - see attached list | | **$0.00** | | **Unknown** |
| 22. | **Other inventory or supplies** | | | | |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$0.00** |
| | Add lines 19 through 22. Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 9 of 632

Debtor   **Bay Area Children's Theatre**
Name                                                                Case number *(If known)* _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ☑ No.  Go to Part 7.
      ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ☐ No.  Go to Part 8.
      ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** **Miscellaneous office equipment, computers and furnishings - list to be provided** | $0.00 | | Unknown |
| **Furnishings for Berkeley apartment - list to be provided** | $0.00 | | Unknown |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** **Sound equipment - list to be provided** | $0.00 | | Unknown |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.                               $0.00

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☑ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 10 of 632

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

      47.1.   **Ford 250 Transit Van - 19,000 miles**
              **Stored at Richmond location** _____       $0.00       _____       $50,000.00

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm**
      **machinery and equipment)**
      **Valuable lighting used in theater productions** _____       $0.00       _____       Unknown

      **Construction tools - list to be provided.** _____       $0.00       _____       Unknown

51.   **Total of Part 8.**                                                                        | $50,000.00 |

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:   Real property**

54.   **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59.   **Does the debtor have any interests in intangibles or intellectual property?**

      ☐ No.  Go to Part 11.
      ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.  **Internet domain names and websites**<br>**www.bactheatre.org**<br>**www.playonit.com** | $0.00 | | Unknown |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations**<br>**contains personally identifiable information** | $0.00 | | Unknown |

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 11 of
632

64. **Other intangibles, or intellectual property**
    **Various books, music, scripts and lyrics - list**
    **to be provided.**             **$0.00**            **Unknown**

65. **Goodwill**

66. **Total of Part 10.**           **$0.00**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ☐ No
    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    |  | Current value of debtor's interest |
    |---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
    **Possible premium refunds for workers comp and other**
    **policies**             **Unknown**

74. **Causes of action against third parties (whether or not a lawsuit**
    **has been filed)**
    **Possible claim against lighting contractor for unfair**
    **business practices and other matters arising out of**
    **contractual dispute.**             **Unknown**
    Nature of claim        _____
    Amount requested        **$0.00**

75. **Other contingent and unliquidated claims or causes of action of**
    **every nature, including counterclaims of the debtor and rights to**
    **set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 12 of 632

**Musical equipment and other items used in productions - list to be provided.**                                                              **Unknown**

78.    **Total of Part 11.**                                                                          **$0.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor **Bay Area Children's Theatre**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $90,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $30,485.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $50,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $170,485.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $170,485.00 |

Debtor name **Bay Area Children's Theatre**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name    **Bay Area Children's Theatre**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Cal. Dept of Tax and Fee<br>Administration<br>450 N Street<br>P.O. Box 942879<br>Sacramento, CA 94279**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**notice only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |
| **2.2** Priority creditor's name and mailing address<br>**Franchise Tax Board<br>State of California<br>P.O. Box 2952<br>Sacramento, CA 95812-5000**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**notice only**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$0.00** | **$0.00** |

52896

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 16 of
632

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-----|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|-----|---|---|---|

**A Melissa Lopez**
**183 Somerset Rd**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|-----|---|---|---|

**Aamir Virani**
**36 Monticello Avenue**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|-----|---|---|---|

**Aaron Hinz**
**318 Melven Ct**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|-----|---|---|---|

**Aaron Hinz**
**4080 Legion Ct**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|-----|---|---|---|

**Aaron Hinz**
**4080 Legion Ct**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**Aarti Gupta**
**400 Whitecliff Dr**
**Vallejo, CA 94589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Aashna Kircher**
**8238 Regency Drive**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Aashna Kircher**
**5817 Florence Terr**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Aashna Kircher**
**8238 Regency Drive**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Abby Pearson**
**5824 ross st**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Abby Wentworth**
**915 Ramona Ave.**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Abigail Blodgett**
**950 Redwood Shores Parkway #I204**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Abigail Dare**
**900 Blair Ave**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Abigail Neff**
**33067 Basswood Court**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**Abruzzo, Nicole**
**3357 S Lucille Ln**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Ada Fung**
**1216 Rivera Street**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,620.00 |
|---|---|---|---|

**Adam Anderson**
**884 57th Street**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**Adam Anderson**
**9 Fieldbrook Place**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Adam Bernstein**
**1711 Pearl St.**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|---|---|---|---|

**Adam Daoud-Gray**
**3799 Harrison St**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Adam Romanowski**
**1443 Excelsior Avenue**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Adam Rosenzweig**
**1615 Francisco Street**
**Berkeley, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Adam Siegel**
**11 El Cajon**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Adam Sterling**
**6456 HILLEGASS AVE**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Adele Watts**
**230 Likely Dr.**
**Alamo, CA 94507**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Adi Nevo**
**836 Craft Ave**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.27** | Nonpriority creditor's name and mailing address

Adil Lalani
5817 Florence Terrace
Oakland, CA 94611

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$275.00

---

**3.28** | Nonpriority creditor's name and mailing address

Aditi Patel
4106 Cobblestone Drive
Concord, CA 94521

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$95.00

---

**3.29** | Nonpriority creditor's name and mailing address

Admas Kanyagia
1153 55th St
Oakland, CA 94608

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.30** | Nonpriority creditor's name and mailing address

Adriana Pruss
724 masonic
Albany, CA 94706

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$255.00

---

**3.31** | Nonpriority creditor's name and mailing address

Adrienne Baker
2 Highland Blvd
Kensington, CA 94707

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$105.00

---

**3.32** | Nonpriority creditor's name and mailing address

Adrienne Selke
1315 Mountain Blvd
Oakland, CA 94611

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.33** | Nonpriority creditor's name and mailing address

Adrienne Shelton
4111 Dickson Court
Oakland, CA 94605

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$170.00

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Aguiar, Luciana**
**331 Oak Court**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Aida Alvarez**
**107 Requa Rd**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Aileen Betinol**
**299 W Hopkins Ct**
**Mountain House, CA 95391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Aileen Clark**
**4180 Corinne Court**
**Vacaville, CA 95688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Ailise Mcglinchey**
**40 San Aleso Ct**
**Novato, CA 94945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Aimee Eng**
**715 Lyon Street**
**SAN FRANCISCO, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Aina Ausaf**
**7323 Kenwood Rd**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|
| | **Aine Le** | ☐ Contingent | |
| | **1805 Cedar St** | ☐ Unliquidated | |
| | **Berkeley, CA 94703** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122.50** |
|---|---|---|---|
| | **Aja Lodigiani** | ☐ Contingent | |
| | **12 Cove Rd, Alameda** | ☐ Unliquidated | |
| | **CA 94502** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,620.00** |
|---|---|---|---|
| | **Akasemi Newsome** | ☐ Contingent | |
| | **4021 Canon Avenue** | ☐ Unliquidated | |
| | **Oakland, CA 94602** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **Akhila Bhiman** | ☐ Contingent | |
| | **11491 Silvergate Dr** | ☐ Unliquidated | |
| | **Dublin, CA 94568** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|
| | **Akirah Bradley Armstrong** | ☐ Contingent | |
| | **2521 Mardell Way** | ☐ Unliquidated | |
| | **Mountain View, CA 94043** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|
| | **Akta Adani** | ☐ Contingent | |
| | **34735 Bowie Cmn** | ☐ Unliquidated | |
| | **Fremont, CA 94555** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|
| | **Alan Pang** | ☐ Contingent | |
| | **1073 Laurie Ave** | ☐ Unliquidated | |
| | **San Jose, CA 95125** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$180.00** |

**Alana Cutler**
**385 Grand Ave**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$648.00** |

**Alberto Mejia**
**433 Capital St**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$36.00** |

**Alcheck, Mallary**
**558 Madison Way**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$440.00** |

**Alejandra Cano**
**1249 Cedar Street**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$450.00** |

**Alessandra Lundin**
**5207 Desmond St.**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$85.00** |

**Alex Mays**
**300 Beale Street, Apt 501**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **$450.00** |

**Alex Saum-Pascual**
**2119 California St**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Area Children's Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Alexander Carobus**
253 Hillview Ave.
Los Altos, CA 94022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Alexander, Elizabeth**
26 Loma Vista Dr.
Orinda, CA 94563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00**

**Alexandra Cloyes**
3500 Silver Springs Rd.
Lafayette, CA 94549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

**Alexandra Dean**
19 Monticello Ave.
Piedmont, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Alexandra Gray**
79 Loma Vista Drive
Orinda, CA 94563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Alexandra Gray**
227 Round Hill Road
TIburon, CA 94920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

**Alexandra Heller**
3245 Bayo Vista Ave
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Alexandra Kelly**
**408 63rd street**
**oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.00 |
|---|---|---|---|

**Alexandra Morales**
**18479 Walnut Road**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.00 |
|---|---|---|---|

**Alexandra Spencer**
**Hearts Leap School**
**2638 College Ave.**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $230.00 |
|---|---|---|---|

**Alexandria Parikh**
**1216 1/2 Spruce St**
**Berkeley, CA 94709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Alexenadra Frommlet**
**330 Edna street**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Alexis Horn**
**1056 Via Palma**
**San Lorenzo, CA 94580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $855.00 |
|---|---|---|---|

**Ali Metzler**
**5514 Masonic Avenue**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bay Area Children's Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $672.50 |
|---|---|---|---|

**Alia Al-Sharif**
**1209 Spruce Street**
**Berkeley, CA 94709**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.50 |
|---|---|---|---|

**Alice Block**
**18248 Lamson Rd**
**Castro Valley, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**Alice Lancefield Reid**
**978 60TH ST**
**OAKLAND, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Alice Riegert**
**2 Middle Rd**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Alicia Godlove**
**183 Cotter St**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**Alicia Parker**
**6081 Old Quarry Loop**
**Oakland, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Alicia Swartz**
**3730 Keller Avenue**
**Oakland, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Area Children's Theatre** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.76** | Nonpriority creditor's name and mailing address
**Alina Radinsky**
**1048 Peralta Ave**
**Albany, CA 94706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$140.00

---

**3.77** | Nonpriority creditor's name and mailing address
**Alisa Hofmann**
**438 Everett St**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$50.00

---

**3.78** | Nonpriority creditor's name and mailing address
**Alisa Malki**
**5231 James Ave**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$110.00

---

**3.79** | Nonpriority creditor's name and mailing address
**Alisa Rasera-Holden**
**151 Tunnel Rd**
**Berkeley, CA 94705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$115.00

---

**3.80** | Nonpriority creditor's name and mailing address
**ALisa Tomatis**
**153 Wood St**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$155.00

---

**3.81** | Nonpriority creditor's name and mailing address
**Alison & Cornelius Jackson**
**1164 Sunnyhills Road**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$400.00

---

**3.82** | Nonpriority creditor's name and mailing address
**Alison Gopnik**
**2611 Parker Street**
**Berkeley, CA 94704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

$1,000.00

---

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Alison Leach**<br>**505 Allegheny Drive**<br>**Walnut Creek, CA 94598**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$250.00** |

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Alison Schindel**<br>**106 Mesa Ave**<br>**Piedmont, CA 94611**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$250.00** |

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Allegra Wiborg**<br>**10315 Dante ave**<br>**Oakland, CA 94603**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$125.00** |

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Allen, Rachel**<br>**75 W 5th Ave #224**<br>**San Mateo, CA 94402**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$160.00** |

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address**<br>**Alli Beltz**<br>**2204 Wren Way**<br>**Campbell, CA 95008**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$75.00** |

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address**<br>**Allie Henske**<br>**4080 Legion Ct**<br>**Lafayette, CA 94549**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$45.00** |

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**Allie Phelps**<br>**5615 hazel**<br>**Richmond, CA 94805**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$180.00** |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Allison Connorton**
**835 53rd Street**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Allison Grange**
**3000 Stonegate Dr**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.00** |
|---|---|---|---|

**Allison Hampton**
**178 OAK RD**
**Piedmont, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Allison Hinko**
**1024 BANBURY CT**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Allison Holton**
**1415 Allston Way**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**allison lasser**
**721 Via Palermo**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Allison Lull**
**6441 Castle Dr**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Allison Metcalfe**
**1832 Magellan Dr**
**Oakland, CA 94611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$215.00** |
|---|---|---|---|

**Allison Oropallo**
**410 N Navarra**
**Scotts Valley, CA 95066**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Allison Powers**
**2115 Los Angeles Ave**
**Berkeley, CA 94707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Allison Stein**
**10 Crest Rd.**
**Piedmont, CA 94611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
|---|---|---|---|

**Allison Styer**
**1963 HOMESTEAD ROAD**
**SANTA CLARA, CA 95050**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Allison Wright**
**38842 Stillwater Cmn**
**Fremont, CA 94536**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Allyce Escorcia**
**1205 Maritime way**
**Richmond, CA 94804**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20.00 |
|---|---|---|---|

**Altergott, Alison**
**1221 Shoreline Loop**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Alvarez, Aida**
**107 Requa Rd**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Alx Nixon**
**1025 Stoneybrook Drive**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Aly Dean**
**1570 Boulevard Way**
**Walnut Creek, CA 94595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Alysia Cirona-Singh**
**100 Lundys Lane**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Alyssa Kircher**
**581 Vernon St**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Alyssa Wodtke**
**5808 Ocean View Drive**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 32 of 632

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |

**Alyssa Zagorie**
**3983 Rancho Rd**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 |

**Ama Greenrose Manasse**
**5 Embarcadero W**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |

**Amanda Cheng**
**355 ANDERSON ROAD**
**ALAMEDA, CA 94502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |

**Amanda Coggin**
**1614 JOSEPHINE ST**
**BERKELEY, CA 94703-1321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**Amanda Coggin**
**1614 Josephine Street**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |

**Amanda Feldman**
**227 Scenic Avenue**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |

**Amanda Ford**
**613 empire street**
**San Lorenzo, CA 94580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 33 of 632

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Amanda Furseth Barrera**
851 43rd Street
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.00 |
|---|---|---|---|

**Amanda Gusky**
5300 Iron Horse Parkway , Apt 107
Dublin, CA 94568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Amanda Monari**
40583 Blacow Road
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Amanda Mudde**
907 Glen Dr
San Leandro, CA 94577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Amanda Newlin**
3020 Florida St.
Oakland, CA 94602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Amanda Posner**
1327 Carleton St.
Berkeley, CA 94702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Amanda Rosen**
114 Broderick street
San Francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
| --- | --- | --- | --- |

**Amanda Saintil**
**113 Avenida Espana**
**San Jose, CA 95139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
| --- | --- | --- | --- |

**Amanda Seyfer**
**1126 53rd St**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
| --- | --- | --- | --- |

**Amanda Sommers**
**2809 California street**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
| --- | --- | --- | --- |

**Amanda Williams**
**3760 Thornhill Drive**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
| --- | --- | --- | --- |

**Amanda Wright**
**9 MOUNT WITTENBURG COURT**
**SAN RAFAEL, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
| --- | --- | --- | --- |

**Amber Allegri**
**136 Atherton Loop**
**Aptos, CA 95003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
| --- | --- | --- | --- |

**Amber Chin**
**1025 Mabel Josephine Ct.**
**Tracy, CA 95377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Amber Hatfield
127 Marina Way South
Richmond, CA 94804

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00**

Amber Isak
274 Greenfield Ave
San Mateo, CA 94403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00**

Amber Isak
313 Viscaino Way
San Jose, CA 95119

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

Amber Lenehan
390 Tralee Lane
Alameda, CA 94502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00**

Amber Reed
6036 Leona Street
Oakland, CA 94605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00**

Amber Weare
325 Berry Street, Apartment 425
San Francisco, CA 94158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

Ambler Ochstein
7 Diaz Pl
Oakland, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 36 of 632

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|
| | **America Torres**<br>**684 Hilldale Avenue**<br>**Berkeley, CA 94708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|
| | **Amica Cohn**<br>**935 Diamond St**<br>**San Francisco, CA 94114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|
| | **Amina Brooks**<br>**6210 Hillmont Drive**<br>**Oakland, CA 94605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|
| | **Amina Maine**<br>**1849, 24th Avenue**<br>**San Francisco, CA 94122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|
| | **Amit Bakshi**<br>**160 Barnhill Dr**<br>**Folsom, CA 95630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|
| | **Amoreena Brown**<br>**61 Madera Ave, Unit A**<br>**San Carlos, CA 94070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|
| | **Amy Boyce**<br>**3866 Balfour Ave**<br>**Oakland, CA 94610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|-------|--------------------------------------------------|-----------------------------------------------------------------------|-------------|

**3.146**
Nonpriority creditor's name and mailing address
**Amy Cantu**
**12 Edwin Dr.**
**Kensington, CA 94707**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.147**
Nonpriority creditor's name and mailing address
**Amy Chen**
**83 city limits circle**
**Oakland, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$111.00**

---

**3.148**
Nonpriority creditor's name and mailing address
**Amy Christodoulo**
**2430 clay st**
**San Francisco, CA 94115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.149**
Nonpriority creditor's name and mailing address
**Amy Dennis**
**6032 Rockridge Blvd**
**Oakland, CA 94618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.150**
Nonpriority creditor's name and mailing address
**Amy Donhauser**
**2400 Woolsey Street**
**Berkeley, CA 94705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.151**
Nonpriority creditor's name and mailing address
**Amy Havens**
**512 Fairbanks Ave**
**Oakland, CA 94610**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.152**
Nonpriority creditor's name and mailing address
**Amy Lu**
**532 Teresita Blvd**
**San Francisco, CA 94127**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**Amy Pooler**
**2951 Russell Street**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,620.00** |
|---|---|---|---|

**Amy Saxton**
**7 Veteran Way**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Amy Silver**
**31 maryland ave**
**berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Amy Smith**
**833 Juno Ln**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**Amy Smith**
**3281 Isola Lane**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Amy Wei**
**56 Tomcat Way**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Amy Wong**
**1815 Edgewood Road**
**Emerald Hills, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Amy Zeiter**
**30 Adolph Sutro CT, Apt 302**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Amy Zeiter**
**P.O. Box 475790**
**San Francisco, CA 94147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Ana Belen Redondo Campillos**
**2117 Encinal Avenue**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Ana Ponce**
**5029 Gurnett Ln**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Ana Rescate**
**50 Parkview Terr**
**San Pablo, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Ana Rescate**
**50 Parkview Terr**
**San Pablo, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.50 |
|---|---|---|---|

**Ana Simo**
**3399 Saint Marys Road**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 40 of 632

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Anais Mazzoleni**
**1019 McLaughlin st**
**Richmond, CA 94805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Anand Jameson**
**915 Grosvenor Pl**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Anand Ramakrishnan**
**35958 Dering Place**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Anantica Singh**
**6127 N Rockridge Blvd**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Anat Perry**
**1216 1/2 Spruce St**
**Berkeley, CA 94709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Anat Razon**
**1889 Tiffin rd**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Anderson, Adam**
**1935 California St**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 41 of 632

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Andrea Burke**
**5209 Cochrane Ave**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Andrea Burke**
**5209 Cochrane Ave**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Andrea Crider**
**2261 castro street**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $295.00 |
|---|---|---|---|

**Andrea Devincenzi**
**4650 Sequoyah Road**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Andrea Garcia**
**2399 Central Pkwy**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Andrea Kneeland**
**4414 Park Blvd.**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**Andrea Rubenstein**
**2151 Vallejo Street**
**St. Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 42 of 632

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|
| | Andrea Szilagyi<br>1119 Camino del Valle<br>Alameda, CA 94502 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|
| | Andrea Walters<br>612 29TH ST<br>RICHMOND, CA 94804 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|
| | Angel DeLaParte<br>4420 Tompkins Ave<br>Oakland, CA 94619 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|
| | Angela Chen<br>500 Wild Flower Place<br>Alamo, CA 94507 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | Angela Shum<br>626 South S St<br>Livermore, CA 94550 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | Angelica Pitsos<br>2753 Laramie Gate Circle<br>Pleasanton, CA 94566 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|
| | Angie Chau<br>1522 Holman Rd<br>Oakland, CA 94610 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**Angie Holt**
**6647 Snake Road**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Angie Lanum**
**3990 Ralston Avenue**
**Hillsborough, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Ania Etlender**
**523 W Cancion Ct**
**Mountain House, CA 95391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $766.59 |
|---|---|---|---|

**Anibal Ugaz**
**451 46th Street,**
**Anibal Ugaz**
**Richmond, CA 94805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Anita Ahuja**
**1425 S Main St**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Anke Gaksch**
**800 Spyglass Parkway**
**Vallejo, CA 94591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Anlor Steiner**
**89 Woodside dr**
**San Anselmo, CA 94960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Ann Chen**
**66 Shuey dr**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Ann Tran**
**1620 Ward Street**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $577.50 |
|---|---|---|---|

**Anna Acquistapace**
**4930 Webster Street**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Anna Carlson**
**1151 Walnut st**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Anna Kessel**
**5624 Glenbrook Dr.**
**OAKLAND, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Anna Kozlachkova**
**3477 Echo Springs Rd**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Anna LaRue**
**221 Mountain Ave**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202**

Nonpriority creditor's name and mailing address
**Anna Schocket**
**567 Martin St.**
**Oakland, CA 94609**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$205.00

---

**3.203**

Nonpriority creditor's name and mailing address
**Anna Zakasovskaya**
**532 Mayfair Avenue**
**South San Francisco, CA 94080**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$205.00

---

**3.204**

Nonpriority creditor's name and mailing address
**Anna-Maria Violich-Olivier**
**405 E. Beach St.**
**Watsonville, CA 95076**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

**3.205**

Nonpriority creditor's name and mailing address
**Annabel Lee**
**1029 Oak Street #26**
**Oakland, CA 94607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$130.00

---

**3.206**

Nonpriority creditor's name and mailing address
**Anne Bennett**
**1614 La Paloma Court**
**Davis, CA 95618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.207**

Nonpriority creditor's name and mailing address
**Anne Kramer**
**403 Laurel ave**
**Menlo Park, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$140.00

---

**3.208**

Nonpriority creditor's name and mailing address
**Anne Militar**
**6001 Buena Vista Ave**
**Oakland, CA 94618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$115.00

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**Anne-Sophie SERET**
**2629 grant St**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Annie Fox**
**11 Indian Rock Road**
**San Anselmo, CA 94960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Annie Parks**
**2630 College Ave**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Annie Pomer**
**2601 Trentwick Court**
**Carmichael, CA 95608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Annie Wolfson**
**2818 Webster Street**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Annie-Laurie Bardell**
**1079 Sanders Drive**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Annierose Redmon**
**956 STEBBINS LN, Yolo**
**Davis, CA 95616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$542.86** |

**Anthea Ma**
**3238 Sylvan Ave**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |

**Anthony Duer**
**2372 Roundhill Dr**
**Alamo, CA 94507**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |

**Anthony Welch**
**752 College Ave**
**Santa Clara, CA 95050**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |

**Antoinette Mayer**
**1367 Fountain St**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |

**Antonia Sanchez Labbe**
**516 Toyon Place**
**Benicia, CA 94510**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$227.50** |

**Antonio Cruz**
**124 S 11th St**
**Richmond, CA 94804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |

**Anya Bourg**
**56 Ross Cir**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

Anya Levinson
1471 17th ave
San francisco, CA 94122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

Aparna Kota
2759 Wallace st.
Berkeley, CA 94702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

Aparna Kota
23 Nottingham Ct
Alameda, CA 94502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

April Derby
1129 Schuman Ln
Petaluma, CA 94952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

Aprio
150 Post Street Suite 200
San Francisco, CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

Araceli Vazquez
1795 Marlesta Rd
Pinole, CA 94564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

Arathi Ravier
3685 Maple Ave
Oakland, CA 94602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|
| | **Aravind Ramakrishnan**<br>**3021 Windsor Dr**<br>**Alameda, CA 94501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|
| | **Archana Gilravi**<br>**112 Virginia Ave**<br>**San Francisco, CA 94110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|
| | **Arianna Romanoff**<br>**150 Venado Way**<br>**San Jose, CA 95123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|
| | **Arie Levine**<br>**3216 Madera Ave**<br>**Los Angeles, CA 90039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|
| | **Ariel Cohen**<br>**53 Stillings Ave**<br>**San Francisco, CA 94131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|
| | **Ariella Cook**<br>**7714 Terrace Dr**<br>**El Cerrito, CA 94530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|
| | **Arielle Cohen**<br>**3154 Weldon Avenue**<br>**Los Angeles, CA 90065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Arielle Hassid**
**1180 Sterling Ave**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Arielle Hassid**
**1180 Sterling Avenue**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Arlynn Bloom**
**1163 Oak Hill Road**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Arman Zand**
**446 Beloit Ave**
**Kensington, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**Armeen Jamal-Kabani**
**6228 Swainland Road**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Armene Boatright**
**5981 Majestic Avenue**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Art Kerdmanee**
**1092 Banyan Way**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $320.00 |
|---|---|---|---|
| | **Asad Nazir** | ☐ Contingent | |
| | **836 Craft Ave** | ☐ Unliquidated | |
| | **El Cerrito, CA 94530** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|
| | **Ash Smith** | ☐ Contingent | |
| | **1976 15th St.** | ☐ Unliquidated | |
| | **San Francisco, CA 94114** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|
| | **Ashby Lankford** | ☐ Contingent | |
| | **108 Echo Avenue** | ☐ Unliquidated | |
| | **Oakland, CA 94611** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|
| | **Ashita Soni** | ☐ Contingent | |
| | **53 Sussex St** | ☐ Unliquidated | |
| | **San Francisco, CA 94131** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|
| | **Ashley Denney** | ☐ Contingent | |
| | **6044 Shelter Bay Ave** | ☐ Unliquidated | |
| | **Mill Valley, CA 94941** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|
| | **Ashley E Droege** | ☐ Contingent | |
| | **81 Ryan Avenue** | ☐ Unliquidated | |
| | **Mill Valley, CA 94941** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|
| | **Ashley Glazier** | ☐ Contingent | |
| | **1373 Hansen Ave** | ☐ Unliquidated | |
| | **Alameda, CA 94501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Bay Area Children's Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Ashley Henderson**
**6657 Gunn Dr**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Ashley Holinger**
**88 Camino Encinas**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Ashley Kleckner**
**2042 huckleberry road**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Ashley Kozel**
**573 Spruce Street**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Ashley McLaughlin**
**1277 Caroline street**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Ashley Rho**
**53 Honuhula**
**Kihei, HI 96753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Ashley Watts**
**5 Helens Lane**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Ashli Fisher**
**6205 Canning St**
**Oakland, CA 94609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Ashmi Ullal**
**637 Sky Hy Circle**
**Lafayette, CA 94549**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Ashmita Lacy**
**5983 Sterling St**
**Dublin, CA 94568**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**Atef Shaikh**
**28 Honey Hill Road**
**Orinda, CA 94563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Aubry Holland**
**509 40th Street Apt. 23**
**Oakland, CA 94609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Aubry Holland**
**684 Fox Run**
**Orinda, CA 94563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Aubry Holland**
**684 Fox Run**
**Orinda, CA 94563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Audette, Rosy**
**9155 Skyline Blvd**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Audrey Fong**
**25 Agnes Street**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Audrey Marrache**
**100 Kell Ct**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Audrey Spalding**
**8953 Skyline Blvd**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Audrey Sze**
**1301 Melbourne Street**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Aundra Tomlins**
**38 La Campana Rd.**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**AuPairCare**
**600 California St, 10th Floor,**
**Patti Moran**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Aurel Dacian Todorescu**
**1450 Bel Air Dr. #308**
**Concord, CA 94521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Aurelie Badel**
**312 Market Street**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Austin Zumbro**
**451 Clifton St**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Autumn wang**
**1966 Tice Valley Blvd #297**
**Walnut Creek, CA 94595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Ava Moskin**
**P.O. Box 3884**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Avi Sachs**
**10846 Linda Vist Dr.**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Aya Takeuchi**
**1245 Lakeview Drive**
**Hillsborough, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00**

Ayanna Makalani
920 Patrick Dr.
Pinole, CA 94564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

Ayca Yalcin
1457
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.00**

Babatunde Onadele Jr
546 45th St
Oakland, CA 94609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$335.00**

BackOffice Thinking
129 S High Street,
West Chester, PA 19382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.00**

Bahram Razani
412 Blair Ave.
Piedmont, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137.50**

Barbara Allen
588 Aurora
Rio Vista, CA 94571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$187.50**

Barbara Hedani-Morishita
6873 Broadway Terrace
Oakland, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 57 of 632

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,098.00 |
|---|---|---|---|

**Barbara Johnck**
**4097 Waterhouse Road**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Barbara Ortutay**
**355 STATEN AVE, APT 201**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Barbara Zinn Krieger**
**250 East 40th Street**
**New York, CA 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**Barnali Mishra**
**8552 Loretto Ave**
**Cotati, CA 94931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Barrios Trust**
**653 11th St.**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Donor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Barry Hamilton**
**250 Ashland Place Apt 8C**
**Brooklyn, NY 11217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Bea Chiem**
**27 Sheridan Rd**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$110.00** |

**3.293** Nonpriority creditor's name and mailing address
**Becky Boome**
**4215 g st**
**sacramento, CA 95819**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$110.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** Nonpriority creditor's name and mailing address
**Becky Potter**
**1964 Shuey Ave**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** Nonpriority creditor's name and mailing address
**Beedle, Torie**
**689 62nd Street**
**Oakland, CA 94609**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** Nonpriority creditor's name and mailing address
**Beeley, Kathryn**
**5106 Camden st**
**Oakland, CA 94619**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$50.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** Nonpriority creditor's name and mailing address
**Beenash Jafri**
**5475 Corte Paloma**
**Pleasanton, CA 94566**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$110.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** Nonpriority creditor's name and mailing address
**Beenish Kahn**
**2101 Shoreline Drive , #464**
**Alameda, CA 94501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** Nonpriority creditor's name and mailing address
**Bella Kazwell**
**2523 Casa Reya Court**
**Walnut Creek, CA 94598**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$75.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 59 of 632

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|
| | **Belman, Dave**<br>**2012 Quiet Place Drive**<br>**Walnut Creek, CA 94598** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|
| | **Belynda Ray**<br>**1048 Peralta Ave**<br>**Albany, CA 94706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|
| | **Belynda Ray**<br>**7309 Ganges Ct**<br>**El Cerrito, CA 94530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|
| | **Ben Kuchinsky**<br>**1307 Dwight Way**<br>**Berkeley, CA 94702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|
| | **Benjamin Chess**<br>**1270 Monterey Ave**<br>**Berkeley, CA 94707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Berkeley Central**<br>**2055 Center Street**<br>**Chelsea Martin**<br>**Berkeley, CA 94704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.50 |
|---|---|---|---|
| | **Beth Basilius**<br>**672 Skyline Drive**<br>**Daly City, CA 94015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

Beth Fulop
4261 Veronica Ave
Castro Valley, CA 94546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Beth Wrightson
2410 Scout Road
Oakland, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166.67**

Bethany Quinn
385 Staples Ave
San Francisco, CA 94112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

Bethany Ramos
1000 Dewing Av, 203
Lafayette, CA 94549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Betsey Tsai
645 Pennsylvania Ave
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00**

Betsy Borruso
5041 Kevin Ct
Castro Valley, CA 94546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Betsy Chen
1040 Mandana Blvd
Oakland, CA 94610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Betty Lou Hudson**
**530 Aberdeen Way**
**Inverness, CA 94937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**Betty Rojas**
**412 Blair Ave.**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Betty Tseng**
**2252 Parker St Apt 204**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Bhadouria, Sukrutha**
**919 Alvarado St**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Bianca Diaz-Lyons**
**2132 Haste St**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Bianca Neumann**
**109 Park Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Binka Gray Cox**
**3509 Sanddollar Court**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 62 of 632

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Bistra Baharova**
**3914 Enos Avenue**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**black, stephanie**
**110 Stanbridge Ln**
**Alameda, CA 94502**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Blaire Duffy**
**18 Morning Dove Circle**
**Sacramento, CA 95843**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Bledsoe, Carol**
**32 Colorado Ave**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Bo Wang**
**228 Sand Hill Circle**
**Menlo Park, CA 94025**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Bobby Brenman**
**987 Longridge Rd**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Boju Yu**
**16201 Stevens Canyon Road**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Area Children's Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.328** | Nonpriority creditor's name and mailing address
**Bonnie Cosgrove**
6051 Monroe Ave.
Oakland, CA 94618

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

**3.329** | Nonpriority creditor's name and mailing address
**Bonnie Johnston**
2786 25th Ave
Oakland, CA 94602

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.330** | Nonpriority creditor's name and mailing address
**Bonnie Mencher**
2136 McKinley Ave.
Berkeley, CA 94703

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.331** | Nonpriority creditor's name and mailing address
**Bonnie Weidert**
1699 Ward Street
Berkeley, CA 94703

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.332** | Nonpriority creditor's name and mailing address
**Boriana Viljoen**
50 Madrone Park Cir
MILL VALLEY, CA 94941

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.333** | Nonpriority creditor's name and mailing address
**Boyle, Colleen**
2500 Rose Walk
Berkeley, CA 94708

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.334** | Nonpriority creditor's name and mailing address
**Bozzolo, Adrian**
3021 Sylvan Ave
Oakland, CA 94602

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 64 of 632

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Brandi Hoffine**
**3714 Citrus Ave**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Brandon Young**
**2017 Cambridge Dr**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Brendan Havenar-Daughton**
**3529 May Road**
**El Sobrante, CA 94803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Brendan Havenar-Daughton**
**3529 May Rd**
**Richmond, CA 94803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Brendan Mulligan**
**1801 Stanton St.**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Brenna Gustafson**
**3816 Ardley Ave.**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Brett Marty**
**6822 Manila Ave**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Brian Liu**
**466 38th St.**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Bridget Gleason**
**2130 Redwood Highway #D-5**
**Greenbrae, CA 94904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Bridget J Harcey**
**4450 Moraga Ave**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Bridgette Adams**
**181 Ancheta Place**
**Vallejo, CA 94591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Briea Crofford**
**5686 Carberry Avenue**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**BrieAnn Voeller**
**3304 Jetty Drive**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Brigitte Gosselink**
**5401 Masonic Ave**
**Oakland, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Area Children's Theatre** | | Case number (if known) | |
|--------|------|---|---------|---|
| | Name | | | |

---

**3.349** Nonpriority creditor's name and mailing address
**Briona Kovaleff**
**686 11th avenue**
**San Francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.350** Nonpriority creditor's name and mailing address
**Britt McNamara**
**4586 Ariel Avenue**
**Fremont, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$130.00

---

**3.351** Nonpriority creditor's name and mailing address
**Brittany Blake**
**1566 Siskiyou Drive**
**Walnut Creek, CA 94598**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$96.00

---

**3.352** Nonpriority creditor's name and mailing address
**Brittany Chen**
**2433 Laura Lane**
**Mountain View, CA 94043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$240.00

---

**3.353** Nonpriority creditor's name and mailing address
**Brittany Pebet**
**947 Alfred Ave**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$205.00

---

**3.354** Nonpriority creditor's name and mailing address
**Brittney Moore**
**1421 Shrader St.**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$110.00

---

**3.355** Nonpriority creditor's name and mailing address
**Brooke Derrick**
**470 Carlston street**
**Richmond, CA 94805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

| Debtor | **Bay Area Children's Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Brooke Shapiro**
**210 Sandringham Rd**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Brown, Cheryl**
**2113 Youngs Ct**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Bryant Cannon**
**2805 MLK Jr Way,**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Buffy Wicks**
**6225 Hillegass Avenue**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |
|---|---|---|---|

**Burles, Holly**
**837 Boris Ct**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Burnitta Nanton**
**2523 Galleon Place**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Butterfoss, Jennifer**
**188 Banks Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 68 of 632

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Byron Chin**
**3530 Melody Dr**
**Walnut Creek, CA 94595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Byron White**
**6801 Chabot Road**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.00 |
|---|---|---|---|

**Caitlin Donaldson**
**33550 8th Street**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Caitlin Pakzad**
**6868 Pinehaven St.**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Caitlin Phelps**
**943 Park Street**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Caitlin Phelps**
**943 Park Street**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Caitlin Rosenthal and Matthew Stolbach**
**1821 Hopkins St**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 69 of 632

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Caitrin Chappelle**
**1130 Versailles Avenue**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Cally Wong**
**2881 Butters Dr.**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Cam McKay**
**55 Rose Lane**
**Larkspur, CA 94939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$880.00** |
|---|---|---|---|

**Cami Yun**
**6466 Hollis Street Unit 326**
**Emeryville, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157.50** |
|---|---|---|---|

**Camille Basak**
**82 Stanford heights ave**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Candace Chan**
**186 Lippard Avenue**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Candy LP**
**3311 Spring St**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 70 of 632

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
| | **Cara Oster**<br>**3718 Columbian Dr**<br>**Oakland, CA 94605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
| | **Cara Porter**<br>**569 W Fairview Ave**<br>**Mill Valley, CA 94941** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
| | **Carla Goad**<br>**1027 Kains Ave.**<br>**Albany, CA 94706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
| | **Carla Goad**<br>**536 East I Street**<br>**Benicia, CA 94510** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
| | **Carla Hinojosa**<br>**3272 Dakota Street**<br>**Oakland, CA 94602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
| | **Carla Soares**<br>**121 Bretano Way**<br>**Greenbrae, CA 94904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
| | **Carlos Cunha**<br>**777 Woodland Ave**<br>**Menlo Park, CA 94025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Bay Area Children's Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.00**

**Carly Starr**
**2252 PARKER ST APT 204**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**Carmela Carvajal**
**1307 Trestle Glen Rd.**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105.00**

**Carmen Gonzalez Meister**
**1006 Jefferson Street Apt B**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Carmen Isais**
**105 E Street**
**Davis, CA 95616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$760.00**

**Carmen Pearson**
**1289 Bates Road**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Carnley Nee**
**426 Lewis Lane**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00**

**Carobus, Alexander**
**253 Hillview Ave.**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Carol Breman**
**PO Box 6164**
**San rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |

**Carol Hui**
**1837 Sebastian drive**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |

**Carol Igoe**
**274 Greenfield Ave**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |

**Carol Leimbach**
**664 Cypress Ave**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.00 |

**Carol Leimbach**
**10 Bell Waver Way**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |

**Carolin Boecking**
**642 Pineview Dr**
**San Jose, CA 95117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |

**Carolina Losada**
**1715 Sandy Creek**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Carolina Pumpin**
1034 Westchester Drive
Sunnyvale, CA 94087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Carolina Roberts**
1030 Paradise Way
Palo Alto, CA 94306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Caroline Gershwin**
20 Nace Avenue
Piedmont, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.00 |
|---|---|---|---|

**Carolyn Fong**
2911 Bayview Drive
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Carolyn Fong**
2911 Bayview Drive
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Carolyn Fong**
2911 Bayview Drive
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Carolyn Fong**
2911 Bayview Drive
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **Carolyn Glickman**<br>**268 Andsbury Ave.**<br>**Mountain View, CA 94043** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|
| | **Carolyn Haga**<br>**1216 Cambridge Drive**<br>**Lafayette, CA 94549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |
|---|---|---|---|
| | **Carolyn Hohman**<br>**684 Fox Run**<br>**Orinda, CA 94563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **Carolyn Kang**<br>**15 Barroilhet Ave**<br>**San Mateo, CA 94401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|
| | **Carolyn Kernkamp**<br>**956 Stebbins Ln.**<br>**Davis, CA 95616** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **Carolyn Kernkamp**<br>**1516 Cedar St**<br>**Berkeley, CA 94703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|
| | **Carrie Rasmussen**<br>**417 W. Morris Ave.**<br>**Modesto, CA 95354** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Carrie Rybczynski**
**114 Sharene Lane, No.27**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Carrie Rybczynski**
**2703 Mabel Street**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Carrie Schulman**
**124 Behrens St**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.00 |
|---|---|---|---|

**Carter Wiggins**
**3007 Roxbury Ave**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Cary McClelland and Lisa Bozman**
**640 Santa Barbara Road**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Caryn Kali**
**7A Millbrae Circle**
**Millbrae, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72.50 |
|---|---|---|---|

**Caryn Kali**
**238 Reed Blvd**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 76 of 632

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Casey Huff**
**3083 22nd St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|---|

**Casey McHugh**
**148 Tree Frog Ln**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Cassandra Orion**
**4700 Telegraph Ave, Unit 505**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Cassie Zola**
**1516 Cedar St**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142.50 |
|---|---|---|---|

**Cat Stone**
**2980 Jordan Rd**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187.50 |
|---|---|---|---|

**Catalina Rodriguez**
**993 Ferro Drive**
**San lorenzo, CA 94580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Catharine Telfair**
**437 8th Avenue**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.426**

Nonpriority creditor's name and mailing address
**Catherine Hagerty**
**331 La Salle Ave**
**Piedmont, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.427**

Nonpriority creditor's name and mailing address
**Catherine Henry**
**9301 Skyline Blvd**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.428**

Nonpriority creditor's name and mailing address
**Catherine McMahon**
**362 EUCLID AVE, APT 106**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.429**

Nonpriority creditor's name and mailing address
**Catherine OConnor**
**1224 Richmond street**
**El cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.430**

Nonpriority creditor's name and mailing address
**Catherine Traiman**
**3090 Hedaro Ct.**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.431**

Nonpriority creditor's name and mailing address
**Catherine Trinh**
**1222 Hearst Dr**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.432**

Nonpriority creditor's name and mailing address
**Cathy Hoang**
**743 Larchmont Dr**
**Daly City, CA 94015**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$305.00**

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Catie Osborn**
**6434 Barrett Ave**
**El Cerrito, CA 94530**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Cecilia Doherty**
**1000 Harvard Rd**
**San Mateo, CA 94402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Cecilia Le**
**222 Diamond St**
**San Francisco, CA 94114**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Ceevah Sobel**
**1308 Hopkins St**
**Berkeley, CA 94702**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Ceevah Sobel**
**228 Arbor Rd**
**Menlo Park, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Celessa Baker**
**17 pacific ave**
**Piedmont, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Chad Magiera**
**7232 Lincoln Ave**
**El Cerrito, CA 94530**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Bay Area Children's Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.440** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Champa Gujjanudu**
**321 Lina Ave**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$760.00**

**Chantal Vasquez**
**935 Hillcroft**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Charlee Martin**
**215 Stanford ave**
**Kensington, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

**Charles Ream**
**1626 Hampel Street**
**Oakland, CA 94602-1725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.444** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00**

**Charles Sachkar**
**342 Miramar ave**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.445** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00**

**Charlise Tiee**
**2508 Crist St**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.446** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00**

**Chasa Toliver-Leger**
**20 village glen ct**
**Sacramento, CA 95823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
| --- | --- | --- | --- |

**Chau Tong**
**115 Elysian Fields Drive**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
| --- | --- | --- | --- |

**Chelsea De aguiar**
**20 Las Casas Drive**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
| --- | --- | --- | --- |

**Chelsea Miklos**
**4400 Masterson Street**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
| --- | --- | --- | --- |

**Chengjun Zhu**
**292 Fennel Way**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
| --- | --- | --- | --- |

**Cheri Bugnatto**
**3570 Cydonia Ct**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
| --- | --- | --- | --- |

**Cherie Seah**
**4120 Oakmore road**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
| --- | --- | --- | --- |

**Cherie Seah**
**4120 Oakmore Rd.**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.50 |

**3.454**

Nonpriority creditor's name and mailing address
**Chermak, Jasmin**
**709 Dartmouth Pl**
**Woodland, CA 95695**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$162.50**

---

**3.455**

Nonpriority creditor's name and mailing address
**Cheryl Horney**
**509 40th Street Apt. 23**
**Oakland, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.456**

Nonpriority creditor's name and mailing address
**Cheryl Yagi**
**1113 Euclid Avenue**
**Berkeley, CA 94708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$85.00**

---

**3.457**

Nonpriority creditor's name and mailing address
**Chess, Benjamin**
**1270 Monterey Ave**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.458**

Nonpriority creditor's name and mailing address
**Chessie Thacher**
**1705 Jaynes St**
**Berkeley, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.459**

Nonpriority creditor's name and mailing address
**Chih Kwok**
**3003 Melendy Drive, 3**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.460**

Nonpriority creditor's name and mailing address
**Chris Gurney**
**1870 Elinora**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 82 of 632

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,620.00 |
|---|---|---|---|

**Chris Lorenz**
**573 Weldon Ave**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Chris Porter**
**5800 Mendoza Dr**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Chris Rhodeos**
**207 N Lamb Blvd Unit E**
**Las Vegas, CA 89110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Chris Riley**
**928 Mohr Ln**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Christa Grenawalt**
**600 Roosevelt Ave.**
**Redwood City, CA 94061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Christie Deng**
**1123 Blake St.**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142.50 |
|---|---|---|---|

**Christina Adamo**
**144 Madison Ave**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Christina Beer**
**1241 47th Ave**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Christina Connolly**
**4077 Allendale Ave #6**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.50 |
|---|---|---|---|

**Christina David**
**69 Haskins Ranch Cir**
**Danville, CA 94506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Christina Drake**
**208 Pala Ave**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Christina Houghton**
**390 50th Street**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Christina Keeling**
**2 Iron horse ln**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Christina Kim**
**22 Hillway Avenue**
**San Jose, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 84 of 632

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Christina Nee**
838 Capuchino Dr.
Millbrae, CA 94030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Christina Steach**
2650 Hastings Ave
Redwood City, CA 94061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |
|---|---|---|---|

**Christina Tumey**
3082 Rodeo Ln
Livermore, CA 94550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Christine Barry**
4 Barcelona Ct
Pittsburg, CA 94565

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Christine Chiang**
181 Valdivia Cir
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Christine Choi**
112 Van Ripper Ln
Orinda, CA 94563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Christine Ma**
1108 Shattuck Ave.
Berkeley, CA 94707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Christine Manoux**
**1204 Marin Ave**
**Albany, CA 94706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Christine McDermott**
**12085 Marilla Drive**
**Saratoga, CA 95070**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**Christine Schudel**
**1002 Ironwood Rd**
**Alamed, CA 94502**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Christine Solter**
**408 Michigan Ave**
**Berkeley, CA 94707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Christine Stevenson**
**5425 Century Plaza**
**San Jose, CA 95111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**Christine Tang**
**13289 Clairepointe Way**
**Oakland, CA 94619**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Christopher and Stefani Madril**
**47 Franciscan Way**
**Kensington, CA 94707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Bay Area Children's Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.489** Nonpriority creditor's name and mailing address
**Christopher Root**
**2712 las aromas**
**Oakland, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.490** Nonpriority creditor's name and mailing address
**Christopher Rossi**
**2703 Mabel Street**
**Berkeley, CA 94702**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.491** Nonpriority creditor's name and mailing address
**Christopher Seifert**
**1092 Tevlin St**
**Albany, CA 94706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.492** Nonpriority creditor's name and mailing address
**Christy King**
**659 Ironbark Cir**
**Orinda, CA 94563**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.493** Nonpriority creditor's name and mailing address
**Christy Shoung**
**415 Mariposa St.**
**Brisbane, CA 94005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.494** Nonpriority creditor's name and mailing address
**Chrys Dixon**
**361 Sweet Run Circle W**
**Galena, OH 43021**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$137.50**

---

**3.495** Nonpriority creditor's name and mailing address
**Chun-Wan Yen**
**161 Walford Dr**
**Moraga, CA 94556**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**Claire Amley-Martinez**
**455 Kingsford Drive**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Claire Dodd**
**844 14TH ST**
**SAN FRANCISCO, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Claire Paquette**
**15 Manzanita Ave**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Claire Schwartz**
**516 Toyon Place**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.00 |
|---|---|---|---|

**Clara Nebbia**
**145 College Avenue**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Clara Reese**
**1128 Perales St**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Clare Mullins**
**1181 Grizzly Peak Blvd**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Area Children's Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.503** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.00**

**Clarice Cobbs**
**2555 Flosden Rd Spc 26**
**American Canyon, CA 94503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.504** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.00**

**Clarissa Chan-Lee**
**1017 Minerva St**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.505** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.00**

**Clarissa Hwang**
**6054 Fairline Dr**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.506** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**Clarissa Rojas**
**501 Wesley Ave #6**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.507** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**Clark, Mika**
**538 E. 20th St.**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.508** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**Claudia Guerrera**
**1120 Monterey Ave**
**Berkeley, CA 94707-2725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130.00**

**Claudia Jaramillo**
**1021 Montclair Ct**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Area Children's Theatre** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.00 |
|---|---|---|---|

**Cole Spear**
**711 Prospect Row**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Colette Armand**
**4616 18th Street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Colette Armand**
**4616 18th Street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Colleen Mihal**
**16 Cypress Drive**
**Fairfax, CA 94930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Colleen Oczkowski**
**39 Skyview Way**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Comstock, Andrew**
**1815 Edgewood Road**
**Emerald Hills, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Connie Park**
**9 Bigleaf Road**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 90 of 632

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Consuelo Flores**
**356 Channing Way**
**Alameda, CA 94502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Coralie Hykes**
**917 Central Avenue**
**San Francisco, CA 94115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Corinne Foo-Atkins**
**539 16th Avenue**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Cortney Bucks**
**601 Hillgirt Circle**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**Courtnee Hamity**
**537 Kains Ave**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,010.00 |
|---|---|---|---|

**Courtney Burmann**
**19 Kimberlin Heights Drive**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Courtney Favreau**
**42 Tara Road**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 91 of 632

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Courtney Favreau**
**2372 Roundhill Dr**
**Alamo, CA 94507**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**Courtney Hobbs**
**901 Fulton Ave**
**San Leandro, CA 94577**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,460.38** |
|---|---|---|---|

**CRF USA**
**801 Nicollet Mall, Suite 1700W**
**Johanna Hayden**
**Minneapolis, MN 55402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|---|---|---|---|

**Cristen Miller**
**Roosevelt Elementary**
**951 Dowling Blvd**
**San Leandro, CA 94577**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Cristin Winn Reyes**
**2536 Morello Heights Circle**
**Martinez, CA 94553**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Cristina da Silva**
**424 Kent Drive**
**Mountain View, CA 94043**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$648.00** |
|---|---|---|---|

**Cristina Palomo**
**379 45th St**
**Oakland, CA 94609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

**3.531** Nonpriority creditor's name and mailing address

**Cristina Soto**
**8953 Skyline Blvd**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.532** Nonpriority creditor's name and mailing address

**Crystal Bowers**
**814 Coast Range Dr**
**Scotts Valley, CA 95066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$110.00

---

**3.533** Nonpriority creditor's name and mailing address

**Crystal Yan**
**771 Storybook Ct**
**Novato, CA 94947**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$240.00

---

**3.534** Nonpriority creditor's name and mailing address

**Csilla Kenny**
**1340 Montana Dr.**
**Concord, CA 94521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.535** Nonpriority creditor's name and mailing address

**Cueponcaxochitl Sandoval**
**536 Florence St.**
**Turlock, CA 95380-4709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

**3.536** Nonpriority creditor's name and mailing address

**Cueponcaxochitl Sandoval**
**24664 Townsend Avenue**
**Hayward, CA 94544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.537** Nonpriority creditor's name and mailing address

**Cynthia Gouig**
**544 Christopher Way**
**Windsor, CA 95492**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$160.00

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Cynthia Lopez**
**Marina Vista Elementary**
**50 E 8th St**
**Pittsburg, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Cynthia Tyler**
**378 Van Buren Ave #110**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Cyrus Harvesf**
**99 Inverleith Ter**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Daffodil Altan**
**144 Bolduc Ct**
**San Pablo, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**Damola Abiola**
**3424 Victor Ave**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Dan Bellino**
**9 Maydon Ct.**
**Oakland, CA 94605-5644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Dan Ly**
**5 Margate Circle**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Dana Lung**
**55 Tyson Circle**
**Piedmont, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Danajane Katz**
**1409 South Claremont Ave**
**San Mateo, CA 94402**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Dane & Pat Gillette**
**1 Arlington Court**
**Kensington, CA 94707**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Daniel Barash**
**2226 Sacramento Street**
**Berkeley, CA 94702**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Daniel Kokotov**
**720 San Carlos Ave**
**Albany, CA 94706**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Daniel McNear**
**213 Michele Circle**
**Novato, CA 94947**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**Daniel Partridge**
**1250 Navillier St**
**El Cerrito, CA 94530**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bay Area Children's Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.552** | Nonpriority creditor's name and mailing address
**Daniel Rinzler**
**170 Wool Street**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.553** | Nonpriority creditor's name and mailing address
**Daniel Silveria II**
**1134 Sonata Dr.**
**Vallejo, CA 94591**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.554** | Nonpriority creditor's name and mailing address
**Danielle Blake**
**2038 Thicket Pl**
**Brentwood, CA 94513**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.555** | Nonpriority creditor's name and mailing address
**Danielle Evans**
**2307 Vineyard Heights Lane**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.556** | Nonpriority creditor's name and mailing address
**Danielle Green**
**211 Scotch Ct**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

**3.557** | Nonpriority creditor's name and mailing address
**Danielle Patterson**
**2104 via Deste**
**Campbell, CA 95008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.558** | Nonpriority creditor's name and mailing address
**Danielle Sarmiento**
**821 Saint Marys Ave**
**San Leandro, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 96 of 632

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

Danielle Werrett
2132 Stewart Avenue
Walnut Creek, CA 94596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

Daphne Razon
9094 Cape Breeze Dr
Newark, CA 94560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

Darci Davis
5704 Skyview Place
Richmond, CA 94803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

Darcie Maffioli
1900 Hellings Ave
Richmond, CA 94801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

Darcy Dowling
5319 Harbord Drive
Oakland, CA 94618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.50 |
|---|---|---|---|

Darya Larizadeh
3453 Davis St
Oakland, CA 94601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

Dave Belman
4660 18th St
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**David Amaral**
**937 Jackson Street**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**David Breeden**
**622 Guildford Ave**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**David Brody**
**1407 Rifle Range Rd.**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**David Grenetz**
**2261 Market Street #432**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**David Howard**
**2622 Evelyn Ct**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**David Jackson**
**2942 California Street**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**David Jay**
**6715 Oakwood Dr**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**David Koss**
**1152 Pebblewood Way**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**David Lazarus**
**2360 Woodhill Dr**
**Pittsburg, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**David MacFadden Elliott**
**2126 McKinley Ave.**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**David Valdez**
**1000 Aquarius Way**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**David Weissman**
**431 Athol Avenue**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Dawn Ferreira**
**2543 Doidge Ave.**
**Pinole, CA 94564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Dawoud Nasraty**
**229 Sheffield road**
**Alameda, CA 94502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|
| | **DeAnna Tibbs**<br>**634 61st Street**<br>**Oakland, CA 94609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.50 |
|---|---|---|---|
| | **Debbi Berenberg**<br>**34556 Salinas Pl**<br>**Fremont, CA 94555** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | **Debbie Azicri**<br>**55 Mustang Ct.**<br>**Danville, CA 94526** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|
| | **Debbie Jin**<br>**4613 Delores Drive**<br>**Union City, CA 94587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|
| | **Debby Barbose**<br>**269 Arrowhead Way**<br>**Hayward, CA 94544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|
| | **Deborah Christman**<br>**4097 Greenwich Drive**<br>**San Ramon, CA 94582** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|
| | **Deborah Karasek**<br>**1027 Duncan St**<br>**San Francisco, CA 94131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 100 of 632

| 3.587 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Deborah Kirshman**
**651 Vistamont Avenue**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Deborah Nelson**
**1339 Broadway**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Debra Cooper**
**1112 Cole St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $146.00 |
|---|---|---|---|

**Debra Wright**
**4 Irving Drive**
**San Anselmo, CA 94960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Deepa Lounsbury**
**461 Patten St**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101.00 |
|---|---|---|---|

**Deepika Nagabhushan**
**63 Arlington Court**
**Kensington, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Denise Rotman**
**27 Carte Place**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 101 of 632

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.00 |
|---|---|---|---|

**Dennis O'Neil**
**385 Grand Ave**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Derek McQuay**
**7463 Oxford Circle**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Derlin Hsu**
**2051 De Anza Ln**
**Hercules, CA 94547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Derwin Sisnett**
**2829 11th Ave**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Derya Topalli**
**17055 Broadway Terrace**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Desanka Aleksov**
**50 Lansing, apt 402**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Desired Effect**
**Attn: Shannon Reilly**
**1948 Oak Park Blvd,**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 102 of 632

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Desiree Jimenez**
**7 Northwood Ct**
**Pittsburg, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Desiree Wei**
**1525 Pullman Way**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Devin Matthews**
**22 Bay View Dr**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Devin Matthews**
**2747 Fulton St.**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Dharkar, Anuja**
**52 Chenery St**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Diana Day**
**2531 Santa Clara Ave**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |
|---|---|---|---|

**Diana Doan**
**1459 David Lane**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**Diana Garber**
**201 Sheridan Road**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**Diana Lee**
**7292 Stags Leap Ln**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Diana Marulanda**
**2927 Sheffield Ave.**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**Diana Reddy**
**1722 Dover Ave**
**San Pablo, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Diane Schwalbach**
**476 Oak Ct**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Dianne Sorrera**
**117 Morning Sun Ave**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Dides Urrutia**
**3304 Jetty Drive**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Didi Kuo**
**6017 Buena Vista Ave**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Dilip Ramachandran**
**7150 Woodrow Drive**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.00 |
|---|---|---|---|

**Disha Sundesha**
**34486 Benedick Lane**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,416.31 |
|---|---|---|---|

**Divvy**
**13707 S 200 W**
**Suite 100**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Dmitry Khvatsky**
**1186 Miller Ave**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Dora Storelli**
**1115 Mariemont ave**
**Sacramento, CA 95864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305.00 |
|---|---|---|---|

**Dorcas Cheng-Tozun**
**6611 Bubblingwell Place**
**San Jose, CA 95120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Dorothee Axe**
**20 Bonnie Lane**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Dorrie Swanson**
**26 Fraser Dr**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Doug Wiest**
**1900 Las Trampas Road**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Dria Mathews**
**718 Laurel Avenue**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Dulcey Reiter**
**373 63rd St.**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Dunni Aribuki**
**823 Creekside Pl**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Dusty Seu**
**17665 Dorson Lane**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 106 of 632

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Dylan Cureton**
124 S 11th St
Richmond, CA 94804

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Edmund Kung**
408 Tharp Dr
Moraga, CA 94556

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Edmund Kung**
1310 49th ave
Oakland, CA 94601

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Edward Hazzzard III**
3723 redding st
oakland, CA 94619

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Eirik Nielsen**
775 Buena Vista Ave
Alameda, CA 94501

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115.00** |
|---|---|---|---|

**EJ Reckers**
8245 Skyline Blvd
Oakland, CA 94611

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Ekaterina Moklokova**
2307 24th Ave
San Francisco, CA 94116

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Elaine Chen**
**4919 Colchester Ct**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Elana Dun**
**6507 Hagen Blvd**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |

**Eleanor Donovan**
**125 Maxine Drive**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Elena Loomis**
**735 Newton St.**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Elena McSwiggen**
**1140 Cedar St**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Elevon**
**7300 Chapman Hwy**
**Knoxville, TN 37920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** liability for credit card chargebacks

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |

**Elias Lazarus**
**118 Athol Avenue**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$85.00** |

3.643 **Nonpriority creditor's name and mailing address**

**Elif Gurbuz**
**1065 53rd street**
**Oakland, CA 94608**

As of the petition filing date, the claim is: *Check all that apply.*          **$85.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.644 **Nonpriority creditor's name and mailing address**

**Elif Tekin**
**1963 Homestead Rd.**
**Santa Clara, CA 95050**

As of the petition filing date, the claim is: *Check all that apply.*          **$250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.645 **Nonpriority creditor's name and mailing address**

**Elinor Mattern**
**74 Euclid Ave,**
**San Leandro, CA 94577**

As of the petition filing date, the claim is: *Check all that apply.*          **$105.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.646 **Nonpriority creditor's name and mailing address**

**Elissa Amans**
**1124 58th Street**
**Sacramento, CA 95819**

As of the petition filing date, the claim is: *Check all that apply.*          **$140.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.647 **Nonpriority creditor's name and mailing address**

**Elissa Moriarty**
**408 Tharp Dr**
**Moraga, CA 94556**

As of the petition filing date, the claim is: *Check all that apply.*          **$250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.648 **Nonpriority creditor's name and mailing address**

**Eliza Bonneaud**
**6210 Hillmont Drive**
**Oakland, CA 94605**

As of the petition filing date, the claim is: *Check all that apply.*          **$110.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

3.649 **Nonpriority creditor's name and mailing address**

**Eliza Drabkin**
**5918 Dover St.**
**Oakland, CA 94609**

As of the petition filing date, the claim is: *Check all that apply.*          **$250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$360.00** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|
| | **Elizabeth Alexander**<br>**26 Loma Vista Dr.**<br>**Orinda, CA 94563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|
| | **Elizabeth Balaraman**<br>**1819 Gouldin Rd.**<br>**Oakland, CA 94611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|
| | **Elizabeth Ballough**<br>**31 Poplar Ct**<br>**Walnut Creek, CA 94595** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|
| | **Elizabeth DiGiacomo**<br>**4650 Sequoyah Road**<br>**Oakland, CA 94605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|
| | **Elizabeth Faber**<br>**4151 Park Blvd**<br>**Oakland, CA 94602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|
| | **Elizabeth Feldman**<br>**402 Athol Ave**<br>**Oakland, CA 94606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|-------|--------------------------------------------------|----------------------------------------------------------------------|-------------|
| | **Elizabeth Fennessey**<br>**1127 Galvez Drive**<br>**Pacifica, CA 94044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Elizabeth Geller**
**1215 Redwood Way**
**Pacifica, CA 94044**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Elizabeth Lee**
**2051 18th Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Elizabeth Martinez-Farhi**
**83 Tucker Ave**
**San Francisco, CA 94134**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Elizabeth McCloskey**
**7 Emery Lane**
**Oakland, CA 94618**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 |
|---|---|---|---|

**Elizabeth McGrath**
**12 Crest Road**
**Piedmont, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 |
|---|---|---|---|

**Elizabeth Mertz**
**3156 Bali Lane**
**Alameda, CA 94502**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Elizabeth Roddy**
**4101 Carrington Street**
**Oakland, CA 94601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $205.00 |
|---|---|---|---|
| | **Elizabeth Schamber**<br>**2185 Acton st**<br>**Berkeley, CA 94702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|
| | **Elizabeth Schwartz**<br>**728 Catalina Dr**<br>**Livermore, CA 94550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|
| | **Elizabeth Stavis**<br>**950 S Clover Ave.**<br>**San Jose, CA 95128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|
| | **Elizabeth Tom**<br>**139 Raven Ct**<br>**Danville, CA 94526** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.50 |
|---|---|---|---|
| | **Elizabeth Yu**<br>**655 Brotherhood Way**<br>**San Francisco, CA 94132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.50 |
|---|---|---|---|
| | **Ella Gower**<br>**49 Sand Harbor Rd**<br>**Alameda, CA 94502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | **Ellen Lee**<br>**140 Magnolia Avenue**<br>**Piedmont, CA 94610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Name
Case number (if known)

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Ellen Powers**
**1117 The Alameda**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Ellie Riahi**
**2667 Doidge Avenue**
**Pinole, CA 94564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Elsie Mills**
**1455 Galindo St #2251**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Emilie Choi**
**2509 Easton Drive**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Emilie Mazzacurati**
**2422 Roosevelt Ave**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Emily Burton**
**718 Carmel Ave**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**Emily Cremidis**
**173 San Carlos Way**
**Novato, CA 94945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Emily Fick-Comstock**
**108 Soule Avenue**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,150.00 |
|---|---|---|---|

**Emily Fox**
**1431 Arch Street**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Emily Gubman**
**3938 Coolidge ave**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**Emily Hawkins**
**685 Fairmont Avenue**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Emily Ho**
**624 Division Street**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Emily Moran**
**6625 Kensington Ave**
**Richmond, CA 94805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $380.00 |
|---|---|---|---|

**Emily Sabet**
**31 Norlyn Drive**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 114 of 632

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Emily Schlesinger**
1893 Magellan Dr
Oakland, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Emily Stone**
1514 Prince Street
Berkeley, CA 94703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Emily Weinstein**
3283 Liberty Ave
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Emily Wight**
161 Rock Oak Ct
Walnut Creek, CA 94598

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Emily Wight**
2132 Stewart Avenue,
Walnut Creek, CA 94596

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Emine Zengin-Demir**
939 Amarillo Ave
Palo Alto, CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Emma Cott**
3140 Eton Ave
Berkeley, CA 94705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Emma Nothmann**
**4851 Stacy Street**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Emma Stewart**
**73 Henry Street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**Engin Akyol**
**2757 Talbot Ln**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Enzo Njoo**
**815 kains Ave apt 3**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Eric Bellman**
**261 Stanford Ave.**
**Kensington, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Erica Elias**
**7680 Cottonwood Ln**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Erica Hennes**
**1106 Navellier St**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 116 of 632

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Erica Ivans**
**1802 Channing Way Apt 1**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Erica Lewis**
**47 Franciscan Way**
**Kensington, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $607.50 |
|---|---|---|---|

**Erica Perez**
**2539 Carmel St**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Erica Pratt**
**452 McAuley**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**Erica Root**
**763 Kansas Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Erica Swoboda**
**1721 Leimert Blvd.**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Erica Urnov**
**5 Helens Lane**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.00** |
|---|---|---|---|

**Erica Valdovinos**
**833 Pordon Lane**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$240.00** |
|---|---|---|---|

**Erica Washburn**
**7641 Terrace Drive**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**Erica Weber**
**24 Charles Hill Road**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.00** |
|---|---|---|---|

**Erica Woo**
**1 Franciscan Ridge**
**Portola Valley, CA 94028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Erika Crawford**
**1782 D Street, Apt 85**
**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Erika Garcia**
**3823 West Street**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Erika Hoxworth**
**2369 Redberry Court**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.00** |
|---|---|---|---|

**Erika Nordseth**
6403 Diana Lane
Martinez, CA 94553

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$140.00** |
|---|---|---|---|

**Erin An**
555 4th Street Unit 919
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$105.00** |
|---|---|---|---|

**Erin Donohue**
17 Old Rodgers Ranch Ct
Pleasant Hill, CA 94523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$190.00** |
|---|---|---|---|

**Erin Geter**
2399 Central Pkwy
Dublin, CA 94568

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$190.00** |
|---|---|---|---|

**Erin Geter**
776 Old Oak Rd
Livermore, CA 94550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130.00** |
|---|---|---|---|

**Erin Gore**
3025 Windmill Canyon Drive,
Clayton, CA 94517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$107.50** |
|---|---|---|---|

**Erin Kagehiro**
8238 Regency Drive
Pleasanton, CA 94588

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 119 of 632

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Erin Miramontes**
**285 Mississippi St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Erin Rosenblatt**
**314 Cardinal Court**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $176.00 |
|---|---|---|---|

**Eryn Parker**
**2940 Springvale Way**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Esther An**
**126 Peyton Street**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Esther An**
**1504 Sonoma Ave**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.50 |
|---|---|---|---|

**Esther Sylvan**
**1308 St. Francis Dr.**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Eszter Molnarka**
**8552 Loretto Ave**
**Cotati, CA 94931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 120 of 632

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Etai Weininger**
**33 Lane Court**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Eugene Zinovyev**
**1843 Sonoma Ave.**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Eugene Zinovyev**
**1843 Sonoma Ave.**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Eugene Zinovyev**
**803 Bonde Ct**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Eugenia Gratto**
**622 Calmar Avenue**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Eunice Wells**
**455 Vincente Ave**
**Berkeley, CA 94707-1519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Eve McDonald**
**21013 Baker Rd Apt 3**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 121 of 632

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Evelia Navar**
**1055 Georgean Street**
**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40.00 |
|---|---|---|---|

**Evelia Navar**
**2832 Madeira Way**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Evelina Kitainik**
**298 Purdue Ave**
**Kensington, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

**Evelyn Kha**
**28 Lost Valley Drive**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Evelyn Perry**
**1467 Dolores St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Evgenia Kushpil**
**2125 Santa Clara Ave Apt E**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**Evonne Liang**
**1009 5th Ave**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**F W**
**7500 Saint Patrick Way**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Fahad Alfares**
**5344 Dellwood Way**
**San Jose, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Faith Levit**
**2400 Virginia St**
**Berkeley, CA 94709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420.00 |
|---|---|---|---|

**Fanny Perez**
**French American International School**
**1155 Page St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.00 |
|---|---|---|---|

**Fatima Jinnah**
**7577 Trotter Way**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**Fayola Edwards-Ojeba**
**1201 E Calle de la Cabra**
**Tucson, CA 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Federico Weis**
**207 Taurus Avenue**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.748** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

Feldman, Elizabeth
402 Athol Ave
Oakland, CA 94606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.749** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00**

Felicia Angelo
2964 Shasta Rd.
Berkeley, CA 94708

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.750** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

Felicia Dee
85 Zita Manor
Daly City, CA 94015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.751** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00**

Felicia Ferguson
11 Indian Rock Road
San Anselmo, CA 94960

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

Feng Gao
1915 Perla Court
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.753** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00**

Fernando Lopez
1843 Sonoma Ave.
Berkeley, CA 94707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.754** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

Fida Salameh
3333 Robinson Dr
Oakland, CA 94602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755**

Nonpriority creditor's name and mailing address
**Fiona Thomas**
**1940 Esperanza Dr.**
**Concord, CA 94519**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.756**

Nonpriority creditor's name and mailing address
**Flavia Romero**
**5461 Spinnaker Walkway, apt 1**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.757**

Nonpriority creditor's name and mailing address
**Flor Hunt**
**485 Capistrano Avenue**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.758**

Nonpriority creditor's name and mailing address
**Flora Rosillette**
**3770 Almond Court**
**castro valley, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.759**

Nonpriority creditor's name and mailing address
**Fort Mason Center**
**Attn: Amanda Mathews**
**2 Marina Blvd., Building C 260**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24,760.50**

---

**3.760**

Nonpriority creditor's name and mailing address
**Frances Lo**
**859 45th Avenue**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.761**

Nonpriority creditor's name and mailing address
**Frances Mizuno**
**8925 Velma Lane**
**Tracy, CA 95304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$192.50**

---

---

**3.762** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

Frances Schaeffer
1209 Derby St
Berkeley, CA 94702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,620.00**

Franchesca Hashim
5954 Johnston Drive
Oakland, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.764** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00**

Francis Mead
8116 Sunkist dr
Oakland, CA 94605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.765** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00**

Frank Stratton
1643 Walnut St.
Berkeley, CA 94709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.766** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

Frank Teng
6207 Westwood Way
Oakland, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.767** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

Frank Teng
3018 Bayo Vista Ave
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.768** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00**

Fransheska Rivera Vega
2347 Stuart St.
Berkeley, CA 94705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 126 of 632

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Gabriela Bischof**
**670 Spruce Street**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Gabriela Reardon**
**1588 Henry Street, #3**
**Berkeley, CA 94709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Gail Finne**
**250 Ney Street**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Gayathri Chakravarthi**
**4560 Cheeney St**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72.50** |
|---|---|---|---|

**Gayle Wilson**
**1362 Meadow Glen Way**
**Concord, CA 94521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Ge Wen**
**2689 Comstock Cir**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Gena Quast**
**554 Birch Ridge Dr**
**Rio Vista, CA 94571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $197.50 |
|---|---|---|---|

**Geneva Kearns**
**6422 Broadway Terrace**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Genevieve Cox**
**210 Sheridan Road**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Geraldine Ekpo**
**3833 Telegraph Ave Apt 12**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
|---|---|---|---|

**Geraldine Le Roux**
**5304 Bryant Ave.**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Ghessycka Bennett**
**908 Erie Street**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**Gila Pourheidari**
**540 Queens Rd**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Gina Campbell**
**24 Farallon Ct.**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Gina Cargas**
**El Dorado Elementary**
**70 Delta St**
**San Francisco, CA 94134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Gina Gabriel**
**23 Bigleaf Road**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$310.00** |
|---|---|---|---|

**Gina Mata**
**431 Solano Dr**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Ginny Browne**
**1632 Tyler Street, Apt. 1**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Giselle McAlister**
**21013 Baker Rd Apt 3**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Glenda Kierstead**
**28 Lost Valley Drive**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Glenda Kierstead**
**1035 Broadway**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.790 | **Nonpriority creditor's name and mailing address**<br>**Goodman, Emily**<br>**5998 Howell St.**<br>**Oakland, CA 94609** | **$250.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.791 | **Nonpriority creditor's name and mailing address**<br>**Grace Chou**<br>**5458 Melissa Lane**<br>**Dublin, CA 94568** | **$110.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.792 | **Nonpriority creditor's name and mailing address**<br>**Grace Naim**<br>**1424 Milvia Street**<br>**Berkeley, CA 94709** | **$130.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.793 | **Nonpriority creditor's name and mailing address**<br>**Grace No**<br>**28 Lost Valley Drive**<br>**Orinda, CA 94563** | **$150.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.794 | **Nonpriority creditor's name and mailing address**<br>**Grace Salceanu**<br>**248 Lauren Ct.**<br>**San Francisco, CA 94134** | **$250.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.795 | **Nonpriority creditor's name and mailing address**<br>**Grace Wu**<br>**3839 Elston Ave**<br>**Oakland, CA 94602** | **$360.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.796 | **Nonpriority creditor's name and mailing address**<br>**Greg Howe**<br>**1164 Solano Ave 416**<br>**Albany, CA 94706** | **$450.00** |

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |

**Gregory Dalton**
**966 55th Street**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.75 |

**Gregory Klein**
**232 Rishell Drive**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Gretchen Jensen**
**1101 Evans Avenue**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |

**Gretchen Stizel**
**106 Dorchester Ave**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Griselda Ledesma**
**305 S Bayview Ave**
**Sunnyvale, CA 94086**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Gurbir Ghai**
**536 East i Street**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |

**Guru Laasya Annadevara**
**1402 Carleton St**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 131 of 632

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Gwendolyn Booze**
**4300 Bermuda Avenue**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|

**Gwendolyn Shetty**
**3750 24th Street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$990.00** |
|---|---|---|---|

**Hailey Hibler**
**1032 Pomona Ave.**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Han Luu**
**2487 Amethyst Dr**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Hana Ivanhoe**
**16339 Akron Street**
**Pacific Palisades, CA 90272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.00** |
|---|---|---|---|

**Hana Weinstein**
**5000 Dublin Ave.**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Hanna Azemati**
**4265 Gilbert Street**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 132 of 632

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55.00 |
|---|---|---|---|

**Hanna Doerr**
**330 Baden Street**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.67 |
|---|---|---|---|

**Hannah Erickson**
**721 Oakes Blvd**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Hannah Green**
**1821 Chapin Street**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Hannah Levy**
**1021 Ramona Ave**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Hannah Monday**
**335 Lake st**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Hannah Mulder**
**1601 62nd St**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Hannah Sugarman**
**1809 Stuart St.**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Hannah Sugarman**
**563 Banyan Circle**
**Walnut Creek, CA 94598**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Harleen Gahlla**
**1215 Redwood Way**
**Pacifica, CA 94044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Harriet Levy**
**33 Narragansett Cove**
**San Rafael, CA 94901**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Haylene Anesoir**
**1277 El Curtola Boulevard**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Heather and Paul Lilly**
**689 Arimo Avenue**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00** |
|---|---|---|---|

**Heather Appel**
**5648 Bacon Rd**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Heather Cruciano**
**505 Parquet St.**
**Sebastopol, CA 95472**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 134 of 632

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 |
|---|---|---|---|

**Heather Erickson**
689 Arimo Ave
Oakland, CA 94610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Heather Kostrzewa**
1703 Vine Street
Berkeley, CA 94703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Heather Melton**
596 Del Sol Ave
Pleasanton, CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Heather Mills**
1619 Jaynes Street
Berkeley, CA 94703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Heather Pitman**
1635 Seaborn Ct.
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Heather Pitman**
36055 Turpin Way
Fremont, CA 94536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Heather Thomson**
2028 Buena Vista Ave
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890　Doc# 1　Filed: 07/24/23　Entered: 07/24/23 14:48:57　Page 135 of 632

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Heather Thomson**
**2028 Buena Vista Ave**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Heather Voden**
**4771 Lincoln Ave**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Heidi Frank**
**1809 3rd Street, Apt. C**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Helaine Prentice**
**1506 Tyler**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Helen Dinh**
**196 deepstone drive**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Helen Garcia**
**856 Lassen Street**
**Richmond, CA 94805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Helen Phung**
**553 Ivy St.**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Helen Wilson**
**270 Channing Avenue**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Helene Flohic**
**548 Bryce ct**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.50 |
|---|---|---|---|

**Helga Dinning**
**1161 Broadway, Apt C**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Hemmy So**
**1315 Mound St**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Hermela Hagos**
**710 Los Palos Drive**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Heyman Oo**
**1336 Arlington Blvd**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Hieu Williams**
**196 Kottinger Drive**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$400.00** |
| | **Hilary Andersen Hurlbut**<br>**1826 Chaparro Ct**<br>**Walnut Creek, CA 94596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$400.00** |
| | **Hillary Reinis**<br>**860 Spruce St**<br>**Berkeley, CA 94707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$250.00** |
| | **Hillary Sardinas**<br>**974 Peralta Ave**<br>**Albany, CA 94706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$900.00** |
| | **Hiromi Bergman**<br>**1281 Brighton Avenue**<br>**Albany, CA 94706** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **HL Commercial Property Management**<br>**70 Mitchell Blvd Ste 104**<br>**San Rafael, CA 94903-2042** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$210.00** |
| | **Hoang-chi Truong**<br>**1 Lakeside Drive 1109**<br>**Oakland, CA 94612** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$110.00** |
| | **Holly Axe**<br>**3485 21st street**<br>**San Francisco, CA 94110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes |

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 138 of 632

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $270.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Holly Burles**
**50 Austin Ave 435**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-------|

**Holly King**
**517 Pebble Drive**
**El Sobrante, CA 94803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Holly King**
**3547 Cascade St**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|--------|

**Holly Uzzle**
**1000 Aquarius Way**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Hsuan-Wen Kuo**
**1335 Buchanan Drive**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**HsuYing Kuo**
**4745 Branding Iron Drive**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|--------|

**Hugo Alcazar**
**5029 Soprano Circle**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 139 of 632

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

Huong Nguyen-Yap
2828 25th Ave
Oakland, CA 94601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

Hyejin Park
338 Saclan Ter.
Clayton, CA 94517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

Ian Schneider
2809 California st
Berkeley, CA 94703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |
|---|---|---|---|

Ida Janowicz
4393 bridgeview dr
Oakland, CA 94602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

Ida Rosenblum
150 Venado Way
San Jose, CA 95123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

Ida Rosenblum
3594 Jefferson Street
Napa, CA 94558

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

Ifra Aijaz
120 Valdeflores drive
Burlingame, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Ilana Cohen**
**1010 60th St**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Ilana Golin**
**1075 Annerley Rd**
**Piedmont, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**Ilana Greenblatt Becker**
**216 Benham Drive**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Ilon Oliveira**
**4446 Tompkins Ave.**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Ilon Oliveira**
**1570 Bairn Drive**
**Hillsborough, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.75 |
|---|---|---|---|

**Imani Wesley**
**1062 59th Street**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Inbal Meron**
**1033 Aileen St**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Indira Cortes Gonzalez**
1635 Seaborn Ct.
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Indre Viskontas**
153 Wood St
San Francisco, CA 94118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Irina Ellis**
69210 Via Vicenza
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Iris Elton**
2615 Buena Vista Ave
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Iris Liu**
6490 14th Street
Sacramento, CA 95831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Iris Wong**
484 Lake Park Ave, 515
Oakland, CA 94610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Isabella Kazemba**
2453 Meridian Ave
San Jose, CA 95124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Ishita Ghosh**
**776 Old Oak Rd.**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Ishita Ghosh**
**5916 Chabot Road**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $763.34 |
|---|---|---|---|

**Itzel Hayward**
**208 John Street**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Ivi Kolasi**
**418 Boynton Avenue**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Jaclyn Kreibich**
**2205 McGee Ave.**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**Jaclyn Lee**
**2060 4th St, apt 108**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Jaclynn Davis**
**1371 Curtis Street**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Jacqueline Henning**
**2853 Cuesta Way**
**Carmel, CA 93923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.50 |
|---|---|---|---|

**Jacqueline Proulx**
**24071 Wilcox lane**
**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Jacques Horn**
**1056 Via Palma**
**San Lorenzo, CA 94580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Jade Cameron**
**40153 San Carlos Pl**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Jade Talbot**
**1801 Dwight Way**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Jade Talbot**
**92 Cambridge Way**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Jaime Bartlett**
**1736 Cornell Drive**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$250.00** |

**Jaime Huling Delaye**
**3083 22nd St.**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$250.00** |

**James Hirshberg**
**17 Cedar Lane**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$75.00** |

**James Jackson**
**2904 Central Ave**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$250.00** |

**James Nati**
**980 Woodland Ave**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$550.00** |

**James Saunders**
**48 Inyo St**
**Brisbane, CA 94005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$250.00** |

**James Stewart**
**440 Laidley Street,**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$400.00** |

**Jamie Greenwood**
**8 West Parnassus Court**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.00 |

Jamie Han
74 Sheridan Rd
Oakland, CA 94618

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |

Jan Curran
1552 East Gate Way, Apt. 130
Pleasanton, CA 94566

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |

Jan Faraguna
5701 Oak Grove Ave
Oakland, CA 94618

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |

Jana Ezawa
East Bay German International School
1070 41st St
Emeryville, CA 94608

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |

Jane Choi
90 Apollo St
San Francisco, CA 94124

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

Jane Jones
591 18th Ave
San Francisco, CA 94121

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

Jane Stern
918 Santa Fe Avenue
Albany, CA 94706

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Janelle Bentley Ghiglieri**
**1114 Church St**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Janette Smith**
**156 Southwind Dr.**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|

**Janey Snider**
**563 Banyan Circle**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Janine Bonanno**
**2 Littlewood Drive**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**January Chi**
**4021 Branson Dr**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.00 |
|---|---|---|---|

**January Chi**
**4021 Branson Dr**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**January Chi**
**4021 Branson Dr**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 147 of 632

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Jared Wright**
**55 Fieldbrook Place**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Jasmine Berjikly**
**82 Stanford Heights Ave**
**San francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Jasmine Douville**
**1688 Pine St**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Jasmine Kaddoura**
**1505 Russell St**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Jasmine Williams**
**8153 Surrey Lane**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Jason Muscat**
**748 Pacific Ave**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Jaspreet Boyal**
**4850 Black Walnut Drive**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Jaspreet M**
**1570 Thompson Ave**
**Santa Cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Jay Lai**
**2508 Coronet Blvd**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Jean Tashima**
**4139 Martin Luther King Jr Way**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Jeanan Albassam**
**3267 Emerson St**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 |
|---|---|---|---|

**Jeanette Aguilar**
**3081 23rd Ave**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $237.50 |
|---|---|---|---|

**Jeanine Clark-Kent**
**1371 Curtis Street**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Jeannette Hanowsky**
**2915 Modesto Avenue**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jeannine Sherman**
**98 Dudley Ave**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Jeeny Freire**
**115 Colby St**
**San Francisco, CA 94134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Jeff Cooksey**
**1455 10th Street**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Jeff Gleeson**
**3231a Fernside blvd**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Jeff Tyrrell**
**3916 Pasadena Dr**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**Jeff Weissman**
**3025 Jordan Rd**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Jeffrey Keaney**
**155 hagemann ave**
**santa cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|
| | Jeffrey Lee<br>351 Shotwell St<br>San Francisco, CA 94110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|
| | Jeffrey Wescott<br>1635 Fairview St<br>Berkeley, CA 94703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | Jenette Woskow<br>2020 Melvin Rd<br>Oakland, CA 94602 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|
| | Jenna Ouye<br>1841 2nd Street<br>San Rafael, CA 94901 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|
| | Jennie Levitt<br>4340 Montgomery Street<br>Oakland, CA 94611 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | Jennifer Arndt<br>3979 Majestic Drive<br>Concord, CA 94519 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $275.00 |
|---|---|---|---|
| | Jennifer Chow<br>5673 Beale Ave<br>Dublin, CA 94568 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Jennifer de Guerre**
**5477 Masonic Avenue**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Jennifer DeMartini**
**3609 Reinoso Court**
**San Jose, CA 95136**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**Jennifer Doersam**
**Crocker Highlands Elementary**
**525 Midcrest Rd**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Jennifer Fisher**
**46 Westminster Dr.**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Jennifer Fisher**
**46 Westminster Dr.**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jennifer Furlong**
**4180 Summer Gate Ave**
**Vallejo, CA 94591**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Jennifer Gil**
**467 Gates St**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 152 of 632

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
| --- | --- | --- | --- |

**Jennifer Harrison**
**1951 Hoover Ave**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
| --- | --- | --- | --- |

**Jennifer Heller**
**705 Arbor Dr**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
| --- | --- | --- | --- |

**Jennifer Jordan**
**1432 Terra Nova Blvd**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
| --- | --- | --- | --- |

**Jennifer Kabaker**
**408 Franconia St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
| --- | --- | --- | --- |

**Jennifer Kamal**
**2014 Harvard Dr**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
| --- | --- | --- | --- |

**Jennifer Karlin**
**2032 Leimert Blvd**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
| --- | --- | --- | --- |

**Jennifer Lew**
**1471 17th Ave**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |

**Jennifer Lew**
**1384 Chestnut St.**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |

**Jennifer Lewis**
**4126 Maple Ave**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |

**Jennifer Lopez**
**458 Hearst Avenue**
**San Francisco, CA 94112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**Jennifer Lowood-Livingston**
**808 Norvell Street**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |

**Jennifer Machida**
**838 Bridge Rd**
**San Leandro, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |

**Jennifer Maehara**
**317 Jackson Street**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |

**Jennifer Margalit**
**10 Manzanita Court**
**Corte Madera, CA 94925**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 154 of
632

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Jennifer Meek Satoh**
**362 Euclid Ave, Apt 106**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Jennifer Meek Satoh**
**800 Antonia Circle**
**Pinole, CA 94564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Jennifer Milley**
**204 La Espiral**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jennifer Muscat**
**1382 Clay ct**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Jennifer Nam**
**442 11th Avenue**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Jennifer Nam**
**1339 Broadway**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Jennifer Owen-Blackmon**
**2630 College Ave**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890　Doc# 1　Filed: 07/24/23　Entered: 07/24/23 14:48:57　Page 155 of 632

| | | |
|---|---|---|
| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |

3.972 | **Nonpriority creditor's name and mailing address**

**Jennifer Pierson**
**2319 Howe St**
**Berkeley, CA 94705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

3.973 | **Nonpriority creditor's name and mailing address**

**Jennifer Prokes**
**18446 Center St**
**Castro Valley, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

3.974 | **Nonpriority creditor's name and mailing address**

**Jennifer Redwitz**
**2645 Nicol Ave.**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

3.975 | **Nonpriority creditor's name and mailing address**

**Jennifer Singler**
**1793 San Lorenzo Ave**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

3.976 | **Nonpriority creditor's name and mailing address**

**Jennifer Soliz**
**1137 Oakland Ave**
**Piedmont, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$220.00**

---

3.977 | **Nonpriority creditor's name and mailing address**

**Jennifer Tetler**
**6207 Westwood Way**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

3.978 | **Nonpriority creditor's name and mailing address**

**Jennifer Thai**
**209 Clyde Dr**
**Walnut Creek, CA 94598**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Jennifer Wegner-Tamo**
**1342 Begier Ave**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jennifer Willmann**
**1413 Holly St**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**Jennifer Young Perlman**
**64 Mariposa Avenue**
**San Anselmo, CA 94960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jennifer Zacharia**
**8751 Terrace Drive**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Jenny Brandt**
**25552 Brookshire Drive**
**Castro Valley, CA 94552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Jenny Guzman**
**2932 Silva Way**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Jenny Han**
**3172 Aran Way**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.986 | **Nonpriority creditor's name and mailing address**<br>**Jenny Sauer-Klein**<br>**717 East 23rd st**<br>**Oakland, CA 94606** | **$80.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.987 | **Nonpriority creditor's name and mailing address**<br>**Jeremiah Wille**<br>**1419 Harmon Street**<br>**Berkeley, CA 94702** | **$110.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.988 | **Nonpriority creditor's name and mailing address**<br>**Jeremy Cree**<br>**1732 Beverly Pl**<br>**Berkeley, CA 94707** | **$250.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.989 | **Nonpriority creditor's name and mailing address**<br>**Jeremy Feit**<br>**1214 Mt Hermon Rd**<br>**Scotts Valley, CA 95066** | **$80.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.990 | **Nonpriority creditor's name and mailing address**<br>**Jeremy Rahe**<br>**546 W McKinley Ave**<br>**Sunnyvale, CA 94086** | **$85.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.991 | **Nonpriority creditor's name and mailing address**<br>**Jeroen Verbeek**<br>**1504 Martin Luther King Jr Way**<br>**Berkeley, CA 94709** | **$800.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.992 | **Nonpriority creditor's name and mailing address**<br>**Jessamay Kroth**<br>**1150 Munich St.**<br>**San Francisco, CA 94112** | **$500.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00** |
|---|---|---|---|

**Jesse Lowenberg**
**925 Valencia Ave**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Jessica Archer**
**1485 E 38th St**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Jessica Beckerman**
**5981 Majestic Avenue**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Jessica Birkle**
**6200 Broadway Ter**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Jessica Blome**
**2400 Tenth Street**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Jessica Britanik**
**121 Hodges Drive**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.999 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Jessica Chohan**
**2627 Harold St**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 159 of 632

| 3.100 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $210.00 |
|---|---|---|---|

**Jessica Feldman**
**258 Redwood Rd**
**San Anselmo, CA 94960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250.00 |
|---|---|---|---|

**Jessica Ferraioli**
**50 Richardson Road**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $725.00 |
|---|---|---|---|

**Jessica Fleuti**
**185 John St**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250.00 |
|---|---|---|---|

**Jessica Greenberg**
**240 The Uplands**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $160.00 |
|---|---|---|---|

**Jessica Hovatter**
**1178 Richmond Street**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $140.00 |
|---|---|---|---|

**Jessica Judge**
**594 58th St**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $150.00 |
|---|---|---|---|

**Jessica Kelley**
**863 West MacArthur Blvd**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Jessica Ortiz**
**2851 Frayne Ln**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**Jessica Osorio**
**970 5th Ave**
**Pinole, CA 94564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Jessica Reimers**
**928 Mohr Ln**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Jessica Reimers**
**1745 Crescent Drive**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**Jessica Sliwerski**
**412 48th Street**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Jessica Thomas**
**2206 10th St**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Jessica Vargas**
**3082 Rodeo Ln**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**Jessica Wieland**
**5062 Cochrane Ave.**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jessica Wilson**
**1419 Harmon Street**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Jessie Dykstra**
**3259 Camino Colorados**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**Jessie Jackson**
**2910 Acton St.**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jessie Jiang**
**723 Woodland Ave.**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Jessie Sun**
**6743 Goose Way**
**Newark, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jessie Weiser**
**366 Ocean View Avenue**
**Kensington, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Jesus Alfaro**
**1845 Northwood Ct**
**Oakland, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Jhaqueline Valle**
**683 Green Ridge Drive, Apt 7**
**Daly City, CA 94014**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Jia JU**
**2622 watervale way**
**San Ramon, CA 94582**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Jill Cozen Harel**
**88 Canyon Rd**
**Fairfax, CA 94930**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**Jill Seymour**
**1057 Norwood ave**
**Oakland, CA 94610**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jillian Aguilar**
**587 62nd St**
**Oakland, CA 94609**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Jin Cheng**
**4417 Pampas Avenue**
**Oakland, CA 94619**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Area Children's Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

**Jin Kim**
**3086 Hedaro Ct**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

**Jin Kim**
**10 Ross Drive**
**Moraga, CA 94556**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$90.00

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

**Jin Sun Park**
**17 Culver Ct**
**Orinda, CA 94563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

**Jing Jing Wang**
**2699 Driftwood Street**
**Hayward, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$193.50

---

**3.103 2**

**Nonpriority creditor's name and mailing address**

**Jing Yan**
**1086 Robbia Dr.**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$160.00

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

**Jisun Moon**
**381 Serramonte Terrace**
**Fremont, CA 94536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$160.00

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

**Jo A.S. Loss**
**18003 Center St**
**Castro Valley, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

Official Form 206 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 149 of 323

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 164 of 632

| 3.103 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Jo Eckerley**
**1226 Marin Ave.**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $205.00 |
|---|---|---|---|

**Joan Goldberg**
**633 San Luis Rd**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Joann Dominguez**
**417 Ashbury St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Joanna Garcia**
**829 Intrepid Lane**
**Redwood, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Joanna Garcia**
**6205 Canning St**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Joanna Oda**
**108 Kenyon Ave**
**Kensington, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Joanna Parnes**
**6081 Claremont Ave. Apt. 11**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
|---|---|---|---|

**Joanne Jones**
**12 Mayfield Pl**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
|---|---|---|---|

**Joanne Wan**
**614 Noe St**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$450.00** |
|---|---|---|---|

**Jocelyn Eleanor Aramburu**
**6409 Zinn Dr.**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|

**Jocelyn Everroad**
**177 Granada Ave**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$900.00** |
|---|---|---|---|

**Jodi Lomask**
**1634 Francisco Street**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |
|---|---|---|---|

**Jodi Sandhu**
**28194 Dobbel Avenue**
**Hayward, CA 94542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**Jody Casey**
**1831 Barsac Court**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 166 of 632

| 3.104 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Johanna Hartwig**
**199 Moultrie st**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Johanna Silver**
**1737 Cedar St.**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Johannah Kaplan**
**362 Euclid Ave**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**John Arpino**
**1945 Johnston Ave**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**John Calmeyer**
**3520 Redding Street**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**John Davies**
**2230 Buena Vista Avenue**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**John Tubbs**
**1 Lakeside Drive 1109**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joli Gordon**
**2136 California Street #5**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.105 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Jonathan Libbey**
**2400 Virginia St**
**Berkeley, CA 94709**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.105 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Jonathan Libbey**
**5984 Lombard St.**
**Dublin, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.105 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Jonathan Stull**
**5577 Corte Sonora**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.106 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Jonathan Su**
**43208 Banda Ter**
**Fremont, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

| 3.106 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Jonathan Tom**
**5363A James Ave**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

| 3.106 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Jordan Apgar**
**335 Everett Ave**
**Palo Alto, CA 94301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

| 3.106 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Jordan Cohen**
**1368 Delaware Street**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Jordan Friedland**
**167 Opal Avenue**
**Redwood City, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Jordan Harrison**
**1451 Catherine Dr**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Jordan Johnson**
**2915 Modesto Avenue**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$170.00** |
|---|---|---|---|

**Jordan Moss**
**636 Beloit ave**
**Kensington, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$190.00** |
|---|---|---|---|

**Jose Alfaro**
**411 Shirlee drive**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Jose Florido**
**2222 9th St**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Bay Area Children's Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

**Joseph Collier**
**1611 Posen Avenue**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$142.50**

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

**Joti Singh**
**3226 Nicol Ave.**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$607.50**

---

**3.107 2**

**Nonpriority creditor's name and mailing address**

**Jovita Guzman**
**359 Siesta Way**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

**Joybell Silverman**
**28 Canyon Oak Drive**
**San Rafael, CA 94903**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

**Joyce Chan**
**155 Ramsell St.**
**San Francisco, CA 94132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

**Joye Beachum**
**717 Georgia St**
**Vallejo, CA 94590**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**JP Henderson**
**250 Rheem Blvd**
**Moraga, CA 94556**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$170.00**

---

| 3.107 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Juanita Mo**
5401 Estates Dr
Oakland, CA 94618

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.107 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Judy Stone**
101 Starview Court
Oakland, CA 94618

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Julia Briefstein**
6237 Rockwell St.
Oakland, CA 94618

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Julia Byington**
5177 Dartmoor Cir
Fairfield, CA 94534

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Julia Cosgrove**
2750 Prince St
Berkeley, CA 94705

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Julia Elitzer**
4173 Coulombe Drive
Palo Alto, CA 94306

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Julia Faussone**
323 Park Place
San Ramon, CA 94583

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Julia Greenwood**
**3255 Oneill Ct.**
**Soquel, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | Nonpriority creditor's name and mailing address | | $215.00 |
|---|---|---|---|

**Julia Jensen**
**1051 Riker St Unit 6**
**Salinas, CA 93901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | Nonpriority creditor's name and mailing address | | $450.00 |
|---|---|---|---|

**Julia Landau**
**4114 Gilbert St.**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | Nonpriority creditor's name and mailing address | | $160.00 |
|---|---|---|---|

**Julia Miller**
**441 Boynton Ave**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 8 | Nonpriority creditor's name and mailing address | | $250.00 |
|---|---|---|---|

**Julia Song**
**1308 Hopkins St**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 9 | Nonpriority creditor's name and mailing address | | $110.00 |
|---|---|---|---|

**Julia Stefani**
**331 Masters Court Apt 1**
**Walnut Creek, CA 94598**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 0 | Nonpriority creditor's name and mailing address | | $110.00 |
|---|---|---|---|

**Julia Tsai**
**1166 Alberdan Circle**
**Pinole, CA 94564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.00 |
|---|---|---|---|

**Julia Wolfe**
532 Madison St.
Albany, CA 94706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Juliana Cho**
561 Francis Dr
Lafayette, CA 94549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.50 |
|---|---|---|---|

**Julianne Fables**
35 Summit Ave
Mill Valley, CA 94941

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Julianne Turner**
1070 Peralta Avenue
Albany, CA 94706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Julie Hayashida**
1027 Kains Ave.
Albany, CA 94706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |
|---|---|---|---|

**Julie Huynh**
17341 Valley Oak Drive
Monte Sereno, CA 95030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.00 |
|---|---|---|---|

**Julie Jeung**
466 Castro St
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1098 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Julie Kirschbaum**
**1490 Ocean Ave Apt 402**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1099 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.00 |
|---|---|---|---|

**Julie Knapp**
**555 Pierce Street #834**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Julie Kuo**
**3144 Roundhill Road**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Julie Landres**
**92 Orchard Rd.**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Julie Leimbach**
**PO Box 713**
**Lotus, CA 95651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**Julie Tinker**
**560 Wesley Ave**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Juliette LeBlanc**
**7292 Stags Leap Ln**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**June Derne**
3491 Monroe Ave
Lafayette, CA 94549

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 6 | Nonpriority creditor's name and mailing address | | $250.00 |
|---|---|---|---|

**June Groboske**
30 Blair Pl
Piedmont, CA 94611

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 7 | Nonpriority creditor's name and mailing address | | $130.00 |
|---|---|---|---|

**June Ryder**
2129 W Alaska Av
Flagstaff, CA 86001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 8 | Nonpriority creditor's name and mailing address | | $197.50 |
|---|---|---|---|

**Justin Dennis**
11041 Main Street #582
Penngrove, CA 94951

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 9 | Nonpriority creditor's name and mailing address | | $130.00 |
|---|---|---|---|

**Justin Jarvis**
232 Rishell Drive
Oakland, CA 94619

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 0 | Nonpriority creditor's name and mailing address | | $400.00 |
|---|---|---|---|

**Justin Navarro**
1728 Acton St
Berkeley, CA 94702

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 1 | Nonpriority creditor's name and mailing address | | $75.00 |
|---|---|---|---|

**Jynette Oji**
2199 Hidden Pond Rd
Lafayette, CA 94549

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $90.00 |
|---|---|---|---|

**Kacey LaRue**
**831 Tampico**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,650.00 |
|---|---|---|---|

**Kahye Song**
**3609 Wyndham Dr**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,511.00 |
|---|---|---|---|

**Kaiser Permanente**
**P.O. Box 629028**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  Health Insurance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

**Kaitlin Kalna Darwal**
**2101 Shoreline Drive , #464**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00 |
|---|---|---|---|

**Kaitlyn Attiga**
**3528 Magnolia Dr**
**Alameda, CA 94502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $110.00 |
|---|---|---|---|

**Kaitlyn Van Arsdell**
**915 Ramona Ave.**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $125.00 |
|---|---|---|---|

**Kaitlyn Van Arsdell**
**1070 Peralta Avenue**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Kalle Blanchard**
**104 Estates Drive**
**Orinda, CA 94563**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Kalpesh Patel**
**99 Mendosa Avenue**
**San Francisco, CA 94116**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Kangmi Lee**
**721 Via Palermo**
**San Ramon, CA 94583**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Kara Furlong**
**439 50th Street**
**Oakland, CA 94609**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Kara Ghilotti**
**66 Fawn Drive, Sa**
**Anselmo, CA 94960**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Kara Holzwarth**
**54 Templar Pl**
**Oakland, CA 94618**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

**Kara Mandujano**
**1929 Harmil Way,**
**San Jose, CA 95125**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 177 of 632

| 3.112 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Kara Rubens**
**1416A Harmon St**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Kara Simpson**
**619 Pasa Tiempo Ct**
**Pleasant hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Karen Fai**
**18751 Cabernet Drive**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Karen Glasser**
**5500 Balboa Drive**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**Karen Goodwin**
**8223 Skyline Circle**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Karen Ruff**
**23 Bud Ct.**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Karen Santiago**
**701 Minnesota Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Kari Goodman**
**5221 Hillen Drive**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Karim Vedol**
**30 Ogden Ave**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Karina Balfour**
**167 West Trenton Ave**
**Clovis, CA 93619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Karina Safari**
**2522 Promontory Cir**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $230.00 |
|---|---|---|---|

**Karina Tenbruggencate**
**3420 Pickens Ln**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Karissa Yee Findley**
**8751 Terrace Drive**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**Karla Ramos**
**1274 58th ave**
**Oakland, CA 94621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1140**

**Nonpriority creditor's name and mailing address**

**Karla Wood**
**4110 Whittle Ave**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.1141**

**Nonpriority creditor's name and mailing address**

**Karla Wozniak**
**2911 Northwood Drive**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

**3.1142**

**Nonpriority creditor's name and mailing address**

**Karley Michaelson**
**1692 San Lorenzo Ave**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.1143**

**Nonpriority creditor's name and mailing address**

**Karva Sykes**
**12 Fiddleneck Way**
**Orinda, CA 94563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.1144**

**Nonpriority creditor's name and mailing address**

**Kasaundra Heiberger**
**729 Norvell St**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

**3.1145**

**Nonpriority creditor's name and mailing address**

**Kasia Grimm**
**1619 Gaynor Ave**
**Richmond, CA 94801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.1146**

**Nonpriority creditor's name and mailing address**

**Kassie Fell**
**7252 Thames Ct.**
**Dublin, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 180 of 632

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**Kat Clark**
**742 S G St**
**Livermore, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Kat Seltzer**
**1935 Napa Ave**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**Kate DeTrempe**
**2 El Caminito**
**Orinda, CA 94563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**Kate Finney**
**2834 Forest Ave**
**Berkeley, CA 94705**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**Kate Flanagan**
**6408 Pinehaven Rd.**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**Kate Holekamp**
**63 Asilomar Circle**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

**Kate Johnson**
**774 Longridge Rd**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

| 3.115 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**Kate Mahoney**
**640 59th Street**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Kate Mikhailov**
**1910 San Antonio Ave**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Kate Rath**
**1374 Glen Dr.**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Kate Walter**
**3130 Ellis St**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Kate Wilkin**
**269 Arrowhead Way**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40.00 |
|---|---|---|---|

**Katelyn Harris-Gumari**
**Lazear Charter Academy**
**824 29th Ave**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Katelyn Quintero**
**1277 15th Ave**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$140.00** |
|---|---|---|---|

**Katelyn Simons**
**1621 Mendocino St**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Katerina Duculescu**
**860 Litwin Dr**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Katerina Linos**
**5785 Country Club Dr**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$142.50** |
|---|---|---|---|

**Kateryna Lenart**
**1321 Lincoln St**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$165.00** |
|---|---|---|---|

**Katharine Allen**
**615 Arkansas Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Katharine Simmons**
**3248 Liberty Avenue**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Katherine Carpenter**
**944 Oakes Boulevard**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Katherine Carpenter**
**66 Park Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $142.50 |
|---|---|---|---|

**Katherine Frazier-Archila**
**1901 Eagle Avenue**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**Katherine Shaul**
**5525 Carlton Street**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Katherine Sullivan**
**526 Liberty St**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.00 |
|---|---|---|---|

**Katherine Susskind Risso**
**224 Rishell Drive**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Katherine Vessella**
**206 Pickleweed Lane**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $760.00 |
|---|---|---|---|

**Katherine Voyten**
**901 Paramount Road**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 184 of 632

| 3.117 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Kathie Chao**
**1310 10th Avenue**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Kathleen J Bohnsack**
**808 Rainbow Court**
**Discovery Bay, CA 94505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Kathleen Kneisel**
**559 Valle Vista Ave**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.00 |
|---|---|---|---|

**Kathleen Knudson**
**10 Ross Drive**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Kathleen Knudson**
**23 Nottingham Ct**
**Alameda, CA 94502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Kathleen Morrow**
**944 Juanita Drive**
**Walnut Creek, CA 94595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Kathleen Richards**
**536 Florence St**
**Turlock, CA 95380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 2 | **Nonpriority creditor's name and mailing address**<br>**Kathrin Rockwell**<br>**2801 Ponce ave**<br>**Belmont, CA 94002** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$120.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 3 | **Nonpriority creditor's name and mailing address**<br>**Kathrine Alfonso**<br>**8430 Outlook Ave**<br>**Oakland, CA 94605** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$115.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 4 | **Nonpriority creditor's name and mailing address**<br>**Kathryn Newton**<br>**64 Roundtree Blvd**<br>**San Rafael, CA 94903** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 5 | **Nonpriority creditor's name and mailing address**<br>**Kathryn Roberts**<br>**239 Molimo Dr.**<br>**San Francisco, CA** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 6 | **Nonpriority creditor's name and mailing address**<br>**Kathryn Tucker**<br>**2401 Carleton Street**<br>**Berkeley, CA 94704** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 7 | **Nonpriority creditor's name and mailing address**<br>**Kathryn Willis**<br>**7060 Via Quito**<br>**Pleasanton, CA 94566** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$110.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 8 | **Nonpriority creditor's name and mailing address**<br>**Kathy Maratukulam**<br>**19 Hardwick Ave**<br>**Piedmont, CA 94611** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 186 of 632

| 3.118 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Katie Chin**
**35509 Fisher Place**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Katie Dellamaria**
**1827 Ward Street**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Katie Hale**
**1800 oak hollow road**
**Cloverdale, CA 95425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Katie Mak-Cheng**
**538 East L Street**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Katie McLane**
**3632 Harbor View Ave**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**Katie McLane**
**3632 Harbor View Ave**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Katie Niehues**
**1303 Marin Ave**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 187 of 632

---

**3.119 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$400.00** |

**Katie Niehues**
**1303 Marin Ave**
**Albany, CA 94706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.119 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$85.00** |

**Katie Schultz**
**2722 Washington Street**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$130.00** |

**Katie Scriven**
**1701 W College Ave Unit B**
**Santa Rosa, CA 95401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$340.00** |

**Katie Streu**
**2009 oak st**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$85.00** |

**Katie Taylor**
**1914 Mayfield Ave.**
**San Jose, CA 95130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$250.00** |

**Katie Taylor**
**1175 Grizzly Peak Blvd**
**Berkeley, CA 94708**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$110.00** |

**Katie Welch**
**9780 Coral Road**
**Oakland, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 3 | **Nonpriority creditor's name and mailing address** **Katie Yeh** **36 Waverly Ct** **Alamo, CA 94507** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$175.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 4 | **Nonpriority creditor's name and mailing address** **Katrien Brak** **2206 Coronet Blvd** **Belmont, CA 94002** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$120.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 5 | **Nonpriority creditor's name and mailing address** **Katrina and Erik Nielsen** **48 Inyo St** **Brisbane, CA 94005** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$100.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 6 | **Nonpriority creditor's name and mailing address** **Katrina Walter** **3606 Balfour Ave** **Oakland, CA 94610** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$450.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 7 | **Nonpriority creditor's name and mailing address** **Kay Englund** **1303 Monterey Ave.** **Berkeley, CA 94707** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$250.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 8 | **Nonpriority creditor's name and mailing address** **Kaylee Choi** **112 Churchill Ave** **Palo Alto, CA 94301** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$400.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 9 | **Nonpriority creditor's name and mailing address** **Kayoko and Dennis Wong** **233 W Santa Inez Ave.** **Hillsborough, CA 94010** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$500.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 189 of 632

| Debtor | **Bay Area Children's Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.121 0**

**Nonpriority creditor's name and mailing address**

**Keely Rogers-Free**
**3084 Kansas Street**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.121 1**

**Nonpriority creditor's name and mailing address**

**Kelli Shields**
**4130 21st St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.121 2**

**Nonpriority creditor's name and mailing address**

**Kelly Ernst Friedman**
**1182 34th St**
**Oakland, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

**Kelly Haider**
**162 Selborne Way**
**Moraga, CA 94556**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

**Kelly Johnston**
**98 Humboldt Ave**
**San Anselmo, CA 94960**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

**Kelly Markello**
**1470 Fox Hollow Ct**
**Concord, CA 94521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

**Kelly Phillips**
**1310 Cedar Street**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.121 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Kelly Resnick**
818 Congo Street
San Francisco, CA 94131

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Kelly Roush**
1000 Dewing Avenue, Unit 410
Lafayette, CA 94549

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Kelly Turner**
1532 Blake St
Berkeley, CA 94703

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Kelly Wells**
2600 Cortez Dr, Unit 7204
Santa Clara, CA 95051

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Kelly Wing**
3540 Flintwood Drive
Santa Rosa, CA 95404

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Kelsie Myers**
1211 Kendall Ct
Walnut Creek, CA 94595

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Kelson Herman**
1682 26th Ave
San Francisco, CA 94122

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
| **Kemi Mustapha** | ☐ Contingent | |
| **3015 Kaiser Dr Unit F** | ☐ Unliquidated | |
| **Santa Clara, CA 95051** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.122 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111.00** |
| **Kendra Conrad** | ☐ Contingent | |
| **6041 Arlington Boulevard** | ☐ Unliquidated | |
| **Richmond, CA 94805** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
| **Kenny White** | ☐ Contingent | |
| **2645 San Benito Dr** | ☐ Unliquidated | |
| **Walnut Creek, CA 94598** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| **Kerri McShea** | ☐ Contingent | |
| **824 San Diego Rd** | ☐ Unliquidated | |
| **Berkeley, CA 94707** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
| **Kesha Emmendorfer** | ☐ Contingent | |
| **2316 Quartz Way** | ☐ Unliquidated | |
| **Antioch, CA** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.122 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
| **Kevin Shaw** | ☐ Contingent | |
| **1357 Grove St** | ☐ Unliquidated | |
| **Alameda, CA 94501** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
| **Khushali Narechania** | ☐ Contingent | |
| **63 Arlington Court** | ☐ Unliquidated | |
| **Kensington, CA 94707** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 192 of 632

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

**Kier Van Remoortere**
**1801 Dwight Way**
**Berkeley, CA 94703**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$664.30**

---

**3.123 2**

**Nonpriority creditor's name and mailing address**

**Kier Van Remoortere**
**1220 Minerva Street**
**San Leandro, CA 94577**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

**Kim Chiang**
**407 Alameda de la Loma**
**Novato, CA 94948**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

**Kim Cooper**
**65 Liberty St #101**
**San Francisco, CA 94110**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

**Kim Cooper**
**6041 Arlington Boulevard**
**Richmond, CA 94805**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

**Kim Nguyen**
**4446 Tompkins Ave**
**Oakland, CA 94619**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.123 7**

**Nonpriority creditor's name and mailing address**

**Kim Rescate**
**50 Parkview Terrace**
**San Pablo, CA 94806**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

| 3.123 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160.00** |
| | **Kimberly Aceves-Iniguez** | ☐ Contingent | |
| | **4700 Brookdale Avenue** | ☐ Unliquidated | |
| | **Oakland, CA 94619** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.123 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$110.00** |
| | **Kimberly Monterrubio** | ☐ Contingent | |
| | **1717 Rose Street** | ☐ Unliquidated | |
| | **Berkeley, CA 94703** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
| | **Kimberly Rempel** | ☐ Contingent | |
| | **2273 Minaret Dr** | ☐ Unliquidated | |
| | **Martinez, CA 94553** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$110.00** |
| | **Kimia Azimi** | ☐ Contingent | |
| | **1908 Blake Street** | ☐ Unliquidated | |
| | **Berkeley, CA 94704** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$360.00** |
| | **Kirsten Flagg** | ☐ Contingent | |
| | **5226 Cole Street** | ☐ Unliquidated | |
| | **Oakland, CA 94601** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,975.02** |
| | **Kirstin Hernandez** | ☐ Contingent | |
| | **3148 Maxwell Avenue** | ☐ Unliquidated | |
| | **Oakland`, CA 94619** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.124 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$135.00** |
| | **Kit Argilla** | ☐ Contingent | |
| | **117 Regent Place** | ☐ Unliquidated | |
| | **Alamo, CA 94507** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.124 5 | **Nonpriority creditor's name and mailing address** | **$140.00** |

**Kiva Wilson**
**30 Adolph Sutro CT, Apt 302**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124 6 | **Nonpriority creditor's name and mailing address** | **$80.00** |

**Korrena Bailie**
**11 La Honda Ct**
**El Sobrante, CA 94803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124 7 | **Nonpriority creditor's name and mailing address** | **$400.00** |

**Kostianna Sereti**
**285 Vallejo Ct**
**Millbrae, CA 94030**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124 8 | **Nonpriority creditor's name and mailing address** | **$140.00** |

**Krassy Hofmann**
**5261 Golden Gate Ave**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.124 9 | **Nonpriority creditor's name and mailing address** | **$80.00** |

**Krati Ahuja**
**3716 Central Parkway**
**Dublin, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.125 0 | **Nonpriority creditor's name and mailing address** | **$100.00** |

**Kremer, Leo**
**22 Bridge Rd**
**Berkeley, CA 94705**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.125 1 | **Nonpriority creditor's name and mailing address** | **$450.00** |

**Kris Tyner**
**2828 oxford ave**
**San pablo, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 195 of 632

| Debtor | **Bay Area Children's Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.125 2**

**Nonpriority creditor's name and mailing address**

**Krista Dahl Kusuma**
**6268 Smith Ave**
**Newark, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.125 3**

**Nonpriority creditor's name and mailing address**

**Kristen Emmons D Arrigo**
**1035 Santa Fe Avenue**
**Albany, CA 94706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$235.00**

---

**3.125 4**

**Nonpriority creditor's name and mailing address**

**Kristi Booth**
**65 Fairview Ave**
**Piedmont, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.125 5**

**Nonpriority creditor's name and mailing address**

**Kristie Sarkar**
**11 El Cajon**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

**3.125 6**

**Nonpriority creditor's name and mailing address**

**Kristin Berglund**
**2285 W. Avenue 136th**
**San Leandro, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$245.00**

---

**3.125 7**

**Nonpriority creditor's name and mailing address**

**Kristin Fracchia**
**2544 Glenrio Dr**
**SAN JOSE, CA 95121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

**Kristin Kahlich**
**1265 Berkeley Way**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 196 of 632

| 3.125 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |

**Kristin Leggett**
**865 52nd street**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Kristin Smith**
**951 Stevenson St**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Kristin Spanos**
**4333 Detroit**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |

**Kristina Workman**
**412 via Hidalgo**
**Greenbrae, CA 94904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Kriti Dogra**
**860 Litwin Dr**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |

**Kritika Malani**
**5984 Lombard St.**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |

**Kritika Malani**
**22 Bay View Dr**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 197 of 632

| 3.126 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Kruti Patel**
**1801 Dwight Way**
**Berkeley, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Kseniia Kulitza**
**320 Burt st**
**Santa Rosa, CA 95404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Kseniia Kulitza**
**976 63rd St**
**Oakland, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Kunal Mishra**
**320 Burt St**
**Santa Rosa, CA 95404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Kwalin Kimaathi**
**321 6th st**
**Montara, CA 94037**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Kyla Brown**
**941 Avis Drive**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Kyla DeGuzman**
**860 Longridge Rd**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 3 | Nonpriority creditor's name and mailing address<br>**Kyla DeGuzman**<br>**5585 Barrel Ave**<br>**Dublin, CA 94568**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |
|---|---|---|---|

| 3.127 4 | Nonpriority creditor's name and mailing address<br>**Kyle McCulloch**<br>**757 San Diego Rd**<br>**Berkeley, CA 94707**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
|---|---|---|---|

| 3.127 5 | Nonpriority creditor's name and mailing address<br>**Kylee Hall**<br>**562 Jean St**<br>**Oakland, CA 94610**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |
|---|---|---|---|

| 3.127 6 | Nonpriority creditor's name and mailing address<br>**Lacey Clymer**<br>**210 Sheridan Road**<br>**Oakland, CA 94618**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$80.00** |
|---|---|---|---|

| 3.127 7 | Nonpriority creditor's name and mailing address<br>**Lacy Asbill**<br>**5648 bacon rd**<br>**Oakland, CA 94619**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
|---|---|---|---|

| 3.127 8 | Nonpriority creditor's name and mailing address<br>**Laine Ooi**<br>**3212 Upper Lock Ave**<br>**Belmont, CA 94002**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$140.00** |
|---|---|---|---|

| 3.127 9 | Nonpriority creditor's name and mailing address<br>**Lan Jiang**<br>**2946 De Anza Drive**<br>**El Sobrante, CA 94803**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |
|---|---|---|---|

| 3.128 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Lan Jiang**
**2483 Folsom Street**
**san francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Lana Yarkin**
**503 Mandana Boulevard**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Lanie Wieland**
**1390 N McDowell Blvd**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,530.00 |
|---|---|---|---|

**LaQuantae Davis**
**335 Nevada**
**Vallejo, CA 94590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**Lara Kimberley**
**3845 Glen Park**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Larissa Adam**
**2402 27th Avenue**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Larry Quinto**
**286 Sandpiper Court**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Latika Sharma**
**50 Lansing Street, Unit 306**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Laufer, Molly**
**2618 Otis Drive**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Laura Bixby**
**1363 BERKELEY WAY**
**BERKELEY, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Laura Bogert**
**30 Erin Ct**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Laura Fried**
**2307 McGee Ave.**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|

**Laura Glickman**
**36 Rydal Court**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Laura Jacobs**
**314 Overhill Road**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Laura LG**
**627 Everett St.**
**El Cerrito, CA 94530**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,260.00 |
|---|---|---|---|

**Laura Lipetsky**
**157 OAK PARK DR**
**Alameda, CA 94502**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Laura Matthews**
**544 Dolphin Drive**
**Pacifica, CA 94044**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Laura Matthews**
**203 Creekside Village Dr.**
**Los Gatos, CA 95032**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Laura Moriarty**
**2684 Simas Ave**
**Pinole, CA 94564**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Laura Rosen**
**231 Mangels Avenue**
**San Francisco, CA 94131**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Laura Seidel**
**1315 Mountain Blvd**
**Oakland, CA 94611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |

**Laura Smith**
**891 43rd Street**
**Oakland, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |

**Laura Sturch**
**1955 Carolyn Drive**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |

**Laura Sweitzer**
**1637 6th Ave**
**Oakland, CA 94606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |

**Laura Wolterstorff**
**848 36th st**
**Emeryville, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |

**Laura Woodruff**
**527 McLaughlin St**
**Richmond, CA 94805**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.50 |

**Laurel Kempe**
**3014 Santa Clara Ave**
**El Cerrito, CA 94530**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |

**Laurel Pendleton**
**8115 Utah Street**
**Oakland, CA 94605**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**Lauren Blanchard**
**129 Grayson Way**
**Healdsburg, CA 95448**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.00 |
|---|---|---|---|

**Lauren Broder**
**4434 Penniman Ave**
**Oakland, CA 94619**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.67 |
|---|---|---|---|

**Lauren Bush**
**4728 Shetland Ave**
**Oakland, CA 94605**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Lauren Cerri**
**25 Fern Way**
**Orinda, CA 94563**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Lauren Del Bono**
**6272 Clive Avenue**
**Oakland, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Lauren DeWees**
**960 Shorepoint Court, #101**
**Alameda, CA 94501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Lauren Dresnick**
**4725 Harbord Drive**
**Oakland, CA 94618**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 204 of 632

| 3.131 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $664.30 |
|---|---|---|---|

**Lauren Dutra**
**1636 La Loma Ave**
**Berkeley, CA 94709**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Lauren Gil**
**355 Monte Carlo Ave**
**Union City, CA 94587**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Lauren Halperin**
**715 Ashbury Avenue**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Lauren Hannis**
**999 Middlefield Road**
**Berkeley, CA 94708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Lauren Salvo**
**1366 Ada Street**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Lauren Shub**
**1000 Dewing Av, 203**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Lauren Spierer**
**686 28th street**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**Lauren Sweeney**
**2206 10th St**
**Berkeley, CA 94710**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Lauren Temme**
**18970 Olive Ave**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Lauren Webster**
**1969 Gaspar Drive**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Lauren Wood**
**3844 Whittle Ave**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.50 |
|---|---|---|---|

**Lauri Flaxman**
**266 Scenic Avenue**
**Piedmont, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Laurie Jacobs**
**34538 Egerton Pl**
**Fremont, CA 94555**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Laurie Phillips**
**3375 Oswego Court**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.132<br>9 | **Nonpriority creditor's name and mailing address**<br>**Laurie Suggs**<br>**1321 La Cueva Way**<br>**Sacramento, CA 95831**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$400.00** |

| | | |
|---|---|---|
| 3.133<br>0 | **Nonpriority creditor's name and mailing address**<br>**Lazear Charter Academy School**<br>**824 29th Ave**<br>**Oakland, CA 94601**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$810.00** |

| | | |
|---|---|---|
| 3.133<br>1 | **Nonpriority creditor's name and mailing address**<br>**Lea Cademenos**<br>**6437 Regent St**<br>**Oakland, CA 94618**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

| | | |
|---|---|---|
| 3.133<br>2 | **Nonpriority creditor's name and mailing address**<br>**Leah Griffin**<br>**8**<br>**Richmond, CA 94806**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$540.00** |

| | | |
|---|---|---|
| 3.133<br>3 | **Nonpriority creditor's name and mailing address**<br>**Leah Kahn**<br>**2306 Spaulding Ave**<br>**Berkeley, CA 94703**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

| | | |
|---|---|---|
| 3.133<br>4 | **Nonpriority creditor's name and mailing address**<br>**Leah Kelley**<br>**6455 Snake Road**<br>**Oakland, CA 94611**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$450.00** |

| | | |
|---|---|---|
| 3.133<br>5 | **Nonpriority creditor's name and mailing address**<br>**Leah Pike**<br>**218 Pala**<br>**Piedmont, CA 94611**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$135.00** |

| 3.133 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Leah Solivan**
2 Creek Park Drive
Portola Valley, CA 94028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Leandra Johnson**
2405 Burlington St
Oakland, CA 94602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Leandra Johnson**
4166 Hall Ct
Pleasanton, CA 94566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Leanne Chan**
762 Mandana Blvd
Oakland, CA 94610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Leanne Wu**
2328 Shanno
san pablo, CA 94806

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Lee Kulesher**
3144 Roundhill Road
Alamo, CA 94507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Leila Mongan**
72 Mohawk Ave
Corte Madera, CA 94925

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Lency Olsen**
**321 Vassar Avenue**
**Kensington, CA 94708**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.50 |
|---|---|---|---|

**Lenette Floyd**
**230 Las Quebradas**
**Alamo, CA 94507**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87.50 |
|---|---|---|---|

**Lenette Floyd**
**1214 Mt Hermon Rd**
**Scotts Valley, CA 95066**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Leonard Van Boven**
**2927 Best Ave**
**Oakland, CA 94619**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |
|---|---|---|---|

**Lesley Koteles**
**5742 Lewis Way**
**Concord, CA 94521**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
|---|---|---|---|

**Leslie Borkow**
**1034 Fair Oaks Ave.**
**Alameda, CA 94501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Leslie Ehrlich**
**17 Old Rogers Ranch Rd.**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|

**Leslie Kurland**
**2946 De Anza Drive**
**El Sobrante, CA 94803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$800.00** |
|---|---|---|---|

**Leslie Radcliffe**
**1812 10th Ave**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|

**Leslie Radin**
**3405 Wisconsin St**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Leura Mathur**
**165 Arbor View Lane**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
|---|---|---|---|

**Leura Mathur**
**6822 Manila Ave**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$140.00** |
|---|---|---|---|

**Lev Mass**
**1881 San Antonio Ave**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|

**Lewis Perkins**
**4202 Oakmore Rd**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.135 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$145.00** |
| **Lia Goldman Miller** | ☐ Contingent | |
| **262 Florencia Place** | ☐ Unliquidated | |
| **Davis, CA 95616** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.135 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,260.00** |
| **Liana Grossman** | ☐ Contingent | |
| **1 Hidden Lane** | ☐ Unliquidated | |
| **Orinda, CA 94563** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.135 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
| **Libby Richardson** | ☐ Contingent | |
| **2732 Wissemann Drive** | ☐ Unliquidated | |
| **Sacramento, CA 95826** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.136 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160.00** |
| **Lienti Chang** | ☐ Contingent | |
| **35622 Conovan Ln** | ☐ Unliquidated | |
| **Fremont, CA 94536** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.136 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
| **Lija Farnham** | ☐ Contingent | |
| **56 Clifton Ct** | ☐ Unliquidated | |
| **Walnut Creek, CA 94595** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.136 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$76.00** |
| **Lila Hollman Dowty** | ☐ Contingent | |
| **1508 Virginia Street** | ☐ Unliquidated | |
| **Berkeley, CA 94703** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.136 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
| **Lillian Barclay** | ☐ Contingent | |
| **327 41ST ST** | ☐ Unliquidated | |
| **Oakland, CA 94609** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.136 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Lily Chiu-Watson**
**2042 huckleberry road**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Lily Guerrero**
**1006 Jefferson Street Apt B**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Lina Godfrey**
**2058 Grove Street**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Linda Baker**
**2717 Claremont Blvd**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Linda Ely**
**2 kings lane**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$95.00** |
|---|---|---|---|

**Linda Lee**
**1705 California Street**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Linda Restel**
**1353 Santa Rosa Street**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Linda Yang**
**890 Brittany ln**
**Concord, CA 94518**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Lindsay Dannen**
**217 Glenwood**
**Hercules, CA 94547**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Lindsay Marsh**
**38036 Conrad Street**
**Fremont, CA 94536**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Lindsay Puddicombe**
**215 Cambridge ave**
**Kensington, CA 94708**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**Lindsay Wold**
**1410 Lakeshore Ave., Apt. 3**
**Oakland, CA 94606**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Lindsey Barnhart**
**11416 Dutch Ravine Ct**
**Gold River, CA 95670**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107.50 |
|---|---|---|---|

**Lindsey Burdick**
**66 Park Street**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 213 of 632

| 3.1378 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
| **Lindsey Couchman** | ☐ Contingent | |
| **550 9th Avenue** | ☐ Unliquidated | |
| **San Francisco, CA 94118** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1379 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$145.00** |
| **Lindsey Cundiff** | ☐ Contingent | |
| **6005 El Dorado Street** | ☐ Unliquidated | |
| **El Cerrito, CA 94530** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1380 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
| **Lindsey Mikash** | ☐ Contingent | |
| **1245 Allston Way** | ☐ Unliquidated | |
| **Berkeley, CA 94702** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1381 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
| **Lindsey Powers** | ☐ Contingent | |
| **439 3rd Avenue** | ☐ Unliquidated | |
| **San Francisco, CA 94118** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1382 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
| **Ling Hon Lam** | ☐ Contingent | |
| **2147 California St.** | ☐ Unliquidated | |
| **Berkeley, CA 94703** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1383 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$140.00** |
| **Ling Lin** | ☐ Contingent | |
| **183 Somerset Rd** | ☐ Unliquidated | |
| **Piedmont, CA 94611** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1384 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
| **Linh DeLuca** | ☐ Contingent | |
| **4248 Lancelot Dr.** | ☐ Unliquidated | |
| **Piedmont, CA 94521** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.138 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Lisa Bozman**
15 Bender Way
Pound Ridge, CA 10576

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Lisa Chen**
440 49th Street
Oakland, CA 94609

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Lisa Chung-Nguyen**
4216 Fruitvale Ave
Oakland, CA 94602

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166.67 |
|---|---|---|---|

**Lisa Dell**
905 Fulton St
San Francisco, CA 94117

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Lisa Figone**
1401 43rd Avenue
San Francisco, CA 94122

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Lisa Gerhardt**
512 Seaview Dr
El Cerrito, CA 94530

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Lisa Kaufman**
2051 Vistazo East
Tiburon, CA 94920

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 215 of 632

| 3.139 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Lisa Lalani**
**25 Lake Ave**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Lisa Lau**
**1985 Schrader dr**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Lisa Meier**
**35795 Ellmann Pl**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Lisa Meier**
**300 Beale Street, Apt 501**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Lisa Skowrup**
**2 Van Sicklen Place**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Lisbeth Massei**
**636 San Fernando Ave**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Lissette Sotelo**
**1321 La Cueva Way**
**Sacramento, CA 95831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160.00** |
|---|---|---|---|

**Litza Bayless**
**285 Bellington Cmn, Unit 4**
**Livermore, CA 94551**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85.00** |
|---|---|---|---|

**Liz Tynan**
**2601 Biscay Way**
**Walnut Creek, CA 94598**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$900.00** |
|---|---|---|---|

**Logan Manning**
**437 Rich Street**
**Oakland, CA 94609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$140.00** |
|---|---|---|---|

**Loredeen Burton**
**208 Cold Creek Dr.**
**Oakley, CA 94561**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$125.00** |
|---|---|---|---|

**Loredeen Burton**
**50 Austin Ave 435**
**Hayward, CA 94544**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$225.00** |
|---|---|---|---|

**Lorena Azizian**
**2717 Claremont Blvd**
**Berkeley, CA 94705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$450.00** |
|---|---|---|---|

**Lorena Leite**
**3012 Carlsen st**
**Oakland, CA 94602**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 217 of 632

| 3.140 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Lorene Nugent**
**114 Juan Bautista Cir**
**San Francisco, CA 94132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Lorenzo Brooks**
**447 17th St Unit 2204**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Lori Becerra**
**6273 Newhaven Lane,**
**Vallejo, CA 94591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Lorie Mata**
**3715 Atlas Ave**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**LuAnn Aakhus**
**1047 Leo Way**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Lucas Tomsich**
**319 Devon Dr**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Lucia Hossfeld**
**2139 Penny Lane**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 218 of 632

| 3.141 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Luciana Serridge**
**318 Castilian Way**
**San Mateo, CA 94402**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Luciana Vences**
**1565 klamath drive**
**sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Luiza Marshall**
**3324 Streamwood Ct**
**Antioch, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Lurit Bepo**
**1020 ticonderoga drive**
**sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Lydia Duraisamy**
**100 Chester Ave**
**Fairfax, CA 94930**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Lynda Lincoln**
**636 Commons Drive**
**Sacramento, CA 95825**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.50 |
|---|---|---|---|

**Lynda Lovett**
**1035 Campbell Street,**
**Richmond, CA 94804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**Lyndsey Heaton**
**1232 Talbot Avenue**
**Berkeley, CA 94706**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Lynn Chew**
**7260 Mount Veeder Rd**
**Dublin, CA 94568**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**M nica Henestroza**
**155 monte cresta ave, 206**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Maaian Zelman**
**105 Killean Ct**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Mack Lu**
**1108 Shattuck Ave**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**MacKensey Giusto**
**439 Bettencourt Street**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Maddie Dwyer**
**346 Henry St,**
**Oakland, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 7 | Nonpriority creditor's name and mailing address<br>**Maddie Mau**<br>**608 Santa Fe Avenue**<br>**Albany, CA 94706**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
|---|---|---|---|
| 3.142 8 | Nonpriority creditor's name and mailing address<br>**Madeleine Taylor**<br>**124 S 11th St**<br>**Richmond, CA 94804**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$450.00** |
| 3.142 9 | Nonpriority creditor's name and mailing address<br>**Madelene Sun**<br>**2698 Longview, Dr**<br>**San Pablo, CA 94806**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$140.00** |
| 3.143 0 | Nonpriority creditor's name and mailing address<br>**Madhavi Kushner**<br>**1636 Hearst Ave**<br>**Berkeley, CA 94703**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$900.00** |
| 3.143 1 | Nonpriority creditor's name and mailing address<br>**Madhu Sundarrajan**<br>**3237 Montevideo Dr**<br>**San Ramon, CA 94583**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| 3.143 2 | Nonpriority creditor's name and mailing address<br>**Madison Turner**<br>**3130 Ellis St**<br>**Berkeley, CA 94703**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$113.00** |
| 3.143 3 | Nonpriority creditor's name and mailing address<br>**Madoka Kanai**<br>**1409 South Claremont Ave**<br>**San Mateo, CA 94402**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |

Case: 23-40890　　Doc# 1　　Filed: 07/24/23　　Entered: 07/24/23 14:48:57　　Page 221 of 632

| 3.143 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Magda Iannello**
**7A Millbrae Cir**
**Millbrae, CA 94030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |

**Mahsa Ameli**
**2012 Quiet Place Drive**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |

**Mahsa Modarres**
**1004 Finn Way**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Mai Ioffe**
**24 Somerset Lane**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Mai Ngo**
**328 Tampico**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $607.50 |

**Maimoona Ahmad**
**4439 Park Boulevard**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Mairin Weiner**
**251 Bemis Street**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Maleeha Mirza**
**86 Shields Lane**
**Novato, CA 94947**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Malikah Taylor**
**2481 Rawson street**
**Oakland, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Mami Mori**
**408 Sanchez Street**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Mandy Andree**
**138 San Carlos Avenue**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Mandy Hu**
**1534 Julia Street**
**Berkeley, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Mandy Leung**
**76 Elmwood Drive**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Mandy Leung**
**19500 Pruneridge Ave, Apt 9107**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.1448 | Nonpriority creditor's name and mailing address<br>**Mandy Lin**<br>**36 Hale St.**<br>**San Francisco, CA 94134**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |
|---|---|---|---|

| 3.1449 | Nonpriority creditor's name and mailing address<br>**Mansi Merchant**<br>**339 Gerald Circle**<br>**Milpitas, CA 95035**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$160.00** |
|---|---|---|---|

| 3.1450 | Nonpriority creditor's name and mailing address<br>**Mara Curtis**<br>**2333 Sacramento Street**<br>**Berkeley, CA 94702**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
|---|---|---|---|

| 3.1451 | Nonpriority creditor's name and mailing address<br>**Marcia Lane**<br>**108 Echo Avenue**<br>**Oakland, CA 94611**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |
|---|---|---|---|

| 3.1452 | Nonpriority creditor's name and mailing address<br>**Margaret Chowning**<br>**6447 Hillegass Ave.**<br>**Oakland, CA 94618**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |
|---|---|---|---|

| 3.1453 | Nonpriority creditor's name and mailing address<br>**Margaret Grulich**<br>**3529 May Rd**<br>**Richmond, CA 94803**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$187.50** |
|---|---|---|---|

| 3.1454 | Nonpriority creditor's name and mailing address<br>**Margaret Kammerud**<br>**810 Congo St**<br>**San Francisco, CA 94131**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
|---|---|---|---|

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 224 of 632

| Debtor | **Bay Area Children's Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.145<br>5 | **Nonpriority creditor's name and mailing address**<br>**Margaret Liu**<br>**120 Maxwelton Road**<br>**Piedmont, CA 94618**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| 3.145<br>6 | **Nonpriority creditor's name and mailing address**<br>**Margaret Phillips**<br>**5824 Ross St**<br>**Oakland, CA 94618**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| 3.145<br>7 | **Nonpriority creditor's name and mailing address**<br>**Margarita Florez**<br>**6957 Broadway Terrace**<br>**Oakland, CA 94611**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$125.00** |
| 3.145<br>8 | **Nonpriority creditor's name and mailing address**<br>**Margaux O'Brien**<br>**875 Elbridge Way**<br>**Palo Alto, CA 94303**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.00** |
| 3.145<br>9 | **Nonpriority creditor's name and mailing address**<br>**Marhanda Adduci**<br>**946 Kenyon Ave**<br>**San Leandro, CA 94577**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.00** |
| 3.146<br>0 | **Nonpriority creditor's name and mailing address**<br>**Maria Aprieto**<br>**4947 San Pablo Dam road**<br>**El Sobrante, CA 94803**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$675.00** |
| 3.146<br>1 | **Nonpriority creditor's name and mailing address**<br>**Maria Garcia-Perez**<br>**1536 7TH ST**<br>**BERKELEY, CA 94710**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$900.00** |

| 3.146 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |

**Maria Morga**
**1250 Grand Ave**
**Piedmont, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |

**Maria Nakae**
**1014 McKinley Ave**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |

**Maria Regina Gabriel**
**23 Bigleaf Rd**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.00 |

**Maria Sweet**
**2621 Newberry St**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Mariah Klein**
**232 Rishell Drive**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Marianne Lee**
**35415 Monterra Cir**
**Union City, CA 94587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.00 |

**Marie Hudson**
**9 Treasure Hill**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 226 of 632

| 3.146 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Marie Joiner**
**462 38th St**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Marie Kayal**
**3390 Park Blvd**
**Palo Alto, CA 94306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.50 |
|---|---|---|---|

**Marie Lee**
**123 Gate Tree Court**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Marie Olson**
**220 Longview ter**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $608.00 |
|---|---|---|---|

**Marie Szuts**
**656 Capell St**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Marie Szuts**
**600 Haddon Road**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Mariela Bellatin**
**3712 Quigley Street**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 6 | **Nonpriority creditor's name and mailing address**<br>**Mariell Danziger**<br>**30 Juanita Ave.**<br>**Mill Valley, CA 94941**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
|---|---|---|---|
| 3.147 7 | **Nonpriority creditor's name and mailing address**<br>**Mariella Knutson**<br>**550 Sequoia Dr**<br>**San Anselmo, CA 94960**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| 3.147 8 | **Nonpriority creditor's name and mailing address**<br>**Marija Nedeljkovic**<br>**316 29th Ave**<br>**San Mateo, CA 94403**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |
| 3.147 9 | **Nonpriority creditor's name and mailing address**<br>**Mariko Joplin**<br>**7048 Elba way**<br>**Dublin, CA 94568**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.148 0 | **Nonpriority creditor's name and mailing address**<br>**Mariko Minami**<br>**1518 Keoncrest Dr.**<br>**Berkeley, CA 94702**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$450.00** |
| 3.148 1 | **Nonpriority creditor's name and mailing address**<br>**Mariko Minami**<br>**P.O. Box 3884**<br>**Oakland, CA 94609**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |
| 3.148 2 | **Nonpriority creditor's name and mailing address**<br>**Marina Genower**<br>**3737 Linwood Ave**<br>**Oakland, CA 94602**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$716.67** |

| 3.148 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
| **Marina Tikhman** | ☐ Contingent | |
| **26 Farm lane** | ☐ Unliquidated | |
| **Hillsborough, CA 94010** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
| **Marisa Kelley** | ☐ Contingent | |
| **1017 Everett Ave** | ☐ Unliquidated | |
| **Oakland, CA 94602** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
| **Marissa Bell** | ☐ Contingent | |
| **517 Pebble Drive** | ☐ Unliquidated | |
| **El Sobrante, CA 94803** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $142.50 |
| **Marissa Muterspaugh** | ☐ Contingent | |
| **45 Grande Paseo** | ☐ Unliquidated | |
| **San Rafael, CA 94903** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
| **Mark Girimonte** | ☐ Contingent | |
| **3150 Frye St** | ☐ Unliquidated | |
| **Oakland, CA 94602** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
| **Mark Johnson** | ☐ Contingent | |
| **39078 Guardino Dr., Apt. 104** | ☐ Unliquidated | |
| **Fremont, CA 94538** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.148 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
| **Mark Levin** | ☐ Contingent | |
| **1082 55th St.** | ☐ Unliquidated | |
| **Oakland, CA 94608** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Marmy Shah**
**1061 Firth Ct**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Marni Hutchins**
**232 Netherby Place**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 |
|---|---|---|---|

**Marnie Herrling**
**2524 Longview Drive**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**Marta Burny**
**4728 Shetland Ave**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Martha Jauregui**
**1900 Adrian Street**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $240.00 |
|---|---|---|---|

**Marthine Satris**
**470 Van Dyke Ave**
**Oakland, CA 94606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Martin Gonzalez**
**829 Intrepid Lane**
**Redwood, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 230 of 632

| 3.149 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Mary Bloszies**
4418 Evans Ave
Oakland, CA 94602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Mary Boergers**
320 Lee Street, 1201
Oakland, CA 94610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Mary Cermak**
426 Appalachian Way
Martinez, CA 94553

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.00 |
|---|---|---|---|

**Mary Conlon Almassy**
PO Box 33193
Los Gatos, CA 95031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Mary Cvet**
633 Moraga Ave
Piedmont, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Mary Dinday**
23 Minor Court
San Rafael, CA 94903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Mary Han**
1216 Cambridge Drive
Lafayette, CA 94549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|
| | **Mary Kamath**<br>**14 Parsons St**<br>**San Francisco, CA 94118** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|
| | **Mary Perez**<br>**17076 Via Pasatiempo**<br>**San Lorenzo, CA 94580** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137.50** |
|---|---|---|---|
| | **Mary Sheffield**<br>**3471 17th st**<br>**San Francisco, CA 94110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|
| | **Mary Tanfin**<br>**806 Middlefield Dr**<br>**Petaluma, CA 94942** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Maryam Ghassemzadeh**<br>**2174 Sutter St.**<br>**San Francisco, CA 94115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137.50** |
|---|---|---|---|
| | **MaryAnn White**<br>**150 Shawnee Ave**<br>**San Francisco, CA 94112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|
| | **Masako Mochizuki**<br>**626 B ST**<br>**Hayward, CA 94541** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $360.00 |
|---|---|---|---|

**Matt Derrigo**
**171 Oak Road**
**Piedmont, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Matt Kellogg**
**3277 Liberty Avenue**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Matt Kelly**
**13190 Burke Rd**
**Los Altos Hills, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Matt Meyer**
**1080 McBain Ave**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Matt Meyer**
**466 38th St.**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Matt Pasternack**
**85 Norman Ln**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Matthew Lefkowitz**
**4519 Howe St**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Matthew Rohner**
14004 Outrigger Dr
San Leandro, CA 94577

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $725.00 |
|---|---|---|---|

**Matthew Webber**
5971 Keith Ave
Oakland, CA 94618

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Maureen Miner**
828 54th St
Oakland, CA 94608

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**Maya Freitas**
17960 Via Toledo
San Lorenzo, CA 94580

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**Maya Hazarika Watts**
733 Jackson St
Albany, CA 94706

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**Meagan Mitchell**
13050 Brookpark Road
Oakland, CA 94619

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Meaghan Pugh**
1124 Longridge Rd
Oakland, CA 94610

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 234 of 632

| Debtor | **Bay Area Children's Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

**Meccah Coleman**
**937 34th Street**
**Oakland, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

**Megan Bryan**
**30 Erin Ct**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.152 7**

**Nonpriority creditor's name and mailing address**

**Megan Flom**
**7109 Potrero Ave**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

**Megan Gardner**
**6166 Valley View Rd**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.152 9**

**Nonpriority creditor's name and mailing address**

**Megan Harper**
**1050 Mariposa Ave**
**Berkeley, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.153 0**

**Nonpriority creditor's name and mailing address**

**Megan McKenna**
**6727 Goose Way**
**Newark, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.153 1**

**Nonpriority creditor's name and mailing address**

**Megan Pattie**
**691 Cree Dr.**
**San Jose, CA 95123**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

| 3.153 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Megan Quirolo**
**6803 Snowdon Ave**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Megan Slater**
**1271 Washington Ave #717**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Meggie Kozono**
**26 El Camino Real**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Meghan Kelly**
**50 Hearst Avenue**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Meghan Murphy**
**143 Alice Ct.**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Meghna Jain**
**5475 Corte Paloma**
**Pleasanton, CA 94566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Mei McAllister**
**471 Superior Ave.**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bay Area Children's Theatre**
       Name
       Case number (if known) _____

| 3.153 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.00 |
|---|---|---|---|

**Meital Mashash**
140 San Marino Dr
San Rafael, CA 94901

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Meka Chinn**
958 Goodwin Ave
San Jose, CA 95128

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Melanie Berube**
1163 Oak Hill Road
Lafayette, CA 94549

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Melanie Carr**
118 Park Street
San Francisco, CA 94110

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Melanie Estarziau**
508 Oakdale Ave
Corte Madera, CA 94925

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Melia Sakimura**
1113 Via Coralla
San Lorenzo, CA 94580

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Melina Beaton**
327 41ST ST
Oakland, CA 94609

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10.00 |
|---|---|---|---|

**Melinda Bockes**
**314 N. Ferndale Ave.**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.00 |
|---|---|---|---|

**Melinda Bockes**
**34556 Salinas Pl**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250.00 |
|---|---|---|---|

**Melinda Lawton**
**4200 Park Blvd #448**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250.00 |
|---|---|---|---|

**Melinda Pon**
**779 Alden Lane**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $160.00 |
|---|---|---|---|

**Melissa Causley**
**2048 Essenay Ave**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $130.00 |
|---|---|---|---|

**Melissa Doezema**
**38 North Almaden Boulevard**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $250.00 |
|---|---|---|---|

**Melissa Freeman**
**1452 8th Avenue**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Area Children's Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

**Melissa Gugni**
**5515 Arizona Dr**
**Concord, CA 94521**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

**$150.00**

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

**Melissa Juncker**
**6720 Manor Crest**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

**Melissa Little**
**1471 Hopkins St**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**Melissa Maquilan Radic**
**1115 Hearst Avenue**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**Melissa Partovi**
**67 King ave**
**Piedmont, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**Melissa Rubio**
**2001 Clemens Rd**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

**Melissa Rubio**
**652 Foothill Dr**
**Pacifica, CA 94044**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

| 3.156 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
| **Melissa Urizar** 580 Dimm St Richmond, CA 94805 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
| **Melissa Urizar** 727 Bancroft Avenue San Leandro, CA 94577 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140.00** |
| **Melody Parker** 6154 Calle Esperanza San Jose, CA 95120 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
| **Mendocino Steele** 2908 Kingsland Ave Oakland, CA 94619 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
| **Meredith Calvert** 5325 Silva Avenue El Cerrito, CA 94530 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$275.00** |
| **Meredith Keena** 27 Feeney Dr. Rohnert Park, CA 94928 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
| **Meriber Gonzalez** 100 Ross Way Brisbane, CA 94005 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred _ Last 4 digits of account number _ | Basis for the claim: _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Mia Ingoglia**
**3710 random lane**
**Sacramento, CA 95864**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Micah Davis**
**3491 Monroe Ave**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Micah Stilwell**
**511 Grizzly Peak Blvd**
**Berkeley, CA 94708**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Michael Dailey**
**7 Veteran Way**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Michael Jory**
**1951 Telegraph Ave, APT 108**
**Oakland, CA 94612**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Michael Katz**
**10970 International Boulevard**
**Oakland, CA 94603**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Michael Swiernik**
**321 San Carlos Avenue**
**Piedmont, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.157 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |
|---|---|---|---|

**Michal Zeituni**
**1717 Mason St**
**San Francisco, CA 94133**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Michele Maultasch**
**5207 Masonic Avenue**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.00 |
|---|---|---|---|

**Michelle Arnold**
**6738 manor crst**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Michelle Carothers**
**1017 Ashmount Ave**
**Piedmont, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Michelle Dunn-Ruiz**
**2230 Buena Vista Avenue**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**Michelle Gagnon**
**2811 Lincoln Ave**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Michelle Kane**
**14 Ambler Lane**
**Oakland, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 242 of 632

| 3.158 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.50 |
|---|---|---|---|

Michelle Kerro
5224 Proctor Ave
Oakland, CA 94618

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

Michelle Thomas
312 Union
San Francisco, CA 94133

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

Mika Clark
538 E. 20th St.
Oakland, CA 94606

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.00 |
|---|---|---|---|

Miki Armstrong
657 Walnut Street, Apt. 348
San Carlos, CA 94070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

Mildred Hale
Caliber Beta Academy
2465 Dolan Way
San Pablo, CA 94806

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

Mimi Main
3115A Eton Ave
Berkeley, CA 94705

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

Mimosa Abraham
610 Granite Creek Rd
Santa cruz, CA 95065

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1588 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Mina Fisher**
**119 Bridge Road**
**Hillsborough, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1589 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Mina Lee**
**730 Stonegate Dr**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1590 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Mina Sun**
**3107 Hood Street**
**San Francisco, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Mindy de Hooge**
**3050 Roxbury Ave**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**Ming Zhao**
**114 Agnes St**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Minju Lee**
**1985 Schrader dr**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Miram Walter**
**953 Shattuck Ave.**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 244 of 632

| 3.159 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Miray Simsek Dervisoglu**
**1061 Firth Ct**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.159 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.50 |
|---|---|---|---|

**Miriam Mills**
**1518 Keoncrest Dr.**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Mirra Shernock**
**77 Silcreek Dr**
**San Jose, CA 95116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Misha Taherbhai**
**8830 Oliver Place**
**  CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Mishan Wroe**
**1031 59th Street**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Miyako Kao**
**1102 J Street**
**Davis, CA 95616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Mohan Sarovar**
**521 Santa Fe Avenue**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 245 of 632

| 3.160<br>2 | Nonpriority creditor's name and mailing address<br>**Moira Duvernay**<br>**3251 Morcom Ave**<br>**Oakland, CA 94619**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$810.00** |

| 3.160<br>3 | Nonpriority creditor's name and mailing address<br>**Mollie Miller**<br>**278 Santa Fe dr**<br>**Walnut Creek, CA 94598**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

| 3.160<br>4 | Nonpriority creditor's name and mailing address<br>**Molly Beardsley**<br>**2031 Monroe Ave**<br>**Belmont, CA 94002**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

| 3.160<br>5 | Nonpriority creditor's name and mailing address<br>**Molly Davidow**<br>**1 Highland Boulevard**<br>**Kensington, CA 94707**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$182.50** |

| 3.160<br>6 | Nonpriority creditor's name and mailing address<br>**Molly Hellerman**<br>**338 Spear Street**<br>**San Francisco, CA 94105**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$550.00** |

| 3.160<br>7 | Nonpriority creditor's name and mailing address<br>**Molly Keegan**<br>**689 40th St, Apt 2**<br>**Oakland, CA 94609**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |

| 3.160<br>8 | Nonpriority creditor's name and mailing address<br>**Molly Kyle**<br>**1829 Fremont Drive**<br>**Alameda, CA 94501**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

| 3.160 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |
|---|---|---|---|

**Monica Angel**
**3525 Loma Vista Ave.**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Monica LaBoskey**
**779 Calmar Ave**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Monica Linzner**
**5927 Chabot Crest**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**Monica Meagher**
**442 11th Avenue**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Monika Gromek**
**619 Mariposa Ave**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 |
|---|---|---|---|

**Monique Raco Fuentes**
**1410 Glenfield Ave**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Monique Tavares**
**622 W Shoreview Dr**
**San Ramon, CA 94582**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.161 6**

Nonpriority creditor's name and mailing address

**Monserrat Blue**
**2220 Spaulding Avenue**
**Berkeley, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.161 7**

Nonpriority creditor's name and mailing address

**Morgan Durham**
**914 Morello Hills Dr**
**Martinez, CA 94553**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.161 8**

Nonpriority creditor's name and mailing address

**Morgan Haulbrook-Bleigh**
**5777 Greenbridge Rd.**
**Castro Valley, CA 94552-1813**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$720.00**

---

**3.161 9**

Nonpriority creditor's name and mailing address

**Morgan Rettig**
**846 Chimalus Drive**
**Palo Alto, CA 94306**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.162 0**

Nonpriority creditor's name and mailing address

**Morgan West**
**2562 Douglas Road**
**Stockton, CA 95207**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

**3.162 1**

Nonpriority creditor's name and mailing address

**Morgan West**
**5116 Hansen Drive**
**Antioch, CA 94531**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.162 2**

Nonpriority creditor's name and mailing address

**Mriam Wolodarski Lundberg**
**1970 Chestnut St**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

| 3.162 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Myriam Misrach**
**1055 Georgean Street**
**Hayward, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Na Ma**
**2172 Cameron Cir**
**Pleasanton, CA 94588**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**Nadia Winters**
**5710 Alta Punta Avenue**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Nadine Makki**
**709 Comet Dr**
**Foster City, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Nadya Dabby**
**4111 Adeline**
**Emeryville, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.01 |
|---|---|---|---|

**Nafisah Ali**
**3271 Encinal Ave.**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Najasila Campbell**
**389 vernon street**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Namita Dodeja**
**1618 Virginia St**
**Berkeley, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Nammie Lee**
**562 Banyan Cir**
**Walnut Creek, CA 94598**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Nancy Chang**
**3927 Wintun Pl**
**Davis, CA 95618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Nancy Chi**
**2953 Glascock Street**
**Oakland, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Nancy Fitzgerald**
**2726 Lancaster Road**
**Hayward, CA 94542**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**Nancy Fong**
**392 France Street**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.00 |
|---|---|---|---|

**Nancy Iriarte**
**250 Whitmore Street #316**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 250 of 632

| | |
|---|---|
| **3.163 7** | **$400.00** |

**Nonpriority creditor's name and mailing address**
**Nancy Jacobs**
**4 Salt Creek Ln**
**MILL VALLEY, CA 94941**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.163 8** | **$125.00** |

**Nonpriority creditor's name and mailing address**
**Nancy Klein**
**415 Bucknell Dr**
**San Mateo, CA 94402**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.163 9** | **$250.00** |

**Nonpriority creditor's name and mailing address**
**Nancy Klein**
**2320 Scout Road**
**Oakland, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.164 0** | **$250.00** |

**Nonpriority creditor's name and mailing address**
**Nancy Lue**
**925 Valencia Ave**
**Mountain View, CA 94040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.164 1** | **$400.00** |

**Nonpriority creditor's name and mailing address**
**Nancy Moy Gattu**
**1717 Rose Street**
**Berkeley, CA 94703**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.164 2** | **$400.00** |

**Nonpriority creditor's name and mailing address**
**Nancy Parker**
**29 Kellie Ann Court**
**Orinda, CA 94563**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.164 3** | **$900.00** |

**Nonpriority creditor's name and mailing address**
**Nancy White**
**166 Oak Road**
**Piedmont, CA 94610**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Nashelli Tavi**
**2012 Blue Oak Ct**
**Danville, CA 94506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Nata Cakir**
**929 39th St**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Natalia Merluzzi**
**2747 Fulton St.**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Natalia Merluzzi**
**1105 Sterling Avenue**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Natalia Obregon**
**145 Idora ave**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Natalia Wanderley**
**3430 64th Avenue Pl**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Natalia Zielkiewicz**
**954 Acalanes Rd**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 252 of 632

Debtor **Bay Area Children's Theatre**

Name                    Case number (*if known*)

| 3.165 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**Natalie Foster**
**441 37th Street**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $412.50 |
|---|---|---|---|

**Natalie Harrison**
**6873 Broadway Terrace**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**Natalie Levine**
**8410 North Lake Drive Apt B**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Natalie Parker**
**709 Rand Avenue**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Natalie Safra**
**1961 Johnston Avenue**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Natasha Hoehn**
**5845 Ayala Avenue**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Natasha Shapiro**
**8 Van Cleave Lane**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 8 | Nonpriority creditor's name and mailing address<br>**Nathaniel Popper**<br>**2135 Funston Place**<br>**Oakland, CA 94602**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$450.00** |
|---|---|---|---|
| 3.165 9 | Nonpriority creditor's name and mailing address<br>**Nausheen Abdul Aziz**<br>**3284 Shelby Pl**<br>**Fairfield, CA 94534**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |
| 3.166 0 | Nonpriority creditor's name and mailing address<br>**Neeka Young**<br>**2073 Key Blvd**<br>**El Cerrito, CA 94530**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$900.00** |
| 3.166 1 | Nonpriority creditor's name and mailing address<br>**Negin Mohajeri**<br>**1430 Camino Peral**<br>**Moraga, CA 94556**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |
| 3.166 2 | Nonpriority creditor's name and mailing address<br>**Neha Ajmani**<br>**1556 Harlan Dr**<br>**Danville, CA 94526**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |
| 3.166 3 | Nonpriority creditor's name and mailing address<br>**Neha Khanna**<br>**1668 Goldfinch Way**<br>**Sunnyvale, CA 94087**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.166 4 | Nonpriority creditor's name and mailing address<br>**Neha Purkey**<br>**1432 Terra Nova Blvd**<br>**Pacifica, CA 94044**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$205.00** |

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 254 of 632

| 3.166 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $85.00 |
|---|---|---|---|

**Neil Dexter**
**1135 Oakland Ave**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.00 |
|---|---|---|---|

**Nga Janosov**
**915 Grosvenor Pl**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $550.00 |
|---|---|---|---|

**Nicholas Leader**
**2276 Fulton st**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $400.00 |
|---|---|---|---|

**Nicholas Shortway**
**20 Hacienda Circle**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75.00 |
|---|---|---|---|

**Nick Walsh**
**6003 El Dorado Street**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $180.00 |
|---|---|---|---|

**Nicole Abruzzo**
**953 Helen Avenue**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $450.00 |
|---|---|---|---|

**Nicole Arkin**
**2935 Morgan Avenue**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|
| | **Nicole Bores**<br>**1015 Colusa Ave**<br>**Berkeley, CA 94707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160.00** |
|---|---|---|---|
| | **Nicole Cabalette**<br>**22 Pine Hill Ct**<br>**San Rafael, CA 94903** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|
| | **Nicole Eiland**<br>**3369 Victor Ave.**<br>**Oakland, CA 94602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$100.00** |
|---|---|---|---|
| | **Nicole Hogsett**<br>**8715 204th Street, Apt. B54**<br>**Hollis, CA 11423** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|
| | **Nicole Hosemann**<br>**2114 Jefferson Ave**<br>**Berkeley, CA 94703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|
| | **Nicole LeBlanc**<br>**1216 Regent Street, Apt H**<br>**Alameda, CA 94501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|
| | **Nicole Schulz**<br>**114 Sharene Lane, No.27**<br>**Walnut Creek, CA 94596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Nicole Strayer**
**1932 Blake St**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.168 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Nicole Terrizzi**
**2826 Myotis Drive**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Nicole Verhalen**
**209 Carmel Ave.**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Nicole Wilhelm**
**58 San Benito Way**
**Novato, CA 94945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Nidhi Jacob**
**14241 Springer Ave**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Nik Crain**
**1311 Martin Luther King Jr. Way #1**
**Berkeley, CA 94709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Nikkole Gadsden**
**6108 Bernhard Avenue**
**Richmond, CA 94805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Nina Harris**
**2102 Lyon Ave**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Nina Rosche**
**743 Alcatraz ave**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Nina Ziebarth-Pavlovich**
**1612 Sonoma Ave**
**Albany, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Nina Ziebarth-Pavlovich**
**1612 Sonoma Ave**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Ningna Chen**
**1160 mission st unit 813**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Nishan Degnarain**
**464 Santander Dr**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Nitika Tolani**
**4690 Tompkins Ave Apt 212**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 258 of 632

| 3.169 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Nitya Ramasubramanian**
1112 Delta Way
Danville, CA 94526

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Noah Bohman**
22 March Field Ct
Novato, CA 94949

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Noah Rosenthal**
2117 Encinal Avenue
Alameda, CA 94501

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Noam Perry**
698 39th St
Oakland, CA 94609

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
|---|---|---|---|

**Noel Seibert**
1321 GROVE ST
Alameda, CA 94501

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Noelia Reyes**
303 Lockwood Lane
Scotts Valley, CA 95066

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Noelle Fogg Elibol**
6789 Paseo Catalina
Pleasanton, CA 94566

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890　Doc# 1　Filed: 07/24/23　Entered: 07/24/23 14:48:57　Page 259 of 632

| | | |
|---|---|---|
| **3.170 0** | **Nonpriority creditor's name and mailing address** | $400.00 |

**Nola Li Barr**
**3022 Encinal Ave**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.170 1** | **Nonpriority creditor's name and mailing address** | $205.00 |

**Nola McCaleb**
**3467 Remco St**
**Castro Valley, CA 94546**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.170 2** | **Nonpriority creditor's name and mailing address** | $400.00 |

**Nora Daners**
**1760 Detroit Avenue, Apt 19**
**Concord, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.170 3** | **Nonpriority creditor's name and mailing address** | $360.00 |

**Nora Flum**
**3738 Glen Park Road**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.170 4** | **Nonpriority creditor's name and mailing address** | $450.00 |

**Nora Pelot**
**1745 Sexton View Lane**
**Sebastopol, CA 95472**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.170 5** | **Nonpriority creditor's name and mailing address** | $250.00 |

**Noreen Raja-Halpern**
**1590 Oregon St. Apt 2**
**Berkeley, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.170 6** | **Nonpriority creditor's name and mailing address** | $155.00 |

**Nyssa Noyola**
**754 Winchester Drive**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 260 of 632

| | | |
|---|---|---|
| 3.170 7 | **Nonpriority creditor's name and mailing address**<br>**Okkyung Kim**<br>**327 Bonita Avenue**<br>**Piedmont, CA 94611**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$110.00** |

| | | |
|---|---|---|
| 3.170 8 | **Nonpriority creditor's name and mailing address**<br>**Olga Marino**<br>**143 Koch rd**<br>**Corte Madera, CA 94925**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$170.00** |

| | | |
|---|---|---|
| 3.170 9 | **Nonpriority creditor's name and mailing address**<br>**Owen Clark**<br>**3876 Forest Hill Ave**<br>**Oakland, CA 94602**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$202.50** |

| | | |
|---|---|---|
| 3.171 0 | **Nonpriority creditor's name and mailing address**<br>**Oyeshola Olatoye**<br>**3482 school street**<br>**Oakland, CA 94602**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$700.00** |

| | | |
|---|---|---|
| 3.171 1 | **Nonpriority creditor's name and mailing address**<br>**Pablo Pitcher DeProto**<br>**2324 7th Ave**<br>**Oakland, CA 94606**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$900.00** |

| | | |
|---|---|---|
| 3.171 2 | **Nonpriority creditor's name and mailing address**<br>**Pacific Office Automation**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,019.01** |

| | | |
|---|---|---|
| 3.171 3 | **Nonpriority creditor's name and mailing address**<br>**Packey Ng**<br>**12085 Marilla Drive**<br>**Saratoga, CA 95070**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |

| 3.171 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
|---|---|---|---|
| | **Paige Griffin** **640 Masonic Ave** **San Francisco, CA 94117** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$80.00** |
|---|---|---|---|
| | **Paige Lancaster** **995 Jessica Dr** **Livermore, CA 94550** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|
| | **Palav Babaria** **435 China basin st unit 624** **San Francisco, CA 94158** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|
| | **Palina Levina** **4070 Abbey Terrace** **Fremont, CA 94536** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$76.00** |
|---|---|---|---|
| | **Pamela Fox** **796 Pomona Ave** **El Cerrito, CA 94530** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35.00** |
|---|---|---|---|
| | **Pamela Shaw** **8 Van Cleave Lane** **Walnut Creek, CA 94596** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|
| | **Pamela Shaw** **8 Van Cleave Lane** **Walnut Creek, CA 94596** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Bay Area Children's Theatre** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.172 1**

**Nonpriority creditor's name and mailing address**
**Pami Vyas**
**1064 Clarendon Crescent**
**Oakland, CA 94610**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.172 2**

**Nonpriority creditor's name and mailing address**
**Patama Rojanasathit**
**151 Churchill Ave**
**Palo Alto, CA 94301**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.172 3**

**Nonpriority creditor's name and mailing address**
**Patrice Berry Addy**
**3320 Wilson Street**
**Oakland, CA 94602**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

**3.172 4**

**Nonpriority creditor's name and mailing address**
**Patricia L Ruby**
**9 Overhill Court**
**Orinda, CA 94563**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

**3.172 5**

**Nonpriority creditor's name and mailing address**
**Patricia Palley**
**1548 Golden Rain Rd, apt 3**
**Walnut Creek, CA 94595**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$135.00**

---

**3.172 6**

**Nonpriority creditor's name and mailing address**
**Patricia Rosenberg**
**3707 Harper St.**
**Houston, CA 77005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.172 7**

**Nonpriority creditor's name and mailing address**
**Patty Clark**
**6514 Baron Ct**
**Martinez, CA 94553**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

| 3.172 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Paul Cole**
**52 Pinheiro Circle**
**Novato, CA 94945**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Paul Gelinas**
**4216 Reinhardt Dr**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Paula Goldman**
**6545 Birch Drive**
**Santa Rosa, CA 95403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Paula Trauner**
**652 Coventry Rd**
**Kensington, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $607.50 |
|---|---|---|---|

**Pauline Nelsen**
**621 51st Street**
**Oakland, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Pauline Sze**
**1708 Manor Cir**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Pavan Chavva**
**208 Cold Creek Dr.**
**Oakley, CA 94561**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Pavan Chavva**
**44658 Japala Pl**
**Fremont, CA 94539**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |
|---|---|---|---|

**Pavithra Venkat**
**1826 Fairview Street**
**Berkeley, CA 94703**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Peggy Gibbons**
**143 Rutherford Avenue**
**Redwood City, CA 94061**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Peggy Poole**
**5826 Ayala Avenue**
**Oakland, CA 94609**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Peter Reynolds**
**PO Box 60580**
**Palo Alto, CA 94306**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Philip Zeyliger**
**538 Laidley St**
**San Francisco, CA 94131**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Phong Nguyen**
**1788 Infinity Way**
**San Jose, CA 95122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174<br>2 | **Nonpriority creditor's name and mailing address**<br>**Pia Victor**<br>**1205 Cornell Ave**<br>**Berkeley, CA 94706**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$125.00** |
| --- | --- | --- | --- |

| 3.174<br>3 | **Nonpriority creditor's name and mailing address**<br>**Pilar Weiss**<br>**41266 Roberts Ave Apt 87**<br>**Fremont, CA 94538**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |
| --- | --- | --- | --- |

| 3.174<br>4 | **Nonpriority creditor's name and mailing address**<br>**Polly Simmons**<br>**10 Lippard Ave**<br>**San Francisco, CA 94131**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |
| --- | --- | --- | --- |

| 3.174<br>5 | **Nonpriority creditor's name and mailing address**<br>**Pooja Prasad**<br>**4146 Whittle Ave.**<br>**Oakland, CA 94602**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |
| --- | --- | --- | --- |

| 3.174<br>6 | **Nonpriority creditor's name and mailing address**<br>**Pooja Sharma**<br>**2907 Florence Street**<br>**Berkeley, CA 94705**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |
| --- | --- | --- | --- |

| 3.174<br>7 | **Nonpriority creditor's name and mailing address**<br>**Pooja Venugopal**<br>**16667 Shannon Rd**<br>**Los Gatos, CA 95032**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$140.00** |
| --- | --- | --- | --- |

| 3.174<br>8 | **Nonpriority creditor's name and mailing address**<br>**Poorva Winston**<br>**58 San Benito Way**<br>**Novato, CA 94945**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$130.00** |
| --- | --- | --- | --- |

| 3.174 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Powers, Kathryn**
**2555 Webster St**
**San Francisco, CA 94115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.175 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.00 |
|---|---|---|---|

**Pramodh Devagi**
**4248 Terrabella Way**
**Oakland, CA 94619**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Pratt, Aaryn**
**16 Galway Lane**
**San Rafael, CA 94903**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Pratt, Stephanie**
**1320 Camino Verde**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Priscilla Li**
**3511 11th St**
**San Pablo, CA 94806**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Priya Aslam**
**55 mustang ct**
**Danville, CA 94526**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.50 |
|---|---|---|---|

**Punit Sarin**
**589 56th st**
**Oakland, CA 94609**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
| **Quinn Dombrowski**<br>**2132 Haste St**<br>**Berkeley, CA 94704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
| **Rachel Abecassis**<br>**26 Paintbrush ln**<br>**Orinda, CA 94563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
| **Rachel Andolina-Nanni**<br>**2757 Talbot Ln**<br>**Castro Valley, CA 94546** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
| **Rachel Been**<br>**1206 Broadway**<br>**Alameda, CA 94501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
| **Rachel Brand**<br>**2426 Browning St**<br>**Berkeley, CA 94702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
| **Rachel Gabbay**<br>**3615 Powell Dr**<br>**Lafayette, CA 94549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
| **Rachel Gratz**<br>**1619 Gaynor Ave**<br>**Richmond, CA 94801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 268 of 632

| 3.176 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $810.00 |
|---|---|---|---|

**Rachel Hall**
**5575 Ascot Drive**
**Oakland, CA 94611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 4 |

**Rachel Hassas**
**25 Frogs Leap Way**
**Orinda, CA 94563**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

| 3.176 5 |

**Rachel Jackson**
**1098 Amito Drive**
**Berkeley, CA 94705**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$360.00

---

| 3.176 6 |

**Rachel Lee**
**71 Rosenkranz St.**
**San Francisco, CA 94110**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

| 3.176 7 |

**Rachel Lewis**
**204 Southern Heights Blvd**
**San Rafael, CA 94901**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$130.00

---

| 3.176 8 |

**Rachel Masory**
**2210 Jackson St. #404**
**San Francisco, CA 94115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$400.00

---

| 3.176 9 |

**Rachel Palangie**
**564 Harbor Colony Court**
**Redwood City, CA 94065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$140.00

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 269 of 632

| 3.177 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Rachel Porzig**
**1349 Brewster Drive**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Rachel Prince**
**161 Oyster Pond Rd,**
**San Francisco, CA 94502**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Rachel Sher**
**1800 33rd Ave**
**Oakland, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**Rachel Shorr**
**833 Juno Ln**
**Foster City, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Rachel Stewart**
**330 Adams St, Apt 302**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Rachel Swan**
**2048 Junction Ave.**
**El Cerrito, CA 94530**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Rachel Szela Wilson**
**1240 Carrison St**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.177 7 | Nonpriority creditor's name and mailing address<br>**Radha Changela**<br>**911 Buchanan Street**<br>**Albany, CA 94706** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$110.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 8 | Nonpriority creditor's name and mailing address<br>**Rafaela Tonello**<br>**3420 Pickens Ln**<br>**Pleasanton, CA 94588** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 9 | Nonpriority creditor's name and mailing address<br>**Rafaela Tonello**<br>**164 Walford Drive**<br>**Moraga, CA 94556** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$140.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 0 | Nonpriority creditor's name and mailing address<br>**Rafif Ismail**<br>**801 Magellan Ln**<br>**Foster City, CA 94404** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$160.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 1 | Nonpriority creditor's name and mailing address<br>**Raina Gajjar**<br>**562 Jean St**<br>**Oakland, CA 94610** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$105.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 2 | Nonpriority creditor's name and mailing address<br>**Rainbow Rubin**<br>**1634 Grant Street**<br>**Berkeley, CA 94703** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 3 | Nonpriority creditor's name and mailing address<br>**Raisa Dzanaeva**<br>**27 Norwood Ave**<br>**Berkeley, CA 94707** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 271 of 632

| 3.178 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**Raj Gidwani**
**2130 Redwood Highway #D-5**
**Greenbrae, CA 94904**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Rajesh Gupta**
**2113 West Street**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Ramona Fares**
**1117 Shell Gate Place**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Ramya Kaushik**
**425 1st st**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Ramya Krishnamurthy**
**2814 Kinney Drive**
**Walnut Creek, CA 94595**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|

**Rana Mroue**
**1761 Alameda De Las Pulgas**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Raniel Lee**
**2824 Marina Dr**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 272 of 632

| 3.179 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**Raniel Lee**
**452 McAuley**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |

**Rashana Zaklit**
**3520 Willis court**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |

**Rashna Larson**
**154 Ludell Drive**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |

**Rashna Larson**
**19500 Pruneridge Ave, Apt 9107**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |

**Rebecca Chapman**
**4475 Maybeck Terrace**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**Rebecca Cheung**
**13087 Brookpark Road**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

**Rebecca Ennals**
**609 Myra Way**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.179 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Rebecca Graciano**
**5331 Golden Gate Ave**
**Oakland, CA 94618**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $760.00 |
|---|---|---|---|

**Rebecca Kihslinger**
**3554 65TH AVE**
**Oakland, CA 94605**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Rebecca Lee**
**10 Bell Waver Way**
**Oakland, CA 94619**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Rebecca Lidow**
**937 Lincoln Ave**
**Alameda, CA 94501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Rebecca Marlin**
**721 Baker Street**
**San Francisco, CA 94115**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Rebecca Weissman**
**1540 Blake St.**
**Berkeley, CA 94703**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Rebecca Williams**
**2056 Ellis Street**
**San Francisco, CA 94115**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 5 | **Nonpriority creditor's name and mailing address**<br>**Rebecca Yarbrough**<br>**2727 Sydney Way**<br>**Castro Valley, CA 94546**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.00** |

| 3.180 6 | **Nonpriority creditor's name and mailing address**<br>**Reena Patel**<br>**1549 Arlington Blvd**<br>**El Cerrito, CA 94530**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$20.00** |

| 3.180 7 | **Nonpriority creditor's name and mailing address**<br>**Reena Patel**<br>**2824 Marina Dr**<br>**Alameda, CA 94501**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

| 3.180 8 | **Nonpriority creditor's name and mailing address**<br>**Regan Piccinati**<br>**710 Spartan Ct**<br>**Walnut Creek, CA 94597**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$165.00** |

| 3.180 9 | **Nonpriority creditor's name and mailing address**<br>**Regina Starkey Schmidt**<br>**1153 Phyllis Avenue**<br>**Mountain View, CA 94040**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$165.00** |

| 3.181 0 | **Nonpriority creditor's name and mailing address**<br>**Remy Carroll**<br>**1137 Cornell Avenue**<br>**Albany, CA 94706**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |

| 3.181 1 | **Nonpriority creditor's name and mailing address**<br>**Renee Chatelain**<br>**1621 Via Romero**<br>**Alamo, CA 94507**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |

| 3.181<br>2 | Nonpriority creditor's name and mailing address<br>**Rengie Chan**<br>**931 Carmel Ave**<br>**Albany, CA 94706** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$450.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181<br>3 | Nonpriority creditor's name and mailing address<br>**Renuka Chittineni**<br>**4591 26th Ave**<br>**Sacramento, CA 95820** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$107.50** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181<br>4 | Nonpriority creditor's name and mailing address<br>**Reshma Manjiyani**<br>**1024 Ardmore Avenue**<br>**Oakland, CA 94610** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181<br>5 | Nonpriority creditor's name and mailing address<br>**Reuven Baruch**<br>**41 Dolores Terrace,**<br>**San Francisco, CA 94110** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181<br>6 | Nonpriority creditor's name and mailing address<br>**Rhys Cheung**<br>**10131 Deeprose Place**<br>**Cupertino, CA 95014** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181<br>7 | Nonpriority creditor's name and mailing address<br>**Riah Gouvea**<br>**28 Hopkins Ct**<br>**Berkeley, CA 94706** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$540.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181<br>8 | Nonpriority creditor's name and mailing address<br>**Riah Yoo**<br>**2843 Quinto Way**<br>**San Jose, CA 95124** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$340.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Richard Cho**
**911 Buchanan Street**
**Albany, CA 94706**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Richard Grady**
**7 Coalmine View**
**Portola Valley, CA 94028**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Richard Richardson**
**4114 Maynard Ave**
**Oakland, CA 94605-3120**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Rinat Manhoff**
**560 Santa Clara Ave.**
**Berkeley, CA 94707**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Risa Nye**
**94 Hermosa Ave**
**Oakland, CA 94618**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $145.00 |
|---|---|---|---|

**Risa Palega**
**4901 Steele Way**
**Fair Oaks, CA 95628**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
|---|---|---|---|

**Rita Graham**
**3231a fernside blvd**
**Alameda, CA 94501**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65.00 |
|---|---|---|---|

**Rita Graham**
**2280 morrow st**
**hayward, CA 94541**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Rita Graham**
**3231a Fernside blvd**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Ritu Ramjee**
**5613 Mount Hood Court**
**Martinez, CA 94553**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Rituraj Ghai**
**1502 Via Di Salerno**
**Pleasanton, CA 94566**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Roberta Hespen**
**212 Gregory Ln apt 33**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Roberta Pinheiro**
**16026 Highland Bluff Court**
**Baton Rouge, LA 70810**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Robin Collins**
**2750 Prince St**
**Berkeley, CA 94705**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 278 of 632

| 3.183 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|

**Robin Collins**
**240 Douglas Lane**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|

**Robin Rahe**
**385 Hamilton Street**
**San Francisco, CA 94134**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
|---|---|---|---|

**Robyn Cutler**
**46 Ardilla Road**
**Orinda, CA 94563**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$140.00** |
|---|---|---|---|

**Robyn Rickenbach**
**901 Kingston Ave**
**Piedmont, CA 94611**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$540.00** |
|---|---|---|---|

**Rocio Lopez**
**18709 Capricorn Ct.**
**Castro Valley, CA 94546**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.00** |
|---|---|---|---|

**Rodolfo Calderon**
**4166 Hall Ct**
**Pleasanton, CA 94566**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$260.00** |
|---|---|---|---|

**Roge Alexander**
**5646 Marin Ave**
**Richmond, CA 94805**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.184 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Rohini Noronha**
229 Sheffield road
Alameda, CA 94502

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Rony Sagy**
841 Union Street
San Francisco, CA 94133

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Rosa Gile**
102 Glendon Way
Petaluma, CA 94952

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Rosa Wang-McClung**
420 57th St.
Oakland, CA 94609

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Rosalio Rubio**
4404 Crestmont Way
Modesto, CA 95356

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Rose Schweig**
2262 Summer St
Berkeley, CA 94709

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rose Theatre**
2001 Farnam St.
Omaha, NE 68102

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 280 of 632

| 3.1847 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,070.00 |
|---|---|---|---|

**Roshni Jain**
**3 Downey Place**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1848 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

**Rowena Lizin**
**6957 Pinehaven Rd**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1849 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|---|---|---|---|

**Rubicon Point Partners**
**Attn: Myles Roebuck**
**300 Frank Ogawa Plaza, Suite 231**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1850 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $650.00 |
|---|---|---|---|

**Ruchi Kwatra**
**5932 Ocean View Dr**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1851 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

**Ruchi Medhekar**
**225 Greenbank Ave**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1852 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
|---|---|---|---|

**Ruchira Shah**
**408 Michigan Ave**
**Berkeley, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1853 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $250.00 |
|---|---|---|---|

**Ruchira Shah**
**763 Kansas Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |

**Ruijun Zhu**
**1504 Sonoma Ave**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 |

**Rula Razek**
**4 Craig Avenue**
**Piedmont, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |

**Rupa Marya**
**3949 39th ave**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |

**Russ Thibeault**
**805 Vista Heights Rd**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |

**Ruth Timme**
**624 Alcatraz Ave, Apt D**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |

**Ryan Brown**
**5413 Claremont Ave.**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |

**Ryan Hernandez**
**5845 Ayala Avenue**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Sabina Ross**
616 62nd st
Oakland, CA 94609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Sabina Siddiqi**
2424 Prince St
Berkeley, CA 94705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**Sabrina Almazan**
1935 California St,
San Francisco, CA 94109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Sabrina Boyce**
528 South Humboldt Street
San Mateo, CA 94402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Sabrina Luo**
775 Sun Lane
Novato, CA 94947

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Sabrina Ross**
616 62nd st
oakland, CA 94609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Sabrina Wilson**
622 Boulevard Way
Oakland, CA 94610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $235.00 |
|---|---|---|---|

**Sajna Jabbar**
**2710 Land Park Dr**
**Sacramento, CA 95818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310.00 |
|---|---|---|---|

**Sakeenah McCullough**
**74 Euclid Avenue**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**Sakeenah McCullough**
**1122 El Curtola Blvd**
**Walnut Creek, CA 94595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Sakeenah McCullough**
**685 High Street, Apt. 2C**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Saloni Malhotra**
**711 Grizzly Terrace Dr**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Salvatore Desiano**
**7 Germania**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Samantha Borgo**
**615 Odin Dr**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.187 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Samantha Duesdieker**
**711 Springdale Drive**
**Woodland, CA 95776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Samantha Garcia**
**1200 Kentwood Lane**
**San Leandro, CA 94578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Samantha Rudd**
**99 Snow Mountain Court**
**Danville, CA 94506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Samantha Wood**
**2312 Russell Street**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Samnang Thom**
**669 Via Manzanas**
**San Lorenzo, CA 94580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $810.00 |
|---|---|---|---|

**Samonia Jackiewicz**
**11701 Central Park Way**
**Maple Grove, CA 55369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Sampada Deshmukh**
**508 San Jorge Terrace**
**Sunnyvale, CA 94089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Area Children's Theatre** | Case number (if known) | |
| | Name | | |

---

| 3.188 2 | | | |

**Nonpriority creditor's name and mailing address**

**Sana Gabula**
**2258 Juniperberry Drive**
**San Rafael, CA 94903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

| 3.188 3 | | | |

**Nonpriority creditor's name and mailing address**

**Sana Oulmaati**
**839 Adams Street, Apt # 1**
**Albany, CA 94706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$810.00**

---

| 3.188 4 | | | |

**Nonpriority creditor's name and mailing address**

**Sandip Agarwala**
**10630 Mine Ct**
**Cupertino, CA 95014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.188 5 | | | |

**Nonpriority creditor's name and mailing address**

**Sandra Arnold**
**919 Alvarado St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

| 3.188 6 | | | |

**Nonpriority creditor's name and mailing address**

**Sandy Bolton-Paff**
**86 Vista Del Sol**
**Mill Valley, CA 94941**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.188 7 | | | |

**Nonpriority creditor's name and mailing address**

**Sandy Samuels**
**427 Blackberry Lane**
**Pinole, CA 94564**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.188 8 | | | |

**Nonpriority creditor's name and mailing address**

**Sandy Sojo**
**8309 Skyline Blvd**
**Oakland, CA 94611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| 3.1889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Sara Alterman**
**1232 Fountain St**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |

**Sara Anderson**
**35235 Cornish Drive**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |

**Sara Bellafronte**
**4102 Eastlake**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |

**Sara Christian**
**1233 Regent St**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Sara Gray**
**929 Euclid Ave**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |

**Sara Heron**
**2843 Forest Ave**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Sara Heron**
**74 Euclid Ave**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bay Area Children's Theatre**
Name                                    Case number (if known) _____

| 3.189 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |

**Sara Kershnar**
**1510 Rose Street**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 7 | **Nonpriority creditor's name and mailing address** | | **$75.00** |

**Sara Martinovich**
**521 Laidley Street**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 8 | **Nonpriority creditor's name and mailing address** | | **$250.00** |

**Sara McBeen**
**1804 San Benito Street**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 9 | **Nonpriority creditor's name and mailing address** | | **$250.00** |

**Sara Oehler**
**719 West J Street**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 0 | **Nonpriority creditor's name and mailing address** | | **$300.00** |

**Sara Padash**
**202 Miramonte Dr.**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 1 | **Nonpriority creditor's name and mailing address** | | **$250.00** |

**Sara Yamamoto**
**84 Terra Bella Dr.**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 2 | **Nonpriority creditor's name and mailing address** | | **$400.00** |

**Sarah Brandell**
**915 Shevlin Drive,**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 288 of 632

| 3.190 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Sarah Charukesnant**
**1600 Treat Avenue**
**San Francisco, CA 94110**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Sarah Cheris**
**2843 Forest Ave**
**Berkeley, CA 94705**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Sarah Dillon**
**39 Reata Place**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Sarah Dolnick**
**50 Richardson Road**
**Novato, CA 94949**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Sarah Dolnick**
**3050 Roxbury Ave**
**Oakland, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Sarah Dolnick**
**4209 Wilshire Blvd**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Sarah Elbogen**
**70 Joost Ave**
**San Francisco, CA 94131**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Garrett**
**1832 63rd Street**
**berkeley, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.191 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Gaschler**
**1057 Trestle Glen Rd.**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| 3.191 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Gongaware**
**929 Euclid Ave**
**Berkeley, CA 94708**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$75.00**

---

| 3.191 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Ives**
**745 De Haro St**
**San Francisco, CA 94107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

| 3.191 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Jackel**
**5887 Margarido Dr.**
**Oakland, CA 94618-1834**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

| 3.191 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Jessee**
**1640 63rd Street**
**Berkeley, CA 94703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

| 3.191 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sarah Kaminshine**
**975 Adair Ave NE**
**Atlanta, CA 30306**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

| | |
|---|---|
| 3.191 7 | **Nonpriority creditor's name and mailing address** **$110.00** |

**Nonpriority creditor's name and mailing address**

**Sarah Kelley**
**2508 Coronet Blvd**
**Belmont, CA 94002**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

3.191 8

**Nonpriority creditor's name and mailing address**

**Sarah Knize**
**1514 Norvell St**
**El Cerrito, CA 94530**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

3.191 9

**Nonpriority creditor's name and mailing address**

**Sarah Korsunsky**
**5624 Glenbrook Dr.**
**Oakland, CA 94618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

3.192 0

**Nonpriority creditor's name and mailing address**

**Sarah Kover**
**66 Terradillo Ave**
**San Rafael, CA 94901**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$76.00**

---

3.192 1

**Nonpriority creditor's name and mailing address**

**Sarah McIntire**
**1240 South 59th Street**
**Richmond, CA 94804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

3.192 2

**Nonpriority creditor's name and mailing address**

**Sarah Menanix**
**5824 Panama Avenue**
**Richmond, CA 94804**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$310.00**

---

3.192 3

**Nonpriority creditor's name and mailing address**

**Sarah Murphy**
**3050 Roxbury Ave**
**Oakland, CA 94605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 291 of 632

| 3.192 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Sarah Nicholas**
**1500 Lauren Drive**
**Petaluma, CA 94954**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Sarah Owens**
**1481 Lewiston Dr**
**Sunnyvale, CA 94087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Sarah Phillips**
**900 Dewing Ave**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Sarah Phillips**
**900 Dewing Ave**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Sarah Powers**
**1128 Perales St**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Sarah Procter**
**654 Elizabeth St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Sarah Rogers**
**74 Oak Ridge Rd**
**Berkeley, CA 94705**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Bay Area Children's Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.193 1 | **Nonpriority creditor's name and mailing address**<br>**Sarah Rossman**<br>**2611 Loyola Dr.**<br>**Davis, CA 95618**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |
|---|---|---|---|

| 3.193 2 | **Nonpriority creditor's name and mailing address**<br>**Sarah Rothe**<br>**40 Roxbury Lane**<br>**San Mateo, CA 94402**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$195.00** |

| 3.193 3 | **Nonpriority creditor's name and mailing address**<br>**Sarah Schaadt**<br>**7407 Park Vista**<br>**El Cerrito, CA 94530**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$85.00** |

| 3.193 4 | **Nonpriority creditor's name and mailing address**<br>**Sarah Schoellkopf**<br>**179 San Felipe Ave**<br>**San Francisco, CA 94127**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

| 3.193 5 | **Nonpriority creditor's name and mailing address**<br>**Sarah Sevi**<br>**192 Eliseo Dr.**<br>**Greenbrae, CA 94904**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

| 3.193 6 | **Nonpriority creditor's name and mailing address**<br>**Sarah Shanley**<br>**4810 Clarke St**<br>**Oakland, CA 94609**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$450.00** |

| 3.193 7 | **Nonpriority creditor's name and mailing address**<br>**Sarah Sugarman**<br>**1809 Stuart St.**<br>**Berkeley, CA 94703**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

| 3.193 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Sarah Vader**
635 Centre Court
Alameda, CA 94502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Sarah Zumbiel**
3421 16th Street
San Francisco, CA 94114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $141.00 |
|---|---|---|---|

**Sargam Atherton**
3520 Teeling Ct
Castro Valley, CA 94546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161.00 |
|---|---|---|---|

**Sari Gelzer**
481 s orchard ave
Vacaville, CA 95688

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Sari Weis**
2429 Irma Way
Castro Valley, CA 94546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Sarika Patel**
17076 Via Pasatiempo
San Lorenzo, CA 94580

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Sarika Singh**
1919 Mariposa St
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.194 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Sarit Silver**
**156 Southwind Dr.**
**Pleasant Hill, CA 94523**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Sarrita Min**
**1014 Fresno Ave**
**Berkeley, CA 94707**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Sarvenaz Alibeigi**
**141 Forest Lane**
**Menlo Park, CA 94025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Sasha Wirth**
**1230 9th Avenue**
**San Francisco, CA 94122**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,000.00 |
|---|---|---|---|

**Sawyer**
**45 Main St #520**
**Brooklyn, NY 11201**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Claim amount is an estimate_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Sayoni Lahiri**
**5983 Sterling St**
**Dublin, CA 94568**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Sayoni Lahiri**
**485 Hardy St.**
**Oakland, CA 09461-8111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,485.00 |
|---|---|---|---|

**Scion Staffing Inc**
PO Box 75343,
Meghan Bachman
Chicago, IL 60675-5343

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 3 | **Nonpriority creditor's name and mailing address** | | $135.00 |
|---|---|---|---|

**Scott Allaway**
164 Beach Park Blvd
Foster City, CA 94404

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 4 | **Nonpriority creditor's name and mailing address** | | $450.00 |
|---|---|---|---|

**Scott Blakley**
3502 Midvale Ave
Oakland, CA 94602

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 5 | **Nonpriority creditor's name and mailing address** | | $550.00 |
|---|---|---|---|

**Sean Burgess**
35 Bay Vsta Drive
Mill Valley, CA 94941

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 6 | **Nonpriority creditor's name and mailing address** | | $250.00 |
|---|---|---|---|

**Selamawit Tarekegn**
4096 Piedmont Ave #524
Oakland, CA 94611

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 7 | **Nonpriority creditor's name and mailing address** | | $400.00 |
|---|---|---|---|

**Selena Steenbergen**
421 Hampton Ct.
San Ramon, CA 94583

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 8 | **Nonpriority creditor's name and mailing address** | | $170.00 |
|---|---|---|---|

**Selma Durmisevic**
609 Myra Way
San Francisco, CA 94127

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Semira Rahemtulla**
929 39th St
Oakland, CA 94608

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Sera Ott**
138 Bonita Ave
Piedmont, CA 94611

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Seren Pendleton-Knoll**
4956 Santa Rita Rd
Richmond, CA 94803

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**Serena Horn**
745 De Haro St
San Francisco, CA 94107

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Seunghee Kim**
1011 Evelyn Ave.
Albany, CA 94706

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Sevart, Jacob**
200 Brannan St 134
San Francisco, CA 94107

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Shahram Aarabi**
2337 Ward Street
Berkeley, CA 94705

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Shailvi Jain**
207 King St. Apt 410
San Francisco, CA 94107

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Shamideh Engel**
1859 Thousand Oaks Blvd
Berkeley, CA 94707

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Shamsah Ebrahim**
1161 Broadway, Apt C
Alameda, CA 94501

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Shanna Connor**
683 66th St
Oakland, CA 94609

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Shannon Behrman**
1167 Crespi Dr
Pacifica, CA 94044

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**Shannon Kelly**
2320 Scout Road
Oakland, CA 94611

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Shannon Kelly**
1039 Mariposa Ave
Berkeley, CA 94707

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 298 of 632

| 3.197<br>3 | **Nonpriority creditor's name and mailing address**<br>**Shannon Manzoni**<br>**25 Fern Way**<br>**Orinda, CA 94563**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$160.00** |
|---|---|---|---|

| 3.197<br>4 | **Nonpriority creditor's name and mailing address**<br>**Shannon McDonough**<br>**3008 McGlenn dr**<br>**Aptos, CA 95003**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$280.00** |
|---|---|---|---|

| 3.197<br>5 | **Nonpriority creditor's name and mailing address**<br>**Shannon McDonough**<br>**3008 McGlenn dr**<br>**Aptos, CA 95003**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$160.00** |
|---|---|---|---|

| 3.197<br>6 | **Nonpriority creditor's name and mailing address**<br>**Shannon Peloquin**<br>**138 Bonita Ave**<br>**Piedmont, CA 94611**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$400.00** |
|---|---|---|---|

| 3.197<br>7 | **Nonpriority creditor's name and mailing address**<br>**Shannon Stringer**<br>**3983 Forest Hill Avenue**<br>**Oakland, CA 94602**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$900.00** |
|---|---|---|---|

| 3.197<br>8 | **Nonpriority creditor's name and mailing address**<br>**Shar Shetty**<br>**1426 6th Ave**<br>**San Francisco, CA 94122**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$250.00** |
|---|---|---|---|

| 3.197<br>9 | **Nonpriority creditor's name and mailing address**<br>**Shara Senior**<br>**467 49th St.**<br>**Oakland, CA 94609**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$810.00** |
|---|---|---|---|

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 299 of 632

| 3.198 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160.00** |
|---|---|---|---|

**Shara Watkins**
**102 Lopez Drive**
**San Mateo, CA 94403**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$550.00** |
|---|---|---|---|

**Shari Hollis-Ross**
**390 Elysian Fields Dr**
**Oakland, CA 94605**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Sharon Eberhardt**
**1531 Posen Ave, Albany**
**Albany, CA 94706**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Sharon Grosbard**
**535 Pierce st**
**Albany, CA 94706**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Sharon Ng**
**1711 136th Avenue**
**San Leandro, CA 94578**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Sharon Ng**
**145 College Avenue**
**San Francisco, CA 94112**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$80.00** |
|---|---|---|---|

**Sharon Shearer**
**2229 Chanticleer Lane**
**Santa Cruz, CA 95062**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Sharon Welty**
**1810 Addison St**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Shauna Clements**
**230 Likely Dr.**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$137.50** |
|---|---|---|---|

**Shauna Rockson**
**2861 Pinnacles Ter.**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Shavonne Coleman**
**13413 Abigail Adams St.**
**Manor, CA 78653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Shawn Cheris**
**39 Reata Pl**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80.00** |
|---|---|---|---|

**Shayla Dinning**
**136 Frederick Street**
**Santa cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Sheena Carswell**
**2204 Woolsey Street**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 301 of 632

| 3.199 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $367.00 |
|---|---|---|---|

**Sheena Tolani**
2791 Camino Venadillo
San Ramon, CA 94583

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.50 |
|---|---|---|---|

**Shelley Tarnoff**
83 Castle Park Way
Oakland, CA 94611

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Shengshu Wang**
316 Blakesley Court
San Ramon, CA 94582

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Sherrie Gallipeau**
17926 Amador Drive
Lathrop, CA 95330

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Sherry Li**
2108 Jefferson Ave
Berkeley, CA 94703

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Sheryl Militar**
339 Gerald Circle
Milpitas, CA 95035

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.00 |
|---|---|---|---|

**Shibin Balakrishnan Nambiar**
29 La Vuelta
Orinda, CA 94563

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|
| | **Shichao Fan**<br>**1400 Acroft Ct**<br>**Berkeley, CA 94702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.200 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|
| | **Shilpi Agarwal**<br>**5524 Manila Avenue**<br>**Oakland, CA 94618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|
| | **Shilpi Agarwal**<br>**50 Lansing, apt 402**<br>**San Francisco, CA 94105** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | **Shin-e Lin**<br>**25 Lake Ave**<br>**Piedmont, CA 94611** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|
| | **Shira Katz**<br>**47 Truitt Ln**<br>**Oakland, CA 94618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|
| | **Shivani Garg Patel**<br>**50 Valley Street**<br>**San Francisco, CA 94110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|
| | **Shoana Humphries**<br>**1900 Adrian Street**<br>**Napa, CA 94559** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Bay Area Children's Theatre** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.200 8**

**Nonpriority creditor's name and mailing address**

**Sholeh Esmaili-Montoya**
**22 Franciscan Way**
**Kensington, CA 94707**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

**3.200 9**

**Nonpriority creditor's name and mailing address**

**Shoshana Friedman Hawk**
**5181 Trask Street**
**Oakland, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.201 0**

**Nonpriority creditor's name and mailing address**

**Shoshana Friedman-Hawk**
**1841 Golden Rain Road #3**
**Walnut Creek, CA 94595**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10.00**

---

**3.201 1**

**Nonpriority creditor's name and mailing address**

**Shruthi Bhushan**
**222 Hamilton Ave**
**Princeton, NJ 08540**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

**3.201 2**

**Nonpriority creditor's name and mailing address**

**Shruthi Jayaram**
**1001 46th Street Unit 310**
**Emeryville, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.201 3**

**Nonpriority creditor's name and mailing address**

**Shwetha Gaddam**
**37592 sea bank st**
**Newark, CA 94560**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.201 4**

**Nonpriority creditor's name and mailing address**

**Sierra Gannon**
**130 Frederick Street**
**San Francisco, CA 94117**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$160.00**

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 304 of 632

| 3.2015 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$160.00** |
| **Sifrim, Zoe**<br>**701 Apgar Street**<br>**Oakland, CA 94609** | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2016 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$275.00** |
| **Siggi Hindrichs**<br>**606 Kansas Street**<br>**San Francisco, CA 94107** | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2017 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$85.00** |
| **Silver, Sarit**<br>**6020 Zinn**<br>**Oakland, CA 94611** | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2018 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$360.00** |
| **Sima Sweid**<br>**1918 Bonita Ave**<br>**Berkeley, CA 94704** | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2019 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$400.00** |
| **Sima Sweid**<br>**224 Rishell Drive**<br>**Oakland, CA 94619** | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2020 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$110.00** |
| **Simon Gutman**<br>**517 willow street**<br>**San Jose, CA 95125** | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2021 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
| **Simona Zompi**<br>**3137 Wisconsin St.**<br>**Oakland, CA 94602** | | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 305 of 632

| 3.202 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Siobhain Lacey**
**3239 Sweet Drive**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$162.50** |
|---|---|---|---|

**Sirichad Ouitavon**
**77 Sandpoint Dr**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160.00** |
|---|---|---|---|

**Skylar Parton**
**43 Cole St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$242.50** |
|---|---|---|---|

**Sloane Reinke**
**160 N California Ave**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$450.00** |
|---|---|---|---|

**Smita Trivedi**
**6076 Manchester drive**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$192.50** |
|---|---|---|---|

**Sneha Madiath**
**908 Hastings Drive**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$110.00** |
|---|---|---|---|

**Snehal Shah**
**6020 Zinn**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 306 of 632

| 3.202 9 | Nonpriority creditor's name and mailing address<br>**Sofia Ahmad and John Atwood**<br>**4600 El Centro Ave.**<br>**Oakland, CA 94602**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$400.00** |
|---|---|---|---|
| 3.203 0 | Nonpriority creditor's name and mailing address<br>**Somaia Nassef**<br>**2413 Browning Street**<br>**Berkeley, CA 94702**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$140.00** |
| 3.203 1 | Nonpriority creditor's name and mailing address<br>**Sonali Soi**<br>**1964 Fox Ridge Court**<br>**Walnut Creek, CA 94597**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$110.00** |
| 3.203 2 | Nonpriority creditor's name and mailing address<br>**Sondra Lender**<br>**62 Miwok Drive**<br>**San Anselmo, CA 94960**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$120.00** |
| 3.203 3 | Nonpriority creditor's name and mailing address<br>**Sonia Hansra**<br>**5234 Miles Ave**<br>**Oakland, CA 94618**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |
| 3.203 4 | Nonpriority creditor's name and mailing address<br>**Sonja Hess**<br>**1421 Proud Dr**<br>**San Jose, CA 95132**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |
| 3.203 5 | Nonpriority creditor's name and mailing address<br>**Sonja Poloczek**<br>**4371 25th St**<br>**San Francisco, CA 94114**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$250.00** |

| 3.203 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**Sonja Trauss**
**2261 Myrtle street**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Sonya Cross**
**1915 Blackstone Dr**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Sonya Cruz**
**13840 Campus Dr**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Sonya Cruz**
**6449 Westover drive**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $390.00 |
|---|---|---|---|

**Sophia Boutilier**
**86 Vista Del Sol**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |
|---|---|---|---|

**Sophie Astier**
**5844 Merriewood Dr**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**Sophie Freestone**
**130 Baroni Ave.**
**San Jose, CA 95136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115.00 |

**Sophie Leininger**
28853 Rochelle Ave
Hayward, CA 94544

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |

**Sophie Yu**
56 The Uplands
Berkeley, CA 94705

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |

**Soung Bae**
1410 Caroline St.
Alameda, CA 94501

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |

**Srilatha Lakkaraju**
33637 Pack Horse St.
Fremont, CA 94555

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Stacy Gohman**
39697 Whitecap Way
Fremont, CA 94538

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.00 |

**StarRose Keyes-Lebergott**
3547 Cascade St
Napa, CA 94558

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Stefanie Robinson**
2642 Rawson St
Oakland, CA 94619

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 309 of 632

| 3.2050 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $250.00 |
| **Stephanie Abromaitis** | ☐ Contingent | | |
| **526 Seacliff Place** | ☐ Unliquidated | | |
| **Richmond, CA 94801** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2051 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $125.00 |
| **Stephanie Leong** | ☐ Contingent | | |
| **1620 California St** | ☐ Unliquidated | | |
| **Berkeley, CA 94703** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2052 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $85.00 |
| **Stephanie Perry** | ☐ Contingent | | |
| **1140 Academy Ave** | ☐ Unliquidated | | |
| **Belmont, CA 94002** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2053 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $95.00 |
| **Stephanie Serbe** | ☐ Contingent | | |
| **1013 Meadow Ave** | ☐ Unliquidated | | |
| **Pinole, CA 94564** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2054 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $80.00 |
| **Stephanie Warnlof** | ☐ Contingent | | |
| **1342 Begier Ave** | ☐ Unliquidated | | |
| **San Leandro, CA 94577** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2055 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $25.00 |
| **Stephanie Wong** | ☐ Contingent | | |
| **1400 Camino peral** | ☐ Unliquidated | | |
| **Moraga, CA 94556** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.2056 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $400.00 |
| **Stephanie Wong** | ☐ Contingent | | |
| **771 28th Ave** | ☐ Unliquidated | | |
| **San Mateo, CA 94403** | ☐ Disputed | | |
| Date(s) debt was incurred _ | Basis for the claim: _ | | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | | |

| 3.205 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Stephen Smith**
**3797 Crow Canyon Rd.**
**San Ramon, CA 94582**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Stephen Yeh**
**3357 S Lucille Ln**
**Lafayette, CA 94549**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Steven Oliver**
**5300 Estates Dr**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Stewart, Emma**
**73 Henry St**
**San Francisco, CA 94114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Stice, Amy**
**834 58th Street**
**Oakland, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Stormy MontBlanc**
**1967 Jacqueline Way**
**Concord, CA 94519**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Sue Nee Tan**
**3018 Bayo Vista Ave**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$810.00** |
|---|---|---|---|

**Sue Ra**
**5001 Kearney Avenue**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Sue Young**
**25201 O'Keefe Lane**
**Los Altos, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$140.00** |
|---|---|---|---|

**Sukrutha Bhadouria**
**301 G Street**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.00** |
|---|---|---|---|

**Sullivan, Megan**
**56 Sunnyside Lane**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Sunderland, Erik**
**1140 Forest Glen Way**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Sung Suh**
**1701 mossbrook ave**
**San Jose, CA 95130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Sunitha Sadadev**
**4077 Allendale Ave #6**
**Oakland, CA 94619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Susan Feldman**
**860 Longridge Rd**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170.00 |
|---|---|---|---|

**Susan Greenspan**
**307 Ranelagh Road**
**Hillsborough, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Susan Hukkanen**
**630 Curtis Street**
**Albany, CA 94706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Susan Karp**
**4222 22nd Street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Susan MacKinnon**
**1288 Ala Moana Blvd. 8F**
**Honolulu, HI 96814-4291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Susan Maxwell**
**3921 Burckhalter ave**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Susan Merenda**
**412 Jersey St**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 313 of 632

| 3.2078 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Susan Purbaugh**
3019 Deakin St.
Berkeley, CA 94705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2079 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.50 |
|---|---|---|---|

**Susan Weinstein**
805 Center St
Sonoma, CA 95476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2080 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Susan Yu-Svensson**
10332 Parlett Pl
Cupertino, CA 95014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2081 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Susanna Mendoza**
334 Roundhill Court
Clayton, CA 94517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2082 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Susannah Churchill**
605 Vernon St
Oakland, CA 94610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2083 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Susannah Cohen**
240 Douglas Lane
Pleasant Hill, CA 94523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2084 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Susannah Hook-Rodgers**
2569 Orange Ave, Apt C
Costa Mesa, CA 92627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**SuShien Pang**
**3291 Central Pkwy**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Suzanne Jasmer**
**506 Mira Vista Ave.**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Svitlana Vyetrenko**
**1092 Keith Ave**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Swati Agarwal**
**746 Wildcat Canyon road**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Sylvia Capeluto**
**3740 Catalina Court**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Sylvia Hartowicz**
**1634 Alabama Street**
**Vallejo, CA 94590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $151.00 |
|---|---|---|---|

**Sylvia Nguyen**
**1964 Shuey Ave**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Sylvia Wu**
**512 Hiller Street**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Sylvie Robinson**
**5523 Muir Dr**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Taji James**
**3624 sugarberry lane**
**walnut creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.00 |
|---|---|---|---|

**Taks Liu**
**23 Overhill Rd**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Taks Liu**
**23 Overhill Rd**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**Tal Sansani**
**701 Minnesota Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Tali Sedgwick Walden**
**23 Armanino Ct.**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

__Talia Kurland__
__6571 Liggett Drive__
__Oakland, CA 94611__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred__ _

__Last 4 digits of account number__ _

__Basis for the claim:__ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

__Tam Truong__
__40 Camino Del Diablo__
__Orinda, CA 94563__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred__ _

__Last 4 digits of account number__ _

__Basis for the claim:__ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

__Tammy Hardin__
__975 Smith Ave__
__Pinole, CA 94564__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred__ _

__Last 4 digits of account number__ _

__Basis for the claim:__ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

__Tandis Sayadi__
__129__
__El Cerrito, CA 94530__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred__ _

__Last 4 digits of account number__ _

__Basis for the claim:__ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

__Tangie Young-Hooks__
__5170 Howes Lane__
__San Jose, CA 95118__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred__ _

__Last 4 digits of account number__ _

__Basis for the claim:__ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

__Tanya Chianese__
__110 York Dr__
__Piedmont, CA 94611__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred__ _

__Last 4 digits of account number__ _

__Basis for the claim:__ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

__Tara Bartlett__
__2 Eastridge Ln__
__Concord, CA 94518__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Date(s) debt was incurred__ _

__Last 4 digits of account number__ _

__Basis for the claim:__ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Tara Capsuto**
**5585 Barrel Ave**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Tara Pramme**
**318 Elworthy Ranch Cir**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Tara Thomas**
**1548 Oxford Street**
**Berkeley, CA 94709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Tara Uriz**
**207 Dayton ct**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.00 |
|---|---|---|---|

**Tarnoff, Katherine**
**3718 Maple Ave**
**Oakland, CA 94602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Tasha Jackson**
**5320 Rosalind Ave.**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Tatiana Libman**
**1818 Woolsey St,**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 318 of 632

| 3.211 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.00 |
|---|---|---|---|

**Tatiana Souza**
283 Sandpiper Ct
Foster City, CA 94404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Tatyana Shestopalova**
137 Vivian Drive
Pleasant Hill, CA 94523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Ted and Angeline Hung**
535 Pierce St, Apt.1116
Albany, CA 94706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Teisha Daniel**
855 Terra California
Walnut Creek, CA 94595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Terah Gilroy**
412 Fair Haven Road
Alameda, CA 94501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Teresa Diaz**
1313 Henry St
Berkeley, CA 94709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Teresa Kabat-Zinn**
1518 Sonoma Avenue
Albany, CA 94706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**Teresa Pletka**
**2849 Lincoln Ave**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Terri Nevins**
**86 Shields Lane**
**Novato, CA 94947**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77.50 |
|---|---|---|---|

**Terry Himes**
**2400 Hartley St**
**Davis, CA 95618**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Tess Smagorinsky**
**224 Catalina Avenue**
**Pacifica, CA 94044**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.50 |
|---|---|---|---|

**Thalia Segal**
**9476 Sedgefield Avenue**
**Elk Grove, CA 95624**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Thao Chung**
**2133 Thomas Ave**
**San Leandro, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $310.00 |
|---|---|---|---|

**Theresa Canavan**
**1318 Ordway Street**
**Berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Theresa Hall**
1727 Beverly Place
Berkeley, CA 94707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Theresa Horn**
1087 Murrieta Blvd., Apt 352
Livermore, CA 94550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126.00 |
|---|---|---|---|

**Theresa Murphy**
4757 Rollinghills Way
Castro Valley, CA 94546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Theresa Preston-Werner**
325 Upper Toyon Drive, 1404
Ross, CA 94957

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**Theresa Schwanke**
19 Rocca Drive
Petaluma, CA 94952

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $988.35 |
|---|---|---|---|

**Thomas Won**
542 Blair Ave
Piedmont, CA 94611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Thuymi Hunter**
4509 Fran Way
Richmond, CA 94803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Tia Warren**
**1748 Heidelberg Dr**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Tien Tran**
**2741 College Ave #3**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.50 |
|---|---|---|---|

**Tiffany Lin**
**5785 Country Club Dr**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Tiffany Wolff**
**5524 Manila Avenue**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Tijana Petrovic**
**180 Ridgeway Ave**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Tim Mary Lou Nguyen**
**412 Linda Ave**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Timothy Jones**
**3929 18th st**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |
|---|---|---|---|

**Timothy Stark**
**348 Olive Ave.**
**Piedmont, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Timothy Yip**
**310 Lee Street**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Tina Gallo**
**2181 Northampton Dr.**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Tina Gallo**
**2181 Northampton Dr.**
**San Jose, CA 95124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Ting Wang**
**3886 Lorena Ave.**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.01 |
|---|---|---|---|

**Tingting Yao**
**260 King Street Unit 859**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Tom Felix**
**2745 Lake St.**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130.00 |
|---|---|---|---|

**Tom McBride**
**449 Nevada St**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.50 |
|---|---|---|---|

**Tonia Cree**
**201 Oak Park Lane**
**Pleasant Hill, CA 94523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Tonik Matthews**
**242 Alameda de la Loma**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $175.00 |
|---|---|---|---|

**Tony Catalini**
**2430 Curtis St.**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Tony Ferreira**
**460 Washington Avenue**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Tori Chinn**
**2133 Thomas Ave.**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Tory Roman**
**61 Oakmont Ave**
**Piedmont, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.00** |
| **Trang La** | ☐ Contingent | |
| **6031 Acacia Avenue** | ☐ Unliquidated | |
| **Oakland, CA 94618** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
| **Trang Nguyen** | ☐ Contingent | |
| **15977 Gramercy Drive** | ☐ Unliquidated | |
| **San Leandro, CA 94578** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
| **Trang Nguyen** | ☐ Contingent | |
| **498 Waskow Drive** | ☐ Unliquidated | |
| **San Jose, CA 95123** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115.00** |
| **Trisha Bartlett** | ☐ Contingent | |
| **2649 fir park way** | ☐ Unliquidated | |
| **Santa Rosa, CA 95404** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.215 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
| **Trisha Mau** | ☐ Contingent | |
| **532 Teresita Blvd** | ☐ Unliquidated | |
| **San Francisco, CA 94127** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.216 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
| **Trisha Mau** | ☐ Contingent | |
| **5515 Arizona Dr** | ☐ Unliquidated | |
| **Concord, CA 94521** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.216 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$810.00** |
| **Triveni DeFries** | ☐ Contingent | |
| **62 Montell St** | ☐ Unliquidated | |
| **Oakland, CA 94611** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.216 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Ty Elliott Malcolm**
**2836 Prince Street**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Tyler Odean**
**1051 53rd Street**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Tze Chang Ng**
**3603 Cour Du Vin**
**San Jose, CA 95148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Tzvete Katchakova**
**1183 Mason Dr**
**Pacifica, CA 94044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
|---|---|---|---|

**Ujwal Patel**
**151 Lomitas Drive**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $140.00 |
|---|---|---|---|

**Ulrika Svanfeldt**
**980 Woodland Ave**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Unger, Harriette**
**441 Day St**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 326 of 632

**3.216 9**

**Nonpriority creditor's name and mailing address**

**Upasana Tripathi**
**1354 Fremont Street**
**San Jose, CA 95126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.217 0**

**Nonpriority creditor's name and mailing address**

**Ursula Liang**
**2354 39th Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.00**

---

**3.217 1**

**Nonpriority creditor's name and mailing address**

**US Bank**
**Cardmember Services**
**P.O. Box 790408**
**Saint Louis, MO 63179**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,522.00**

---

**3.217 2**

**Nonpriority creditor's name and mailing address**

**Ushma Sampat**
**76 Lynwood Pl**
**Moraga, CA 94556**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.217 3**

**Nonpriority creditor's name and mailing address**

**Vaile Fujikawa**
**5121 Miles Ave**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$540.00**

---

**3.217 4**

**Nonpriority creditor's name and mailing address**

**Valentina Rubinstein**
**2001 Clemens Rd**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.217 5**

**Nonpriority creditor's name and mailing address**

**Valerie Alt**
**2320 7th Street**
**Berkeley, CA 94710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

Case: 23-40890     Doc# 1     Filed: 07/24/23     Entered: 07/24/23 14:48:57     Page 327 of 632

---

| 3.217 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**Valerie Coleman**
**1733 10th St.**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Vanessa Felix**
**2035 Green Valley Rd**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|---|

**Vanessa Vega**
**2408 Regis Dr**
**Davis, CA 95618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Varner, Scott**
**14 Ramona Drive**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.00 |
|---|---|---|---|

**Varsha Udayabhanu**
**727 Bancroft Avenue**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Vasudha Talla**
**818 Rosemount Road**
**Oakland, CA 94610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Veronica Maier**
**16 Redwood Ave**
**Larkspur, CA 94939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 328 of 632

| 3.218 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$303.75** |

**Veronique Levine**
**1861 Elm St**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$145.00** |

**vicki hart**
**2807 Steinmetz Way**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$130.00** |

**Vicky Chen**
**181 Valdivia Cir**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$110.00** |

**Victor Chin**
**430 S 13th St**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160.00** |

**Victoria Alberini**
**801 Longridge Rd**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$550.00** |

**Victoria and Richard Larson**
**100 Bay Place Apt 1710**
**Oakland, CA 94610**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$450.00** |

**Victoria Main**
**3325 82nd Ave**
**Oakland, CA 94605**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**Victoria Mogni**
**523 North Civic DR, B**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Vijaya Suravajjala**
**6251 Contra Costa Road**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**Vincent Coste**
**6 eastridge lane**
**Concord, CA 94518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Vineela Poddatoori**
**6840 Charing Cross Rd**
**Berkeley, CA 94705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Vritika Singh**
**1781 Karameos Ct.**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Vyoma Kapur**
**3086 Hedaro Ct**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Warren Wallace**
**1303 Gateview Ave unit D**
**San Francisco, CA 94130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Wendy Chan**
**1130 Versailles Avenue**
**Alameda, CA 94501**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Wendy Chan**
**2 Littlewood Drive**
**Piedmont, CA 94611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Wenjing Zheng**
**2009 Oak St**
**San Francisco, CA 94117**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Wenzong Li**
**1840 Arlington Boulevard, ,**
**El Cerrito, CA 94530**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Wes Fisher**
**3566 e 18th st**
**Antioch, CA 94509**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Whitney Birge**
**1435 Thousand Oaks Blvd**
**Albany, CA 94706**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**Whitney Ellis**
**76 Scenic Dr**
**Orinda, CA 94563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**Whitney Gelinas**
**2501 Carmel St**
**Oakland, CA 94602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Whitney Lee**
**5046 Congress Ave.**
**Oakland, CA 94601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**William Githens**
**2527 San Mateo Street**
**Richmond, CA 94804**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.00 |
|---|---|---|---|

**William Hastings**
**3113 El Sereno**
**Alameda, CA 94502**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**William Lovens**
**2043 Helsinki Way**
**Livermore, CA 94550**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**William Swinehart**
**6229 Vernon Way**
**Carmichael, CA 95608**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Williams, Julie**
**368 17th ave**
**San Francisco, CA 94121**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140.00** |
| **Wing Man Chan** | ☐ Contingent | |
| **527 Levant Ct** | ☐ Unliquidated | |
| **San Ramon, CA 94582** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.00** |
| **Winnie Hau** | ☐ Contingent | |
| **2441 Woolsey Street** | ☐ Unliquidated | |
| **Berkeley, CA 94705** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
| **Wintana Alem** | ☐ Contingent | |
| **860 leo way** | ☐ Unliquidated | |
| **Oakland, CA 94611** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
| **Wodinsky, Jenny** | ☐ Contingent | |
| **16 Aspinwall Ct** | ☐ Unliquidated | |
| **Orinda, CA 94563** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
| **Wrenn Levenberg** | ☐ Contingent | |
| **1705 California Street** | ☐ Unliquidated | |
| **Berkeley, CA 94703** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
| **Xiang Li** | ☐ Contingent | |
| **76 Elmwood Drive** | ☐ Unliquidated | |
| **San Ramon, CA 94583** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
| **Xiao Liu** | ☐ Contingent | |
| **1524 Whipple Ave** | ☐ Unliquidated | |
| **Redwood City, CA 94062** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.2218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Xiaole Ni**
946 Stannage Ave
Albany, CA 94706

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.2219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Xing Wu**
1400 Camino peral
Moraga, CA 94556

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Xinwei Luo**
1244 Peralta Ave.
Berkeley, CA 94706

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |

**Xinyun Huang**
1649 Grand Ave
Piedmont, CA 94611

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Xochipala Maes Valdez**
2436 Mammoth Way
Antioch, CA 94531

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |

**Yan Jiang**
1837 Sebastian drive
Burlingame, CA 94010

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |

**Yana Vaks**
170 N 15th St
San Jose, CA 95112

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 334 of 632

---

**3.222 5**

**Nonpriority creditor's name and mailing address**

**Yaping Li**
**P.O. Box 901**
**San Carlos, CA 94070**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.222 6**

**Nonpriority creditor's name and mailing address**

**Yasir Khan**
**1630 Yale Drive**
**Mountain View, CA 94040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$160.00

---

**3.222 7**

**Nonpriority creditor's name and mailing address**

**Yeil Kim**
**1123 66th st.**
**Oakland, CA 94608**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$810.00

---

**3.222 8**

**Nonpriority creditor's name and mailing address**

**Ying Ru Chua**
**3640 24th St**
**Sacramento, CA 95818**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$140.00

---

**3.222 9**

**Nonpriority creditor's name and mailing address**

**Yishai Boyarin**
**2207 sacramento st**
**berkeley, CA 94702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$900.00

---

**3.223 0**

**Nonpriority creditor's name and mailing address**

**Yizhi Ang**
**761 Sequoia Ave.**
**Millbrae, CA 94030**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.223 1**

**Nonpriority creditor's name and mailing address**

**Yoissy Thomas**
**44 Riverton Drive**
**San Francisco, CA 94132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

| Debtor | **Bay Area Children's Theatre** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.223 2**

**Nonpriority creditor's name and mailing address**

**Yu Ting (Claire) Hung**
**2904 central ave**
**Alameda, CA 94501**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

**3.223 3**

**Nonpriority creditor's name and mailing address**

**Yuan Chen**
**44658 Japala Pl**
**Fremont, CA 94539**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.223 4**

**Nonpriority creditor's name and mailing address**

**Yuan Chen**
**1891 2nd Avenue**
**Walnut Creek, CA 94597**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$90.00**

---

**3.223 5**

**Nonpriority creditor's name and mailing address**

**Yuan Zhao**
**114 Agnes St**
**Oakland, CA 94618**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$145.00**

---

**3.223 6**

**Nonpriority creditor's name and mailing address**

**Yue Yang**
**66 Heather Ln**
**Orinda, CA 94563**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$105.00**

---

**3.223 7**

**Nonpriority creditor's name and mailing address**

**Yulia Petrovsky**
**743 2nd ave**
**san francisco, CA 94118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$400.00**

---

**3.223 8**

**Nonpriority creditor's name and mailing address**

**Yun Ting Chen**
**1248 Brighton Ave.**
**Albany, CA 94706**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$140.00**

---

| 3.223 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Yusef Freeman**
44 Highland Avenue
Piedmont, CA 94611

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Yvette Ramirez**
1 Stein Way
Orinda, CA 94563

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|

**Yvonne Heldens**
50 Emery Bay Drive
Emeryville, CA 94608

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Yvonne Heldens**
5916 Chabot Road
Oakland, CA 94618

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Zahava Sherez**
3017 22nd st apt 4
San Francisco, CA 94110

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Zahra Hanieh Ezzy**
1546 W Dana St
Mountain View, CA 94041

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Zainab Jeewanjee**
1179 Copper Peak Lane
San Jose, CA 95120

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 337 of 632

| 3.224 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$110.00** |
|---|---|---|---|

**Zara Zelenko**
**1612 Sonoma Ave**
**Albany, CA 94707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$197.50** |
|---|---|---|---|

**Zena Domenico**
**2217 Parkland Way**
**Petaluma, CA 94954**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$810.00** |
|---|---|---|---|

**Zhongshan Yang**
**6399 Christie Ave Apt 117**
**Emeryville, CA 94608-1385**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Mark Porter** **Fenwick** **555 California St., 12th Floor** **San Francisco, CA 94104** | Line  **3.1949** ☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 793,335.58 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 793,335.58 |

Case: 23-40890   Doc# 1   Filed: 07/24/23   Entered: 07/24/23 14:48:57   Page 338 of 632

**Fill in this information to identify the case:**

Debtor name    **Bay Area Children's Theatre**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for main premises at 2055 Center St., Berkeley, CA Approx. 10,000 sq. feet** |
| State the term remaining | |
| List the contract number of any government contract | **CVBAF Acq., LLC 10877 Wilshire Blvd., Suite 1200 Los Angeles, CA 90024** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for 1913 Berkeley Way, Apt. A Berkeley, CA 94704**<br><br>**This is an apartment used by actors expires Dec. 2023** |
| State the term remaining | |
| List the contract number of any government contract | **Maryam Ghassemzadeh** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for warehouse space: 5221 Central Ave., Building B, Unit 103 Richmond, CA 94804 expires 7/31/2024** |
| State the term remaining | **Northern Properties LLC c/o HL Commercial Property Mgmt. 70 Mitchell Blvd., Ste. 104 San Rafael, CA 94903** |
| List the contract number of any government contract | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Copier Lease** | |
| State the term remaining | |
| List the contract number of any government contract | **Pacific Office Automation**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101-1602** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Office rental space: 350 Frank H. Ogawa Plaza,Ste. 110 Oakland, CA 94612** | |
| State the term remaining — **Approx. 5,150 sq. feet Lease was terminated by agreement** | **Rotunda Partners II, LLC**<br>**Attn: Myles Roebuck**<br>**300 Frank Ogawa Plaza, Ste. 231**<br>**Oakland, CA 94612** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Bay Area Children's Theatre**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____<br>Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | _____<br>Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____<br>Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____<br>Street<br>_____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 341 of 632

**Fill in this information to identify the case:**

Debtor name    **Bay Area Children's Theatre**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,625,963.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,128,929.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$790,959.00** |

2. **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **PPP loan forgiveness** | **$828,453.00** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 342 of 632

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Scion Staffing Inc** PO Box 75343, Chicago, IL 60675-5343 | **April and May 2023** | $24,203.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 343 of 632

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Finestone Hayes LLP**<br>**456 Montgomery St., 20th Floor**<br>**San Francisco, CA 94104** | | **June 1, 2023** | **$10,000.00** |
| | Email or website address<br>**sfinestone@fhlawllp.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 344 of 632

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Rotunda Partners II, LLC Attn: Myles Roebuck 300 Frank Ogawa Plaza, Ste. 231 Oakland, CA 94612** | **Lease was terminated by agreement in late June 2023** | **June 26, 2023** | **Unknown** |
| | Relationship to debtor **none** | | | |

---

**Part 7:**    Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **3903 Broadway 2nd Floor Oakland, CA 94611** | **Dec. 2018 - July 2020** |

---

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 345 of 632

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 346 of 632

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Hollie Powell**<br>**308 San Miguel Way**<br>**San Mateo, CA 94403** | **2018-2022 (Jan.)** |
| 26a.2.    **Austin Zumbro**<br>**451 Clifton St.**<br>**Oakland, CA 94618** | **2018-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Austin Zumbro** | **2018-2023** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Regalia & Associates**<br>**103 Town and Country Drive**<br>**Suite K**<br>**Danville, CA 94526** | **2018-2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Barak Ben-Gal | 1116 Nelson St. Albany, CA 94706 | Member of the Board | |
| Alison Jackson | 1164 Sunnyhills Rd. Oakland, CA 94610 | Member of the Board | |
| Christina Clark Bloodgood | 260 California St., 9th Floor San Francisco, CA 94111 | Member of the Board President | |
| Chuck Kapelke | 2452 Encinal Ave. Alameda, CA 94501 | Member of the Board | |
| Bobby Brennan | 987 Ondridge Rd. Oakland, CA 94610 | Member of the Board | |
| Krysta Lapcevic | 11 Frog's Leap Way Orinda, CA 94563 | Member of the Board | |
| Shoshana Chazan | 12 Del Mar Ct. Orinda, CA 94563 | Member of the Board | |
| Meredith Lapointe | 45 Oak Road Orinda, CA 94563 | Member of the Board | |
| Michael Dailey | 7 Veteran Way Oakland, CA 94602 | Member of the Board | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Shari Hollis-Ross | 390 Elysian Fields Dr. Oakland, CA 94605 | Member of the Board | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Aya Takeuchi | 1245 Lakeview Dr. Hillsborough, CA 94010 | Member of the Board Treasurer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Erica Weber | 24 Charles Hill Rd. Orinda, CA 94563 | Member of the Board | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Austin Zumbro | 451 Clifton St. Oakland, CA 94618 | Information Services Director | Jan. 2010 - Feb. 2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Nina Meehan | 626 Woodridge Circle Incline Village, NV 89451 | CEO | April 2003 - Oct. 2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Christina Larson | 451 Clifton St. Oakland, CA 94618 | Managing Director | May 2018 - Feb. 2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Case: 23-40890    Doc# 1    Filed: 07/24/23    Entered: 07/24/23 14:48:57    Page 349 of 632

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  9, 2023**

**/s/ Christine Clark Bloodgood**                     **Christine Clark Bloodgood**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President of the Board**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

    **Bay Area Children's Theatre**

_____ /
                  Debtor(s).

<u>CREDITOR MATRIX COVER SHEET</u>

       I declare that the attached Creditor Mailing Matrix, consisting of <u>280</u> sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **July 9, 2023**


                        **/s/ Stephen D. Finestone**
                        _____
                        Signature of Debtor's Attorney or Pro Per Debtor

A Melissa Lopez
183 Somerset Rd
Piedmont, CA 94611


Aamir Virani
36 Monticello Avenue
Piedmont, CA 94611


Aaron Hinz
318 Melven Ct
San Leandro, CA 94577


Aaron Hinz
4080 Legion Ct
Lafayette, CA 94549


Aarti Gupta
400 Whitecliff Dr
Vallejo, CA 94589


Aashna Kircher
8238 Regency Drive
Pleasanton, CA 94588


Aashna Kircher
5817 Florence Terr
Oakland, CA 94611


Abby Pearson
5824 ross st
Oakland, CA 94618

Abby Wentworth
915 Ramona Ave.
Albany, CA 94706


Abigail Blodgett
950 Redwood Shores Parkway #I204
Redwood City, CA 94065


Abigail Dare
900 Blair Ave
Oakland, CA 94611


Abigail Neff
33067 Basswood Court
Union City, CA 94587


Abruzzo, Nicole
3357 S Lucille Ln
Lafayette, CA 94549


Ada Fung
1216 Rivera Street
El Cerrito, CA 94530


Adam Anderson
884 57th Street
Oakland, CA 94608


Adam Anderson
9 Fieldbrook Place
Moraga, CA 94556

Adam Bernstein
1711 Pearl St.
Alameda, CA 94501


Adam Daoud-Gray
3799 Harrison St
Oakland, CA 94611


Adam Romanowski
1443 Excelsior Avenue
Oakland, CA 94602


Adam Rosenzweig
1615 Francisco Street
Berkeley, CA 94703


Adam Siegel
11 El Cajon
Lafayette, CA 94549


Adam Sterling
6456 HILLEGASS AVE
Oakland, CA 94618


Adele Watts
230 Likely Dr.
Alamo, CA 94507


Adi Nevo
836 Craft Ave
El Cerrito, CA 94530

Adil Lalani
5817 Florence Terrace
Oakland, CA 94611


Aditi Patel
4106 Cobblestone Drive
Concord, CA 94521


Admas Kanyagia
1153 55th St
Oakland, CA 94608


Adriana Pruss
724 masonic
Albany, CA 94706


Adrienne Baker
2 Highland Blvd
Kensington, CA 94707


Adrienne Selke
1315 Mountain Blvd
Oakland, CA 94611


Adrienne Shelton
4111 Dickson Court
Oakland, CA 94605


Aguiar, Luciana
331 Oak Court
Menlo Park, CA 94025

Aida Alvarez
107 Requa Rd
Piedmont, CA 94611


Aileen Betinol
299 W Hopkins Ct
Mountain House, CA 95391


Aileen Clark
4180 Corinne Court
Vacaville, CA 95688


Ailise Mcglinchey
40 San Aleso Ct
Novato, CA 94945


Aimee Eng
715 Lyon Street
SAN FRANCISCO, CA 94115


Aina Ausaf
7323 Kenwood Rd
Dublin, CA 94568


Aine Le
1805 Cedar St
Berkeley, CA 94703


Aja Lodigiani
12 Cove Rd, Alameda
CA 94502

Akasemi Newsome
4021 Canon Avenue
Oakland, CA 94602


Akhila Bhiman
11491 Silvergate Dr
Dublin, CA 94568


Akirah Bradley Armstrong
2521 Mardell Way
Mountain View, CA 94043


Akta Adani
34735 Bowie Cmn
Fremont, CA 94555


Alan Pang
1073 Laurie Ave
San Jose, CA 95125


Alana Cutler
385 Grand Ave
Oakland, CA 94610


Alberto Mejia
433 Capital St
Oakland, CA 94610


Alcheck, Mallary
558 Madison Way
Palo Alto, CA 94303

Alejandra Cano
1249 Cedar Street
Berkeley, CA 94702


Alessandra Lundin
5207 Desmond St.
Oakland, CA 94618


Alex Mays
300 Beale Street, Apt 501
San Francisco, CA 94105


Alex Saum-Pascual
2119 California St
Berkeley, CA 94703


Alexander Carobus
253 Hillview Ave.
Los Altos, CA 94022


Alexander, Elizabeth
26 Loma Vista Dr.
Orinda, CA 94563


Alexandra Cloyes
3500 Silver Springs Rd.
Lafayette, CA 94549


Alexandra Dean
19 Monticello Ave.
Piedmont, CA 94611

Alexandra Gray
79 Loma Vista Drive
Orinda, CA 94563


Alexandra Gray
227 Round Hill Road
TIburon, CA 94920


Alexandra Heller
3245 Bayo Vista Ave
Alameda, CA 94501


Alexandra Kelly
408 63rd street
oakland, CA 94609


Alexandra Morales
18479 Walnut Road
Castro Valley, CA 94546


Alexandra Spencer
Hearts Leap School
2638 College Ave.
Berkeley, CA 94704


Alexandria Parikh
1216 1/2 Spruce St
Berkeley, CA 94709


Alexenadra Frommlet
330 Edna street
San Francisco, CA 94112

Alexis Horn
1056 Via Palma
San Lorenzo, CA 94580


Ali Metzler
5514 Masonic Avenue
Oakland, CA 94618


Alia Al-Sharif
1209 Spruce Street
Berkeley, CA 94709


Alice Block
18248 Lamson Rd
Castro Valley, CA 94546


Alice Lancefield Reid
978 60TH ST
OAKLAND, CA 94608


Alice Riegert
2 Middle Rd
Lafayette, CA 94549


Alicia Godlove
183 Cotter St
San Francisco, CA 94112


Alicia Parker
6081 Old Quarry Loop
Oakland, CA 94605

Alicia Swartz
3730 Keller Avenue
Oakland, CA 94605


Alina Radinsky
1048 Peralta Ave
Albany, CA 94706


Alisa Hofmann
438 Everett St
El Cerrito, CA 94530


Alisa Malki
5231 James Ave
Oakland, CA 94618


Alisa Rasera-Holden
151 Tunnel Rd
Berkeley, CA 94705


ALisa Tomatis
153 Wood St
San Francisco, CA 94118


Alison & Cornelius Jackson
1164 Sunnyhills Road
Oakland, CA 94610


Alison Gopnik
2611 Parker Street
Berkeley, CA 94704

Alison Leach
505 Allegheny Drive
Walnut Creek, CA 94598


Alison Schindel
106 Mesa Ave
Piedmont, CA 94611


Allegra Wiborg
10315 Dante ave
Oakland, CA 94603


Allen, Rachel
75 W 5th Ave #224
San Mateo, CA 94402


Alli Beltz
2204 Wren Way
Campbell, CA 95008


Allie Henske
4080 Legion Ct
Lafayette, CA 94549


Allie Phelps
5615 hazel
Richmond, CA 94805


Allison Connorton
835 53rd Street
Oakland, CA 94608

Allison Grange
3000 Stonegate Dr
Alamo, CA 94507


Allison Hampton
178 OAK RD
Piedmont, CA 94610


Allison Hinko
1024 BANBURY CT
Napa, CA 94558


Allison Holton
1415 Allston Way
Berkeley, CA 94702


allison lasser
721 Via Palermo
San Ramon, CA 94583


Allison Lull
6441 Castle Dr
Oakland, CA 94611


Allison Metcalfe
1832 Magellan Dr
Oakland, CA 94611


Allison Oropallo
410 N Navarra
Scotts Valley, CA 95066

Allison Powers
2115 Los Angeles Ave
Berkeley, CA 94707


Allison Stein
10 Crest Rd.
Piedmont, CA 94611


Allison Styer
1963 HOMESTEAD ROAD
SANTA CLARA, CA 95050


Allison Wright
38842 Stillwater Cmn
Fremont, CA 94536


Allyce Escorcia
1205 Maritime way
Richmond, CA 94804


Altergott, Alison
1221 Shoreline Loop
San Ramon, CA 94582


Alvarez, Aida
107 Requa Rd
Piedmont, CA 94611


Alx Nixon
1025 Stoneybrook Drive
Martinez, CA 94553

Aly Dean
1570 Boulevard Way
Walnut Creek, CA 94595


Alysia Cirona-Singh
100 Lundys Lane
San Francisco, CA 94110


Alyssa Kircher
581 Vernon St
Oakland, CA 94610


Alyssa Wodtke
5808 Ocean View Drive
Oakland, CA 94618


Alyssa Zagorie
3983 Rancho Rd
Lafayette, CA 94549


Ama Greenrose Manasse
5 Embarcadero W
Oakland, CA 94607


Amanda Cheng
355 ANDERSON ROAD
ALAMEDA, CA 94502


Amanda Coggin
1614 JOSEPHINE ST
BERKELEY, CA 94703-1321

Amanda Coggin
1614 Josephine Street
Berkeley, CA 94703


Amanda Feldman
227 Scenic Avenue
Oakland, CA 94611


Amanda Ford
613 empire street
San Lorenzo, CA 94580


Amanda Furseth Barrera
851 43rd Street
Emeryville, CA 94608


Amanda Gusky
5300 Iron Horse Parkway , Apt 107
Dublin, CA 94568


Amanda Monari
40583 Blacow Road
Fremont, CA 94538


Amanda Mudde
907 Glen Dr
San Leandro, CA 94577


Amanda Newlin
3020 Florida St.
Oakland, CA 94602

Amanda Posner
1327 Carleton St.
Berkeley, CA 94702


Amanda Rosen
114 Broderick street
San Francisco, CA 94117


Amanda Saintil
113 Avenida Espana
San Jose, CA 95139


Amanda Seyfer
1126 53rd St
Oakland, CA 94608


Amanda Sommers
2809 California street
Berkeley, CA 94703


Amanda Williams
3760 Thornhill Drive
Livermore, CA 94551


Amanda Wright
9 MOUNT WITTENBURG COURT
SAN RAFAEL, CA 94903


Amber Allegri
136 Atherton Loop
Aptos, CA 95003

Amber Chin
1025 Mabel Josephine Ct.
Tracy, CA 95377


Amber Hatfield
127 Marina Way South
Richmond, CA 94804


Amber Isak
274 Greenfield Ave
San Mateo, CA 94403


Amber Isak
313 Viscaino Way
San Jose, CA 95119


Amber Lenehan
390 Tralee Lane
Alameda, CA 94502


Amber Reed
6036 Leona Street
Oakland, CA 94605


Amber Weare
325 Berry Street, Apartment 425
San Francisco, CA 94158


Ambler Ochstein
7 Diaz Pl
Oakland, CA 94611

America Torres
684 Hilldale Avenue
Berkeley, CA 94708


Amica Cohn
935 Diamond St
San Francisco, CA 94114


Amina Brooks
6210 Hillmont Drive
Oakland, CA 94605


Amina Maine
1849, 24th Avenue
San Francisco, CA 94122


Amit Bakshi
160 Barnhill Dr
Folsom, CA 95630


Amoreena Brown
61 Madera Ave, Unit A
San Carlos, CA 94070


Amy Boyce
3866 Balfour Ave
Oakland, CA 94610


Amy Cantu
12 Edwin Dr.
Kensington, CA 94707

Amy Chen
83 city limits circle
Oakland, CA 94608


Amy Christodoulo
2430 clay st
San Francisco, CA 94115


Amy Dennis
6032 Rockridge Blvd
Oakland, CA 94618


Amy Donhauser
2400 Woolsey Street
Berkeley, CA 94705


Amy Havens
512 Fairbanks Ave
Oakland, CA 94610


Amy Lu
532 Teresita Blvd
San Francisco, CA 94127


Amy Pooler
2951 Russell Street
Berkeley, CA 94705


Amy Saxton
7 Veteran Way
Oakland, CA 94602

Amy Silver
31 maryland ave
berkeley, CA 94707


Amy Smith
833 Juno Ln
Foster City, CA 94404


Amy Smith
3281 Isola Lane
Lafayette, CA 94549


Amy Wei
56 Tomcat Way
Orinda, CA 94563


Amy Wong
1815 Edgewood Road
Emerald Hills, CA 94062


Amy Zeiter
30 Adolph Sutro CT, Apt 302
San Francisco, CA 94131


Amy Zeiter
P.O. Box 475790
San Francisco, CA 94147


Ana Belen Redondo Campillos
2117 Encinal Avenue
Alameda, CA 94501

Ana Ponce
5029 Gurnett Ln
Fairfield, CA 94533


Ana Rescate
50 Parkview Terr
San Pablo, CA 94806


Ana Simo
3399 Saint Marys Road
Lafayette, CA 94549


Anais Mazzoleni
1019 McLaughlin st
Richmond, CA 94805


Anand Jameson
915 Grosvenor Pl
Oakland, CA 94610


Anand Ramakrishnan
35958 Dering Place
Fremont, CA 94536


Anantica Singh
6127 N Rockridge Blvd
Oakland, CA 94618


Anat Perry
1216 1/2 Spruce St
Berkeley, CA 94709

Anat Razon
1889 Tiffin rd
Oakland, CA 94602


Anderson, Adam
1935 California St
San Francisco, CA 94109


Andrea Burke
5209 Cochrane Ave
Oakland, CA 94618


Andrea Crider
2261 castro street
Martinez, CA 94553


Andrea Devincenzi
4650 Sequoyah Road
Oakland, CA 94605


Andrea Garcia
2399 Central Pkwy
Dublin, CA 94568


Andrea Kneeland
4414 Park Blvd.
Oakland, CA 94602


Andrea Rubenstein
2151 Vallejo Street
St. Helena, CA 94574

Andrea Szilagyi
1119 Camino del Valle
Alameda, CA 94502


Andrea Walters
612 29TH ST
RICHMOND, CA 94804


Angel DeLaParte
4420 Tompkins Ave
Oakland, CA 94619


Angela Chen
500 Wild Flower Place
Alamo, CA 94507


Angela Shum
626 South S St
Livermore, CA 94550


Angelica Pitsos
2753 Laramie Gate Circle
Pleasanton, CA 94566


Angie Chau
1522 Holman Rd
Oakland, CA 94610


Angie Holt
6647 Snake Road
Oakland, CA 94611

Angie Lanum
3990 Ralston Avenue
Hillsborough, CA 94010


Ania Etlender
523 W Cancion Ct
Mountain House, CA 95391


Anibal Ugaz
451 46th Street,
Anibal Ugaz
Richmond, CA 94805


Anita Ahuja
1425 S Main St
Walnut Creek, CA 94596


Anke Gaksch
800 Spyglass Parkway
Vallejo, CA 94591


Anlor Steiner
89 Woodside dr
San Anselmo, CA 94960


Ann Chen
66 Shuey dr
Moraga, CA 94556


Ann Tran
1620 Ward Street
Berkeley, CA 94703

Anna Acquistapace
4930 Webster Street
Oakland, CA 94609


Anna Carlson
1151 Walnut st
Berkeley, CA 94707


Anna Kessel
5624 Glenbrook Dr.
OAKLAND, CA 94618


Anna Kozlachkova
3477 Echo Springs Rd
Lafayette, CA 94549


Anna LaRue
221 Mountain Ave
Piedmont, CA 94611


Anna Schocket
567 Martin St.
Oakland, CA 94609


Anna Zakasovskaya
532 Mayfair Avenue
South San Francisco, CA 94080


Anna-Maria Violich-Olivier
405 E. Beach St.
Watsonville, CA 95076

Annabel Lee
1029 Oak Street #26
Oakland, CA 94607


Anne Bennett
1614 La Paloma Court
Davis, CA 95618


Anne Kramer
403 Laurel ave
Menlo Park, CA 94025


Anne Militar
6001 Buena Vista Ave
Oakland, CA 94618


Anne-Sophie SERET
2629 grant St
Berkeley, CA 94703


Annie Fox
11 Indian Rock Road
San Anselmo, CA 94960


Annie Parks
2630 College Ave
Berkeley, CA 94704


Annie Pomer
2601 Trentwick Court
Carmichael, CA 95608

Annie Wolfson
2818 Webster Street
Berkeley, CA 94705


Annie-Laurie Bardell
1079 Sanders Drive
Moraga, CA 94556


Annierose Redmon
956 STEBBINS LN, Yolo
Davis, CA 95616


Anthea Ma
3238 Sylvan Ave
Oakland, CA 94602


Anthony Duer
2372 Roundhill Dr
Alamo, CA 94507


Anthony Welch
752 College Ave
Santa Clara, CA 95050


Antoinette Mayer
1367 Fountain St
Alameda, CA 94501


Antonia Sanchez Labbe
516 Toyon Place
Benicia, CA 94510

Antonio Cruz
124 S 11th St
Richmond, CA 94804


Anya Bourg
56 Ross Cir
Oakland, CA 94618


Anya Levinson
1471 17th ave
San francisco, CA 94122


Aparna Kota
2759 Wallace st.
Berkeley, CA 94702


Aparna Kota
23 Nottingham Ct
Alameda, CA 94502


April Derby
1129 Schuman Ln
Petaluma, CA 94952


Aprio
150 Post Street Suite 200
San Francisco, CA 94108


Araceli Vazquez
1795 Marlesta Rd
Pinole, CA 94564

Arathi Ravier
3685 Maple Ave
Oakland, CA 94602


Aravind Ramakrishnan
3021 Windsor Dr
Alameda, CA 94501


Archana Gilravi
112 Virginia Ave
San Francisco, CA 94110


Arianna Romanoff
150 Venado Way
San Jose, CA 95123


Arie Levine
3216 Madera Ave
Los Angeles, CA 90039


Ariel Cohen
53 Stillings Ave
San Francisco, CA 94131


Ariella Cook
7714 Terrace Dr
El Cerrito, CA 94530


Arielle Cohen
3154 Weldon Avenue
Los Angeles, CA 90065

Arielle Hassid
1180 Sterling Ave
Berkeley, CA 94708


Arielle Hassid
1180 Sterling Avenue
Berkeley, CA 94708


Arlynn Bloom
1163 Oak Hill Road
Lafayette, CA 94549


Arman Zand
446 Beloit Ave
Kensington, CA 94708


Armeen Jamal-Kabani
6228 Swainland Road
Oakland, CA 94611


Armene Boatright
5981 Majestic Avenue
Oakland, CA 94605


Art Kerdmanee
1092 Banyan Way
Pacifica, CA 94044


Asad Nazir
836 Craft Ave
El Cerrito, CA 94530

Ash Smith
1976 15th St.
San Francisco, CA 94114


Ashby Lankford
108 Echo Avenue
Oakland, CA 94611


Ashita Soni
53 Sussex St
San Francisco, CA 94131


Ashley Denney
6044 Shelter Bay Ave
Mill Valley, CA 94941


Ashley E Droege
81 Ryan Avenue
Mill Valley, CA 94941


Ashley Glazier
1373 Hansen Ave
Alameda, CA 94501


Ashley Henderson
6657 Gunn Dr
Oakland, CA 94611


Ashley Holinger
88 Camino Encinas
Orinda, CA 94563

Ashley Kleckner
2042 huckleberry road
San Rafael, CA 94903


Ashley Kozel
573 Spruce Street
Berkeley, CA 94707


Ashley McLaughlin
1277 Caroline street
Alameda, CA 94501


Ashley Rho
53 Honuhula
Kihei, HI 96753


Ashley Watts
5 Helens Lane
Mill Valley, CA 94941


Ashli Fisher
6205 Canning St
Oakland, CA 94609


Ashmi Ullal
637 Sky Hy Circle
Lafayette, CA 94549


Ashmita Lacy
5983 Sterling St
Dublin, CA 94568

Atef Shaikh
28 Honey Hill Road
Orinda, CA 94563


Aubry Holland
509 40th Street Apt. 23
Oakland, CA 94609


Aubry Holland
684 Fox Run
Orinda, CA 94563


Audette, Rosy
9155 Skyline Blvd
Oakland, CA 94611


Audrey Fong
25 Agnes Street
Oakland, CA 94618


Audrey Marrache
100 Kell Ct
Alamo, CA 94507


Audrey Spalding
8953 Skyline Blvd
Oakland, CA 94611


Audrey Sze
1301 Melbourne Street
Foster City, CA 94404

Aundra Tomlins
38 La Campana Rd.
Orinda, CA 94563


AuPairCare
600 California St, 10th Floor,
Patti Moran
San Francisco, CA 94108


Aurel Dacian Todorescu
1450 Bel Air Dr. #308
Concord, CA 94521


Aurelie Badel
312 Market Street
Santa Cruz, CA 95060


Austin Zumbro
451 Clifton St
Oakland, CA 94618


Autumn wang
1966 Tice Valley Blvd #297
Walnut Creek, CA 94595


Ava Moskin
P.O. Box 3884
Oakland, CA 94609


Avi Sachs
10846 Linda Vist Dr.
Cupertino, CA 95014

Aya Takeuchi
1245 Lakeview Drive
Hillsborough, CA 94010


Ayanna Makalani
920 Patrick Dr.
Pinole, CA 94564


Ayca Yalcin
1457
San Francisco, CA 94107


Babatunde Onadele Jr
546 45th St
Oakland, CA 94609


BackOffice Thinking
129 S High Street,
West Chester, PA 19382


Bahram Razani
412 Blair Ave.
Piedmont, CA 94611


Barbara Allen
588 Aurora
Rio Vista, CA 94571


Barbara Hedani-Morishita
6873 Broadway Terrace
Oakland, CA 94611

Barbara Johnck
4097 Waterhouse Road
Oakland, CA 94602


Barbara Ortutay
355 STATEN AVE, APT 201
Oakland, CA 94610


Barbara Zinn Krieger
250 East 40th Street
New York, CA 10016


Barnali Mishra
8552 Loretto Ave
Cotati, CA 94931


Barrios Trust
653 11th St.
Oakland, CA 94607


Barry Hamilton
250 Ashland Place Apt 8C
Brooklyn, NY 11217


Bea Chiem
27 Sheridan Rd
Oakland, CA 94618


Becky Boome
4215 g st
sacramento, CA 95819

Becky Potter
1964 Shuey Ave
Walnut Creek, CA 94596


Beedle, Torie
689 62nd Street
Oakland, CA 94609


Beeley, Kathryn
5106 Camden st
Oakland, CA 94619


Beenash Jafri
5475 Corte Paloma
Pleasanton, CA 94566


Beenish Kahn
2101 Shoreline Drive , #464
Alameda, CA 94501


Bella Kazwell
2523 Casa Reya Court
Walnut Creek, CA 94598


Belman, Dave
2012 Quiet Place Drive
Walnut Creek, CA 94598


Belynda Ray
1048 Peralta Ave
Albany, CA 94706

Belynda Ray
7309 Ganges Ct
El Cerrito, CA 94530


Ben Kuchinsky
1307 Dwight Way
Berkeley, CA 94702


Benjamin Chess
1270 Monterey Ave
Berkeley, CA 94707


Berkeley Central
2055 Center Street
Chelsea Martin
Berkeley, CA 94704


Beth Basilius
672 Skyline Drive
Daly City, CA 94015


Beth Fulop
4261 Veronica Ave
Castro Valley, CA 94546


Beth Wrightson
2410 Scout Road
Oakland, CA 94611


Bethany Quinn
385 Staples Ave
San Francisco, CA 94112

Bethany Ramos
1000 Dewing Av, 203
Lafayette, CA 94549


Betsey Tsai
645 Pennsylvania Ave
San Francisco, CA 94107


Betsy Borruso
5041 Kevin Ct
Castro Valley, CA 94546


Betsy Chen
1040 Mandana Blvd
Oakland, CA 94610


Betty Lou Hudson
530 Aberdeen Way
Inverness, CA 94937


Betty Rojas
412 Blair Ave.
Piedmont, CA 94611


Betty Tseng
2252 Parker St Apt 204
Berkeley, CA 94704


Bhadouria, Sukrutha
919 Alvarado St
San Francisco, CA 94114

Bianca Diaz-Lyons
2132 Haste St
Berkeley, CA 94704


Bianca Neumann
109 Park Street
San Francisco, CA 94110


Binka Gray Cox
3509 Sanddollar Court
Union City, CA 94587


Bistra Baharova
3914 Enos Avenue
Oakland, CA 94619


black, stephanie
110 Stanbridge Ln
Alameda, CA 94502


Blaire Duffy
18 Morning Dove Circle
Sacramento, CA 95843


Bledsoe, Carol
32 Colorado Ave
Berkeley, CA 94707


Bo Wang
228 Sand Hill Circle
Menlo Park, CA 94025

Bobby Brenman
987 Longridge Rd
Oakland, CA 94610


Boju Yu
16201 Stevens Canyon Road
Cupertino, CA 95014


Bonnie Cosgrove
6051 Monroe Ave.
Oakland, CA 94618


Bonnie Johnston
2786 25th Ave
Oakland, CA 94602


Bonnie Mencher
2136 McKinley Ave.
Berkeley, CA 94703


Bonnie Weidert
1699 Ward Street
Berkeley, CA 94703


Boriana Viljoen
50 Madrone Park Cir
MILL VALLEY, CA 94941


Boyle, Colleen
2500 Rose Walk
Berkeley, CA 94708

Bozzolo, Adrian
3021 Sylvan Ave
Oakland, CA 94602


Brandi Hoffine
3714 Citrus Ave
Walnut Creek, CA 94598


Brandon Young
2017 Cambridge Dr
Alameda, CA 94501


Brendan Havenar-Daughton
3529 May Road
El Sobrante, CA 94803


Brendan Havenar-Daughton
3529 May Rd
Richmond, CA 94803


Brendan Mulligan
1801 Stanton St.
Alameda, CA 94501


Brenna Gustafson
3816 Ardley Ave.
Oakland, CA 94602


Brett Marty
6822 Manila Ave
El Cerrito, CA 94530

Brian Liu
466 38th St.
Oakland, CA 94609


Bridget Gleason
2130 Redwood Highway #D-5
Greenbrae, CA 94904


Bridget J Harcey
4450 Moraga Ave
Oakland, CA 94611


Bridgette Adams
181 Ancheta Place
Vallejo, CA 94591


Briea Crofford
5686 Carberry Avenue
Oakland, CA 94609


BrieAnn Voeller
3304 Jetty Drive
Richmond, CA 94804


Brigitte Gosselink
5401 Masonic Ave
Oakland, CA


Briona Kovaleff
686 11th avenue
San Francisco, CA 94118

Britt McNamara
4586 Ariel Avenue
Fremont, CA 94555


Brittany Blake
1566 Siskiyou Drive
Walnut Creek, CA 94598


Brittany Chen
2433 Laura Lane
Mountain View, CA 94043


Brittany Pebet
947 Alfred Ave
Walnut Creek, CA 94597


Brittney Moore
1421 Shrader St.
San Francisco, CA 94117


Brooke Derrick
470 Carlston street
Richmond, CA 94805


Brooke Shapiro
210 Sandringham Rd
Piedmont, CA 94611


Brown, Cheryl
2113 Youngs Ct
Walnut Creek, CA 94596

Bryant Cannon
2805 MLK Jr Way,
Berkeley, CA 94703


Buffy Wicks
6225 Hillegass Avenue
Oakland, CA 94618


Burles, Holly
837 Boris Ct
Walnut Creek, CA 94597


Burnitta Nanton
2523 Galleon Place
San Leandro, CA 94577


Butterfoss, Jennifer
188 Banks Street
San Francisco, CA 94110


Byron Chin
3530 Melody Dr
Walnut Creek, CA 94595


Byron White
6801 Chabot Road
Oakland, CA 94618


Caitlin Donaldson
33550 8th Street
Union City, CA 94587

Caitlin Pakzad
6868 Pinehaven St.
Oakland, CA 94611


Caitlin Phelps
943 Park Street
Alameda, CA 94501


Caitlin Rosenthal and Matthew Stolbach
1821 Hopkins St
Berkeley, CA 94707


Caitrin Chappelle
1130 Versailles Avenue
Alameda, CA 94501


Cal. Dept of Tax and Fee Administration
450 N Street
P.O. Box 942879
Sacramento, CA 94279


Cally Wong
2881 Butters Dr.
Oakland, CA 94602


Cam McKay
55 Rose Lane
Larkspur, CA 94939


Cami Yun
6466 Hollis Street Unit 326
Emeryville, CA 94608

Camille Basak
82 Stanford heights ave
San Francisco, CA 94127


Candace Chan
186 Lippard Avenue
San Francisco, CA 94131


Candy LP
3311 Spring St
Redwood City, CA 94063


Cara Oster
3718 Columbian Dr
Oakland, CA 94605


Cara Porter
569 W Fairview Ave
Mill Valley, CA 94941


Carla Goad
1027 Kains Ave.
Albany, CA 94706


Carla Goad
536 East I Street
Benicia, CA 94510


Carla Hinojosa
3272 Dakota Street
Oakland, CA 94602

Carla Soares
121 Bretano Way
Greenbrae, CA 94904


Carlos Cunha
777 Woodland Ave
Menlo Park, CA 94025


Carly Starr
2252 PARKER ST APT 204
Berkeley, CA 94704


Carmela Carvajal
1307 Trestle Glen Rd.
Oakland, CA 94610


Carmen Gonzalez Meister
1006 Jefferson Street Apt B
Oakland, CA 94607


Carmen Isais
105 E Street
Davis, CA 95616


Carmen Pearson
1289 Bates Road
Oakland, CA 94610


Carnley Nee
426 Lewis Lane
Pacifica, CA 94044

Carobus, Alexander
253 Hillview Ave.
Los Altos, CA 94022


Carol Breman
PO Box 6164
San rafael, CA 94903


Carol Hui
1837 Sebastian drive
Burlingame, CA 94010


Carol Igoe
274 Greenfield Ave
San Mateo, CA 94403


Carol Leimbach
664 Cypress Ave
San Bruno, CA 94066


Carol Leimbach
10 Bell Waver Way
Oakland, CA 94619


Carolin Boecking
642 Pineview Dr
San Jose, CA 95117


Carolina Losada
1715 Sandy Creek
San Jose, CA 95125

Carolina Pumpin
1034 Westchester Drive
Sunnyvale, CA 94087


Carolina Roberts
1030 Paradise Way
Palo Alto, CA 94306


Caroline Gershwin
20 Nace Avenue
Piedmont, CA 94611


Carolyn Fong
2911 Bayview Drive
Alameda, CA 94501


Carolyn Glickman
268 Andsbury Ave.
Mountain View, CA 94043


Carolyn Haga
1216 Cambridge Drive
Lafayette, CA 94549


Carolyn Hohman
684 Fox Run
Orinda, CA 94563


Carolyn Kang
15 Barroilhet Ave
San Mateo, CA 94401

Carolyn Kernkamp
956 Stebbins Ln.
Davis, CA 95616


Carolyn Kernkamp
1516 Cedar St
Berkeley, CA 94703


Carrie Rasmussen
417 W. Morris Ave.
Modesto, CA 95354


Carrie Rybczynski
114 Sharene Lane, No.27
Walnut Creek, CA 94596


Carrie Rybczynski
2703 Mabel Street
Berkeley, CA 94702


Carrie Schulman
124 Behrens St
El Cerrito, CA 94530


Carter Wiggins
3007 Roxbury Ave
Oakland, CA 94605


Cary McClelland and Lisa Bozman
640 Santa Barbara Road
Berkeley, CA 94707

Caryn Kali
7A Millbrae Circle
Millbrae, CA 94030


Caryn Kali
238 Reed Blvd
Mill Valley, CA 94941


Casey Huff
3083 22nd St.
San Francisco, CA 94110


Casey McHugh
148 Tree Frog Ln
Santa Cruz, CA 95060


Cassandra Orion
4700 Telegraph Ave, Unit 505
Oakland, CA 94609


Cassie Zola
1516 Cedar St
Berkeley, CA 94703


Cat Stone
2980 Jordan Rd
Oakland, CA 94602


Catalina Rodriguez
993 Ferro Drive
San lorenzo, CA 94580

Catharine Telfair
437 8th Avenue
Menlo Park, CA 94025


Catherine Hagerty
331 La Salle Ave
Piedmont, CA 94610


Catherine Henry
9301 Skyline Blvd
Oakland, CA 94611


Catherine McMahon
362 EUCLID AVE, APT 106
Oakland, CA 94610


Catherine OConnor
1224 Richmond street
El cerrito, CA 94530


Catherine Traiman
3090 Hedaro Ct.
Lafayette, CA 94549


Catherine Trinh
1222 Hearst Dr
Pleasanton, CA 94566


Cathy Hoang
743 Larchmont Dr
Daly City, CA 94015

Catie Osborn
6434 Barrett Ave
El Cerrito, CA 94530


Cecilia Doherty
1000 Harvard Rd
San Mateo, CA 94402


Cecilia Le
222 Diamond St
San Francisco, CA 94114


Ceevah Sobel
1308 Hopkins St
Berkeley, CA 94702


Ceevah Sobel
228 Arbor Rd
Menlo Park, CA 94025


Celessa Baker
17 pacific ave
Piedmont, CA 94611


Chad Magiera
7232 Lincoln Ave
El Cerrito, CA 94530


Champa Gujjanudu
321 Lina Ave
Alameda, CA 94501

Chantal Vasquez
935 Hillcroft
Oakland, CA 94610


Charlee Martin
215 Stanford ave
Kensington, CA 94708


Charles Ream
1626 Hampel Street
Oakland, CA 94602-1725


Charles Sachkar
342 Miramar ave
San Francisco, CA 94112


Charlise Tiee
2508 Crist St
Alameda, CA 94501


Chasa Toliver-Leger
20 village glen ct
Sacramento, CA 95823


Chau Tong
115 Elysian Fields Drive
Oakland, CA 94605


Chelsea De aguiar
20 Las Casas Drive
San Rafael, CA 94901

Chelsea Miklos
4400 Masterson Street
Oakland, CA 94619


Chengjun Zhu
292 Fennel Way
Livermore, CA 94551


Cheri Bugnatto
3570 Cydonia Ct
Dublin, CA 94568


Cherie Seah
4120 Oakmore road
Oakland, CA 94602


Cherie Seah
4120 Oakmore Rd.
Oakland, CA 94602


Chermak, Jasmin
709 Dartmouth Pl
Woodland, CA 95695


Cheryl Horney
509 40th Street Apt. 23
Oakland, CA 94609


Cheryl Yagi
1113 Euclid Avenue
Berkeley, CA 94708

Chess, Benjamin
1270 Monterey Ave
Berkeley, CA 94707


Chessie Thacher
1705 Jaynes St
Berkeley, CA 94703


Chih Kwok
3003 Melendy Drive, 3
San Carlos, CA 94070


Chris Gurney
1870 Elinora
Pleasant Hill, CA 94523


Chris Lorenz
573 Weldon Ave
Oakland, CA 94610


Chris Porter
5800 Mendoza Dr
Oakland, CA 94611


Chris Rhodeos
207 N Lamb Blvd Unit E
Las Vegas, CA 89110


Chris Riley
928 Mohr Ln
Concord, CA 94518

Christa Grenawalt
600 Roosevelt Ave.
Redwood City, CA 94061


Christie Deng
1123 Blake St.
Berkeley, CA 94702


Christina Adamo
144 Madison Ave
San Rafael, CA 94903


Christina Beer
1241 47th Ave
San Francisco, CA 94122


Christina Connolly
4077 Allendale Ave #6
Oakland, CA 94619


Christina David
69 Haskins Ranch Cir
Danville, CA 94506


Christina Drake
208 Pala Ave
Piedmont, CA 94611


Christina Houghton
390 50th Street
Oakland, CA 94609

Christina Keeling
2 Iron horse ln
Walnut Creek, CA 94597


Christina Kim
22 Hillway Avenue
San Jose, CA 94117


Christina Nee
838 Capuchino Dr.
Millbrae, CA 94030


Christina Steach
2650 Hastings Ave
Redwood City, CA 94061


Christina Tumey
3082 Rodeo Ln
Livermore, CA 94550


Christine Barry
4 Barcelona Ct
Pittsburg, CA 94565


Christine Chiang
181 Valdivia Cir
San Ramon, CA 94583


Christine Choi
112 Van Ripper Ln
Orinda, CA 94563

Christine Ma
1108 Shattuck Ave.
Berkeley, CA 94707


Christine Manoux
1204 Marin Ave
Albany, CA 94706


Christine McDermott
12085 Marilla Drive
Saratoga, CA 95070


Christine Schudel
1002 Ironwood Rd
Alamed, CA 94502


Christine Solter
408 Michigan Ave
Berkeley, CA 94707


Christine Stevenson
5425 Century Plaza
San Jose, CA 95111


Christine Tang
13289 Clairepointe Way
Oakland, CA 94619


Christopher and Stefani Madril
47 Franciscan Way
Kensington, CA 94707

Christopher Root
2712 las aromas
Oakland, CA 94611


Christopher Rossi
2703 Mabel Street
Berkeley, CA 94702


Christopher Seifert
1092 Tevlin St
Albany, CA 94706


Christy King
659 Ironbark Cir
Orinda, CA 94563


Christy Shoung
415 Mariposa St.
Brisbane, CA 94005


Chrys Dixon
361 Sweet Run Circle W
Galena, OH 43021


Chun-Wan Yen
161 Walford Dr
Moraga, CA 94556


Claire Amley-Martinez
455 Kingsford Drive
Moraga, CA 94556

Claire Dodd
844 14TH ST
SAN FRANCISCO, CA 94114


Claire Paquette
15 Manzanita Ave
San Rafael, CA 94901


Claire Schwartz
516 Toyon Place
Benicia, CA 94510


Clara Nebbia
145 College Avenue
San Francisco, CA 94112


Clara Reese
1128 Perales St
Lafayette, CA 94549


Clare Mullins
1181 Grizzly Peak Blvd
Berkeley, CA 94708


Clarice Cobbs
2555 Flosden Rd Spc 26
American Canyon, CA 94503


Clarissa Chan-Lee
1017 Minerva St
San Leandro, CA 94577

Clarissa Hwang
6054 Fairline Dr
Oakland, CA 94611


Clarissa Rojas
501 Wesley Ave #6
Oakland, CA 94606


Clark, Mika
538 E. 20th St.
Oakland, CA 94606


Claudia Guerrera
1120 Monterey Ave
Berkeley, CA 94707-2725


Claudia Jaramillo
1021 Montclair Ct
Livermore, CA 94550


Cole Spear
711 Prospect Row
San Mateo, CA 94401


Colette Armand
4616 18th Street
San Francisco, CA 94114


Colleen Mihal
16 Cypress Drive
Fairfax, CA 94930

Colleen Oczkowski
39 Skyview Way
San Francisco, CA 94131


Comstock, Andrew
1815 Edgewood Road
Emerald Hills, CA 94062


Connie Park
9 Bigleaf Road
Orinda, CA 94563


Consuelo Flores
356 Channing Way
Alameda, CA 94502


Coralie Hykes
917 Central Avenue
San Francisco, CA 94115


Corinne Foo-Atkins
539 16th Avenue
San Francisco, CA 94118


Cortney Bucks
601 Hillgirt Circle
Oakland, CA 94610


Courtnee Hamity
537 Kains Ave
Albany, CA 94706

Courtney Burmann
19 Kimberlin Heights Drive
Oakland, CA 94619


Courtney Favreau
42 Tara Road
Orinda, CA 94563


Courtney Favreau
2372 Roundhill Dr
Alamo, CA 94507


Courtney Hobbs
901 Fulton Ave
San Leandro, CA 94577


CRF USA
801 Nicollet Mall, Suite 1700W
Johanna Hayden
Minneapolis, MN 55402


Cristen Miller
Roosevelt Elementary
951 Dowling Blvd
San Leandro, CA 94577


Cristin Winn Reyes
2536 Morello Heights Circle
Martinez, CA 94553


Cristina da Silva
424 Kent Drive
Mountain View, CA 94043

Cristina Palomo
379 45th St
Oakland, CA 94609


Cristina Soto
8953 Skyline Blvd
Oakland, CA 94611


Crystal Bowers
814 Coast Range Dr
Scotts Valley, CA 95066


Crystal Yan
771 Storybook Ct
Novato, CA 94947


Csilla Kenny
1340 Montana Dr.
Concord, CA 94521


Cueponcaxochitl Sandoval
536 Florence St.
Turlock, CA 95380-4709


Cueponcaxochitl Sandoval
24664 Townsend Avenue
Hayward, CA 94544


CVBAF Acq., LLC
10877 Wilshire Blvd., Suite 1200
Los Angeles, CA 90024

Cynthia Gouig
544 Christopher Way
Windsor, CA 95492


Cynthia Lopez
Marina Vista Elementary
50 E 8th St
Pittsburg, CA 94565


Cynthia Tyler
378 Van Buren Ave #110
Oakland, CA 94610


Cyrus Harvesf
99 Inverleith Ter
Piedmont, CA 94611


Daffodil Altan
144 Bolduc Ct
San Pablo, CA 94806


Damola Abiola
3424 Victor Ave
Oakland, CA 94602


Dan Bellino
9 Maydon Ct.
Oakland, CA 94605-5644


Dan Ly
5 Margate Circle
Pleasant Hill, CA 94523

Dana Lung
55 Tyson Circle
Piedmont, CA 94611


Danajane Katz
1409 South Claremont Ave
San Mateo, CA 94402


Dane & Pat Gillette
1 Arlington Court
Kensington, CA 94707


Daniel Barash
2226 Sacramento Street
Berkeley, CA 94702


Daniel Kokotov
720 San Carlos Ave
Albany, CA 94706


Daniel McNear
213 Michele Circle
Novato, CA 94947


Daniel Partridge
1250 Navillier St
El Cerrito, CA 94530


Daniel Rinzler
170 Wool Street
San Francisco, CA 94110

Daniel Silveria II
1134 Sonata Dr.
Vallejo, CA 94591


Danielle Blake
2038 Thicket Pl
Brentwood, CA 94513


Danielle Evans
2307 Vineyard Heights Lane
Pleasanton, CA 94566


Danielle Green
211 Scotch Ct
Danville, CA 94526


Danielle Patterson
2104 via Deste
Campbell, CA 95008


Danielle Sarmiento
821 Saint Marys Ave
San Leandro, CA 94577


Danielle Werrett
2132 Stewart Avenue
Walnut Creek, CA 94596


Daphne Razon
9094 Cape Breeze Dr
Newark, CA 94560

Darci Davis
5704 Skyview Place
Richmond, CA 94803


Darcie Maffioli
1900 Hellings Ave
Richmond, CA 94801


Darcy Dowling
5319 Harbord Drive
Oakland, CA 94618


Darya Larizadeh
3453 Davis St
Oakland, CA 94601


Dave Belman
4660 18th St
San Francisco, CA 94114


David Amaral
937 Jackson Street
Albany, CA 94706


David Breeden
622 Guildford Ave
San Mateo, CA 94402


David Brody
1407 Rifle Range Rd.
El Cerrito, CA 94530

David Grenetz
2261 Market Street #432
San Francisco, CA 94114


David Howard
2622 Evelyn Ct
Alameda, CA 94501


David Jackson
2942 California Street
Oakland, CA 94602


David Jay
6715 Oakwood Dr
Oakland, CA 94611


David Koss
1152 Pebblewood Way
San Mateo, CA 94403


David Lazarus
2360 Woodhill Dr
Pittsburg, CA 94565


David MacFadden Elliott
2126 McKinley Ave.
Berkeley, CA 94703


David Valdez
1000 Aquarius Way
Oakland, CA 94611

David Weissman
431 Athol Avenue
Oakland, CA 94606


Dawn Ferreira
2543 Doidge Ave.
Pinole, CA 94564


Dawoud Nasraty
229 Sheffield road
Alameda, CA 94502


DeAnna Tibbs
634 61st Street
Oakland, CA 94609


Debbi Berenberg
34556 Salinas Pl
Fremont, CA 94555


Debbie Azicri
55 Mustang Ct.
Danville, CA 94526


Debbie Jin
4613 Delores Drive
Union City, CA 94587


Debby Barbose
269 Arrowhead Way
Hayward, CA 94544

Deborah Christman
4097 Greenwich Drive
San Ramon, CA 94582


Deborah Karasek
1027 Duncan St
San Francisco, CA 94131


Deborah Kirshman
651 Vistamont Avenue
Berkeley, CA 94708


Deborah Nelson
1339 Broadway
Alameda, CA 94501


Debra Cooper
1112 Cole St
San Francisco, CA 94117


Debra Wright
4 Irving Drive
San Anselmo, CA 94960


Deepa Lounsbury
461 Patten St
Sonoma, CA 95476


Deepika Nagabhushan
63 Arlington Court
Kensington, CA 94707

Denise Rotman
27 Carte Place
Pleasant Hill, CA 94523


Dennis O'Neil
385 Grand Ave
Oakland, CA 94610


Derek McQuay
7463 Oxford Circle
Dublin, CA 94568


Derlin Hsu
2051 De Anza Ln
Hercules, CA 94547


Derwin Sisnett
2829 11th Ave
Oakland, CA 94610


Derya Topalli
17055 Broadway Terrace
Oakland, CA 94611


Desanka Aleksov
50 Lansing, apt 402
San Francisco, CA 94105


Desired Effect
Attn: Shannon Reilly
1948 Oak Park Blvd,
Pleasant Hill, CA 94523

Desiree Jimenez
7 Northwood Ct
Pittsburg, CA 94565


Desiree Wei
1525 Pullman Way
Oakland, CA 94607


Devin Matthews
22 Bay View Dr
San Carlos, CA 94070


Devin Matthews
2747 Fulton St.
Berkeley, CA 94705


Dharkar, Anuja
52 Chenery St
San Francisco, CA 94131


Diana Day
2531 Santa Clara Ave
Alameda, CA 94501


Diana Doan
1459 David Lane
Milpitas, CA 95035


Diana Garber
201 Sheridan Road
Oakland, CA 94618

Diana Lee
7292 Stags Leap Ln
Dublin, CA 94568


Diana Marulanda
2927 Sheffield Ave.
Oakland, CA 94602


Diana Reddy
1722 Dover Ave
San Pablo, CA 94806


Diane Schwalbach
476 Oak Ct
Menlo Park, CA 94025


Dianne Sorrera
117 Morning Sun Ave
Mill Valley, CA 94941


Dides Urrutia
3304 Jetty Drive
Richmond, CA 94804


Didi Kuo
6017 Buena Vista Ave
Oakland, CA 94618


Dilip Ramachandran
7150 Woodrow Drive
Oakland, CA 94611

Disha Sundesha
34486 Benedick Lane
Fremont, CA 94555


Divvy
13707 S 200 W
Suite 100
Draper, UT 84020


Dmitry Khvatsky
1186 Miller Ave
Berkeley, CA 94708


Dora Storelli
1115 Mariemont ave
Sacramento, CA 95864


Dorcas Cheng-Tozun
6611 Bubblingwell Place
San Jose, CA 95120


Dorothee Axe
20 Bonnie Lane
Berkeley, CA 94708


Dorrie Swanson
26 Fraser Dr
Walnut Creek, CA 94596


Doug Wiest
1900 Las Trampas Road
Alamo, CA 94507

Dria Mathews
718 Laurel Avenue
Burlingame, CA 94010


Dulcey Reiter
373 63rd St.
Oakland, CA 94618


Dunni Aribuki
823 Creekside Pl
Santa Clara, CA 95051


Dusty Seu
17665 Dorson Lane
Castro Valley, CA 94546


Dylan Cureton
124 S 11th St
Richmond, CA 94804


Edmund Kung
408 Tharp Dr
Moraga, CA 94556


Edmund Kung
1310 49th ave
Oakland, CA 94601


Edward Hazzzard III
3723 redding st
oakland, CA 94619

Eirik Nielsen
775 Buena Vista Ave
Alameda, CA 94501


EJ Reckers
8245 Skyline Blvd
Oakland, CA 94611


Ekaterina Moklokova
2307 24th Ave
San Francisco, CA 94116


Elaine Chen
4919 Colchester Ct
Dublin, CA 94568


Elana Dun
6507 Hagen Blvd
El Cerrito, CA 94530


Eleanor Donovan
125 Maxine Drive
Pleasant Hill, CA 94523


Elena Loomis
735 Newton St.
Monterey, CA 93940


Elena McSwiggen
1140 Cedar St
Berkeley, CA 94702

Elevon
7300 Chapman Hwy
Knoxville, TN 37920


Elias Lazarus
118 Athol Avenue
Oakland, CA 94606


Elif Gurbuz
1065 53rd street
Oakland, CA 94608


Elif Tekin
1963 Homestead Rd.
Santa Clara, CA 95050


Elinor Mattern
74 Euclid Ave,
San Leandro, CA 94577


Elissa Amans
1124 58th Street
Sacramento, CA 95819


Elissa Moriarty
408 Tharp Dr
Moraga, CA 94556


Eliza Bonneaud
6210 Hillmont Drive
Oakland, CA 94605

Eliza Drabkin
5918 Dover St.
Oakland, CA 94609


Elizabeth Alexander
26 Loma Vista Dr.
Orinda, CA 94563


Elizabeth Balaraman
1819 Gouldin Rd.
Oakland, CA 94611


Elizabeth Ballough
31 Poplar Ct
Walnut Creek, CA 94595


Elizabeth DiGiacomo
4650 Sequoyah Road
Oakland, CA 94605


Elizabeth Faber
4151 Park Blvd
Oakland, CA 94602


Elizabeth Feldman
402 Athol Ave
Oakland, CA 94606


Elizabeth Fennessey
1127 Galvez Drive
Pacifica, CA 94044

Elizabeth Geller
1215 Redwood Way
Pacifica, CA 94044


Elizabeth Lee
2051 18th Ave
San Francisco, CA 94116


Elizabeth Martinez-Farhi
83 Tucker Ave
San Francisco, CA 94134


Elizabeth McCloskey
7 Emery Lane
Oakland, CA 94618


Elizabeth McGrath
12 Crest Road
Piedmont, CA 94611


Elizabeth Mertz
3156 Bali Lane
Alameda, CA 94502


Elizabeth Roddy
4101 Carrington Street
Oakland, CA 94601


Elizabeth Schamber
2185 Acton st
Berkeley, CA 94702

Elizabeth Schwartz
728 Catalina Dr
Livermore, CA 94550


Elizabeth Stavis
950 S Clover Ave.
San Jose, CA 95128


Elizabeth Tom
139 Raven Ct
Danville, CA 94526


Elizabeth Yu
655 Brotherhood Way
San Francisco, CA 94132


Ella Gower
49 Sand Harbor Rd
Alameda, CA 94502


Ellen Lee
140 Magnolia Avenue
Piedmont, CA 94610


Ellen Powers
1117 The Alameda
Berkeley, CA 94707


Ellie Riahi
2667 Doidge Avenue
Pinole, CA 94564

Elsie Mills
1455 Galindo St #2251
Concord, CA 94520

Emilie Choi
2509 Easton Drive
Burlingame, CA 94010

Emilie Mazzacurati
2422 Roosevelt Ave
Berkeley, CA 94703

Emily Burton
718 Carmel Ave
Albany, CA 94706

Emily Cremidis
173 San Carlos Way
Novato, CA 94945

Emily Fick-Comstock
108 Soule Avenue
Pleasant Hill, CA 94523

Emily Fox
1431 Arch Street
Berkeley, CA 94708

Emily Gubman
3938 Coolidge ave
Oakland, CA 94602

Emily Hawkins
685 Fairmount Avenue
Oakland, CA 94611


Emily Ho
624 Division Street
Pleasanton, CA 94566


Emily Moran
6625 Kensington Ave
Richmond, CA 94805


Emily Sabet
31 Norlyn Drive
Walnut Creek, CA 94596


Emily Schlesinger
1893 Magellan Dr
Oakland, CA 94611


Emily Stone
1514 Prince Street
Berkeley, CA 94703


Emily Weinstein
3283 Liberty Ave
Alameda, CA 94501


Emily Wight
161 Rock Oak Ct
Walnut Creek, CA 94598

Emily Wight
2132 Stewart Avenue,
Walnut Creek, CA 94596


Emine Zengin-Demir
939 Amarillo Ave
Palo Alto, CA 94303


Emma Cott
3140 Eton Ave
Berkeley, CA 94705


Emma Nothmann
4851 Stacy Street
Oakland, CA 94605


Emma Stewart
73 Henry Street
San Francisco, CA 94114


Engin Akyol
2757 Talbot Ln
Castro Valley, CA 94546


Enzo Njoo
815 kains Ave apt 3
Albany, CA 94706


Eric Bellman
261 Stanford Ave.
Kensington, CA 94708

Erica Elias
7680 Cottonwood Ln
Pleasanton, CA 94588


Erica Hennes
1106 Navellier St
El Cerrito, CA 94530


Erica Ivans
1802 Channing Way Apt 1
Berkeley, CA 94703


Erica Lewis
47 Franciscan Way
Kensington, CA 94707


Erica Perez
2539 Carmel St
Oakland, CA 94602


Erica Pratt
452 McAuley
Oakland, CA 94609


Erica Root
763 Kansas Street
San Francisco, CA 94107


Erica Swoboda
1721 Leimert Blvd.
Oakland, CA 94602

Erica Urnov
5 Helens Lane
Mill Valley, CA 94941


Erica Valdovinos
833 Pordon Lane
Healdsburg, CA 95448


Erica Washburn
7641 Terrace Drive
El Cerrito, CA 94530


Erica Weber
24 Charles Hill Road
Orinda, CA 94563


Erica Woo
1 Franciscan Ridge
Portola Valley, CA 94028


Erika Crawford
1782 D Street, Apt 85
Hayward, CA 94541


Erika Garcia
3823 West Street
Oakland, CA 94608


Erika Hoxworth
2369 Redberry Court
Pleasanton, CA 94566

Erika Nordseth
6403 Diana Lane
Martinez, CA 94553


Erin An
555 4th Street Unit 919
San Francisco, CA 94107


Erin Donohue
17 Old Rodgers Ranch Ct
Pleasant Hill, CA 94523


Erin Geter
2399 Central Pkwy
Dublin, CA 94568


Erin Geter
776 Old Oak Rd
Livermore, CA 94550


Erin Gore
3025 Windmill Canyon Drive,
Clayton, CA 94517


Erin Kagehiro
8238 Regency Drive
Pleasanton, CA 94588


Erin Miramontes
285 Mississippi St
San Francisco, CA 94107

Erin Rosenblatt
314 Cardinal Court
Mill Valley, CA 94941


Eryn Parker
2940 Springvale Way
Concord, CA 94518


Esther An
126 Peyton Street
Santa Cruz, CA 95060


Esther An
1504 Sonoma Ave
Albany, CA 94706


Esther Sylvan
1308 St. Francis Dr.
Petaluma, CA 94954


Eszter Molnarka
8552 Loretto Ave
Cotati, CA 94931


Etai Weininger
33 Lane Court
Oakland, CA 94611


Eugene Zinovyev
1843 Sonoma Ave.
Berkeley, CA 94707

Eugene Zinovyev
803 Bonde Ct
Pleasanton, CA 94566


Eugenia Gratto
622 Calmar Avenue
Oakland, CA 94610


Eunice Wells
455 Vincente Ave
Berkeley, CA 94707-1519


Eve McDonald
21013 Baker Rd Apt 3
Castro Valley, CA 94546


Evelia Navar
1055 Georgean Street
Hayward, CA 94541


Evelia Navar
2832 Madeira Way
Pleasant Hill, CA 94523


Evelina Kitainik
298 Purdue Ave
Kensington, CA 94708


Evelyn Kha
28 Lost Valley Drive
Orinda, CA 94563

Evelyn Perry
1467 Dolores St.
San Francisco, CA 94110


Evgenia Kushpil
2125 Santa Clara Ave Apt E
Alameda, CA 94501


Evonne Liang
1009 5th Ave
Oakland, CA 94606


F W
7500 Saint Patrick Way
Dublin, CA 94568


Fahad Alfares
5344 Dellwood Way
San Jose, CA 95118


Faith Levit
2400 Virginia St
Berkeley, CA 94709


Fanny Perez
French American International School
1155 Page St
San Francisco, CA 94117


Fatima Jinnah
7577 Trotter Way
Pleasanton, CA 94566

Fayola Edwards-Ojeba
1201 E Calle de la Cabra
Tucson, CA 85718


Federico Weis
207 Taurus Avenue
Oakland, CA 94611


Feldman, Elizabeth
402 Athol Ave
Oakland, CA 94606


Felicia Angelo
2964 Shasta Rd.
Berkeley, CA 94708


Felicia Dee
85 Zita Manor
Daly City, CA 94015


Felicia Ferguson
11 Indian Rock Road
San Anselmo, CA 94960


Feng Gao
1915 Perla Court
San Ramon, CA 94583


Fernando Lopez
1843 Sonoma Ave.
Berkeley, CA 94707

Fida Salameh
3333 Robinson Dr
Oakland, CA 94602


Fiona Thomas
1940 Esperanza Dr.
Concord, CA 94519


Flavia Romero
5461 Spinnaker Walkway, apt 1
San Jose, CA 95123


Flor Hunt
485 Capistrano Avenue
San Francisco, CA 94112


Flora Rosillette
3770 Almond Court
castro valley, CA 94546


Fort Mason Center
Attn: Amanda Mathews
2 Marina Blvd., Building C 260
San Francisco, CA 94123


Frances Lo
859 45th Avenue
San Francisco, CA 94121


Frances Mizuno
8925 Velma Lane
Tracy, CA 95304

Frances Schaeffer
1209 Derby St
Berkeley, CA 94702


Franchesca Hashim
5954 Johnston Drive
Oakland, CA 94611


Franchise Tax Board
State of California
P.O. Box 2952
Sacramento, CA 95812-5000


Francis Mead
8116 Sunkist dr
Oakland, CA 94605


Frank Stratton
1643 Walnut St.
Berkeley, CA 94709


Frank Teng
6207 Westwood Way
Oakland, CA 94611


Frank Teng
3018 Bayo Vista Ave
Alameda, CA 94501


Fransheska Rivera Vega
2347 Stuart St.
Berkeley, CA 94705

Gabriela Bischof
670 Spruce Street
Berkeley, CA 94707


Gabriela Reardon
1588 Henry Street, #3
Berkeley, CA 94709


Gail Finne
250 Ney Street
San Francisco, CA 94112


Gayathri Chakravarthi
4560 Cheeney St
Santa Clara, CA 95054


Gayle Wilson
1362 Meadow Glen Way
Concord, CA 94521


Ge Wen
2689 Comstock Cir
Belmont, CA 94002


Gena Quast
554 Birch Ridge Dr
Rio Vista, CA 94571


Geneva Kearns
6422 Broadway Terrace
Oakland, CA 94618

Genevieve Cox
210 Sheridan Road
Oakland, CA 94618


Geraldine Ekpo
3833 Telegraph Ave Apt 12
Oakland, CA 94609


Geraldine Le Roux
5304 Bryant Ave.
Oakland, CA 94618


Ghessycka Bennett
908 Erie Street
Oakland, CA 94610


Gila Pourheidari
540 Queens Rd
Alameda, CA 94501


Gina Campbell
24 Farallon Ct.
Richmond, CA 94804


Gina Cargas
El Dorado Elementary
70 Delta St
San Francisco, CA 94134


Gina Gabriel
23 Bigleaf Road
Orinda, CA 94563

Gina Mata
431 Solano Dr
Benicia, CA 94510


Ginny Browne
1632 Tyler Street, Apt. 1
Berkeley, CA 94703


Giselle McAlister
21013 Baker Rd Apt 3
Castro Valley, CA 94546


Glenda Kierstead
28 Lost Valley Drive
Orinda, CA 94563


Glenda Kierstead
1035 Broadway
San Francisco, CA 94133


Goodman, Emily
5998 Howell St.
Oakland, CA 94609


Grace Chou
5458 Melissa Lane
Dublin, CA 94568


Grace Naim
1424 Milvia Street
Berkeley, CA 94709

Grace No
28 Lost Valley Drive
Orinda, CA 94563


Grace Salceanu
248 Lauren Ct.
San Francisco, CA 94134


Grace Wu
3839 Elston Ave
Oakland, CA 94602


Greg Howe
1164 Solano Ave 416
Albany, CA 94706


Gregory Dalton
966 55th Street
Oakland, CA 94608


Gregory Klein
232 Rishell Drive
Oakland, CA 94619


Gretchen Jensen
1101 Evans Avenue
Napa, CA 94559


Gretchen Stizel
106 Dorchester Ave
San Leandro, CA 94577

Griselda Ledesma
305 S Bayview Ave
Sunnyvale, CA 94086


Gurbir Ghai
536 East i Street
Benicia, CA 94510


Guru Laasya Annadevara
1402 Carleton St
Berkeley, CA 94702


Gwendolyn Booze
4300 Bermuda Avenue
Oakland, CA 94619


Gwendolyn Shetty
3750 24th Street
San Francisco, CA 94114


Hailey Hibler
1032 Pomona Ave.
Albany, CA 94706


Han Luu
2487 Amethyst Dr
Santa Clara, CA 95051


Hana Ivanhoe
16339 Akron Street
Pacific Palisades, CA 90272

Hana Weinstein
5000 Dublin Ave.
Oakland, CA 94602


Hanna Azemati
4265 Gilbert Street
Oakland, CA 94611


Hanna Doerr
330 Baden Street
San Francisco, CA 94131


Hannah Erickson
721 Oakes Blvd
San Leandro, CA 94577


Hannah Green
1821 Chapin Street
Alameda, CA 94501


Hannah Levy
1021 Ramona Ave
Albany, CA 94706


Hannah Monday
335 Lake st
San Francisco, CA 94118


Hannah Mulder
1601 62nd St
Berkeley, CA 94703

Hannah Sugarman
1809 Stuart St.
Berkeley, CA 94703


Hannah Sugarman
563 Banyan Circle
Walnut Creek, CA 94598


Harleen Gahlla
1215 Redwood Way
Pacifica, CA 94044


Harriet Levy
33 Narragansett Cove
San Rafael, CA 94901


Haylene Anesoir
1277 El Curtola Boulevard
Lafayette, CA 94549


Heather and Paul Lilly
689 Arimo Avenue
Oakland, CA 94610


Heather Appel
5648 Bacon Rd
Oakland, CA 94619


Heather Cruciano
505 Parquet St.
Sebastopol, CA 95472

Heather Erickson
689 Arimo Ave
Oakland, CA 94610


Heather Kostrzewa
1703 Vine Street
Berkeley, CA 94703


Heather Melton
596 Del Sol Ave
Pleasanton, CA 94566


Heather Mills
1619 Jaynes Street
Berkeley, CA 94703


Heather Pitman
1635 Seaborn Ct.
Alameda, CA 94501


Heather Pitman
36055 Turpin Way
Fremont, CA 94536


Heather Thomson
2028 Buena Vista Ave
Alameda, CA 94501


Heather Voden
4771 Lincoln Ave
Oakland, CA 94602

Heidi Frank
1809 3rd Street, Apt. C
Alameda, CA 94501

Helaine Prentice
1506 Tyler
Berkeley, CA 94703

Helen Dinh
196 deepstone drive
San Rafael, CA 94903

Helen Garcia
856 Lassen Street
Richmond, CA 94805

Helen Phung
553 Ivy St.
San Francisco, CA 94102

Helen Wilson
270 Channing Avenue
Palo Alto, CA 94301

Helene Flohic
548 Bryce ct
Milpitas, CA 95035

Helga Dinning
1161 Broadway, Apt C
Alameda, CA 94501

Hemmy So
1315 Mound St
Alameda, CA 94501


Hermela Hagos
710 Los Palos Drive
Lafayette, CA 94549


Heyman Oo
1336 Arlington Blvd
El Cerrito, CA 94530


Hieu Williams
196 Kottinger Drive
Pleasanton, CA 94566


Hilary Andersen Hurlbut
1826 Chaparro Ct
Walnut Creek, CA 94596


Hillary Reinis
860 Spruce St
Berkeley, CA 94707


Hillary Sardinas
974 Peralta Ave
Albany, CA 94706


Hiromi Bergman
1281 Brighton Avenue
Albany, CA 94706

HL Commercial Property Management
70 Mitchell Blvd Ste 104
San Rafael, CA 94903-2042


Hoang-chi Truong
1 Lakeside Drive 1109
Oakland, CA 94612


Holly Axe
3485 21st street
San Francisco, CA 94110


Holly Burles
50 Austin Ave 435
Hayward, CA 94544


Holly King
517 Pebble Drive
El Sobrante, CA 94803


Holly King
3547 Cascade St
Napa, CA 94558


Holly Uzzle
1000 Aquarius Way
Oakland, CA 94611


Hsuan-Wen Kuo
1335 Buchanan Drive
Santa Clara, CA 95051

HsuYing Kuo
4745 Branding Iron Drive
Fairfield, CA 94534


Hugo Alcazar
5029 Soprano Circle
Fairfield, CA 94534


Huong Nguyen-Yap
2828 25th Ave
Oakland, CA 94601


Hyejin Park
338 Saclan Ter.
Clayton, CA 94517


Ian Schneider
2809 California st
Berkeley, CA 94703


Ida Janowicz
4393 bridgeview dr
Oakland, CA 94602


Ida Rosenblum
150 Venado Way
San Jose, CA 95123


Ida Rosenblum
3594 Jefferson Street
Napa, CA 94558

Ifra Aijaz
120 Valdeflores drive
Burlingame, CA 94010


Ilana Cohen
1010 60th St
Oakland, CA 94608


Ilana Golin
1075 Annerley Rd
Piedmont, CA 94610


Ilana Greenblatt Becker
216 Benham Drive
Martinez, CA 94553


Ilon Oliveira
4446 Tompkins Ave.
Oakland, CA 94619


Ilon Oliveira
1570 Bairn Drive
Hillsborough, CA 94010


Imani Wesley
1062 59th Street
Oakland, CA 94608


Inbal Meron
1033 Aileen St
Oakland, CA 94608

Indira Cortes Gonzalez
1635 Seaborn Ct.
Alameda, CA 94501


Indre Viskontas
153 Wood St
San Francisco, CA 94118


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7316


Irina Ellis
69210 Via Vicenza
San Ramon, CA 94583


Iris Elton
2615 Buena Vista Ave
Alameda, CA 94501


Iris Liu
6490 14th Street
Sacramento, CA 95831


Iris Wong
484 Lake Park Ave, 515
Oakland, CA 94610


Isabella Kazemba
2453 Meridian Ave
San Jose, CA 95124

Ishita Ghosh
776 Old Oak Rd.
Livermore, CA 94550


Ishita Ghosh
5916 Chabot Road
Oakland, CA 94618


Itzel Hayward
208 John Street
Oakland, CA 94611


Ivi Kolasi
418 Boynton Avenue
Berkeley, CA 94707


Jaclyn Kreibich
2205 McGee Ave.
Berkeley, CA 94704


Jaclyn Lee
2060 4th St, apt 108
Berkeley, CA 94710


Jaclynn Davis
1371 Curtis Street
Berkeley, CA 94702


Jacqueline Henning
2853 Cuesta Way
Carmel, CA 93923

Jacqueline Proulx
24071 Wilcox lane
Hayward, CA 94541


Jacques Horn
1056 Via Palma
San Lorenzo, CA 94580


Jade Cameron
40153 San Carlos Pl
Fremont, CA 94539


Jade Talbot
1801 Dwight Way
Berkeley, CA 94703


Jade Talbot
92 Cambridge Way
Oakland, CA 94611


Jaime Bartlett
1736 Cornell Drive
Alameda, CA 94501


Jaime Huling Delaye
3083 22nd St.
San Francisco, CA 94110


James Hirshberg
17 Cedar Lane
Orinda, CA 94563

James Jackson
2904 Central Ave
Alameda, CA 94501


James Nati
980 Woodland Ave
San Leandro, CA 94577


James Saunders
48 Inyo St
Brisbane, CA 94005


James Stewart
440 Laidley Street,
San Francisco, CA 94131


Jamie Greenwood
8 West Parnassus Court
Berkeley, CA 94708


Jamie Han
74 Sheridan Rd
Oakland, CA 94618


Jan Curran
1552 East Gate Way, Apt. 130
Pleasanton, CA 94566


Jan Faraguna
5701 Oak Grove Ave
Oakland, CA 94618

Jana Ezawa
East Bay German International School
1070 41st St
Emeryville, CA 94608


Jane Choi
90 Apollo St
San Francisco, CA 94124


Jane Jones
591 18th Ave
San Francisco, CA 94121


Jane Stern
918 Santa Fe Avenue
Albany, CA 94706


Janelle Bentley Ghiglieri
1114 Church St
Saint Helena, CA 94574


Janette Smith
156 Southwind Dr.
Pleasant Hill, CA 94523


Janey Snider
563 Banyan Circle
Walnut Creek, CA 94598


Janine Bonanno
2 Littlewood Drive
Piedmont, CA 94611

January Chi
4021 Branson Dr
San Mateo, CA 94403


Jared Wright
55 Fieldbrook Place
Moraga, CA 94556


Jasmine Berjikly
82 Stanford Heights Ave
San francisco, CA 94127


Jasmine Douville
1688 Pine St
San Francisco, CA 94109


Jasmine Kaddoura
1505 Russell St
Berkeley, CA 94703


Jasmine Williams
8153 Surrey Lane
Oakland, CA 94605


Jason Muscat
748 Pacific Ave
Alameda, CA 94501


Jaspreet Boyal
4850 Black Walnut Drive
Folsom, CA 95630

Jaspreet M
1570 Thompson Ave
Santa Cruz, CA 95062


Jay Lai
2508 Coronet Blvd
Belmont, CA 94002


Jean Tashima
4139 Martin Luther King Jr Way
Oakland, CA 94609


Jeanan Albassam
3267 Emerson St
Palo Alto, CA 94306


Jeanette Aguilar
3081 23rd Ave
Oakland, CA 94602


Jeanine Clark-Kent
1371 Curtis Street
Berkeley, CA 94702


Jeannette Hanowsky
2915 Modesto Avenue
Oakland, CA 94619


Jeannine Sherman
98 Dudley Ave
Piedmont, CA 94611

Jeeny Freire
115 Colby St
San Francisco, CA 94134


Jeff Cooksey
1455 10th Street
Berkeley, CA 94710


Jeff Gleeson
3231a Fernside blvd
Alameda, CA 94501


Jeff Tyrrell
3916 Pasadena Dr
San Mateo, CA 94403


Jeff Weissman
3025 Jordan Rd
Oakland, CA 94602


Jeffrey Keaney
155 hagemann ave
santa cruz, CA 95062


Jeffrey Lee
351 Shotwell St
San Francisco, CA 94110


Jeffrey Wescott
1635 Fairview St
Berkeley, CA 94703

Jenette Woskow
2020 Melvin Rd
Oakland, CA 94602


Jenna Ouye
1841 2nd Street
San Rafael, CA 94901


Jennie Levitt
4340 Montgomery Street
Oakland, CA 94611


Jennifer Arndt
3979 Majestic Drive
Concord, CA 94519


Jennifer Chow
5673 Beale Ave
Dublin, CA 94568


Jennifer de Guerre
5477 Masonic Avenue
Oakland, CA 94618


Jennifer DeMartini
3609 Reinoso Court
San Jose, CA 95136


Jennifer Doersam
Crocker Highlands Elementary
525 Midcrest Rd
Oakland, CA 94610

Jennifer Fisher
46 Westminster Dr.
Oakland, CA 94618


Jennifer Furlong
4180 Summer Gate Ave
Vallejo, CA 94591


Jennifer Gil
467 Gates St
San Francisco, CA 94110


Jennifer Harrison
1951 Hoover Ave
Oakland, CA 94602


Jennifer Heller
705 Arbor Dr
San Leandro, CA 94577


Jennifer Jordan
1432 Terra Nova Blvd
Pacifica, CA 94044


Jennifer Kabaker
408 Franconia St
San Francisco, CA 94110


Jennifer Kamal
2014 Harvard Dr
Alameda, CA 94501

Jennifer Karlin
2032 Leimert Blvd
Oakland, CA 94602


Jennifer Lew
1471 17th Ave
San Francisco, CA 94122


Jennifer Lew
1384 Chestnut St.
San Carlos, CA 94070


Jennifer Lewis
4126 Maple Ave
Oakland, CA 94602


Jennifer Lopez
458 Hearst Avenue
San Francisco, CA 94112


Jennifer Lowood-Livingston
808 Norvell Street
El Cerrito, CA 94530


Jennifer Machida
838 Bridge Rd
San Leandro, CA 94577


Jennifer Maehara
317 Jackson Street
Sunnyvale, CA 94085

Jennifer Margalit
10 Manzanita Court
Corte Madera, CA 94925


Jennifer Meek Satoh
362 Euclid Ave, Apt 106
Oakland, CA 94610


Jennifer Meek Satoh
800 Antonia Circle
Pinole, CA 94564


Jennifer Milley
204 La Espiral
Orinda, CA 94563


Jennifer Muscat
1382 Clay ct
Brentwood, CA 94513


Jennifer Nam
442 11th Avenue
San Francisco, CA 94118


Jennifer Nam
1339 Broadway
Alameda, CA 94501


Jennifer Owen-Blackmon
2630 College Ave
Berkeley, CA 94704

Jennifer Pierson
2319 Howe St
Berkeley, CA 94705


Jennifer Prokes
18446 Center St
Castro Valley, CA 94546


Jennifer Redwitz
2645 Nicol Ave.
Oakland, CA 94602


Jennifer Singler
1793 San Lorenzo Ave
Berkeley, CA 94707


Jennifer Soliz
1137 Oakland Ave
Piedmont, CA 94611


Jennifer Tetler
6207 Westwood Way
Oakland, CA 94611


Jennifer Thai
209 Clyde Dr
Walnut Creek, CA 94598


Jennifer Wegner-Tamo
1342 Begier Ave
San Leandro, CA 94577

Jennifer Willmann
1413 Holly St
Berkeley, CA 94703


Jennifer Young Perlman
64 Mariposa Avenue
San Anselmo, CA 94960


Jennifer Zacharia
8751 Terrace Drive
El Cerrito, CA 94530


Jenny Brandt
25552 Brookshire Drive
Castro Valley, CA 94552


Jenny Guzman
2932 Silva Way
San Ramon, CA 94582


Jenny Han
3172 Aran Way
Dublin, CA 94568


Jenny Sauer-Klein
717 East 23rd st
Oakland, CA 94606


Jeremiah Wille
1419 Harmon Street
Berkeley, CA 94702

Jeremy Cree
1732 Beverly Pl
Berkeley, CA 94707


Jeremy Feit
1214 Mt Hermon Rd
Scotts Valley, CA 95066


Jeremy Rahe
546 W McKinley Ave
Sunnyvale, CA 94086


Jeroen Verbeek
1504 Martin Luther King Jr Way
Berkeley, CA 94709


Jessamay Kroth
1150 Munich St.
San Francisco, CA 94112


Jesse Lowenberg
925 Valencia Ave
Mountain View, CA 94040


Jessica Archer
1485 E 38th St
Oakland, CA 94602


Jessica Beckerman
5981 Majestic Avenue
Oakland, CA 94605

Jessica Birkle
6200 Broadway Ter
Oakland, CA 94618


Jessica Blome
2400 Tenth Street
Berkeley, CA 94710


Jessica Britanik
121 Hodges Drive
Moraga, CA 94556


Jessica Chohan
2627 Harold St
Oakland, CA 94602


Jessica Feldman
258 Redwood Rd
San Anselmo, CA 94960


Jessica Ferraioli
50 Richardson Road
Novato, CA 94949


Jessica Fleuti
185 John St
Oakland, CA 94611


Jessica Greenberg
240 The Uplands
Berkeley, CA 94705

Jessica Hovatter
1178 Richmond Street
El Cerrito, CA 94530


Jessica Judge
594 58th St
Oakland, CA 94609


Jessica Kelley
863 West MacArthur Blvd
Oakland, CA 94608


Jessica Ortiz
2851 Frayne Ln
Concord, CA 94518


Jessica Osorio
970 5th Ave
Pinole, CA 94564


Jessica Reimers
928 Mohr Ln
Concord, CA 94518


Jessica Reimers
1745 Crescent Drive
Walnut Creek, CA 94598


Jessica Sliwerski
412 48th Street
Oakland, CA 94609

Jessica Thomas
2206 10th St
Berkeley, CA 94710


Jessica Vargas
3082 Rodeo Ln
Livermore, CA 94550


Jessica Wieland
5062 Cochrane Ave.
Oakland, CA 94618


Jessica Wilson
1419 Harmon Street
Berkeley, CA 94702


Jessie Dykstra
3259 Camino Colorados
Lafayette, CA 94549


Jessie Jackson
2910 Acton St.
Berkeley, CA 94702


Jessie Jiang
723 Woodland Ave.
San Leandro, CA 94577


Jessie Sun
6743 Goose Way
Newark, CA 94560

Jessie Weiser
366 Ocean View Avenue
Kensington, CA 94707


Jesus Alfaro
1845 Northwood Ct
Oakland, CA 94611


Jhaqueline Valle
683 Green Ridge Drive, Apt 7
Daly City, CA 94014


Jia JU
2622 watervale way
San Ramon, CA 94582


Jill Cozen Harel
88 Canyon Rd
Fairfax, CA 94930


Jill Seymour
1057 Norwood ave
Oakland, CA 94610


Jillian Aguilar
587 62nd St
Oakland, CA 94609


Jin Cheng
4417 Pampas Avenue
Oakland, CA 94619

Jin Kim
3086 Hedaro Ct
Lafayette, CA 94549


Jin Kim
10 Ross Drive
Moraga, CA 94556


Jin Sun Park
17 Culver Ct
Orinda, CA 94563


Jing Jing Wang
2699 Driftwood Street
Hayward, CA 94545


Jing Yan
1086 Robbia Dr.
Sunnyvale, CA 94087


Jisun Moon
381 Serramonte Terrace
Fremont, CA 94536


Jo A.S. Loss
18003 Center St
Castro Valley, CA 94546


Jo Eckerley
1226 Marin Ave.
Albany, CA 94706

Joan Goldberg
633 San Luis Rd
Berkeley, CA 94707


Joann Dominguez
417 Ashbury St
San Francisco, CA 94117


Joanna Garcia
829 Intrepid Lane
Redwood, CA 94065


Joanna Garcia
6205 Canning St
Oakland, CA 94609


Joanna Oda
108 Kenyon Ave
Kensington, CA 94708


Joanna Parnes
6081 Claremont Ave. Apt. 11
Oakland, CA 94618


Joanne Jones
12 Mayfield Pl
Moraga, CA 94556


Joanne Wan
614 Noe St
San Francisco, CA 94114

Jocelyn Eleanor Aramburu
6409 Zinn Dr.
Oakland, CA 94611


Jocelyn Everroad
177 Granada Ave
San Francisco, CA 94112


Jodi Lomask
1634 Francisco Street
Berkeley, CA 94703


Jodi Sandhu
28194 Dobbel Avenue
Hayward, CA 94542


Jody Casey
1831 Barsac Court
Brentwood, CA 94513


Johanna Hartwig
199 Moultrie st
San Francisco, CA 94110


Johanna Silver
1737 Cedar St.
Berkeley, CA 94703


Johannah Kaplan
362 Euclid Ave
Oakland, CA 94610

John Arpino
1945 Johnston Ave
San Jose, CA 95125


John Calmeyer
3520 Redding Street
Oakland, CA 94619


John Davies
2230 Buena Vista Avenue
Alameda, CA 94501


John Tubbs
1 Lakeside Drive 1109
Oakland, CA 94612


Joli Gordon
2136 California Street #5
San Francisco, CA 94115


Jonathan Libbey
2400 Virginia St
Berkeley, CA 94709


Jonathan Libbey
5984 Lombard St.
Dublin, CA 94568


Jonathan Stull
5577 Corte Sonora
Pleasanton, CA 94566

Jonathan Su
43208 Banda Ter
Fremont, CA 94539


Jonathan Tom
5363A James Ave
Oakland, CA 94618


Jordan Apgar
335 Everett Ave
Palo Alto, CA 94301


Jordan Cohen
1368 Delaware Street
Berkeley, CA 94702


Jordan Friedland
167 Opal Avenue
Redwood City, CA 94062


Jordan Harrison
1451 Catherine Dr
Berkeley, CA 94702


Jordan Johnson
2915 Modesto Avenue
Oakland, CA 94619


Jordan Moss
636 Beloit ave
Kensington, CA 94708

Jose Alfaro
411 Shirlee drive
Danville, CA 94526


Jose Florido
2222 9th St
Berkeley, CA 94710


Joseph Collier
1611 Posen Avenue
Berkeley, CA 94707


Joti Singh
3226 Nicol Ave.
Oakland, CA 94602


Jovita Guzman
359 Siesta Way
Sonoma, CA 95476


Joybell Silverman
28 Canyon Oak Drive
San Rafael, CA 94903


Joyce Chan
155 Ramsell St.
San Francisco, CA 94132


Joye Beachum
717 Georgia St
Vallejo, CA 94590

JP Henderson
250 Rheem Blvd
Moraga, CA 94556


Juanita Mo
5401 Estates Dr
Oakland, CA 94618


Judy Stone
101 Starview Court
Oakland, CA 94618


Julia Briefstein
6237 Rockwell St.
Oakland, CA 94618


Julia Byington
5177 Dartmoor Cir
Fairfield, CA 94534


Julia Cosgrove
2750 Prince St
Berkeley, CA 94705


Julia Elitzer
4173 Coulombe Drive
Palo Alto, CA 94306


Julia Faussone
323 Park Place
San Ramon, CA 94583

Julia Greenwood
3255 Oneill Ct.
Soquel, CA 95076


Julia Jensen
1051 Riker St Unit 6
Salinas, CA 93901


Julia Landau
4114 Gilbert St.
Oakland, CA 94611


Julia Miller
441 Boynton Ave
Berkeley, CA 94707


Julia Song
1308 Hopkins St
Berkeley, CA 94702


Julia Stefani
331 Masters Court Apt 1
Walnut Creek, CA 94598


Julia Tsai
1166 Alberdan Circle
Pinole, CA 94564


Julia Wolfe
532 Madison St.
Albany, CA 94706

Juliana Cho
561 Francis Dr
Lafayette, CA 94549


Julianne Fables
35 Summit Ave
Mill Valley, CA 94941


Julianne Turner
1070 Peralta Avenue
Albany, CA 94706


Julie Hayashida
1027 Kains Ave.
Albany, CA 94706


Julie Huynh
17341 Valley Oak Drive
Monte Sereno, CA 95030


Julie Jeung
466 Castro St
San Francisco, CA 94114


Julie Kirschbaum
1490 Ocean Ave Apt 402
San Francisco, CA 94112


Julie Knapp
555 Pierce Street #834
Albany, CA 94706

Julie Kuo
3144 Roundhill Road
Alamo, CA 94507


Julie Landres
92 Orchard Rd.
Orinda, CA 94563


Julie Leimbach
PO Box 713
Lotus, CA 95651


Julie Tinker
560 Wesley Ave
Oakland, CA 94606


Juliette LeBlanc
7292 Stags Leap Ln
Dublin, CA 94568


June Derne
3491 Monroe Ave
Lafayette, CA 94549


June Groboske
30 Blair Pl
Piedmont, CA 94611


June Ryder
2129 W Alaska Av
Flagstaff, CA 86001

Justin Dennis
11041 Main Street #582
Penngrove, CA 94951


Justin Jarvis
232 Rishell Drive
Oakland, CA 94619


Justin Navarro
1728 Acton St
Berkeley, CA 94702


Jynette Oji
2199 Hidden Pond Rd
Lafayette, CA 94549


Kacey LaRue
831 Tampico
Walnut Creek, CA 94598


Kahye Song
3609 Wyndham Dr
Fremont, CA 94536


Kaiser Permanente
P.O. Box 629028
El Dorado Hills, CA 95762


Kaitlin Kalna Darwal
2101 Shoreline Drive , #464
Alameda, CA 94501

Kaitlyn Attiga
3528 Magnolia Dr
Alameda, CA 94502


Kaitlyn Van Arsdell
915 Ramona Ave.
Albany, CA 94706


Kaitlyn Van Arsdell
1070 Peralta Avenue
Albany, CA 94706


Kalle Blanchard
104 Estates Drive
Orinda, CA 94563


Kalpesh Patel
99 Mendosa Avenue
San Francisco, CA 94116


Kangmi Lee
721 Via Palermo
San Ramon, CA 94583


Kara Furlong
439 50th Street
Oakland, CA 94609


Kara Ghilotti
66 Fawn Drive, Sa
Anselmo, CA 94960

Kara Holzwarth
54 Templar Pl
Oakland, CA 94618


Kara Mandujano
1929 Harmil Way,
San Jose, CA 95125


Kara Rubens
1416A Harmon St
Berkeley, CA 94702


Kara Simpson
619 Pasa Tiempo Ct
Pleasant hill, CA 94523


Karen Fai
18751 Cabernet Drive
Saratoga, CA 95070


Karen Glasser
5500 Balboa Drive
Oakland, CA 94611


Karen Goodwin
8223 Skyline Circle
Oakland, CA 94605


Karen Ruff
23 Bud Ct.
Pleasant Hill, CA 94523

Karen Santiago
701 Minnesota Street
San Francisco, CA 94107


Kari Goodman
5221 Hillen Drive
Oakland, CA 94619


Karim Vedol
30 Ogden Ave
San Francisco, CA 94110


Karina Balfour
167 West Trenton Ave
Clovis, CA 93619


Karina Safari
2522 Promontory Cir
San Ramon, CA 94583


Karina Tenbruggencate
3420 Pickens Ln
Pleasanton, CA 94588


Karissa Yee Findley
8751 Terrace Drive
El Cerrito, CA 94530


Karla Ramos
1274 58th ave
Oakland, CA 94621

Karla Wood
4110 Whittle Ave
Oakland, CA 94602


Karla Wozniak
2911 Northwood Drive
Alameda, CA 94501


Karley Michaelson
1692 San Lorenzo Ave
Berkeley, CA 94707


Karva Sykes
12 Fiddleneck Way
Orinda, CA 94563


Kasaundra Heiberger
729 Norvell St
El Cerrito, CA 94530


Kasia Grimm
1619 Gaynor Ave
Richmond, CA 94801


Kassie Fell
7252 Thames Ct.
Dublin, CA 94568


Kat Clark
742 S G St
Livermore, CA 94550

Kat Seltzer
1935 Napa Ave
Berkeley, CA 94707


Kate DeTrempe
2 El Caminito
Orinda, CA 94563


Kate Finney
2834 Forest Ave
Berkeley, CA 94705


Kate Flanagan
6408 Pinehaven Rd.
Oakland, CA 94611


Kate Holekamp
63 Asilomar Circle
Oakland, CA 94611


Kate Johnson
774 Longridge Rd
Oakland, CA 94610


Kate Mahoney
640 59th Street
Oakland, CA 94609


Kate Mikhailov
1910 San Antonio Ave
Berkeley, CA 94707

Kate Rath
1374 Glen Dr.
San Leandro, CA 94577


Kate Walter
3130 Ellis St
Berkeley, CA 94703


Kate Wilkin
269 Arrowhead Way
Hayward, CA 94544


Katelyn Harris-Gumari
Lazear Charter Academy
824 29th Ave
Oakland, CA 94601


Katelyn Quintero
1277 15th Ave
San Francisco, CA 94122


Katelyn Simons
1621 Mendocino St
Richmond, CA 94804


Katerina Duculescu
860 Litwin Dr
Concord, CA 94518


Katerina Linos
5785 Country Club Dr
Oakland, CA 94618

Kateryna Lenart
1321 Lincoln St
Berkeley, CA 94702


Katharine Allen
615 Arkansas Street
San Francisco, CA 94107


Katharine Simmons
3248 Liberty Avenue
Alameda, CA 94501


Katherine Carpenter
944 Oakes Boulevard
San Leandro, CA 94577


Katherine Carpenter
66 Park Street
San Francisco, CA 94110


Katherine Frazier-Archila
1901 Eagle Avenue
Alameda, CA 94501


Katherine Shaul
5525 Carlton Street
Oakland, CA 94618


Katherine Sullivan
526 Liberty St
El Cerrito, CA 94530

Katherine Susskind Risso
224 Rishell Drive
Oakland, CA 94619


Katherine Vessella
206 Pickleweed Lane
Redwood City, CA 94065


Katherine Voyten
901 Paramount Road
Oakland, CA 94610


Kathie Chao
1310 10th Avenue
San Francisco, CA 94122


Kathleen J Bohnsack
808 Rainbow Court
Discovery Bay, CA 94505


Kathleen Kneisel
559 Valle Vista Ave
Oakland, CA 94610


Kathleen Knudson
10 Ross Drive
Moraga, CA 94556


Kathleen Knudson
23 Nottingham Ct
Alameda, CA 94502

Kathleen Morrow
944 Juanita Drive
Walnut Creek, CA 94595


Kathleen Richards
536 Florence St
Turlock, CA 95380


Kathrin Rockwell
2801 Ponce ave
Belmont, CA 94002


Kathrine Alfonso
8430 Outlook Ave
Oakland, CA 94605


Kathryn Newton
64 Roundtree Blvd
San Rafael, CA 94903


Kathryn Roberts
239 Molimo Dr.
San Francisco, CA


Kathryn Tucker
2401 Carleton Street
Berkeley, CA 94704


Kathryn Willis
7060 Via Quito
Pleasanton, CA 94566

Kathy Maratukulam
19 Hardwick Ave
Piedmont, CA 94611


Katie Chin
35509 Fisher Place
Fremont, CA 94536


Katie Dellamaria
1827 Ward Street
Berkeley, CA 94703


Katie Hale
1800 oak hollow road
Cloverdale, CA 95425


Katie Mak-Cheng
538 East L Street
Benicia, CA 94510


Katie McLane
3632 Harbor View Ave
Oakland, CA 94619


Katie Niehues
1303 Marin Ave
Albany, CA 94706


Katie Schultz
2722 Washington Street
Alameda, CA 94501

Katie Scriven
1701 W College Ave Unit B
Santa Rosa, CA 95401


Katie Streu
2009 oak st
San Francisco, CA 94117


Katie Taylor
1914 Mayfield Ave.
San Jose, CA 95130


Katie Taylor
1175 Grizzly Peak Blvd
Berkeley, CA 94708


Katie Welch
9780 Coral Road
Oakland, CA 94603


Katie Yeh
36 Waverly Ct
Alamo, CA 94507


Katrien Brak
2206 Coronet Blvd
Belmont, CA 94002


Katrina and Erik Nielsen
48 Inyo St
Brisbane, CA 94005

Katrina Walter
3606 Balfour Ave
Oakland, CA 94610


Kay Englund
1303 Monterey Ave.
Berkeley, CA 94707


Kaylee Choi
112 Churchill Ave
Palo Alto, CA 94301


Kayoko and Dennis Wong
233 W Santa Inez Ave.
Hillsborough, CA 94010


Keely Rogers-Free
3084 Kansas Street
Oakland, CA 94602


Kelli Shields
4130 21st St
San Francisco, CA 94114


Kelly Ernst Friedman
1182 34th St
Oakland, CA 94608


Kelly Haider
162 Selborne Way
Moraga, CA 94556

Kelly Johnston
98 Humboldt Ave
San Anselmo, CA 94960


Kelly Markello
1470 Fox Hollow Ct
Concord, CA 94521


Kelly Phillips
1310 Cedar Street
Berkeley, CA 94702


Kelly Resnick
818 Congo Street
San Francisco, CA 94131


Kelly Roush
1000 Dewing Avenue, Unit 410
Lafayette, CA 94549


Kelly Turner
1532 Blake St
Berkeley, CA 94703


Kelly Wells
2600 Cortez Dr, Unit 7204
Santa Clara, CA 95051


Kelly Wing
3540 Flintwood Drive
Santa Rosa, CA 95404

Kelsie Myers
1211 Kendall Ct
Walnut Creek, CA 94595


Kelson Herman
1682 26th Ave
San Francisco, CA 94122


Kemi Mustapha
3015 Kaiser Dr Unit F
Santa Clara, CA 95051


Kendra Conrad
6041 Arlington Boulevard
Richmond, CA 94805


Kenny White
2645 San Benito Dr
Walnut Creek, CA 94598


Kerri McShea
824 San Diego Rd
Berkeley, CA 94707


Kesha Emmendorfer
2316 Quartz Way
Antioch, CA


Kevin Shaw
1357 Grove St
Alameda, CA 94501

Khushali Narechania
63 Arlington Court
Kensington, CA 94707


Kier Van Remoortere
1801 Dwight Way
Berkeley, CA 94703


Kier Van Remoortere
1220 Minerva Street
San Leandro, CA 94577


Kim Chiang
407 Alameda de la Loma
Novato, CA 94948


Kim Cooper
65 Liberty St #101
San Francisco, CA 94110


Kim Cooper
6041 Arlington Boulevard
Richmond, CA 94805


Kim Nguyen
4446 Tompkins Ave
Oakland, CA 94619


Kim Rescate
50 Parkview Terrace
San Pablo, CA 94806

Kimberly Aceves-Iniguez
4700 Brookdale Avenue
Oakland, CA 94619


Kimberly Monterrubio
1717 Rose Street
Berkeley, CA 94703


Kimberly Rempel
2273 Minaret Dr
Martinez, CA 94553


Kimia Azimi
1908 Blake Street
Berkeley, CA 94704


Kirsten Flagg
5226 Cole Street
Oakland, CA 94601


Kirstin Hernandez
3148 Maxwell Avenue
Oakland`, CA 94619


Kit Argilla
117 Regent Place
Alamo, CA 94507


Kiva Wilson
30 Adolph Sutro CT, Apt 302
San Francisco, CA 94131

Korrena Bailie
11 La Honda Ct
El Sobrante, CA 94803


Kostianna Sereti
285 Vallejo Ct
Millbrae, CA 94030


Krassy Hofmann
5261 Golden Gate Ave
Oakland, CA 94618


Krati Ahuja
3716 Central Parkway
Dublin, CA 94568


Kremer, Leo
22 Bridge Rd
Berkeley, CA 94705


Kris Tyner
2828 oxford ave
San pablo, CA 94806


Krista Dahl Kusuma
6268 Smith Ave
Newark, CA 94560


Kristen Emmons D Arrigo
1035 Santa Fe Avenue
Albany, CA 94706

Kristi Booth
65 Fairview Ave
Piedmont, CA 94610


Kristie Sarkar
11 El Cajon
Lafayette, CA 94549


Kristin Berglund
2285 W. Avenue 136th
San Leandro, CA 94577


Kristin Fracchia
2544 Glenrio Dr
SAN JOSE, CA 95121


Kristin Kahlich
1265 Berkeley Way
Berkeley, CA 94702


Kristin Leggett
865 52nd street
Oakland, CA 94608


Kristin Smith
951 Stevenson St
Santa Rosa, CA 95404


Kristin Spanos
4333 Detroit
Oakland, CA 94619

Kristina Workman
412 via Hidalgo
Greenbrae, CA 94904


Kriti Dogra
860 Litwin Dr
Concord, CA 94518


Kritika Malani
5984 Lombard St.
Dublin, CA 94568


Kritika Malani
22 Bay View Dr
San Carlos, CA 94070


Kruti Patel
1801 Dwight Way
Berkeley, CA 94703


Kseniia Kulitza
320 Burt st
Santa Rosa, CA 95404


Kseniia Kulitza
976 63rd St
Oakland, CA 94608


Kunal Mishra
320 Burt St
Santa Rosa, CA 95404

Kwalin Kimaathi
321 6th st
Montara, CA 94037


Kyla Brown
941 Avis Drive
El Cerrito, CA 94530


Kyla DeGuzman
860 Longridge Rd
Oakland, CA 94610


Kyla DeGuzman
5585 Barrel Ave
Dublin, CA 94568


Kyle McCulloch
757 San Diego Rd
Berkeley, CA 94707


Kylee Hall
562 Jean St
Oakland, CA 94610


Lacey Clymer
210 Sheridan Road
Oakland, CA 94618


Lacy Asbill
5648 bacon rd
Oakland, CA 94619

Laine Ooi
3212 Upper Lock Ave
Belmont, CA 94002


Lan Jiang
2946 De Anza Drive
El Sobrante, CA 94803


Lan Jiang
2483 Folsom Street
san francisco, CA 94110


Lana Yarkin
503 Mandana Boulevard
Oakland, CA 94610


Lanie Wieland
1390 N McDowell Blvd
Petaluma, CA 94954


LaQuantae Davis
335 Nevada
Vallejo, CA 94590


Lara Kimberley
3845 Glen Park
Oakland, CA 94602


Larissa Adam
2402 27th Avenue
Oakland, CA 94601

Larry Quinto
286 Sandpiper Court
Foster City, CA 94404


Latika Sharma
50 Lansing Street, Unit 306
San Francisco, CA 94105


Laufer, Molly
2618 Otis Drive
Alameda, CA 94501


Laura Bixby
1363 BERKELEY WAY
BERKELEY, CA 94702


Laura Bogert
30 Erin Ct
Pleasant Hill, CA 94523


Laura Fried
2307 McGee Ave.
Berkeley, CA 94703


Laura Glickman
36 Rydal Court
Oakland, CA 94611


Laura Jacobs
314 Overhill Road
Orinda, CA 94563

```
Laura LG
627 Everett St.
El Cerrito, CA 94530


Laura Lipetsky
157 OAK PARK DR
Alameda, CA 94502


Laura Matthews
544 Dolphin Drive
Pacifica, CA 94044


Laura Matthews
203 Creekside Village Dr.
Los Gatos, CA 95032


Laura Moriarty
2684 Simas Ave
Pinole, CA 94564


Laura Rosen
231 Mangels Avenue
San Francisco, CA 94131


Laura Seidel
1315 Mountain Blvd
Oakland, CA 94611


Laura Smith
891 43rd Street
Oakland, CA 94608
```

Laura Sturch
1955 Carolyn Drive
Pleasant Hill, CA 94523


Laura Sweitzer
1637 6th Ave
Oakland, CA 94606


Laura Wolterstorff
848 36th st
Emeryville, CA 94608


Laura Woodruff
527 McLaughlin St
Richmond, CA 94805


Laurel Kempe
3014 Santa Clara Ave
El Cerrito, CA 94530


Laurel Pendleton
8115 Utah Street
Oakland, CA 94605


Lauren Blanchard
129 Grayson Way
Healdsburg, CA 95448


Lauren Broder
4434 Penniman Ave
Oakland, CA 94619

Lauren Bush
4728 Shetland Ave
Oakland, CA 94605


Lauren Cerri
25 Fern Way
Orinda, CA 94563


Lauren Del Bono
6272 Clive Avenue
Oakland, CA 94611


Lauren DeWees
960 Shorepoint Court, #101
Alameda, CA 94501


Lauren Dresnick
4725 Harbord Drive
Oakland, CA 94618


Lauren Dutra
1636 La Loma Ave
Berkeley, CA 94709


Lauren Gil
355 Monte Carlo Ave
Union City, CA 94587


Lauren Halperin
715 Ashbury Avenue
El Cerrito, CA 94530

Lauren Hannis
999 Middlefield Road
Berkeley, CA 94708


Lauren Salvo
1366 Ada Street
Berkeley, CA 94702


Lauren Shub
1000 Dewing Av, 203
Lafayette, CA 94549


Lauren Spierer
686 28th street
San Francisco, CA 94131


Lauren Sweeney
2206 10th St
Berkeley, CA 94710


Lauren Temme
18970 Olive Ave
Sonoma, CA 95476


Lauren Webster
1969 Gaspar Drive
Oakland, CA 94611


Lauren Wood
3844 Whittle Ave
Oakland, CA 94602

Lauri Flaxman
266 Scenic Avenue
Piedmont, CA 94611


Laurie Jacobs
34538 Egerton Pl
Fremont, CA 94555


Laurie Phillips
3375 Oswego Court
Lafayette, CA 94549


Laurie Suggs
1321 La Cueva Way
Sacramento, CA 95831


Lazear Charter Academy School
824 29th Ave
Oakland, CA 94601


Lea Cademenos
6437 Regent St
Oakland, CA 94618


Leah Griffin
8
Richmond, CA 94806


Leah Kahn
2306 Spaulding Ave
Berkeley, CA 94703

Leah Kelley
6455 Snake Road
Oakland, CA 94611


Leah Pike
218 Pala
Piedmont, CA 94611


Leah Solivan
2 Creek Park Drive
Portola Valley, CA 94028


Leandra Johnson
2405 Burlington St
Oakland, CA 94602


Leandra Johnson
4166 Hall Ct
Pleasanton, CA 94566


Leanne Chan
762 Mandana Blvd
Oakland, CA 94610


Leanne Wu
2328 Shanno
san pablo, CA 94806


Lee Kulesher
3144 Roundhill Road
Alamo, CA 94507

Leila Mongan
72 Mohawk Ave
Corte Madera, CA 94925


Lency Olsen
321 Vassar Avenue
Kensington, CA 94708


Lenette Floyd
230 Las Quebradas
Alamo, CA 94507


Lenette Floyd
1214 Mt Hermon Rd
Scotts Valley, CA 95066


Leonard Van Boven
2927 Best Ave
Oakland, CA 94619


Lesley Koteles
5742 Lewis Way
Concord, CA 94521


Leslie Borkow
1034 Fair Oaks Ave.
Alameda, CA 94501


Leslie Ehrlich
17 Old Rogers Ranch Rd.
Pleasant Hill, CA 94523

Leslie Kurland
2946 De Anza Drive
El Sobrante, CA 94803


Leslie Radcliffe
1812 10th Ave
Oakland, CA 94606


Leslie Radin
3405 Wisconsin St
Oakland, CA 94602


Leura Mathur
165 Arbor View Lane
Lafayette, CA 94549


Leura Mathur
6822 Manila Ave
El Cerrito, CA 94530


Lev Mass
1881 San Antonio Ave
Berkeley, CA 94707


Lewis Perkins
4202 Oakmore Rd
Oakland, CA 94602


Lia Goldman Miller
262 Florencia Place
Davis, CA 95616

Liana Grossman
1 Hidden Lane
Orinda, CA 94563


Libby Richardson
2732 Wissemann Drive
Sacramento, CA 95826


Lienti Chang
35622 Conovan Ln
Fremont, CA 94536


Lija Farnham
56 Clifton Ct
Walnut Creek, CA 94595


Lila Hollman Dowty
1508 Virginia Street
Berkeley, CA 94703


Lillian Barclay
327 41ST ST
Oakland, CA 94609


Lily Chiu-Watson
2042 huckleberry road
San Rafael, CA 94903


Lily Guerrero
1006 Jefferson Street Apt B
Oakland, CA 94607

Lina Godfrey
2058 Grove Street
San Francisco, CA 94117


Linda Baker
2717 Claremont Blvd
Berkeley, CA 94705


Linda Ely
2 kings lane
Fairfield, CA 94534


Linda Lee
1705 California Street
Berkeley, CA 94703


Linda Restel
1353 Santa Rosa Street
San Leandro, CA 94577


Linda Yang
890 Brittany ln
Concord, CA 94518


Lindsay Dannen
217 Glenwood
Hercules, CA 94547


Lindsay Marsh
38036 Conrad Street
Fremont, CA 94536

Lindsay Puddicombe
215 Cambridge ave
Kensington, CA 94708


Lindsay Wold
1410 Lakeshore Ave., Apt. 3
Oakland, CA 94606


Lindsey Barnhart
11416 Dutch Ravine Ct
Gold River, CA 95670


Lindsey Burdick
66 Park Street
San Francisco, CA 94110


Lindsey Couchman
550 9th Avenue
San Francisco, CA 94118


Lindsey Cundiff
6005 El Dorado Street
El Cerrito, CA 94530


Lindsey Mikash
1245 Allston Way
Berkeley, CA 94702


Lindsey Powers
439 3rd Avenue
San Francisco, CA 94118

Ling Hon Lam
2147 California St.
Berkeley, CA 94703


Ling Lin
183 Somerset Rd
Piedmont, CA 94611


Linh DeLuca
4248 Lancelot Dr.
Piedmont, CA 94521


Lisa Bozman
15 Bender Way
Pound Ridge, CA 10576


Lisa Chen
440 49th Street
Oakland, CA 94609


Lisa Chung-Nguyen
4216 Fruitvale Ave
Oakland, CA 94602


Lisa Dell
905 Fulton St
San Francisco, CA 94117


Lisa Figone
1401 43rd Avenue
San Francisco, CA 94122

Lisa Gerhardt
512 Seaview Dr
El Cerrito, CA 94530


Lisa Kaufman
2051 Vistazo East
Tiburon, CA 94920


Lisa Lalani
25 Lake Ave
Piedmont, CA 94611


Lisa Lau
1985 Schrader dr
San Jose, CA 95124


Lisa Meier
35795 Ellmann Pl
Fremont, CA 94536


Lisa Meier
300 Beale Street, Apt 501
San Francisco, CA 94105


Lisa Skowrup
2 Van Sicklen Place
Oakland, CA 94610


Lisbeth Massei
636 San Fernando Ave
Berkeley, CA 94707

Lissette Sotelo
1321 La Cueva Way
Sacramento, CA 95831


Litza Bayless
285 Bellington Cmn, Unit 4
Livermore, CA 94551


Liz Tynan
2601 Biscay Way
Walnut Creek, CA 94598


Logan Manning
437 Rich Street
Oakland, CA 94609


Loredeen Burton
208 Cold Creek Dr.
Oakley, CA 94561


Loredeen Burton
50 Austin Ave 435
Hayward, CA 94544


Lorena Azizian
2717 Claremont Blvd
Berkeley, CA 94705


Lorena Leite
3012 Carlsen st
Oakland, CA 94602

Lorene Nugent
114 Juan Bautista Cir
San Francisco, CA 94132


Lorenzo Brooks
447 17th St Unit 2204
Oakland, CA 94612


Lori Becerra
6273 Newhaven Lane,
Vallejo, CA 94591


Lorie Mata
3715 Atlas Ave
Oakland, CA 94619


LuAnn Aakhus
1047 Leo Way
Oakland, CA 94611


Lucas Tomsich
319 Devon Dr
San Rafael, CA 94903


Lucia Hossfeld
2139 Penny Lane
Napa, CA 94559


Luciana Serridge
318 Castilian Way
San Mateo, CA 94402

Luciana Vences
1565 klamath drive
sunnyvale, CA 94087


Luiza Marshall
3324 Streamwood Ct
Antioch, CA 94531


Lurit Bepo
1020 ticonderoga drive
sunnyvale, CA 94087


Lydia Duraisamy
100 Chester Ave
Fairfax, CA 94930


Lynda Lincoln
636 Commons Drive
Sacramento, CA 95825


Lynda Lovett
1035 Campbell Street,
Richmond, CA 94804


Lyndsey Heaton
1232 Talbot Avenue
Berkeley, CA 94706


Lynn Chew
7260 Mount Veeder Rd
Dublin, CA 94568

M nica Henestroza
155 monte cresta ave, 206
Oakland, CA 94611


Maaian Zelman
105 Killean Ct
Sunnyvale, CA 94087


Mack Lu
1108 Shattuck Ave
Berkeley, CA 94707


MacKensey Giusto
439 Bettencourt Street
Sonoma, CA 95476


Maddie Dwyer
346 Henry St,
Oakland, CA 94607


Maddie Mau
608 Santa Fe Avenue
Albany, CA 94706


Madeleine Taylor
124 S 11th St
Richmon, CA 94804


Madelene Sun
2698 Longview, Dr
San Pablo, CA 94806

Madhavi Kushner
1636 Hearst Ave
Berkeley, CA 94703


Madhu Sundarrajan
3237 Montevideo Dr
San Ramon, CA 94583


Madison Turner
3130 Ellis St
Berkeley, CA 94703


Madoka Kanai
1409 South Claremont Ave
San Mateo, CA 94402


Magda Iannello
7A Millbrae Cir
Millbrae, CA 94030


Mahsa Ameli
2012 Quiet Place Drive
Walnut Creek, CA 94598


Mahsa Modarres
1004 Finn Way
Brentwood, CA 94513


Mai Ioffe
24 Somerset Lane
Mill Valley, CA 94941

Mai Ngo
328 Tampico
Walnut Creek, CA 94598

Maimoona Ahmad
4439 Park Boulevard
Oakland, CA 94602

Mairin Weiner
251 Bemis Street
San Francisco, CA 94131

Maleeha Mirza
86 Shields Lane
Novato, CA 94947

Malikah Taylor
2481 Rawson street
Oakland, CA 94601

Mami Mori
408 Sanchez Street
San Francisco, CA 94114

Mandy Andree
138 San Carlos Avenue
El Cerrito, CA 94530

Mandy Hu
1534 Julia Street
Berkeley, CA 94703

Mandy Leung
76 Elmwood Drive
San Ramon, CA 94583


Mandy Leung
19500 Pruneridge Ave, Apt 9107
Cupertino, CA 95014


Mandy Lin
36 Hale St.
San Francisco, CA 94134


Mansi Merchant
339 Gerald Circle
Milpitas, CA 95035


Mara Curtis
2333 Sacramento Street
Berkeley, CA 94702


Marcia Lane
108 Echo Avenue
Oakland, CA 94611


Margaret Chowning
6447 Hillegass Ave.
Oakland, CA 94618


Margaret Grulich
3529 May Rd
Richmond, CA 94803

Margaret Kammerud
810 Congo St
San Francisco, CA 94131


Margaret Liu
120 Maxwelton Road
Piedmont, CA 94618


Margaret Phillips
5824 Ross St
Oakland, CA 94618


Margarita Florez
6957 Broadway Terrace
Oakland, CA 94611


Margaux O'Brien
875 Elbridge Way
Palo Alto, CA 94303


Marhanda Adduci
946 Kenyon Ave
San Leandro, CA 94577


Maria Aprieto
4947 San Pablo Dam road
El Sobrante, CA 94803


Maria Garcia-Perez
1536 7TH ST
BERKELEY, CA 94710

Maria Morga
1250 Grand Ave
Piedmont, CA 94610


Maria Nakae
1014 McKinley Ave
Oakland, CA 94610


Maria Regina Gabriel
23 Bigleaf Rd
Orinda, CA 94563


Maria Sweet
2621 Newberry St
Fairfield, CA 94533


Mariah Klein
232 Rishell Drive
Oakland, CA 94619


Marianne Lee
35415 Monterra Cir
Union City, CA 94587


Marie Hudson
9 Treasure Hill
Oakland, CA 94618


Marie Joiner
462 38th St
Oakland, CA 94609

Marie Kayal
3390 Park Blvd
Palo Alto, CA 94306


Marie Lee
123 Gate Tree Court
Danville, CA 94526


Marie Olson
220 Longview ter
Orinda, CA 94563


Marie Szuts
656 Capell St
Oakland, CA 94610


Marie Szuts
600 Haddon Road
Oakland, CA 94610


Mariela Bellatin
3712 Quigley Street
Oakland, CA 94619


Mariell Danziger
30 Juanita Ave.
Mill Valley, CA 94941


Mariella Knutson
550 Sequoia Dr
San Anselmo, CA 94960

Marija Nedeljkovic
316 29th Ave
San Mateo, CA 94403


Mariko Joplin
7048 Elba way
Dublin, CA 94568


Mariko Minami
1518 Keoncrest Dr.
Berkeley, CA 94702


Mariko Minami
P.O. Box 3884
Oakland, CA 94609


Marina Genower
3737 Linwood Ave
Oakland, CA 94602


Marina Tikhman
26 Farm lane
Hillsborough, CA 94010


Marisa Kelley
1017 Everett Ave
Oakland, CA 94602


Marissa Bell
517 Pebble Drive
El Sobrante, CA 94803

Marissa Muterspaugh
45 Grande Paseo
San Rafael, CA 94903


Mark Girimonte
3150 Frye St
Oakland, CA 94602


Mark Johnson
39078 Guardino Dr., Apt. 104
Fremont, CA 94538


Mark Levin
1082 55th St.
Oakland, CA 94608


Mark Porter
Fenwick
555 California St., 12th Floor
San Francisco, CA 94104


Marmy Shah
1061 Firth Ct
Sunnyvale, CA 94087


Marni Hutchins
232 Netherby Place
Pleasant Hill, CA 94523


Marnie Herrling
2524 Longview Drive
San Leandro, CA 94577

Marta Burny
4728 Shetland Ave
Oakland, CA 94605


Martha Jauregui
1900 Adrian Street
Napa, CA 94559


Marthine Satris
470 Van Dyke Ave
Oakland, CA 94606


Martin Gonzalez
829 Intrepid Lane
Redwood, CA 94065


Mary Bloszies
4418 Evans Ave
Oakland, CA 94602


Mary Boergers
320 Lee Street, 1201
Oakland, CA 94610


Mary Cermak
426 Appalachian Way
Martinez, CA 94553


Mary Conlon Almassy
PO Box 33193
Los Gatos, CA 95031

Mary Cvet
633 Moraga Ave
Piedmont, CA 94611


Mary Dinday
23 Minor Court
San Rafael, CA 94903


Mary Han
1216 Cambridge Drive
Lafayette, CA 94549


Mary Kamath
14 Parsons St
San Francisco, CA 94118


Mary Perez
17076 Via Pasatiempo
San Lorenzo, CA 94580


Mary Sheffield
3471 17th st
San Francisco, CA 94110


Mary Tanfin
806 Middlefield Dr
Petaluma, CA 94942


Maryam Ghassemzadeh
2174 Sutter St.
San Francisco, CA 94115

Maryam Ghassemzadeh


MaryAnn White
150 Shawnee Ave
San Francisco, CA 94112


Masako Mochizuki
626 B ST
Hayward, CA 94541


Matt Derrigo
171 Oak Road
Piedmont, CA 94610


Matt Kellogg
3277 Liberty Avenue
Alameda, CA 94501


Matt Kelly
13190 Burke Rd
Los Altos Hills, CA 94022


Matt Meyer
1080 McBain Ave
Campbell, CA 95008


Matt Meyer
466 38th St.
Oakland, CA 94609

Matt Pasternack
85 Norman Ln
Oakland, CA 94618


Matthew Lefkowitz
4519 Howe St
Oakland, CA 94611


Matthew Rohner
14004 Outrigger Dr
San Leandro, CA 94577


Matthew Webber
5971 Keith Ave
Oakland, CA 94618


Maureen Miner
828 54th St
Oakland, CA 94608


Maya Freitas
17960 Via Toledo
San Lorenzo, CA 94580


Maya Hazarika Watts
733 Jackson St
Albany, CA 94706


Meagan Mitchell
13050 Brookpark Road
Oakland, CA 94619

Meaghan Pugh
1124 Longridge Rd
Oakland, CA 94610


Meccah Coleman
937 34th Street
Oakland, CA 94608


Megan Bryan
30 Erin Ct
Pleasant Hill, CA 94523


Megan Flom
7109 Potrero Ave
El Cerrito, CA 94530


Megan Gardner
6166 Valley View Rd
Oakland, CA 94611


Megan Harper
1050 Mariposa Ave
Berkeley, CA 94707


Megan McKenna
6727 Goose Way
Newark, CA 94560


Megan Pattie
691 Cree Dr.
San Jose, CA 95123

Megan Quirolo
6803 Snowdon Ave
El Cerrito, CA 94530


Megan Slater
1271 Washington Ave #717
San Leandro, CA 94577


Meggie Kozono
26 El Camino Real
Berkeley, CA 94705


Meghan Kelly
50 Hearst Avenue
San Francisco, CA 94131


Meghan Murphy
143 Alice Ct.
Danville, CA 94526


Meghna Jain
5475 Corte Paloma
Pleasanton, CA 94566


Mei McAllister
471 Superior Ave.
San Leandro, CA 94577


Meital Mashash
140 San Marino Dr
San Rafael, CA 94901

Meka Chinn
958 Goodwin Ave
San Jose, CA 95128


Melanie Berube
1163 Oak Hill Road
Lafayette, CA 94549


Melanie Carr
118 Park Street
San Francisco, CA 94110


Melanie Estarziau
508 Oakdale Ave
Corte Madera, CA 94925


Melia Sakimura
1113 Via Coralla
San Lorenzo, CA 94580


Melina Beaton
327 41ST ST
Oakland, CA 94609


Melinda Bockes
314 N. Ferndale Ave.
Mill Valley, CA 94941


Melinda Bockes
34556 Salinas Pl
Fremont, CA 94555

Melinda Lawton
4200 Park Blvd #448
Oakland, CA 94602


Melinda Pon
779 Alden Lane
Livermore, CA 94550


Melissa Causley
2048 Essenay Ave
Walnut Creek, CA 94597


Melissa Doezema
38 North Almaden Boulevard
San Jose, CA 95110


Melissa Freeman
1452 8th Avenue
San Francisco, CA 94122


Melissa Gugni
5515 Arizona Dr
Concord, CA 94521


Melissa Juncker
6720 Manor Crest
Oakland, CA 94618


Melissa Little
1471 Hopkins St
Berkeley, CA 94702

Melissa Maquilan Radic
1115 Hearst Avenue
Berkeley, CA 94702


Melissa Partovi
67 King ave
Piedmont, CA 94611


Melissa Rubio
2001 Clemens Rd
Oakland, CA 94602


Melissa Rubio
652 Foothill Dr
Pacifica, CA 94044


Melissa Urizar
580 Dimm St
Richmond, CA 94805


Melissa Urizar
727 Bancroft Avenue
San Leandro, CA 94577


Melody Parker
6154 Calle Esperanza
San Jose, CA 95120


Mendocino Steele
2908 Kingsland Ave
Oakland, CA 94619

Meredith Calvert
5325 Silva Avenue
El Cerrito, CA 94530


Meredith Keena
27 Feeney Dr.
Rohnert Park, CA 94928


Meriber Gonzalez
100 Ross Way
Brisbane, CA 94005


Mia Ingoglia
3710 random lane
Sacramento, CA 95864


Micah Davis
3491 Monroe Ave
Lafayette, CA 94549


Micah Stilwell
511 Grizzly Peak Blvd
Berkeley, CA 94708


Michael Dailey
7 Veteran Way
Oakland, CA 94602


Michael Jory
1951 Telegraph Ave, APT 108
Oakland, CA 94612

Michael Katz
10970 International Boulevard
Oakland, CA 94603


Michael Swiernik
321 San Carlos Avenue
Piedmont, CA 94611


Michal Zeituni
1717 Mason St
San Francisco, CA 94133


Michele Maultasch
5207 Masonic Avenue
Oakland, CA 94618


Michelle Arnold
6738 manor crst
Oakland, CA 94618


Michelle Carothers
1017 Ashmount Ave
Piedmont, CA 94610


Michelle Dunn-Ruiz
2230 Buena Vista Avenue
Alameda, CA 94501


Michelle Gagnon
2811 Lincoln Ave
Alameda, CA 94501

Michelle Kane
14 Ambler Lane
Oakland, CA 94608


Michelle Kerro
5224 Proctor Ave
Oakland, CA 94618


Michelle Thomas
312 Union
San Francisco, CA 94133


Mika Clark
538 E. 20th St.
Oakland, CA 94606


Miki Armstrong
657 Walnut Street, Apt. 348
San Carlos, CA 94070


Mildred Hale
Caliber Beta Academy
2465 Dolan Way
San Pablo, CA 94806


Mimi Main
3115A Eton Ave
Berkeley, CA 94705


Mimosa Abraham
610 Granite Creek Rd
Santa cruz, CA 95065

Mina Fisher
119 Bridge Road
Hillsborough, CA 94010


Mina Lee
730 Stonegate Dr
South San Francisco, CA 94080


Mina Sun
3107 Hood Street
San Francisco, CA 94605


Mindy de Hooge
3050 Roxbury Ave
Oakland, CA 94605


Ming Zhao
114 Agnes St
Oakland, CA 94618


Minju Lee
1985 Schrader dr
San Jose, CA 95124


Miram Walter
953 Shattuck Ave.
Berkeley, CA 94707


Miray Simsek Dervisoglu
1061 Firth Ct
Sunnyvale, CA 94087

Miriam Mills
1518 Keoncrest Dr.
Berkeley, CA 94702


Mirra Shernock
77 Silcreek Dr
San Jose, CA 95116


Misha Taherbhai
8830 Oliver Place
CA 94568


Mishan Wroe
1031 59th Street
Oakland, CA 94608


Miyako Kao
1102 J Street
Davis, CA 95616


Mohan Sarovar
521 Santa Fe Avenue
Albany, CA 94706


Moira Duvernay
3251 Morcom Ave
Oakland, CA 94619


Mollie Miller
278 Santa Fe dr
Walnut Creek, CA 94598

Molly Beardsley
2031 Monroe Ave
Belmont, CA 94002


Molly Davidow
1 Highland Boulevard
Kensington, CA 94707


Molly Hellerman
338 Spear Street
San Francisco, CA 94105


Molly Keegan
689 40th St, Apt 2
Oakland, CA 94609


Molly Kyle
1829 Fremont Drive
Alameda, CA 94501


Monica Angel
3525 Loma Vista Ave.
Oakland, CA 94619


Monica LaBoskey
779 Calmar Ave
Oakland, CA 94610


Monica Linzner
5927 Chabot Crest
Oakland, CA 94618

Monica Meagher
442 11th Avenue
San Francisco, CA 94118


Monika Gromek
619 Mariposa Ave
Oakland, CA 94610


Monique Raco Fuentes
1410 Glenfield Ave
Oakland, CA 94601


Monique Tavares
622 W Shoreview Dr
San Ramon, CA 94582


Monserrat Blue
2220 Spaulding Avenue
Berkeley, CA 94703


Morgan Durham
914 Morello Hills Dr
Martinez, CA 94553


Morgan Haulbrook-Bleigh
5777 Greenbridge Rd.
Castro Valley, CA 94552-1813


Morgan Rettig
846 Chimalus Drive
Palo Alto, CA 94306

Morgan West
2562 Douglas Road
Stockton, CA 95207


Morgan West
5116 Hansen Drive
Antioch, CA 94531


Mriam Wolodarski Lundberg
1970 Chestnut St
Berkeley, CA 94702


Myriam Misrach
1055 Georgean Street
Hayward, CA 94541


Na Ma
2172 Cameron Cir
Pleasanton, CA 94588


Nadia Winters
5710 Alta Punta Avenue
El Cerrito, CA 94530


Nadine Makki
709 Comet Dr
Foster City, CA 94404


Nadya Dabby
4111 Adeline
Emeryville, CA 94608

Nafisah Ali
3271 Encinal Ave.
Alameda, CA 94501


Najasila Campbell
389 vernon street
Oakland, CA 94610


Namita Dodeja
1618 Virginia St
Berkeley, CA 94703


Nammie Lee
562 Banyan Cir
Walnut Creek, CA 94598


Nancy Chang
3927 Wintun Pl
Davis, CA 95618


Nancy Chi
2953 Glascock Street
Oakland, CA 94601


Nancy Fitzgerald
2726 Lancaster Road
Hayward, CA 94542


Nancy Fong
392 France Street
Sonoma, CA 95476

Nancy Iriarte
250 Whitmore Street #316
Oakland, CA 94611


Nancy Jacobs
4 Salt Creek Ln
MILL VALLEY, CA 94941


Nancy Klein
415 Bucknell Dr
San Mateo, CA 94402


Nancy Klein
2320 Scout Road
Oakland, CA 94611


Nancy Lue
925 Valencia Ave
Mountain View, CA 94040


Nancy Moy Gattu
1717 Rose Street
Berkeley, CA 94703


Nancy Parker
29 Kellie Ann Court
Orinda, CA 94563


Nancy White
166 Oak Road
Piedmont, CA 94610

Nashelli Tavi
2012 Blue Oak Ct
Danville, CA 94506


Nata Cakir
929 39th St
Oakland, CA 94608


Natalia Merluzzi
2747 Fulton St.
Berkeley, CA 94705


Natalia Merluzzi
1105 Sterling Avenue
Berkeley, CA 94708


Natalia Obregon
145 Idora ave
San Francisco, CA 94127


Natalia Wanderley
3430 64th Avenue Pl
Oakland, CA 94605


Natalia Zielkiewicz
954 Acalanes Rd
Lafayette, CA 94549


Natalie Foster
441 37th Street
Oakland, CA 94609

Natalie Harrison
6873 Broadway Terrace
Oakland, CA 94611


Natalie Levine
8410 North Lake Drive Apt B
Dublin, CA 94568


Natalie Parker
709 Rand Avenue
Oakland, CA 94610


Natalie Safra
1961 Johnston Avenue
San Jose, CA 95125


Natasha Hoehn
5845 Ayala Avenue
Oakland, CA 94609


Natasha Shapiro
8 Van Cleave Lane
Walnut Creek, CA 94596


Nathaniel Popper
2135 Funston Place
Oakland, CA 94602


Nausheen Abdul Aziz
3284 Shelby Pl
Fairfield, CA 94534

Neeka Young
2073 Key Blvd
El Cerrito, CA 94530


Negin Mohajeri
1430 Camino Peral
Moraga, CA 94556


Neha Ajmani
1556 Harlan Dr
Danville, CA 94526


Neha Khanna
1668 Goldfinch Way
Sunnyvale, CA 94087


Neha Purkey
1432 Terra Nova Blvd
Pacifica, CA 94044


Neil Dexter
1135 Oakland Ave
Piedmont, CA 94611


Nga Janosov
915 Grosvenor Pl
Oakland, CA 94610


Nicholas Leader
2276 Fulton st
San Francisco, CA 94117

Nicholas Shortway
20 Hacienda Circle
Orinda, CA 94563


Nick Walsh
6003 El Dorado Street
El Cerrito, CA 94530


Nicole Abruzzo
953 Helen Avenue
San Leandro, CA 94577


Nicole Arkin
2935 Morgan Avenue
Oakland, CA 94602


Nicole Bores
1015 Colusa Ave
Berkeley, CA 94707


Nicole Cabalette
22 Pine Hill Ct
San Rafael, CA 94903


Nicole Eiland
3369 Victor Ave.
Oakland, CA 94602


Nicole Hogsett
8715 204th Street, Apt. B54
Hollis, CA 11423

Nicole Hosemann
2114 Jefferson Ave
Berkeley, CA 94703


Nicole LeBlanc
1216 Regent Street, Apt H
Alameda, CA 94501


Nicole Schulz
114 Sharene Lane, No.27
Walnut Creek, CA 94596


Nicole Strayer
1932 Blake St
Berkeley, CA 94704


Nicole Terrizzi
2826 Myotis Drive
Sacramento, CA 95834


Nicole Verhalen
209 Carmel Ave.
Piedmont, CA 94611


Nicole Wilhelm
58 San Benito Way
Novato, CA 94945


Nidhi Jacob
14241 Springer Ave
Saratoga, CA 95070

Nik Crain
1311 Martin Luther King Jr. Way #1
Berkeley, CA 94709


Nikkole Gadsden
6108 Bernhard Avenue
Richmond, CA 94805


Nina Harris
2102 Lyon Ave
Belmont, CA 94002


Nina Rosche
743 Alcatraz ave
Oakland, CA 94609


Nina Ziebarth-Pavlovich
1612 Sonoma Ave
Albany, CA 94707


Nina Ziebarth-Pavlovich
1612 Sonoma Ave
Berkeley, CA 94707


Ningna Chen
1160 mission st unit 813
San Francisco, CA 94103


Nishan Degnarain
464 Santander Dr
San Ramon, CA 94583

Nitika Tolani
4690 Tompkins Ave Apt 212
Oakland, CA 94619


Nitya Ramasubramanian
1112 Delta Way
Danville, CA 94526


Noah Bohman
22 March Field Ct
Novato, CA 94949


Noah Rosenthal
2117 Encinal Avenue
Alameda, CA 94501


Noam Perry
698 39th St
Oakland, CA 94609


Noel Seibert
1321 GROVE ST
Alameda, CA 94501


Noelia Reyes
303 Lockwood Lane
Scotts Valley, CA 95066


Noelle Fogg Elibol
6789 Paseo Catalina
Pleasanton, CA 94566

Nola Li Barr
3022 Encinal Ave
Alameda, CA 94501


Nola McCaleb
3467 Remco St
Castro Valley, CA 94546


Nora Daners
1760 Detroit Avenue, Apt 19
Concord, CA 94520


Nora Flum
3738 Glen Park Road
Oakland, CA 94602


Nora Pelot
1745 Sexton View Lane
Sebastopol, CA 95472


Noreen Raja-Halpern
1590 Oregon St. Apt 2
Berkeley, CA 94703


Northern Properties LLC
c/o HL Commercial Property Mgmt.
70 Mitchell Blvd., Ste. 104
San Rafael, CA 94903


Nyssa Noyola
754 Winchester Drive
Burlingame, CA 94010

Okkyung Kim
327 Bonita Avenue
Piedmont, CA 94611


Olga Marino
143 Koch rd
Corte Madera, CA 94925


Owen Clark
3876 Forest Hill Ave
Oakland, CA 94602


Oyeshola Olatoye
3482 school street
Oakland, CA 94602


Pablo Pitcher DeProto
2324 7th Ave
Oakland, CA 94606


Pacific Office Automation
P.O. Box 41602
Philadelphia, PA 19101-1602


Packey Ng
12085 Marilla Drive
Saratoga, CA 95070


Paige Griffin
640 Masonic Ave
San Francisco, CA 94117

Paige Lancaster
995 Jessica Dr
Livermore, CA 94550


Palav Babaria
435 China basin st unit 624
San Francisco, CA 94158


Palina Levina
4070 Abbey Terrace
Fremont, CA 94536


Pamela Fox
796 Pomona Ave
El Cerrito, CA 94530


Pamela Shaw
8 Van Cleave Lane
Walnut Creek, CA 94596


Pami Vyas
1064 Clarendon Crescent
Oakland, CA 94610


Patama Rojanasathit
151 Churchill Ave
Palo Alto, CA 94301


Patrice Berry Addy
3320 Wilson Street
Oakland, CA 94602

Patricia L Ruby
9 Overhill Court
Orinda, CA 94563


Patricia Palley
1548 Golden Rain Rd, apt 3
Walnut Creek, CA 94595


Patricia Rosenberg
3707 Harper St.
Houston, CA 77005


Patty Clark
6514 Baron Ct
Martinez, CA 94553


Paul Cole
52 Pinheiro Circle
Novato, CA 94945


Paul Gelinas
4216 Reinhardt Dr
Oakland, CA 94619


Paula Goldman
6545 Birch Drive
Santa Rosa, CA 95403


Paula Trauner
652 Coventry Rd
Kensington, CA 94707

Pauline Nelsen
621 51st Street
Oakland, CA 94609


Pauline Sze
1708 Manor Cir
El Cerrito, CA 94530


Pavan Chavva
208 Cold Creek Dr.
Oakley, CA 94561


Pavan Chavva
44658 Japala Pl
Fremont, CA 94539


Pavithra Venkat
1826 Fairview Street
Berkeley, CA 94703


Peggy Gibbons
143 Rutherford Avenue
Redwood City, CA 94061


Peggy Poole
5826 Ayala Avenue
Oakland, CA 94609


Peter Reynolds
PO Box 60580
Palo Alto, CA 94306

Philip Zeyliger
538 Laidley St
San Francisco, CA 94131


Phong Nguyen
1788 Infinity Way
San Jose, CA 95122


Pia Victor
1205 Cornell Ave
Berkeley, CA 94706


Pilar Weiss
41266 Roberts Ave Apt 87
Fremont, CA 94538


Polly Simmons
10 Lippard Ave
San Francisco, CA 94131


Pooja Prasad
4146 Whittle Ave.
Oakland, CA 94602


Pooja Sharma
2907 Florence Street
Berkeley, CA 94705


Pooja Venugopal
16667 Shannon Rd
Los Gatos, CA 95032

Poorva Winston
58 San Benito Way
Novato, CA 94945


Powers, Kathryn
2555 Webster St
San Francisco, CA 94115


Pramodh Devagi
4248 Terrabella Way
Oakland, CA 94619


Pratt, Aaryn
16 Galway Lane
San Rafael, CA 94903


Pratt, Stephanie
1320 Camino Verde
Walnut Creek, CA 94597


Priscilla Li
3511 11th St
San Pablo, CA 94806


Priya Aslam
55 mustang ct
Danville, CA 94526


Punit Sarin
589 56th st
Oakland, CA 94609

Quinn Dombrowski
2132 Haste St
Berkeley, CA 94704


Rachel Abecassis
26 Paintbrush ln
Orinda, CA 94563


Rachel Andolina-Nanni
2757 Talbot Ln
Castro Valley, CA 94546


Rachel Been
1206 Broadway
Alameda, CA 94501


Rachel Brand
2426 Browning St
Berkeley, CA 94702


Rachel Gabbay
3615 Powell Dr
Lafayette, CA 94549


Rachel Gratz
1619 Gaynor Ave
Richmond, CA 94801


Rachel Hall
5575 Ascot Drive
Oakland, CA 94611

Rachel Hassas
25 Frogs Leap Way
Orinda, CA 94563


Rachel Jackson
1098 Amito Drive
Berkeley, CA 94705


Rachel Lee
71 Rosenkranz St.
San Francisco, CA 94110


Rachel Lewis
204 Southern Heights Blvd
San Rafael, CA 94901


Rachel Masory
2210 Jackson St. #404
San Francisco, CA 94115


Rachel Palangie
564 Harbor Colony Court
Redwood City, CA 94065


Rachel Porzig
1349 Brewster Drive
El Cerrito, CA 94530


Rachel Prince
161 Oyster Pond Rd,
San Francisco, CA 94502

Rachel Sher
1800 33rd Ave
Oakland, CA 94601


Rachel Shorr
833 Juno Ln
Foster City, CA 94404


Rachel Stewart
330 Adams St, Apt 302
Oakland, CA 94610


Rachel Swan
2048 Junction Ave.
El Cerrito, CA 94530


Rachel Szela Wilson
1240 Carrison St
Berkeley, CA 94702


Radha Changela
911 Buchanan Street
Albany, CA 94706


Rafaela Tonello
3420 Pickens Ln
Pleasanton, CA 94588


Rafaela Tonello
164 Walford Drive
Moraga, CA 94556

Rafif Ismail
801 Magellan Ln
Foster City, CA 94404


Raina Gajjar
562 Jean St
Oakland, CA 94610


Rainbow Rubin
1634 Grant Street
Berkeley, CA 94703


Raisa Dzanaeva
27 Norwood Ave
Berkeley, CA 94707


Raj Gidwani
2130 Redwood Highway #D-5
Greenbrae, CA 94904


Rajesh Gupta
2113 West Street
Berkeley, CA 94702


Ramona Fares
1117 Shell Gate Place
Alameda, CA 94501


Ramya Kaushik
425 1st st
San Francisco, CA 94105

Ramya Krishnamurthy
2814 Kinney Drive
Walnut Creek, CA 94595


Rana Mroue
1761 Alameda De Las Pulgas
San Carlos, CA 94070


Raniel Lee
2824 Marina Dr
Alameda, CA 94501


Raniel Lee
452 McAuley
Oakland, CA 94609


Rashana Zaklit
3520 Willis court
Oakland, CA 94619


Rashna Larson
154 Ludell Drive
Walnut Creek, CA 94597


Rashna Larson
19500 Pruneridge Ave, Apt 9107
Cupertino, CA 95014


Rebecca Chapman
4475 Maybeck Terrace
Fremont, CA 94536

Rebecca Cheung
13087 Brookpark Road
Oakland, CA 94619


Rebecca Ennals
609 Myra Way
San Francisco, CA 94127


Rebecca Graciano
5331 Golden Gate Ave
Oakland, CA 94618


Rebecca Kihslinger
3554 65TH AVE
Oakland, CA 94605


Rebecca Lee
10 Bell Waver Way
Oakland, CA 94619


Rebecca Lidow
937 Lincoln Ave
Alameda, CA 94501


Rebecca Marlin
721 Baker Street
San Francisco, CA 94115


Rebecca Weissman
1540 Blake St.
Berkeley, CA 94703

Rebecca Williams
2056 Ellis Street
San Francisco, CA 94115


Rebecca Yarbrough
2727 Sydney Way
Castro Valley, CA 94546


Reena Patel
1549 Arlington Blvd
El Cerrito, CA 94530


Reena Patel
2824 Marina Dr
Alameda, CA 94501


Regan Piccinati
710 Spartan Ct
Walnut Creek, CA 94597


Regina Starkey Schmidt
1153 Phyllis Avenue
Mountain View, CA 94040


Remy Carroll
1137 Cornell Avenue
Albany, CA 94706


Renee Chatelain
1621 Via Romero
Alamo, CA 94507

Rengie Chan
931 Carmel Ave
Albany, CA 94706


Renuka Chittineni
4591 26th Ave
Sacramento, CA 95820


Reshma Manjiyani
1024 Ardmore Avenue
Oakland, CA 94610


Reuven Baruch
41 Dolores Terrace,
San Francisco, CA 94110


Rhys Cheung
10131 Deeprose Place
Cupertino, CA 95014


Riah Gouvea
28 Hopkins Ct
Berkeley, CA 94706


Riah Yoo
2843 Quinto Way
San Jose, CA 95124


Richard Cho
911 Buchanan Street
Albany, CA 94706

Richard Grady
7 Coalmine View
Portola Valley, CA 94028


Richard Richardson
4114 Maynard Ave
Oakland, CA 94605-3120


Rinat Manhoff
560 Santa Clara Ave.
Berkeley, CA 94707


Risa Nye
94 Hermosa Ave
Oakland, CA 94618


Risa Palega
4901 Steele Way
Fair Oaks, CA 95628


Rita Graham
3231a fernside blvd
Alameda, CA 94501


Rita Graham
2280 morrow st
hayward, CA 94541


Ritu Ramjee
5613 Mount Hood Court
Martinez, CA 94553

Rituraj Ghai
1502 Via Di Salerno
Pleasanton, CA 94566


Roberta Hespen
212 Gregory Ln apt 33
Pleasant Hill, CA 94523


Roberta Pinheiro
16026 Highland Bluff Court
Baton Rouge, LA 70810


Robin Collins
2750 Prince St
Berkeley, CA 94705


Robin Collins
240 Douglas Lane
Pleasant Hill, CA 94523


Robin Rahe
385 Hamilton Street
San Francisco, CA 94134


Robyn Cutler
46 Ardilla Road
Orinda, CA 94563


Robyn Rickenbach
901 Kingston Ave
Piedmont, CA 94611

Rocio Lopez
18709 Capricorn Ct.
Castro Valley, CA 94546


Rodolfo Calderon
4166 Hall Ct
Pleasanton, CA 94566


Roge Alexander
5646 Marin Ave
Richmond, CA 94805


Rohini Noronha
229 Sheffield road
Alameda, CA 94502


Rony Sagy
841 Union Street
San Francisco, CA 94133


Rosa Gile
102 Glendon Way
Petaluma, CA 94952


Rosa Wang-McClung
420 57th St.
Oakland, CA 94609


Rosalio Rubio
4404 Crestmont Way
Modesto, CA 95356

Rose Schweig
2262 Summer St
Berkeley, CA 94709


Rose Theatre
2001 Farnam St.
Omaha, NE 68102


Roshni Jain
3 Downey Place
Oakland, CA 94610


Rotunda Partners II, LLC
Attn: Myles Roebuck
300 Frank Ogawa Plaza, Ste. 231
Oakland, CA 94612


Rowena Lizin
6957 Pinehaven Rd
Oakland, CA 94611


Rubicon Point Partners
Attn: Myles Roebuck
300 Frank Ogawa Plaza, Suite 231
Oakland, CA 94612


Ruchi Kwatra
5932 Ocean View Dr
Oakland, CA 94618


Ruchi Medhekar
225 Greenbank Ave
Piedmont, CA 94611

Ruchira Shah
408 Michigan Ave
Berkeley, CA 94707


Ruchira Shah
763 Kansas Street
San Francisco, CA 94107


Ruijun Zhu
1504 Sonoma Ave
Albany, CA 94706


Rula Razek
4 Craig Avenue
Piedmont, CA 94618


Rupa Marya
3949 39th ave
Oakland, CA 94619


Russ Thibeault
805 Vista Heights Rd
El Cerrito, CA 94530


Ruth Timme
624 Alcatraz Ave, Apt D
Oakland, CA 94609


Ryan Brown
5413 Claremont Ave.
Oakland, CA 94618

Ryan Hernandez
5845 Ayala Avenue
Oakland, CA 94609


Sabina Ross
616 62nd st
Oakland, CA 94609


Sabina Siddiqi
2424 Prince St
Berkeley, CA 94705


Sabrina Almazan
1935 California St,
San Francisco, CA 94109


Sabrina Boyce
528 South Humboldt Street
San Mateo, CA 94402


Sabrina Luo
775 Sun Lane
Novato, CA 94947


Sabrina Ross
616 62nd st
oakland, CA 94609


Sabrina Wilson
622 Boulevard Way
Oakland, CA 94610

Sajna Jabbar
2710 Land Park Dr
Sacramento, CA 95818


Sakeenah McCullough
74 Euclid Avenue
San Leandro, CA 94577


Sakeenah McCullough
1122 El Curtola Blvd
Walnut Creek, CA 94595


Sakeenah McCullough
685 High Street, Apt. 2C
Palo Alto, CA 94301


Saloni Malhotra
711 Grizzly Terrace Dr
Oakland, CA 94611


Salvatore Desiano
7 Germania
San Francisco, CA 94117


Samantha Borgo
615 Odin Dr
Pleasant Hill, CA 94523


Samantha Duesdieker
711 Springdale Drive
Woodland, CA 95776

Samantha Garcia
1200 Kentwood Lane
San Leandro, CA 94578


Samantha Rudd
99 Snow Mountain Court
Danville, CA 94506


Samantha Wood
2312 Russell Street
Berkeley, CA 94705


Samnang Thom
669 Via Manzanas
San Lorenzo, CA 94580


Samonia Jackiewicz
11701 Central Park Way
Maple Grove, CA 55369


Sampada Deshmukh
508 San Jorge Terrace
Sunnyvale, CA 94089


Sana Gabula
2258 Juniperberry Drive
San Rafael, CA 94903


Sana Oulmaati
839 Adams Street, Apt # 1
Albany, CA 94706

Sandip Agarwala
10630 Mine Ct
Cupertino, CA 95014


Sandra Arnold
919 Alvarado St
San Francisco, CA 94114


Sandy Bolton-Paff
86 Vista Del Sol
Mill Valley, CA 94941


Sandy Samuels
427 Blackberry Lane
Pinole, CA 94564


Sandy Sojo
8309 Skyline Blvd
Oakland, CA 94611


Sara Alterman
1232 Fountain St
Alameda, CA 94501


Sara Anderson
35235 Cornish Drive
Fremont, CA 94536


Sara Bellafronte
4102 Eastlake
Oakland, CA 94602

Sara Christian
1233 Regent St
Alameda, CA 94501


Sara Gray
929 Euclid Ave
Berkeley, CA 94708


Sara Heron
2843 Forest Ave
Berkeley, CA 94705


Sara Heron
74 Euclid Ave
San Leandro, CA 94577


Sara Kershnar
1510 Rose Street
Berkeley, CA 94703


Sara Martinovich
521 Laidley Street
San Francisco, CA 94131


Sara McBeen
1804 San Benito Street
Richmond, CA 94804


Sara Oehler
719 West J Street
Benicia, CA 94510

Sara Padash
202 Miramonte Dr.
Moraga, CA 94556


Sara Yamamoto
84 Terra Bella Dr.
Walnut Creek, CA 94596


Sarah Brandell
915 Shevlin Drive,
El Cerrito, CA 94530


Sarah Charukesnant
1600 Treat Avenue
San Francisco, CA 94110


Sarah Cheris
2843 Forest Ave
Berkeley, CA 94705


Sarah Dillon
39 Reata Place
Oakland, CA 94618


Sarah Dolnick
50 Richardson Road
Novato, CA 94949


Sarah Dolnick
3050 Roxbury Ave
Oakland, CA 94605

Sarah Dolnick
4209 Wilshire Blvd
Oakland, CA 94602


Sarah Elbogen
70 Joost Ave
San Francisco, CA 94131


Sarah Garrett
1832 63rd Street
berkeley, CA 94703


Sarah Gaschler
1057 Trestle Glen Rd.
Oakland, CA 94610


Sarah Gongaware
929 Euclid Ave
Berkeley, CA 94708


Sarah Ives
745 De Haro St
San Francisco, CA 94107


Sarah Jackel
5887 Margarido Dr.
Oakland, CA 94618-1834


Sarah Jessee
1640 63rd Street
Berkeley, CA 94703

Sarah Kaminshine
975 Adair Ave NE
Atlanta, CA 30306


Sarah Kelley
2508 Coronet Blvd
Belmont, CA 94002


Sarah Knize
1514 Norvell St
El Cerrito, CA 94530


Sarah Korsunsky
5624 Glenbrook Dr.
Oakland, CA 94618


Sarah Kover
66 Terradillo Ave
San Rafael, CA 94901


Sarah McIntire
1240 South 59th Street
Richmond, CA 94804


Sarah Menanix
5824 Panama Avenue
Richmond, CA 94804


Sarah Murphy
3050 Roxbury Ave
Oakland, CA 94605

Sarah Nicholas
1500 Lauren Drive
Petaluma, CA 94954


Sarah Owens
1481 Lewiston Dr
Sunnyvale, CA 94087


Sarah Phillips
900 Dewing Ave
Lafayette, CA 94549


Sarah Powers
1128 Perales St
Lafayette, CA 94549


Sarah Procter
654 Elizabeth St
San Francisco, CA 94114


Sarah Rogers
74 Oak Ridge Rd
Berkeley, CA 94705


Sarah Rossman
2611 Loyola Dr.
Davis, CA 95618


Sarah Rothe
40 Roxbury Lane
San Mateo, CA 94402

Sarah Schaadt
7407 Park Vista
El Cerrito, CA 94530


Sarah Schoellkopf
179 San Felipe Ave
San Francisco, CA 94127


Sarah Sevi
192 Eliseo Dr.
Greenbrae, CA 94904


Sarah Shanley
4810 Clarke St
Oakland, CA 94609


Sarah Sugarman
1809 Stuart St.
Berkeley, CA 94703


Sarah Vader
635 Centre Court
Alameda, CA 94502


Sarah Zumbiel
3421 16th Street
San Francisco, CA 94114


Sargam Atherton
3520 Teeling Ct
Castro Valley, CA 94546

Sari Gelzer
481 s orchard ave
Vacaville, CA 95688


Sari Weis
2429 Irma Way
Castro Valley, CA 94546


Sarika Patel
17076 Via Pasatiempo
San Lorenzo, CA 94580


Sarika Singh
1919 Mariposa St
San Francisco, CA 94107


Sarit Silver
156 Southwind Dr.
Pleasant Hill, CA 94523


Sarrita Min
1014 Fresno Ave
Berkeley, CA 94707


Sarvenaz Alibeigi
141 Forest Lane
Menlo Park, CA 94025


Sasha Wirth
1230 9th Avenue
San Francisco, CA 94122

Sawyer
45 Main St #520
Brooklyn, NY 11201


Sayoni Lahiri
5983 Sterling St
Dublin, CA 94568


Sayoni Lahiri
485 Hardy St.
Oakland, CA 09461-8111


Scion Staffing Inc
PO Box 75343,
Meghan Bachman
Chicago, IL 60675-5343


Scott Allaway
164 Beach Park Blvd
Foster City, CA 94404


Scott Blakley
3502 Midvale Ave
Oakland, CA 94602


Sean Burgess
35 Bay Vsta Drive
Mill Valley, CA 94941


Selamawit Tarekegn
4096 Piedmont Ave #524
Oakland, CA 94611

Selena Steenbergen
421 Hampton Ct.
San Ramon, CA 94583


Selma Durmisevic
609 Myra Way
San Francisco, CA 94127


Semira Rahemtulla
929 39th St
Oakland, CA 94608


Sera Ott
138 Bonita Ave
Piedmont, CA 94611


Seren Pendleton-Knoll
4956 Santa Rita Rd
Richmond, CA 94803


Serena Horn
745 De Haro St
San Francisco, CA 94107


Seunghee Kim
1011 Evelyn Ave.
Albany, CA 94706


Sevart, Jacob
200 Brannan St 134
San Francisco, CA 94107

Shahram Aarabi
2337 Ward Street
Berkeley, CA 94705


Shailvi Jain
207 King St. Apt 410
San Francisco, CA 94107


Shamideh Engel
1859 Thousand Oaks Blvd
Berkeley, CA 94707


Shamsah Ebrahim
1161 Broadway, Apt C
Alameda, CA 94501


Shanna Connor
683 66th St
Oakland, CA 94609


Shannon Behrman
1167 Crespi Dr
Pacifica, CA 94044


Shannon Kelly
2320 Scout Road
Oakland, CA 94611


Shannon Kelly
1039 Mariposa Ave
Berkeley, CA 94707

Shannon Manzoni
25 Fern Way
Orinda, CA 94563


Shannon McDonough
3008 McGlenn dr
Aptos, CA 95003


Shannon Peloquin
138 Bonita Ave
Piedmont, CA 94611


Shannon Stringer
3983 Forest Hill Avenue
Oakland, CA 94602


Shar Shetty
1426 6th Ave
San Francisco, CA 94122


Shara Senior
467 49th St.
Oakland, CA 94609


Shara Watkins
102 Lopez Drive
San Mateo, CA 94403


Shari Hollis-Ross
390 Elysian Fields Dr
Oakland, CA 94605

Sharon Eberhardt
1531 Posen Ave, Albany
Albany, CA 94706


Sharon Grosbard
535 Pierce st
Albany, CA 94706


Sharon Ng
1711 136th Avenue
San Leandro, CA 94578


Sharon Ng
145 College Avenue
San Francisco, CA 94112


Sharon Shearer
2229 Chanticleer Lane
Santa Cruz, CA 95062


Sharon Welty
1810 Addison St
Berkeley, CA 94703


Shauna Clements
230 Likely Dr.
Alamo, CA 94507


Shauna Rockson
2861 Pinnacles Ter.
Fremont, CA 94538

Shavonne Coleman
13413 Abigail Adams St.
Manor, CA 78653


Shawn Cheris
39 Reata Pl
Oakland, CA 94618


Shayla Dinning
136 Frederick Street
Santa cruz, CA 95062


Sheena Carswell
2204 Woolsey Street
Berkeley, CA 94705


Sheena Tolani
2791 Camino Venadillo
San Ramon, CA 94583


Shelley Tarnoff
83 Castle Park Way
Oakland, CA 94611


Shengshu Wang
316 Blakesley Court
San Ramon, CA 94582


Sherrie Gallipeau
17926 Amador Drive
Lathrop, CA 95330

Sherry Li
2108 Jefferson Ave
Berkeley, CA 94703


Sheryl Militar
339 Gerald Circle
Milpitas, CA 95035


Shibin Balakrishnan Nambiar
29 La Vuelta
Orinda, CA 94563


Shichao Fan
1400 Acroft Ct
Berkeley, CA 94702


Shilpi Agarwal
5524 Manila Avenue
Oakland, CA 94618


Shilpi Agarwal
50 Lansing, apt 402
San Francisco, CA 94105


Shin-e Lin
25 Lake Ave
Piedmont, CA 94611


Shira Katz
47 Truitt Ln
Oakland, CA 94618

Shivani Garg Patel
50 Valley Street
San Francisco, CA 94110


Shoana Humphries
1900 Adrian Street
Napa, CA 94559


Sholeh Esmaili-Montoya
22 Franciscan Way
Kensington, CA 94707


Shoshana Friedman Hawk
5181 Trask Street
Oakland, CA 94601


Shoshana Friedman-Hawk
1841 Golden Rain Road #3
Walnut Creek, CA 94595


Shruthi Bhushan
222 Hamilton Ave
Princeton, NJ 08540


Shruthi Jayaram
1001 46th Street Unit 310
Emeryville, CA 94608


Shwetha Gaddam
37592 sea bank st
Newark, CA 94560

Sierra Gannon
130 Frederick Street
San Francisco, CA 94117


Sifrim, Zoe
701 Apgar Street
Oakland, CA 94609


Siggi Hindrichs
606 Kansas Street
San Francisco, CA 94107


Silver, Sarit
6020 Zinn
Oakland, CA 94611


Sima Sweid
1918 Bonita Ave
Berkeley, CA 94704


Sima Sweid
224 Rishell Drive
Oakland, CA 94619


Simon Gutman
517 willow street
San Jose, CA 95125


Simona Zompi
3137 Wisconsin St.
Oakland, CA 94602

Siobhain Lacey
3239 Sweet Drive
Lafayette, CA 94549


Sirichad Ouitavon
77 Sandpoint Dr
Richmond, CA 94804


Skylar Parton
43 Cole St
San Francisco, CA 94117


Sloane Reinke
160 N California Ave
Palo Alto, CA 94301


Smita Trivedi
6076 Manchester drive
Oakland, CA 94618


Sneha Madiath
908 Hastings Drive
Concord, CA 94518


Snehal Shah
6020 Zinn
Oakland, CA 94611


Sofia Ahmad and John Atwood
4600 El Centro Ave.
Oakland, CA 94602

Somaia Nassef
2413 Browning Street
Berkeley, CA 94702


Sonali Soi
1964 Fox Ridge Court
Walnut Creek, CA 94597


Sondra Lender
62 Miwok Drive
San Anselmo, CA 94960


Sonia Hansra
5234 Miles Ave
Oakland, CA 94618


Sonja Hess
1421 Proud Dr
San Jose, CA 95132


Sonja Poloczek
4371 25th St
San Francisco, CA 94114


Sonja Trauss
2261 Myrtle street
Oakland, CA 94607


Sonya Cross
1915 Blackstone Dr
Walnut Creek, CA 94598

Sonya Cruz
13840 Campus Dr
Oakland, CA 94605


Sonya Cruz
6449 Westover drive
Oakland, CA 94611


Sophia Boutilier
86 Vista Del Sol
Mill Valley, CA 94941


Sophie Astier
5844 Merriewood Dr
Oakland, CA 94611


Sophie Freestone
130 Baroni Ave.
San Jose, CA 95136


Sophie Leininger
28853 Rochelle Ave
Hayward, CA 94544


Sophie Yu
56 The Uplands
Berkeley, CA 94705


Soung Bae
1410 Caroline St.
Alameda, CA 94501

Srilatha Lakkaraju
33637 Pack Horse St.
Fremont, CA 94555


Stacy Gohman
39697 Whitecap Way
Fremont, CA 94538


StarRose Keyes-Lebergott
3547 Cascade St
Napa, CA 94558


Stefanie Robinson
2642 Rawson St
Oakland, CA 94619


Stephanie Abromaitis
526 Seacliff Place
Richmond, CA 94801


Stephanie Leong
1620 California St
Berkeley, CA 94703


Stephanie Perry
1140 Academy Ave
Belmont, CA 94002


Stephanie Serbe
1013 Meadow Ave
Pinole, CA 94564

Stephanie Warnlof
1342 Begier Ave
San Leandro, CA 94577


Stephanie Wong
1400 Camino peral
Moraga, CA 94556


Stephanie Wong
771 28th Ave
San Mateo, CA 94403


Stephen Smith
3797 Crow Canyon Rd.
San Ramon, CA 94582


Stephen Yeh
3357 S Lucille Ln
Lafayette, CA 94549


Steven Oliver
5300 Estates Dr
Oakland, CA 94618


Stewart, Emma
73 Henry St
San Francisco, CA 94114


Stice, Amy
834 58th Street
Oakland, CA 94608

Stormy MontBlanc
1967 Jacqueline Way
Concord, CA 94519


Sue Nee Tan
3018 Bayo Vista Ave
Alameda, CA 94501


Sue Ra
5001 Kearney Avenue
Oakland, CA 94602


Sue Young
25201 O'Keefe Lane
Los Altos, CA 94022


Sukrutha Bhadouria
301 G Street
Martinez, CA 94553


Sullivan, Megan
56 Sunnyside Lane
Orinda, CA 94563


Sunderland, Erik
1140 Forest Glen Way
Santa Rosa, CA 95404


Sung Suh
1701 mossbrook ave
San Jose, CA 95130

Sunitha Sadadev
4077 Allendale Ave #6
Oakland, CA 94619


Susan Feldman
860 Longridge Rd
Oakland, CA 94610


Susan Greenspan
307 Ranelagh Road
Hillsborough, CA 94010


Susan Hukkanen
630 Curtis Street
Albany, CA 94706


Susan Karp
4222 22nd Street
San Francisco, CA 94114


Susan MacKinnon
1288 Ala Moana Blvd. 8F
Honolulu, HI 96814-4291


Susan Maxwell
3921 Burckhalter ave
Oakland, CA 94605


Susan Merenda
412 Jersey St
San Francisco, CA 94114

Susan Purbaugh
3019 Deakin St.
Berkeley, CA 94705


Susan Weinstein
805 Center St
Sonoma, CA 95476


Susan Yu-Svensson
10332 Parlett Pl
Cupertino, CA 95014


Susanna Mendoza
334 Roundhill Court
Clayton, CA 94517


Susannah Churchill
605 Vernon St
Oakland, CA 94610


Susannah Cohen
240 Douglas Lane
Pleasant Hill, CA 94523


Susannah Hook-Rodgers
2569 Orange Ave, Apt C
Costa Mesa, CA 92627


SuShien Pang
3291 Central Pkwy
Dublin, CA 94568

Suzanne Jasmer
506 Mira Vista Ave.
Oakland, CA 94610


Svitlana Vyetrenko
1092 Keith Ave
Berkeley, CA 94708


Swati Agarwal
746 Wildcat Canyon road
Berkeley, CA 94708


Sylvia Capeluto
3740 Catalina Court
Castro Valley, CA 94546


Sylvia Hartowicz
1634 Alabama Street
Vallejo, CA 94590


Sylvia Nguyen
1964 Shuey Ave
Walnut Creek, CA 94596


Sylvia Wu
512 Hiller Street
Belmont, CA 94002


Sylvie Robinson
5523 Muir Dr
San Jose, CA 95124

Taji James
3624 sugarberry lane
walnut creek, CA 94598


Taks Liu
23 Overhill Rd
Orinda, CA 94563


Tal Sansani
701 Minnesota Street
San Francisco, CA 94107


Tali Sedgwick Walden
23 Armanino Ct.
Oakland, CA 94618


Talia Kurland
6571 Liggett Drive
Oakland, CA 94611


Tam Truong
40 Camino Del Diablo
Orinda, CA 94563


Tammy Hardin
975 Smith Ave
Pinole, CA 94564


Tandis Sayadi
129
El Cerrito, CA 94530

Tangie Young-Hooks
5170 Howes Lane
San Jose, CA 95118


Tanya Chianese
110 York Dr
Piedmont, CA 94611


Tara Bartlett
2 Eastridge Ln
Concord, CA 94518


Tara Capsuto
5585 Barrel Ave
Dublin, CA 94568


Tara Pramme
318 Elworthy Ranch Cir
Danville, CA 94526


Tara Thomas
1548 Oxford Street
Berkeley, CA 94709


Tara Uriz
207 Dayton ct
San Ramon, CA 94583


Tarnoff, Katherine
3718 Maple Ave
Oakland, CA 94602

Tasha Jackson
5320 Rosalind Ave.
El Cerrito, CA 94530


Tatiana Libman
1818 Woolsey St,
Berkeley, CA 94703


Tatiana Souza
283 Sandpiper Ct
Foster City, CA 94404


Tatyana Shestopalova
137 Vivian Drive
Pleasant Hill, CA 94523


Ted and Angeline Hung
535 Pierce St, Apt.1116
Albany, CA 94706


Teisha Daniel
855 Terra California
Walnut Creek, CA 94595


Terah Gilroy
412 Fair Haven Road
Alameda, CA 94501


Teresa Diaz
1313 Henry St
Berkeley, CA 94709

Teresa Kabat-Zinn
1518 Sonoma Avenue
Albany, CA 94706


Teresa Pletka
2849 Lincoln Ave
Alameda, CA 94501


Terri Nevins
86 Shields Lane
Novato, CA 94947


Terry Himes
2400 Hartley St
Davis, CA 95618


Tess Smagorinsky
224 Catalina Avenue
Pacifica, CA 94044


Thalia Segal
9476 Sedgefield Avenue
Elk Grove, CA 95624


Thao Chung
2133 Thomas Ave
San Leandro, CA 94577


Theresa Canavan
1318 Ordway Street
Berkeley, CA 94702

Theresa Hall
1727 Beverly Place
Berkeley, CA 94707


Theresa Horn
1087 Murrieta Blvd., Apt 352
Livermore, CA 94550


Theresa Murphy
4757 Rollinghills Way
Castro Valley, CA 94546


Theresa Preston-Werner
325 Upper Toyon Drive, 1404
Ross, CA 94957


Theresa Schwanke
19 Rocca Drive
Petaluma, CA 94952


Thomas Won
542 Blair Ave
Piedmont, CA 94611


Thuymi Hunter
4509 Fran Way
Richmond, CA 94803


Tia Warren
1748 Heidelberg Dr
Livermore, CA 94550

Tien Tran
2741 College Ave #3
Berkeley, CA 94705


Tiffany Lin
5785 Country Club Dr
Oakland, CA 94618


Tiffany Wolff
5524 Manila Avenue
Oakland, CA 94618


Tijana Petrovic
180 Ridgeway Ave
Oakland, CA 94611


Tim Mary Lou Nguyen
412 Linda Ave
Piedmont, CA 94611


Timothy Jones
3929 18th st
San Francisco, CA 94114


Timothy Stark
348 Olive Ave.
Piedmont, CA 94611


Timothy Yip
310 Lee Street
Oakland, CA 94610

Tina Gallo
2181 Northampton Dr.
San Jose, CA 95124


Ting Wang
3886 Lorena Ave.
Castro Valley, CA 94546


Tingting Yao
260 King Street Unit 859
San Francisco, CA 94107


Tom Felix
2745 Lake St.
San Francisco, CA 94121


Tom McBride
449 Nevada St
San Francisco, CA 94110


Tonia Cree
201 Oak Park Lane
Pleasant Hill, CA 94523


Tonik Matthews
242 Alameda de la Loma
Novato, CA 94949


Tony Catalini
2430 Curtis St.
Berkeley, CA 94702

Tony Ferreira
460 Washington Avenue
Palo Alto, CA 94301


Tori Chinn
2133 Thomas Ave.
San Leandro, CA 94577


Tory Roman
61 Oakmont Ave
Piedmont, CA 94610


Trang La
6031 Acacia Avenue
Oakland, CA 94618


Trang Nguyen
15977 Gramercy Drive
San Leandro, CA 94578


Trang Nguyen
498 Waskow Drive
San Jose, CA 95123


Trisha Bartlett
2649 fir park way
Santa Rosa, CA 95404


Trisha Mau
532 Teresita Blvd
San Francisco, CA 94127

Trisha Mau
5515 Arizona Dr
Concord, CA 94521


Triveni DeFries
62 Montell St
Oakland, CA 94611


Ty Elliott Malcolm
2836 Prince Street
Berkeley, CA 94705


Tyler Odean
1051 53rd Street
Oakland, CA 94608


Tze Chang Ng
3603 Cour Du Vin
San Jose, CA 95148


Tzvete Katchakova
1183 Mason Dr
Pacifica, CA 94044


Ujwal Patel
151 Lomitas Drive
Danville, CA 94526


Ulrika Svanfeldt
980 Woodland Ave
San Leandro, CA 94577

Unger, Harriette
441 Day St
San Francisco, CA 94131


Upasana Tripathi
1354 Fremont Street
San Jose, CA 95126


Ursula Liang
2354 39th Ave
San Francisco, CA 94116


US Bank
Cardmember Services
P.O. Box 790408
Saint Louis, MO 63179


Ushma Sampat
76 Lynwood Pl
Moraga, CA 94556


Vaile Fujikawa
5121 Miles Ave
Oakland, CA 94618


Valentina Rubinstein
2001 Clemens Rd
Oakland, CA 94602


Valerie Alt
2320 7th Street
Berkeley, CA 94710

Valerie Coleman
1733 10th St.
Oakland, CA 94607


Vanessa Felix
2035 Green Valley Rd
Alamo, CA 94507


Vanessa Vega
2408 Regis Dr
Davis, CA 95618


Varner, Scott
14 Ramona Drive
Orinda, CA 94563


Varsha Udayabhanu
727 Bancroft Avenue
San Leandro, CA 94577


Vasudha Talla
818 Rosemount Road
Oakland, CA 94610


Veronica Maier
16 Redwood Ave
Larkspur, CA 94939


Veronique Levine
1861 Elm St
Alameda, CA 94501

vicki hart
2807 Steinmetz Way
Oakland, CA 94602


Vicky Chen
181 Valdivia Cir
San Ramon, CA 94583


Victor Chin
430 S 13th St
San Jose, CA 95112


Victoria Alberini
801 Longridge Rd
Oakland, CA 94610


Victoria and Richard Larson
100 Bay Place Apt 1710
Oakland, CA 94610


Victoria Main
3325 82nd Ave
Oakland, CA 94605


Victoria Mogni
523 North Civic DR, B
Walnut Creek, CA 94597


Vijaya Suravajjala
6251 Contra Costa Road
Oakland, CA 94618

Vincent Coste
6 eastridge lane
Concord, CA 94518

Vineela Poddatoori
6840 Charing Cross Rd
Berkeley, CA 94705

Vritika Singh
1781 Karameos Ct.
Sunnyvale, CA 94087

Vyoma Kapur
3086 Hedaro Ct
Lafayette, CA 94549

Warren Wallace
1303 Gateview Ave unit D
San Francisco, CA 94130

Wendy Chan
1130 Versailles Avenue
Alameda, CA 94501

Wendy Chan
2 Littlewood Drive
Piedmont, CA 94611

Wenjing Zheng
2009 Oak St
San Francisco, CA 94117

Wenzong Li
1840 Arlington Boulevard, ,
El Cerrito, CA 94530


Wes Fisher
3566 e 18th st
Antioch, CA 94509


Whitney Birge
1435 Thousand Oaks Blvd
Albany, CA 94706


Whitney Ellis
76 Scenic Dr
Orinda, CA 94563


Whitney Gelinas
2501 Carmel St
Oakland, CA 94602


Whitney Lee
5046 Congress Ave.
Oakland, CA 94601


William Githens
2527 San Mateo Street
Richmond, CA 94804


William Hastings
3113 El Sereno
Alameda, CA 94502

William Lovens
2043 Helsinki Way
Livermore, CA 94550


William Swinehart
6229 Vernon Way
Carmichael, CA 95608


Williams, Julie
368 17th ave
San Francisco, CA 94121


Wing Man Chan
527 Levant Ct
San Ramon, CA 94582


Winnie Hau
2441 Woolsey Street
Berkeley, CA 94705


Wintana Alem
860 leo way
Oakland, CA 94611


Wodinsky, Jenny
16 Aspinwall Ct
Orinda, CA 94563


Wrenn Levenberg
1705 California Street
Berkeley, CA 94703

Xiang Li
76 Elmwood Drive
San Ramon, CA 94583


Xiao Liu
1524 Whipple Ave
Redwood City, CA 94062


Xiaole Ni
946 Stannage Ave
Albany, CA 94706


Xing Wu
1400 Camino peral
Moraga, CA 94556


Xinwei Luo
1244 Peralta Ave.
Berkeley, CA 94706


Xinyun Huang
1649 Grand Ave
Piedmont, CA 94611


Xochipala Maes Valdez
2436 Mammoth Way
Antioch, CA 94531


Yan Jiang
1837 Sebastian drive
Burlingame, CA 94010

Yana Vaks
170 N 15th St
San Jose, CA 95112


Yaping Li
P.O. Box 901
San Carlos, CA 94070


Yasir Khan
1630 Yale Drive
Mountain View, CA 94040


Yeil Kim
1123 66th st.
Oakland, CA 94608


Ying Ru Chua
3640 24th St
Sacramento, CA 95818


Yishai Boyarin
2207 sacramento st
berkeley, CA 94702


Yizhi Ang
761 Sequoia Ave.
Millbrae, CA 94030


Yoissy Thomas
44 Riverton Drive
San Francisco, CA 94132

Yu Ting (Claire) Hung
2904 central ave
Alameda, CA 94501


Yuan Chen
44658 Japala Pl
Fremont, CA 94539


Yuan Chen
1891 2nd Avenue
Walnut Creek, CA 94597


Yuan Zhao
114 Agnes St
Oakland, CA 94618


Yue Yang
66 Heather Ln
Orinda, CA 94563


Yulia Petrovsky
743 2nd ave
san francisco, CA 94118


Yun Ting Chen
1248 Brighton Ave.
Albany, CA 94706


Yusef Freeman
44 Highland Avenue
Piedmont, CA 94611

Yvette Ramirez
1 Stein Way
Orinda, CA 94563


Yvonne Heldens
50 Emery Bay Drive
Emeryville, CA 94608


Yvonne Heldens
5916 Chabot Road
Oakland, CA 94618


Zahava Sherez
3017 22nd st apt 4
San Francisco, CA 94110


Zahra Hanieh Ezzy
1546 W Dana St
Mountain View, CA 94041


Zainab Jeewanjee
1179 Copper Peak Lane
San Jose, CA 95120


Zara Zelenko
1612 Sonoma Ave
Albany, CA 94707


Zena Domenico
2217 Parkland Way
Petaluma, CA 94954

Zhongshan Yang
6399 Christie Ave Apt 117
Emeryville, CA 94608-1385

# United States Bankruptcy Court
## Northern District of California

In re  __Bay Area Children's Theatre__                                    Case No.  _____
                                              Debtor(s)          Chapter  __7__  _____

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a)      For legal services rendered or to be rendered in contemplation of and in
           connection with this case                                            $              10,000.00
   b)      Prior to the filing of this statement, debtor(s) have paid            $              10,000.00
   c)      The unpaid balance due and payable is                                 $                   0.00

3.      $__338.00__  of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:
   a.      Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining
           whether to file a petition under title 11 of the United States Code.
   b.      Preparation and filing of the petition, schedules, statement of affairs and other documents required by the
           court.
   c.      Representation of the debtor(s) at the meeting of creditors.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
        services performed, and

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any,
        will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following
        for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of
        undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:  __July  9, 2023__                          Respectfully submitted,


                                                   __/s/ Stephen D. Finestone__
                                                   Attorney for Debtor: **Stephen D. Finestone 125675**
                                                   **Finestone Hayes LLP**
                                                   **456 Montgomery St., 20th Floor**
                                                   **San Francisco, CA 94104**
                                                   **415 421-2624  Fax: 415 398-2820**
                                                   **sfinestone@fhlawllp.com**