KOKJER, PIEROTTI, MAIOCCO & DUCK LLP,
CERTIFIED PUBLIC ACCOUNTANTS
Richard Pierotti #46794
333 Pine Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 981-4224
E-Mail: rpierotti@kpmd.com

Proposed Accountants for Trustee,
MICHAEL G. KASOLAS

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re BAY AREA CHILDREN'S THEATRE ) Case No. 23-40890 WJL
) Chapter 7
)
Debtor. ) [Hearing Not Required]
_____ )

**DECLARATION OF PRINCIPAL OF PROPOSED ACCOUNTANT**

I, Richard Pierotti, declare:

1. I am a Certified Public Accountant, experienced in rendering accounting services to bankruptcy trustees.

2. I am a principal of the accounting firm of Kokjer, Pierotti, Maiocco & Duck LLP with offices at 333 Pine Street, 5th Floor, San Francisco, California. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would testify competently thereto.

3. I and my staff have extensive experience and expertise in performing accounting services for bankruptcy trustees.

4. I have conducted a conflicts check through an examination of my records. To the best of my knowledge, information and belief, neither I nor my staff have any connections with, or any interest adverse to, this estate, the debtor, its counsel, creditors, the Trustee, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person

employed in the Office of the United States Trustee. My firm does provide tax preparation services to the Trustee and the fees for those services are based upon the standard hourly rates that are in effect at the time the services are provided. Both I and my staff are disinterested persons within the meaning of 11 U.S.C. Section 101(14). This Declaration is made pursuant to the provisions of 11 U.S.C. Section 327 and Bankruptcy Rules 2014(a) and 2016. I believe and represent that I will be able to provide services to the Trustee in this case without conflict.

5. I have reviewed the Application for Order Authorizing Employment of Accountant and I agree to perform the services specified therein.

6. I have received no retainer from the Trustee for my anticipated services. I have no agreement to share any compensation to be awarded in this case with any other person except among members of my firm.

7. I bill my services on an hourly basis and charge the following rates for the services provided, according to the experience level of the staff member/accountant providing said service. At the present time the applicable rates are as follows:

| | |
|---|---|
| Richard Pierotti | $495 |
| Senior Manager | $370 |
| Senior Accountant | $315 |
| Senior Staff Accountant | $305 |
| Staff Accountant | $270 |

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information, and belief, and that this Declaration is executed at San Francisco, California, this 31st day of July, 2023.

/s/ Richard Pierotti
Richard Pierotti