FILED
AUG -8 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re
Bay Area Children's Theatre

Debtor(s)

Case No: 23-40890

Chapter No.: 7

v.

Plaintiff(s)

Adversary Proceeding No:

Defendant(s)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** the address of Madhavi Kushner has changed. The new address is:

    10 Alamo Avenue
    Berkeley, CA 94708

Please update your records accordingly.

Date: 8/3/2023

_____
Signature

[2/2021]

SUN-71004 0971-4 309C 23-40890
Stephen D. Finestone
456 Montgomery St. 20th Fl.
San Francisco, CA 94104



011755 11755 1 AB 0.534 94703 8 4 9926-1-11755

Madhavi Kushner
1636 Hearst Ave
Berkeley, CA 94703-1220

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

011755    71004011766016