

Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

[proposed] Attorneys for Michael G. Kasolas, Trustee

The following constitutes the order of the Court.
Signed: August 17, 2023



_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>BAY AREA CHILDREN'S THEATRE,<br><br>Debtor. | Case No. 23-40890-WJL<br><br>Chapter 7<br><br>**ORDER GRANTING TRUSTEE'S EX PARTE MOTION FOR ORDER CONFIRMING REJECTION OF NON-RESIDENTIAL REAL PROPERTY LEASE [B.L.R. 6006-1(b)]**<br><br>**[5221 Central Ave., Richmond CA]** |

Upon consideration of the *Trustee's Ex Parte Motion for Order Confirming Rejection of Non-Residential Real Property Lease* ("Motion") filed by Michael G. Kasolas, Trustee herein, on August 14, 2023, as Docket No. 13, for an order confirming rejection of non-residential real property lease under 11 U.S.C. § 365 and Bankruptcy Local Rule 6006-1(b), and for good cause,

IT IS HEREBY ORDERED that the Trustee's rejection of the debtor's leased premises located at 5221 Central Ave., Building B, Unit 103, Richmond, California is confirmed effective August 10, 2023, the date of service of the Motion.

**END OF ORDER**

**COURT SERVICE LIST**

No service required.