September 5, 2023

To Whom It May Concern:

Regarding case number 23-40890 with regards to debtor Bay Area Children's Theatre, please update my mailing address as follows:

**Old mailing address**
Jessica Sliwerski
412 48th Street
Oakland, CA 94609

**New mailing address**
Jessica Sliwerski
4280 Howe Street
Oakland, CA 94611

Thank you,
Jessica Sliwerski

*FILED SEP 11 2023 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA*