United States Bankruptcy Court

Northern District of California

In re:  Case No. 23-40890-WJL

Bay Area Children's Theatre  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4     User: admin     Page 1 of 2

Date Rcvd: Nov 21, 2023     Form ID: NTCPOC     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bay Area Children's Theatre, 6114 La Salle Ave., #431, Oakland, CA 94611-2802 |
| 15561659 | + Daniel Bellino, 9 Maydon Court, Oakland, CA 94605-5644 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daren M Schlecter | on behalf of Creditor Desired Effect LLC daren@schlecterlaw.com, info@schlecterlaw.com |
| Lisa Lenherr | on behalf of Trustee Michael G. Kasolas llenherr@fennemorelaw.com ecfbankruptcy@fennemorelaw.com |
| Mark Bostick | on behalf of Trustee Michael G. Kasolas mbostick@fennemorelaw.com ecfbankruptcy@fennemorelaw.com |
| Michael G. Kasolas | trustee@kasolas.net ecf.alert+Kasolas@titlexi.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Richard L. Pierotti | |

Stephen D. Finestone

　　　　　　　　　　Rpierotti@kpmd.com

　　　　　　　　　　on behalf of Debtor Bay Area Children's Theatre sfinestone@fhlawllp.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| In Re: | Bay Area Children's Theatre | Case No.: 23−40890 WJL 7 |
|---|---|---|
| | Debtor(s) | Chapter: 7 |

**NOTICE OF PROOF OF CLAIM FILED PURSUANT TO BANKRUPTCY RULE 3004**

The debtor or trustee for the above−captioned case filed the following proof of claim on behalf of the creditor stated below.

Date filed: 11/21/23

Claim Number: 114

Creditor: Daniel Bellino

Dated: 11/21/23

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court