Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>BAY AREA CHILDREN'S THEATRE,<br><br>Debtor. | Case No. 23-40890-WJL<br><br>Chapter 7<br><br>**EX PARTE MOTION FOR ORDER ALLOWING LIMITED NOTICE PURSUANT TO FEDERAL RULE 2002(g) AND LBR 2002-1(c) AND TO ALLOW SERVICE OF DOCUMENTS BY ELECTRONIC MAIL** |

**TO: THE HONORABLE WILLIAM J. LAFFERTY, III, UNITED STATES BANKRUPTCY JUDGE AT OAKLAND, CALIFORNIA, THE DEBTOR, AND THE U.S. TRUSTEE:**

Michael G. Kasolas, the duly appointed and acting Chapter 7 trustee ("**Trustee**") in the above-captioned estate of Bay Area Children's Theatre ("**Debtor**"), moves this Court for an order reducing the number of persons entitled to receive notice under Bankruptcy Rule 2002(g) and Local Bankruptcy Rule 2002-1(c), and represents as follows:

1. The Debtor filed a Voluntary Petition under Chapter 7 on July 24, 2023.

2. Trustee is filing this *Ex Parte Motion for Order Allowing Limited Notice Pursuant to Federal Rule of Bankruptcy 2002(h) and to Allow Service of Documents By Electronic Mail* ("**Motion**") in order to reduce the time and expense to the estate of mailing notices to all creditors.

3. Federal Rule 2002(h) provides:

> (h) Notices to Creditors Whose Claims are Filed.
> (1) Voluntary Case. In a voluntary chapter 7 case, chapter 12 case,
> or chapter 13 case, after 70 days following the order for relief under that

chapter or the date of the order converting the case to chapter 12 or chapter 13, the court may direct that all notices required by subdivision (a) of this rule be mailed only to:
  the debtor;
  the trustee;
  all indenture trustees;
  creditors that hold claims for which proofs of claim have been filed; and
  creditors, if any, that are still permitted to file claims because an extension was granted under Rule 3002(c)(1) or (c)(2).

4. It has been 70 days since the Debtor filed its Voluntary Petition on July 24, 2023, and the last day for creditors to file timely proofs of claim in this case was October 27, 2023.

5. As of the filing of this Motion, there are 2,256 mailable recipients and interested parties listed on the Court's mailing matrix.

6. To date, one-hundred fifteen (115) proof of claims have been filed in the Debtor's bankruptcy case.

7. To avoid the cumulative cost of mailing notices to all parties set forth in the Court's mailing matrix, the Trustee requests permission of the Court to limit notice pursuant to Rule 2002(h) requiring notices to be sent to: a) the debtor, b) the trustee, c) all indenture trustees, d) creditors that hold claims for which proofs of claim have been filed; and e) creditors, if any, that are still permitted to file claims by reason of an extension granted pursuant to Rule 3002(c)(1) or (c)(2) (collectively the "**Limited Notice List**").

8. Trustee also requests authority to serve general notices to parties listed on the Limited Notice List and parties who have requested special notice but who are not ECF recipients, by electronic mail in lieu of first class mail. Trustee's counsel has reviewed all claims filed in this case and email addresses were provided for all but one claimant. Parties on the Limited Notice List who did not provide an email address will receive notice by first class mail. Attached hereto as **Exhibit A** is a list of all claims filed to date with their respective email addresses and parties who have requested special notice.

9. Permitting notice of general notices by electronic mail in lieu of first class mail is appropriate in view of the continuing conditions of the remote work environment in response to the Covid 19 pandemic and will result in less expensive and less time-consuming mail processing

by recipients and the estate.

WHEREFORE, Trustee requests that an order be entered:

1. Granting this ex parte motion;

2. Authorizing the Trustee to serve future notices as required under Bankruptcy Rule 2002(a) only on: a) the debtor, b) the trustee, c) all indenture trustees, d) creditors that hold claims for which proofs of claim have been filed; and e) creditors, if any, that are still permitted to file claims by reason of an extension granted pursuant to Rule 3002(c)(1) or (c)(2);

3. Authorizing Trustee to serve the Limited Notice List and those parties who have requested special notice, but are not ECF recipients, by electronic mail for all claimants who have provided an email address in lieu of first class mail; and

4. For such other and further relief as the Court deems proper.

DATED: January 4, 2024                FENNEMORE WENDEL

                                      By: */s/ Mark S. Bostick*
                                          Mark S. Bostick
                                          Lisa Lenherr
                                          Attorneys for Michael G. Kasolas, Trustee

# EXHIBIT A

# EXHIBIT A

# LIMITED NOTICE LIST

## DEBTOR, UNITED STATES TRUSTEE AND PARTIES REQUESTING SPECIAL NOTICE
(ECF Participants)

**Service by Notice of Electronic Filing**

| Name and Address | NEF Email Address |
|---|---|
| Stephen D. Finestone<br>Finestone Hayes LLP<br>456 Montgomery St. 20th Fl.<br>San Francisco, CA 94104 | Stephen D. Finestone on behalf of Debtor Bay Area Children's Theatre<br>sfinestone@fhlawllp.com |
| Office of the U.S. Trustee/Oak<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 | Office of the U.S. Trustee/Oak<br>USTPRegion17.OA.ECF@usdoj.gov |
| Daren M Schlecter<br>Law Office of Daren M. Schlecter<br>10866 Wilshire Blvd., Suite 1270<br>Los Angeles, CA 90024 | Daren M Schlecter on behalf of Creditor Desired Effect, LLC<br>daren@schlecterlaw.com, info@schlecterlaw.com |

## PARTIES WHO HAVE FILED A PROOF OF CLAIM

| CLAIM NO. | CLAIMANT | EMAIL ADDRESS |
|---|---|---|
| 1 | Courtnee Hamity<br>537 Kains Ave<br>Albany, CA 94706 | courtnee.hamity@gmail.com |
| 2 | Jodi Lomask<br>1634 Francisco Street<br>Berkeley, CA 94703 | jodi@capacitor.org |
| 3 | Claire Amley-Martinez<br>455 Kingsford Drive<br>Moraga, CA 94556 | amley@stanfordalumni.org |
| 4 | Doug Wiest<br>1900 Las Trampas Rd<br>Alamo CA 94507 | dcwiest@gmail.com |
| 5 | Ella Gower<br>3025 Windmill Canyon Drive<br>Clayton, CA 94517-3025 | Service by First Class Mail |

| CLAIM NO. | CLAIMANT | EMAIL ADDRESS |
|---|---|---|
| 6 | Cortney Bucks<br>601 Hillgirt Circle<br>Oakland, CA 94610 | cortney_BUCKS@YAHOO.CO,, |
| 7 | CRF USA<br>801 Nicollet Mall, Suite 1700W<br>Johanna Hayden<br>Minneapolis, MN 55402 | courtnee.hamity@gmail.com |
| 8 | Marie Szuts<br>600 Haddon Road<br>Oakland, CA 94610 | MARIE.SZUTS@GMAIL.COM |
| 9 | Derlin Hsu<br>2051 De Anza Ln<br>Hercules, CA 94547 | ms.derlinhsu@gmail.com |
| 10 | Dorcas Cheng-Tozun<br>6611 Bubblingwell Place<br>San Jose, CA 95120 | dorcasct@gmail.com |
| 11 | Allison Holton<br>1415 Allston Way<br>Berkeley, CA 94702 | allisonholton@gmail.com |
| 12 | Kirstin Hernandez<br>3148 Maxwell Avenue<br>Oakland`, CA 94619 | kirstinhernandez@gmail.com |
| 13 | Kate Finney<br>2834 Forest Ave<br>Berkeley, CA 94705 | katefinney@gmail.com |
| 14 | Abelina Andrea Ugaz<br>451 46th Street<br>Richmond, CA 94805 | andreaugaz@sbcglobal.net |
| 15 | Nancy Fong<br>230 Las Quebradas<br>Alamo CA 94507 | nsfong325@hotmail.com |
| 16 | Mandy Andree<br>138 San Carlos Avenue<br>El Cerrito, CA 94530 | mandyandree@gmail.com |
| 17 | Courtney Burmann<br>19 Kimberlin Heights Drive<br>Oakland, CA 94619 | courtneyt@xoanon.net |
| 18 | Esther An<br>1504 Sonoma Ave<br>Albany, CA 94706 | esstah180@gmail.com |

| CLAIM NO. | CLAIMANT | EMAIL ADDRESS |
|---|---|---|
| 19 | Nicole Cabalette<br>22 Pine Hill Ct<br>San Rafael, CA 94903 | ncabalette@gmail.com |
| 20 | Hannah Erickson<br>721 Oakes Blvd<br>San Leandro, CA 94577 | h.lucia.e@gmail.com |
| 21 | Sabina Siddiqi<br>2424 Prince St<br>Berkeley, CA 94705 | sabinasiddiqi7@gmail.com |
| 22 | Silver, Sarit<br>6020 Zinn<br>Oakland, CA 94611 | silver.sarit@gmail.com |
| 23 | Nora Flum<br>3738 Glen Park Road<br>Oakland, CA 94602 | noraflum@gmail.com |
| 24 | Rajesh Gupta<br>2113 West Street Unit B<br>Berkeley, CA 94702 | rguptacontact@gmail.com |
| 25 | Carol Hui<br>1649 Grand Ave<br>Piedmont CA 94611 | carolhui426@gmail.com |
| 26 | Jeff Weissman<br>3025 Jordan Rd<br>Oakland, CA 94602 | weissman.jeff@gmail.com |
| 27 | Anthea Ma<br>3238 Sylvan Ave<br>Oakland, CA 94602 | a31lee@gmail.com |
| 28 | Adam Daoud-Gray<br>3799 Harrison St<br>Oakland, CA 94611 | adam.l.daoud@gmail.com |
| 29 | Rashna Larson<br>154 Ludell Drive<br>Walnut Creek, CA 94597 | rgandi@gmail.com |
| 30 | Jing Jing Wang<br>2699 Driftwood Street<br>Hayward, CA 94545 | jj21209@gmail.com |
| 31 | Melissa Little<br>1471 Hopkins St<br>Berkeley, CA 94702 | melissabautistalittle@gmail.com |
| 32 | Seunghee Kim<br>1011 Evelyn Ave.<br>Albany, CA 94706 | snikim81@gmail.com |

| CLAIM NO. | CLAIMANT | EMAIL ADDRESS |
|---|---|---|
| 33 | Roshni Jain<br>3 Downey Place<br>Oakland, CA 94610 | roshni.jain@gmail.com |
| 34 | Victoria Main<br>3325 82nd Ave<br>Oakland, CA 94605 | torimain@gmail.com |
| 35 | Deborah Christman<br>4097 Greenwich Drive<br>San Ramon, CA 94582 | owlscapes@gmail.com |
| 36 | Kristen Emmons D Arrigo<br>1035 Santa Fe Avenue<br>Albany, CA 94706 | kemmons@gmail.com |
| 37-1 | Jia JU<br>2622 watervale way<br>San Ramon, CA 94582 | dearjiaju@gmail.com |
| 38 | Sloane Reinke<br>151 Tunnel Rd.<br>Berkeley CA 94705 | sloaneardis@gmail.com |
| 39 | Rosa Wang-McClung<br>420 57th St.<br>Oakland, CA 94609 | rosa.wang@alumni.ucsd.edu |
| 40 | Rachel Andolina-Nanni<br>2757 Talbot Ln<br>Castro Valley, CA 94546 | nani000@aol.com |
| 41 | Tori Chinn<br>958 Goodwin Ave<br>San Jose CA 95128 | tchinn@gmail.com |
| 42 | Laurel Pendleton<br>8115 Utah Street<br>Oakland, CA 94605 | laurelhopkins@yahoo.com |
| 43 | Sharon Ng<br>145 College Avenue<br>San Francisco, CA 94112 | tulipsinspring@gmail.com |
| 44 | Jennifer Soliz<br>224 Catalina Ave<br>Pacifica CA 94044 | jennifernsoliz@gmail.com |
| 45 | Lindsay Marsh<br>38036 Conrad Street<br>Fremont, CA 94536 | lindsay.gooth@gmail.com |
| 46 | Rachel Masory<br>8209 Abellia Ct<br>Dallas TX 75252 | rmasjm@gmail.com |

| CLAIM NO. | CLAIMANT | EMAIL ADDRESS |
|---|---|---|
| 47 | Mariko Minami<br>1518 Keoncrest Dr.<br>Berkeley, CA 94702 | marikominami@gmail.com |
| 48 | Elizabeth Roddy<br>4101 Carrington Street<br>Oakland, CA 94601 | liz.roddy@gmail.com |
| 49 | Sonja Trauss<br>2261 Myrtle street<br>Oakland, CA 94607 | sonja.trauss@gmail.com |
| 50 | Pauline Nelsen<br>621 51st Street<br>Oakland, CA 94609 | pollysaurus@gmail.com |
| 51 | Susannah Churchill<br>605 Vernon St<br>Oakland, CA 94610 | susannah_churchill@yahoo.com |
| 52 | Wanyu Rengie Chan<br>931 Carmel Ave<br>Albany, CA 94706 | rengie.chan@gmail.com |
| 53 | Abraham Gabriel Reid<br>978 60th St<br>Oakland CA 94608 | gabriel_reid@yahoo.com |
| 54 | EJ Reckers<br>8245 Skyline Blvd<br>Oakland, CA 94611 | reckers.carlchristoph@gmail.com |
| 55 | Ming Zhao<br>114 Agnes St<br>Oakland, CA 94618 | maz8610@gmail.com |
| 56 | Rachel Merkhofer Stewart<br>330 Adams St, Apt 302<br>Oakland, CA 94610 | rmerkhofer@gmail.com |
| 57 | Christine Schudel<br>1002 Ironwood Rd<br>Alameda, CA 94502 | christine.schudel@gmail.com |
| 58 | Kristina M. Gallo<br>2181 Northampton Dr<br>San Jose CA 95124 | gallo3family@gmail.com |
| 59 | Nora Pelot<br>1745 Sexton View Lane<br>Sebastopol, CA 95472 | nora.pelot@gmail.com |
| 60 | Eric Bellman<br>261 Stanford Ave.<br>Kensington, CA 94708 | eric.bellman@wsj.com |

29665846.1/513816.0115

| CLAIM NO. | CLAIMANT | EMAIL ADDRESS |
|---|---|---|
| 61 | Itzel Hayward<br>208 John Street<br>Oakland, CA 94611 | iberrio@gmail.com |
| 62 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7316 | patrece.birch@irs.gov |
| 63 | Julie Tinker Ward<br>560 Wesley Ave<br>Oakland, CA 94606 | Julietinker@gmail.com |
| 64 | Gila Pourheidari<br>540 Queens Rd<br>Alameda, CA 94501 | gpourhei@yahoo.com |
| 65 | Betsy R. Borruso<br>5041 Kevin Ct<br>Castro Valley, CA 94546 | outdoor4@gmail.com |
| 66 | Riah Yoo<br>2843 Quinto Way<br>San Jose, CA 95124 | heyriah@gmail.com |
| 67 | Sarrita Min<br>1014 Fresno Ave<br>Berkeley, CA 94707 | sarrita@gmail.com |
| 68 | Bonnie L. Mencher<br>2136 McKinley Ave.<br>Berkeley, CA 94703 | blmencher@gmail.com |
| 69 | Lesley Koteles<br>5742 Lewis Way<br>Concord, CA 94521 | lmsteinman@gmail.com |
| 70 | Ying Ru Chua<br>5458 Melissa Lane<br>Dublin CA 94568 | w.chuayingru@gmail.com |
| 71 | Aprio<br>150 Post Street Suite 200<br>San Francisco, CA 94108 | torri.martin@aprio.com |
| 72 | Megan Slater<br>1271 Washington Ave #717<br>San Leandro, CA 94577 | megansslater@gmail.com |
| 73 | Desired Effect, LLC<br>Daren M. Schlecter, Esq.<br>10866 Wilshire Blvd., Suite 1270<br>Los Angeles, CA 90024 | daren@schlecterlaw.com;<br>lyle@desiredeffect.com |

| CLAIM NO. | CLAIMANT | EMAIL ADDRESS |
|---|---|---|
| 74 | Kalle Blanchard<br>129 Greyson Way<br>Healdsburg CA 95448 | kallelundon@hotmail.com |
| 75 | Jisun Moon<br>381 Serramonte Terrace<br>Fremont, CA 94536 | moonjisun@gmail.com |
| 76 | David MacFadden Elliott<br>2126 McKinley Ave.<br>Berkeley, CA 94703 | davidmacfadden@gmail.com |
| 77 | MaryAnn White<br>150 Shawnee Ave<br>San Francisco, CA 94112 | mawhite150@gmail.com |
| 78 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | poc@ourcardhelp.com |
| 79 | Catherine OConnor<br>1224 Richmond street<br>El cerrito, CA 94530 | cathyoc16@icloud.com |
| 80 | Maya Hazarika Watts<br>733 Jackson St<br>Albany, CA 94706 | maya22@gmail.com |
| 81 | Jessica Chohan<br>2433 Laura Ln<br>Mountain View, CA 94043 | jessica.r.chohan@gmail.com |
| 82 | Andrea Burke<br>5209 Cochrane Ave<br>Oakland, CA 94618 | ahniesmith@gmail.com |
| 83 | Francis Mead<br>8116 Sunkist dr<br>Oakland, CA 94605 | fammead@gmail.com |
| 84 | Carrie Schulman<br>124 Behrens St<br>El Cerrito, CA 94530 | hobbsies@gmail.com |
| 85 | Jennifer Fisher<br>46 Westminster Dr.<br>Oakland, CA 94618 | jenhuilim@gmail.com |
| 86 | Madhavi Kushner<br>10 Alamo Avenue<br>Berkeley, CA 94708 | madkushner@gmail.com |

| CLAIM NO. | CLAIMANT | EMAIL ADDRESS |
|---|---|---|
| 87 | Lisa Skowrup<br>2 Van Sicklen Place<br>Oakland, CA 94610 | lskowrup@gmail.com |
| 88 | Jacqueline Proulx<br>1548 Golden Rain Rd<br>3<br>1548 Golden Rain Rd, 3<br>Walnut Creek, CA 94595-3 | jacqueline@flashlight.org |
| 89 | Jennifer Guzman-Filipov<br>Jenny Guzman<br>2932 Silva Way<br>San Ramon, CA 94582 | jennyguzman.ce@gmail.com |
| 90 | Heather Kostrzewa<br>1703 Vine Street<br>Berkeley, CA 94703 | msmarymack@gmail.com |
| 91 | Shannon Stringer<br>3983 Forest Hill Avenue<br>Oakland, CA 94602 | graystringer@gmail.com |
| 92 | Rebecca Kihslinger<br>3554 65TH AVE<br>Oakland, CA 94605 | rlkihslinger@hotmail.com |
| 93 | Nafisah Ali<br>3271 Encinal Ave.<br>Alameda, CA 94501 | nafisah.ali23@gmail.com |
| 94 | Marisa H. Kelley<br>1017 Everett Ave<br>Oakland, CA 94602 | marisahkelley78@gmail.com |
| 95 | Nick Walsh<br>6003 El Dorado Street<br>El Cerrito, CA 94530 | nicktaylorwalsh@gmail.com |
| 96 | Diana Garber<br>201 Sheridan Road<br>Oakland, CA 94618 | diana.garber@gmail.com |
| 97 | Kari Goodman<br>5221 Hillen Drive<br>Oakland, CA 94619 | kariroeschgoodman@gmail.com |
| 98 | Monika Gromek<br>619 Mariposa Ave<br>Oakland, CA 94610 | mgromek@mac.com |
| 99 | See Jane Run, Inc.<br>(d/b/a Sawyer)<br>99 Wall Street Suite 1134<br>New York, NY 10005 | stephanie@hisawyer.com |

| CLAIM NO. | CLAIMANT | EMAIL ADDRESS |
|---|---|---|
| 100 | Marina Genower<br>3737 Linwood Ave<br>Oakland, CA 94602 | marinagenower@gmail.com |
| 101 | Shannon McDonough<br>3008 McGlenn dr<br>Aptos, CA 95003 | Shanniedancer5678@gmail.com |
| 102 | Rachel Swan<br>2048 Junction Ave.<br>El Cerrito, CA 94530 | learachelswan@gmail.com |
| 103 | Rachel Swan<br>2048 Junction Ave.<br>El Cerrito, CA 94530 | learachelswan@gmail.com |
| 104 | Yeil Kim<br>1123 66th st.<br>Oakland, CA 94608 | yale0202@gmail.com |
| 105 | CVBAF Acq, LLC, a Delaware limited liability co<br>1901 Avenue of the Stars, Suite 1950<br>Los Angeles, CA 90067 | ilandsberg@sklarkirsh.com;<br>mfalley@cityview.com |
| 106 | Kate Mahoney<br>640 59th Street<br>Oakland, CA 94609 | kbmahoney@gmail.com |
| 107 | Kristina Tyner<br>2828 Oxford Ave.<br>San Pablo, CA 94806 | krisjtyner@gmail.com |
| 108 | Maria Regina Campbell<br>24 Farallon Court<br>Richmond, CA 94804 | ginaramos@gmail.com |
| 109 | Alyssa Wodtke<br>5808 Ocean View Drive<br>Oakland, CA 94618 | lucylarou@gmail.com |
| 110 | Jennifer Singler<br>1793 San Lorenzo Ave<br>Berkeley, CA 94707 | bogonflux@gmail.com |
| 111 | Monique Raco Fuentes<br>1410 Glenfield Ave<br>Oakland, CA 94601 | mojustice@gmail.com |
| 112 | Heather Erickson<br>689 Arimo Ave<br>Oakland, CA 94610 | herickson7@gmail.com |

| CLAIM NO. | CLAIMANT | EMAIL ADDRESS |
|---|---|---|
| 113 | Ashley Holinger<br>88 Camino Encinas<br>Orinda, CA 94563 | ashleyholinger@icloud.com |
| 114 | Daniel Bellino<br>9 Maydon Court<br>Oakland, CA 94605 | dannybellino@gmail.com |
| 115 | Jennie Ann Levitt<br>68 Avis Rd<br>Berkeley CA 94707 | Jennie.levitt@gmail.com |

# PARTIES REQUESTING SPECIAL NOTICE

**ECF RECIPIENTS**

| Name and Address | ECF Address |
|---|---|
| Daren M. Schlecter, Esq.<br>Law Office of Daren M. Schlecter<br>10866 Wilshire Blvd., Suite 1270<br>Los Angeles, CA 90024<br>Email: daren@schlecterlaw.com<br>jvaknin@schlecterlaw.com | **Service by NEF**<br>Daren M Schlecter on behalf of Creditor Desired Effect, LLC<br>daren@schlecterlaw.com,<br>info@schlecterlaw.com |

# PARTIES APPEARING IN CASE

| Name and Address | |
|---|---|
| Jessica Sliwerski<br>4280 Howe Street<br>Oakland, CA 94611 | Notice of Change of Address Filed on 9/11/2023 (Doc# 21)<br>**Service by First Class Mail** |
| Madhavi Kushner<br>10 Alamo Avenue<br>Berkeley, CA 94708 | Notice of Change of Address filed on August 8, 2023 (Doc#12)<br>**Service by Email Pursuant to Claim No. 86** |