

Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
FENNEMORE WENDEL
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@fennemorelaw.com
Email: llenherr@fennemorelaw.com

Attorneys for Michael G. Kasolas, Trustee

The following constitutes the order of the Court.
Signed: January 10, 2024

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>BAY AREA CHILDREN'S THEATRE,<br><br>Debtor. | Case No. 23-40890-WJL<br><br>Chapter 7<br><br>**ORDER GRANTING EX PARTE MOTION FOR ORDER ALLOWING LIMITED NOTICE PURSUANT TO FEDERAL RULE 2002(g) AND LBR 2002-1(c) AND TO ALLOW SERVICE OF DOCUMENTS BY ELECTRONIC MAIL** |

Upon consideration of the *Ex Parte Motion Allowing Limited Notice Pursuant to Federal Rule of Bankruptcy 2002(h) and Allowing Service of Documents by Electronic Mail* filed on January 4, 2024, as Docket No. 27 ("Motion"), filed by Michael G. Kasolas, trustee herein ("Trustee") and for good cause shown:

IT IS HEREBY ORDERED that:

1, The Trustee's Motion is granted;

2. The Trustee is authorized to serve future notices required under Bankruptcy Rule 2002(a) only on: a) the debtor, b) the trustee, c) all indenture trustees, d) creditors that hold claims for which proofs of claim have been filed; e) creditors, if any, that are still permitted to file claims by reason of an extension granted pursuant to Rule 3002(c)(1) or (c)(2), f); and parties filing a request for special notice ("Limited Notice List");

3. The Trustee is authorized to serve parties listed on the Limited Notice List by electronic mail if an email address has been provided on a Proof of Claim or other pleading;

4. The Trustee is authorized to serve all notices to those parties who have filed a request for special notice, but are not ECF recipients, by electronic mail in lieu of first class mail; and

5. Parties on the Limited Notice List and parties requesting special notice who are not ECF recipients may opt out of electronic mail service if they prefer notice by first class mail by sending an email to the Trustee requesting to so opt out.

**END OF ORDER**

COURT SERVICE LIST

No service required.