Office of the Clerk
United States Bankruptcy Court
Northern District of California

Notice of Deficiency

7/26/2024

Abelina Andrea Ugaz
451 46th St.
Richmond CA  94805
Case Name : Bay Area Children's Theater Case Number 23-40890

The Clerk's Office has received correspondence from you and is unable to accept/process the items received for the following reason(s):

☐ Personal checks and third-party checks are not accepted. The Court only accepts Cashier's Checks and Money Orders. Alternatively, payment may be made using Pay.Gov which can be accessed by visiting the court's website at https://www.pay.gov/public/form/start/821989144.

☐ The payee on the check is incorrect. The payment must be made payable to Clerk, U.S. Bankruptcy Court.

☐ The amount remitted is incorrect.  Please resubmit payment in the correct amount of $_____

☐ The check/Cashier's Check/Money Order is not signed. Please sign and resubmit to the Court.

☐ A fee is required in the amount of $_____ for the Click or tap here to enter text..

☐ The incorrect form was used for the Chapter 13 Plan filed in the above-referenced case. For information and approved forms, please visit the court's website at https://www.canb.uscourts.gov/.

☒ Other: 1: The case name is incorrect on the form; 2 – Signatures are required. The document submitted is missing page 3. Please fill out and submit all three pages of the blank form included.

Sincerely,
Edward J. Emmons, Clerk of Court

By: PL Wright
Deputy Clerk
Enclosure(s)

Fill in this information to identify the case:

Debtor 1 __UGAZ, ABELINA__

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: __NORTHERN__ District of __CALIFORNIA__

Case number __23-40890__

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | __UGAZ, ABELINA ANDREA__<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ | |

2. Has this claim been acquired from someone else?
☑ No
☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name __UGAZ, ABELINA ANDREA__

Number Street __451 46ᵗʰ ST__

City __RICHMOND__  State __CA__  ZIP Code __94805__

Contact phone __510-502-3293__

Contact email __ANDREAUGAZ@SBCGLOBAL.NET__

**Where should payments to the creditor be sent? (if different)**

Name _____

Number Street _____

City _____  State _____  ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

4. Does this claim amend one already filed?
☐ No
☑ Yes. Claim number on court claims registry (if known) __14__

Filed on __08__ / __10__ / __2023__
MM / DD / YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?
☑ No
☐ Yes. Who made the earlier filing? _____

Case: 23-40890   Doc# 35   Filed: 07/26/24   Entered: 07/26/24 14:30:24   Page 2 of 3

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 1 3 1 7

**7. How much is the claim?**

$ 766.49 . Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

SERVICES PERFORMED, GOODS PURCHASED ON BEHALF

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____