Jodi Lomask
1634 Francisco Street
Berkeley, CA 94703
Email: jodi@capacitor.org

Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 23-40890-WJL |
| BAY AREA CHILDREN'S THEATRE, | Chapter 7 |
| Debtor. | **WITHDRAWAL OF PROOF OF CLAIM** |

Claimant Jodi Lomask hereby withdraws her Proof of Claim No. 2 filed on August 7, 2023.

Dated: August 27, 2024          */s/* Jodi Lomask
                                 JODI LOMASK