Nafisah Ali
3271 Encinal Ave.
Alameda, CA 94501
Email: infinit223@comcast.net

Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 23-40890-WJL |
| BAY AREA CHILDREN'S THEATRE, | Chapter 7 |
| Debtor. | **WITHDRAWAL OF PROOF OF CLAIM** |

    Claimant Nafisah Ali hereby withdraws her Proof of Claim No. 93 filed on October 16, 2023.

Dated: September 3, 2024

*Nafisah Ali*
Digitally signed by Nafisah Ali
DN: cn=Nafisah Ali, o=City of Alameda, ou, email=nali@alamedaca.gov, c=US
Date: 2024.09.03 08:31:56 -07'00'

NAFISAH ALI