| | |
|---|---|
| 1 | Lisa Lenherr (Bar No. 258091) |
| | **FENNEMORE LLP** |
| 2 | 1111 Broadway, 24th Floor |
| | Oakland, California 94607-4036 |
| 3 | Telephone: (510) 834-6600 |
| | Fax: (510) 834-1928 |
| 4 | Email: llenherr@fennemorelaw.com |

Attorneys for Michael G. Kasolas, Trustee

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.

**NOTICE OF CHANGE OF ADDRESS (FIRM NAME ONLY)**

PLEASE TAKE NOTICE the address of Lisa Lenherr has changed. The new address is:

Lisa Lenherr
Fennemore LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

Please update your records accordingly.

DATED: April 16, 2025                         FENNEMORE LLP

By:    */s/ Lisa Lenherr*