| | |
|---|---|
| 1 | Mark S. Bostick (Bar No. 111241) |
| | **FENNEMORE LLP** |
| 2 | 1111 Broadway, 24th Floor |
| | Oakland, California 94607-4036 |
| 3 | Telephone: (510) 834-6600 |
| | Fax: (510) 834-1928 |
| 4 | Email: mbostick@fennemorelaw.com |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

<span style="color:red">The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.</span>

**NOTICE OF CHANGE OF ADDRESS (FIRM NAME ONLY)**

PLEASE TAKE NOTICE the address of Mark S. Bostick has changed. The new address is:

> Mark S. Bostick
> Fennemore LLP
> 1111 Broadway, 24th Floor
> Oakland, CA 94607

Please update your records accordingly.

DATED: April 16, 2025                FENNEMORE LLP

                                 By   */s/ Mark S. Bostick*
                                      Mark S. Bostick

MARK S. BOSTICK

| Case No. | Case Title | Chapter / Lead BK case | Date Filed |
|---|---|---|---|
| 17-04018 | Kensington Apartment Properties, LLC v. Loanvest IX, L.P. et al | *Lead BK:* 10-73976 Kensington Apartment Properties, LLC | 03/16/17 |
| 19-30088 | PG&E Corporation | 11 | 01/29/19 |
| 20-41245 | SC Labs, Inc. | 7 | 07/29/20 |
| 20-41767 | Hidden Glen, LLC | 7 | 11/09/20 |
| 21-51477 | Watsonville Hospital Corporation | 11 | 12/05/21 |
| 22-40358 | Maverick Technologies, Inc. | 7 | 04/15/22 |
| 22-41290 | Montgomery Realty Group, LLC | 7 | 12/20/22 |
| 23-01009 | Kelham v. Nicholsen, II | *Lead BK:* 23-10384 Kelham Vineyard & Winery, LLC | 09/10/23 |
| 23-01016 | Nicholsen v. Kasolas | *Lead BK:* 23-10384 Kelham Vineyard & Winery, LLC | 11/21/23 |
| 23-10384 | Kelham Vineyard & Winery, LLC | 11 | 07/20/23 |
| 23-30264 | Professional Charter Services, LLC | 11 | 04/25/23 |
| 23-40890 | Bay Area Children's Theatre | 7 | 07/24/23 |
| 24-04014 | Kasolas v. Infracom Inc. et al | *Lead BK:* 22-40358 Maverick Technologies, Inc. | 04/12/24 |
| 24-10086 | Dupuis Wines, LLC | 7 | 02/22/24 |
| 24-10093 | Individuals, Now | 7 | 02/27/24 |
| 24-10417 | Windscape Apartments, LLC | 11 | 08/06/24 |
| 24-10545 | LeFever Mattson, a California corporation | 11 | 09/12/24 |
| 24-10714 | Kenneth W. Mattson | 11 | 11/22/24 |
| 24-10715 | KS Mattson Partners, LP | 11 | 11/22/24 |

| | | | |
|---|---|---|---|
| [24-40013](#) | Wise Choice Trans Corp | 7 | 01/04/24 |
| [25-30044](#) | California Residential Opportunity Fund II, L.P. | 7 | 01/17/25 |