**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| In re: Bay Area Children's Theatre | § | Case No. 4:23-bk-40890-wjl |
| | § | |
| | § | |
| Debtor(s) | § | |

# NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Michael G. Kasolas, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, U S Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612-5217

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a **telephonic** hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: ________________ By: To Be Mailed By The Court

Michael G. Kasolas
PO Box 27526
San Francisco, CA 94127
(415) 504-1926
trustee@kasolas.net

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | | |
|---|---|---|---|
| In re: | Bay Area Children's Theatre | § | Case No. 4:23-bk-40890-wjl |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 407,271.47 |
| *and approved disbursements of* | $ | 129,406.01 |
| *leaving a balance on hand of* [1] | $ | 277,865.46 |

**Balance on hand:** $ 277,865.46

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| **NONE** | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 277,865.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. KASOLAS | 23,613.57 | 0.00 | 23,613.57 |
| Trustee, Expenses - MICHAEL G. KASOLAS | 154.25 | 0.00 | 154.25 |
| Attorney for Trustee, Fees - FENNEMORE WENDEL | 44,938.03 | 44,938.03 | 0.00 |
| Attorney for Trustee, Expenses - FENNEMORE WENDEL | 3,102.94 | 3,102.94 | 0.00 |
| Accountant for Trustee, Fees - KOKJER PIEROTTI MAIOCCO & DUCK LLP | 7,896.00 | 7,896.00 | 0.00 |
| Auctioneer, Fees - WEST AUCTIONS INC | 43,028.29 | 43,028.29 | 0.00 |
| Other, Fees - FLAGSTAR BANK NA | 9,630.63 | 9,630.63 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other, Expenses - CVBAF Acq, LLC, a Delaware limited liability co | 31,800.00 | 0.00 | 31,800.00 |
| Other, Expenses - KOKJER PIEROTTI MAIOCCO & DUCK LLP | 311.25 | 311.25 | 0.00 |
| Other, Expenses - MICHAEL FRANCIS | 870.00 | 870.00 | 0.00 |
| Other, Expenses - WEST AUCTIONS INC | 18,532.52 | 18,532.52 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 55,567.82
Remaining balance: $ 222,297.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| **NONE** | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 222,297.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,249.48 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | COURTNEE HAMITY | 600.00 | 0.00 | 600.00 |
| 23 | NORA FLUM | 520.00 | 0.00 | 520.00 |
| 49 | SONJA TRAUSS | 700.00 | 0.00 | 700.00 |
| 50 | PAULINE NELSEN | 607.50 | 0.00 | 607.50 |
| 51 | SUSANNAH CHURCHILL | 800.00 | 0.00 | 800.00 |
| 52-2 | WANYU RENGIE CHAN | 250.00 | 0.00 | 250.00 |
| 53 | ABRAHAM GABRIEL REID | 810.00 | 0.00 | 810.00 |
| 62 | INTERNAL REVENUE SERVICE | 8,258.65 | 0.00 | 8,258.65 |
| 81 | JESSICA CHOHAN | 110.00 | 0.00 | 110.00 |
| 86 | MADHAVI KUSHNER | 900.00 | 0.00 | 900.00 |

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 97 | KARI GOODMAN | 1,800.00 | 0.00 | 1,800.00 |
| 100-2 | MARINA GENOWER | 83.33 | 0.00 | 83.33 |
| 106 | KATE MAHONEY | 360.00 | 0.00 | 360.00 |
| 110 | JENNIFER SINGLER | 450.00 | 0.00 | 450.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $ 16,249.48 |
| Remaining balance: | $ 206,048.16 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $492,209.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.862 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | JODI LOMASK | 0.00 | 0.00 | 0.00 |
| 3 | CLAIRE AMLEY-MARTINEZ | 130.00 | 0.00 | 54.42 |
| 4 | DOUG WEIST | 160.00 | 0.00 | 66.98 |
| 5 | ELLA GOWER | 192.50 | 0.00 | 80.58 |
| 6 | CORTNEY BUCKS | 800.00 | 0.00 | 334.90 |
| 7 | CRF USA | 50,599.74 | 0.00 | 21,182.00 |
| 8 | MARIE SZUTS | 608.00 | 0.00 | 254.52 |
| 9 | DERLIN HSU | 110.00 | 0.00 | 46.05 |
| 10 | DORCAS CHENG-TOZUN | 305.00 | 0.00 | 127.68 |
| 11 | ALLISON HOLTON | 900.00 | 0.00 | 376.76 |
| 12 | KIRSTIN HERNANDEZ | 2,280.00 | 0.00 | 954.45 |
| 13 | KATE FINNEY | 450.00 | 0.00 | 188.38 |
| 14-3 | ABELINA ANDREA UGAZ | 766.49 | 0.00 | 320.87 |
| 15 | NANCY FONG | 92.00 | 0.00 | 38.51 |

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | MANDY ANDREE | 150.00 | 0.00 | 62.79 |
| 17 | COURTNEY BURMANN | 2,010.00 | 0.00 | 841.42 |
| 18 | ESTHER AN | 175.00 | 0.00 | 73.26 |
| 19 | NICOLE CABALETTE | 160.00 | 0.00 | 66.98 |
| 20 | HANNAH ERICKSON | 316.66 | 0.00 | 132.56 |
| 21 | SABINA SIDDIQI | 0.00 | 0.00 | 0.00 |
| 22 | SARIT SILVER | 160.00 | 0.00 | 66.98 |
| 24 | RAJESH GUPTA | 450.00 | 0.00 | 188.38 |
| 25 | CAROL HUI | 105.00 | 0.00 | 43.95 |
| 26 | JEFF WEISSMAN | 72.50 | 0.00 | 30.35 |
| 27 | ANTHEA MA | 542.86 | 0.00 | 227.25 |
| 28 | ADAM DAOUD-GRAY | 95.00 | 0.00 | 39.77 |
| 29 | RASHNA LARSON | 900.00 | 0.00 | 376.76 |
| 30 | JING JING WANG | 193.50 | 0.00 | 81.00 |
| 31 | MELISSA LITTLE | 450.00 | 0.00 | 188.38 |
| 32 | SEUNGHEE KIM | 135.00 | 0.00 | 56.51 |
| 33 | ROSHNI JAIN | 1,070.00 | 0.00 | 447.92 |
| 34 | VICTORIA MAIN | 450.00 | 0.00 | 188.38 |
| 35 | DEBORAH CHRISTMAN | 105.00 | 0.00 | 43.95 |
| 36 | KRISTEN EMMONS D ARRIGO | 235.00 | 0.00 | 98.38 |
| 37 | JIA JU | 450.00 | 0.00 | 188.38 |
| 38 | SLOANE REINKE | 242.50 | 0.00 | 101.52 |
| 39 | ROSA WANG-MCCLUNG | 110.00 | 0.00 | 46.05 |
| 40 | RACHEL ANDOLINA-NANNI | 450.00 | 0.00 | 188.38 |
| 41 | TORI CHINN | 75.00 | 0.00 | 31.40 |
| 42 | LAUREL PENDLETON | 450.00 | 0.00 | 188.38 |
| 43 | SHARON NG | 125.00 | 0.00 | 52.33 |
| 44 | JENNIFER SOLIZ | 220.00 | 0.00 | 92.10 |
| 45 | LINDSAY MARSH | 160.00 | 0.00 | 66.98 |
| 46 | RACHEL MASORY | 225.00 | 0.00 | 94.19 |

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 47 | MARIKO MINAMI | 560.00 | 0.00 | 234.43 |
| 48 | ELIZABETH RODDY | 450.00 | 0.00 | 188.38 |
| 54 | EJ Reckers | 115.00 | 0.00 | 48.14 |
| 55 | MING ZHAO | 135.00 | 0.00 | 56.51 |
| 56 | RACHEL MERKHOFER STEWART | 900.00 | 0.00 | 376.76 |
| 57 | CHRISTINE SCHUDEL | 540.00 | 0.00 | 226.05 |
| 58 | KRISTINA M. GALLO | 125.00 | 0.00 | 52.33 |
| 59 | NORA PELOT | 450.00 | 0.00 | 188.38 |
| 60 | ERIC BELLMAN | 400.00 | 0.00 | 167.45 |
| 61 | ITZEL HAYWARD | 763.34 | 0.00 | 319.55 |
| 63 | JULIE TINKER WARD | 810.00 | 0.00 | 339.08 |
| 64 | GILA POURHEIDARI | 1,800.00 | 0.00 | 753.51 |
| 65 | BETSY R. BORRUSO | 50.00 | 0.00 | 20.93 |
| 66 | RIAH YOO | 170.00 | 0.00 | 71.17 |
| 67 | SARRITA MIN | 900.00 | 0.00 | 376.76 |
| 68 | BONNIE L. MENCHER | 450.00 | 0.00 | 188.38 |
| 69 | LESLEY KOTELES | 165.00 | 0.00 | 69.07 |
| 70 | YING RU CHUA | 140.00 | 0.00 | 58.61 |
| 71-2 | APRIO | 23,500.00 | 0.00 | 9,837.54 |
| 72 | MEGAN SLATER | 900.00 | 0.00 | 376.76 |
| 73 | DESIRED EFFECT, LLC | 196,412.86 | 0.00 | 82,222.08 |
| 74 | KALLE BLANCHARD | 160.00 | 0.00 | 66.98 |
| 75 | JISUN MOON | 160.00 | 0.00 | 66.98 |
| 76 | DAVID MACFADDEN ELLIOTT | 900.00 | 0.00 | 376.76 |
| 77 | MARYANN WHITE | 137.50 | 0.00 | 57.56 |
| 78 | US BANK NATIONAL ASSOCIATION | 1,534.20 | 0.00 | 642.24 |
| 79 | CATHERINE OCONNOR | 85.00 | 0.00 | 35.58 |
| 80 | MAYA HAZARIKA WATTS | 1,800.00 | 0.00 | 753.51 |
| 82 | ANDREA BURKE | 450.00 | 0.00 | 188.38 |
| 83 | FRANCIS MEAD | 450.00 | 0.00 | 188.38 |

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 84 | CARRIE SCHULMAN | 900.00 | 0.00 | 376.76 |
| 85 | JENNIFER FISHER | 450.00 | 0.00 | 188.38 |
| 87 | LISA SKOWRUP | 450.00 | 0.00 | 188.38 |
| 88 | JACQUELINE PROULX | 92.50 | 0.00 | 38.72 |
| 89 | JENNIFER GUZMAN-FILIPOV | 125.00 | 0.00 | 52.33 |
| 90 | HEATHER KOSTRZEWA | 900.00 | 0.00 | 376.76 |
| 91 | SHANNON STRINGER | 900.00 | 0.00 | 376.76 |
| 92 | REBECCA KIHSLINGER | 760.00 | 0.00 | 318.15 |
| 93 | NAFISAH ALI | 0.00 | 0.00 | 0.00 |
| 94 | MARISA H. KELLEY | 360.00 | 0.00 | 150.70 |
| 95 | NICK WALSH | 75.00 | 0.00 | 31.40 |
| 96-2 | DIANA GARBER | 0.00 | 0.00 | 0.00 |
| 98 | MONIKA GROMEK | 900.00 | 0.00 | 376.76 |
| 99 | SEE JANE RUN, INC. | 63,534.11 | 0.00 | 26,596.56 |
| 101 | SHANNON MCDONOUGH | 440.00 | 0.00 | 184.19 |
| 102 | RACHEL SWAN | 900.00 | 0.00 | 376.76 |
| 103 | RACHEL SWAN | 450.00 | 0.00 | 188.38 |
| 104 | YEIL KIM | 810.00 | 0.00 | 339.08 |
| 105 | CVBAF Acq, LLC, a Delaware limited liability co | 115,893.30 | 0.00 | 48,515.10 |
| 107 | KRISTINA TYNER | 740.00 | 0.00 | 309.78 |
| 108 | MARIA REGINA CAMPBELL | 440.00 | 0.00 | 184.19 |

Total to be paid for timely general unsecured claims: $ 206,048.16
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $3,080.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 109 | ALYSSA WODTKE | 450.00 | 0.00 | 0.00 |
| 111 | MONIQUE RACO FUENTES | 810.00 | 0.00 | 0.00 |
| 112 | HEATHER ERICKSON | 810.00 | 0.00 | 0.00 |
| 113 | ASHLEY HOLINGER | 110.00 | 0.00 | 0.00 |
| 114 | DANIEL BELLINO | 450.00 | 0.00 | 0.00 |
| 115 | JENNIE ANN LEVITT | 450.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | **NONE** | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Michael G. Kasolas

Michael G. Kasolas
PO Box 27526
San Francisco, CA 94127
(415) 504-1926
trustee@kasolas.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.